# Exhibit B

```
Type of Work:       Text

Registration Number / Date:
                    TXu002101420 / 2018-06-10

Application Title: Dorland kidney chain final recipient letter July 2, 2015.

Title:              [Dorland kidney chain final recipient letter July 2, 2015]

Description:        Electronic file (eService)

Notes:              Title taken from appl.

Copyright Claimant:
                    Dawn Chryselle Dorland Perry, 1980-   .

Date of Creation:   2015

Authorship on Application:
                    Dawn Chryselle Dorland Perry, 1980-   ;  Citizenship: United
                       States. Authorship: text.

Names:              Dorland Perry, Dawn Chryselle, 1980-

===============================================================================
```



# COPY OF DEPOSIT
# TXu 2-101-420

***NOTE: Deposits submitted electronically bear no identifying marks

Dear Recipient,

My name is Dawn Dorland. I'm a 35-year-old white female, and I live with my husband in LA.

In 2009 I read my first article about living kidney donation, and in the years since, I have been constantly reminded--whether triggered by my reading (I am a writer), or through the stories of people I know--of the harrowing experience of dialysis and the dire need in our country for kidneys. I believe that I knew, from the moment I first became aware of the possibility of donating one of my kidneys, that I would one day find a way to do this.

Once I had all the information, I was motivated to donate at a time when, due to medical advances and the existence of the National Kidney Registry--especially the leaps they've made matching compatible strangers through paired exchange--I stood to make an maximum impact in others' lives with only minimal risk to myself. Personally, my childhood was marked by trauma and abuse; I didn't have the opportunity to form secure attachments with my family of origin. A positive outcome of my early life is empathy, that it opened a well of possibility between me and strangers. While perhaps many more people would be motivated to donate an organ to a friend or family member in need, to me, the suffering of strangers is just as real.

I can't tell you how happy I am that my donation eventually—two organs and four surgeries later--resulted in your receiving Debbie Striks' kidney. Throughout my preparation for becoming a donor, which spanned precisely eight months from my first testing to the date of our surgeries, I was most excited about the recipient who would come off of the deceased donor list and end our chain. I focused a majority of my mental energy on imagining and celebrating _you_.

My gift, which begat Debbie's, trails no strings. You are deserving of an extended and healthy life simply for being here.

Please know that my husband and I would love to know more about you, and perhaps even meet you one day. But I accept any level of involvement or response from you, even if it is none.

Thank you for reading this letter, and be well.

Kindly,

Dawn