UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SONYA LARSON, | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | **C.A. No.: 1:19-CV-10203-IT** |
| | ) | |
| DAWN DORLAND PERRY, | ) | |
| COHEN BUSINESS LAW GROUP, PC and | ) | |
| JEFFREY A. COHEN, ESQUIRE, | ) | |
|     Defendants | ) | |

## NOTICE OF APPEARANCE OF MATTHEW H. GREENE

Please enter my appearance as counsel for the Defendants, Cohen Business Law Group, P.C. and Jeffrey A. Cohen, Esquire, in the above-captioned action.

THE DEFENDANTS,
COHEN BUSINESS LAW GROUP, PC,
AND JEFFREY A. COHEN, ESQUIRE,
BY THEIR ATTORNEYS,

DATED: 02/27/2019

*/s/ Matthew H. Greene, Esq. (BBO# 673947)*
Matthew H. Greene, Esq. (BBO# 673947)
mgreene@boyleshaughnessy.com
Boyle | Shaughnessy Law, P.C.
695 Atlantic Avenue, 11th Floor
Boston, MA 02111
Phone: (617) 451-2000
Fax: (617) 451-5775

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 27th day of February, 2019.

*/s/ Matthew H. Greene, Esq. (BBO# 673947)*