UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SONYA LARSON,<br><br>            Plaintiff,<br>   v.<br><br>DAWN DORLAND PERRY,<br>COHEN BUSINESS LAW GROUP, PC and<br>JEFFREY A. COHEN, ESQUIRE,<br><br>            Defendants. | C. A. No.: 1:19-CV-10203-IT |

## NOTICE OF APPEARANCE

Please enter the appearance of Suzanne Elovecky, of the law firm Todd & Weld, LLP, in the above-captioned case on behalf of Defendant, Dawn Dorland Perry.

Respectfully submitted,

DEFENDANT,
DAWN DORLAND PERRY,

By her attorneys,

/s/ Suzanne Elovecky
Suzanne Elovecky, Esq. (BBO # 670047)
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA  02110
(617) 720-2626
selovecky@toddweld.com

Date:  April 9, 2019

CERTIFICATE OF SERVICE

      I, Suzanne Elovecky, hereby certify that April 9, 2019 the foregoing document was served electronically on all counsel of record via the Court's ECF filing system.

                                          /s/ Suzanne Elovecky
                                          Suzanne Elovecky

4816-1172-6739, v. 1