UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SONYA LARSON,

       Plaintiff

  v.

DAWN DORLAND PERRY,
COHEN BUSINESS LAW GROUP, PC and
JEFFREY A. COHEN, ESQUIRE,

       Defendants.

C. A. No.: 1:19-CV-10203-IT

## NOTICE OF APPEARANCE

Please enter the appearance of Howard M. Cooper, of the law firm Todd & Weld, LLP, in the above-captioned case on behalf of Defendant, Dawn Dorland Perry.

Respectfully submitted,

DEFENDANT,
DAWN DORLAND PERRY,

By her attorneys,

/s/ Howard M. Cooper
Howard M. Cooper, Esq. (BBO # 543842)
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA  02110
(617) 720-2626
hcooper@toddweld.com

Date:  April 9, 2019

CERTIFICATE OF SERVICE

  I, Howard M. Cooper, hereby certify that April 9, 2019 the foregoing document was served electronically on all counsel of record via the Court's ECF filing system.

                /s/ Howard M. Cooper
                Howard M. Cooper

4817-6272-1683, v. 1