UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SONYA LARSON,

      Plaintiff

   v.

DAWN DORLAND PERRY,
COHEN BUSINESS LAW GROUP, PC and
JEFFREY A. COHEN, ESQUIRE,

      Defendants.

C. A. No.: 1:19-CV-10203-IT

## STIPULATION TO ENLARGE TIME TO RESPOND TO COMPLAINT

Plaintiff Sonya Larson and Defendant Dawn Dorland Perry respectfully submit the following stipulation to enlarge time for Defendant Dawn Dorland Perry ("Ms. Dorland") to respond to the Complaint filed January 30, 2019.

WHEREAS the complaint was served on Ms. Dorland on March 21, 2019.

WHEREAS the current deadline for Ms. Dorland to file a responsive pleading to the complaint is April 11, 2019.

WHEREAS the parties have agreed to extend the time by which a responsive pleading must be filed by two weeks, to April 25, 2019.

THEREFORE, THE PARTIES HEREBY STIPULATE THAT:

Defendant Dawn Dorland Perry shall have until April 25, 2019 to file a responsive pleading to the complaint and that by filing this stipulation Dawn Dorland Perry does not waive any right to challenge the complaint on any grounds, including, but not limited to, lack of jurisdiction and improper venue.

IT IS SO STIPULATED.

Respectfully submitted,

DAWN DORLAND PERRY,

By her attorneys,

*/s/ Suzanne Elovecky*
Howard M. Cooper, Esq. (BBO # 543842)
hcooper@toddweld.com
Suzanne Elovecky, Esq. (BBO # 670047)
selovecky@toddweld.com
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA  02110
617-720-2626

SONYA LARSON

*/s/ Andrew D. Epstein*
Andrew D. Epstein, Esq.
Photolaw@aol.com
Barker, Epstein & Loscocco
176 Federal St.
Boston, MA  02110
617-482-4900

Date:  April 11, 2019

## **CERTIFICATE OF SERVICE**

    I, Suzanne Elovecky, hereby certify that on April 11, 2019 the foregoing document was served electronically on all counsel of record via the Court's ECF filing system.

                                                                                 */s/ Suzanne Elovecky*
                                                                                 Suzanne Elovecky

## **[PROPOSED] ORDER**

      IT IS SO ORDERED that Defendant Dawn Dorland Perry shall have until April 25, 2019 to file a responsive pleading to the complaint without waiving any right to challenge the complaint on any grounds, including, but not limited to, lack of jurisdiction and improper venue.

Dated: _____, 2019

_____
UNITED STATES DISTRICT COURT JUDGE