# Exhibit A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kary H. Tyrle*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-678-446**

**Effective Date of Registration:**
December 17, 2018

## Title
    Title of Work:  The Kindest

## Completion/Publication
    Year of Completion:  2018
    Date of 1st Publication:  June 08, 2018
    Nation of 1st Publication:  United States

## Author

-     Author:  Sonya Larson
    Author Created:  text
    Citizen of:  United States
    Domiciled in:  United States

## Copyright Claimant
    Copyright Claimant:  Sonya Larson
      89 Concord Avenue, Unit 1, Somerville, MA, 02143, United States

## Rights and Permissions
    Organization Name:  Barker, Epstein & Loscocco
    Name:  Andrew D Epstein
    Email:  photolaw@aol.com
    Telephone:  (617)482-4900
    Alt. Telephone:  (617)272-5700
    Address:  176 Federal Street
      5th Floor
      Boston, MA 02110 United States

## Certification