# Exhibit B

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SONYA LARSON<br><br>                    Plaintiff,<br>v.<br><br>DAWN DORLAND PERRY, et al.<br><br>                    Defendants. | Civil Action<br><br>No. 1:19-cv-10203-IT |

**AFFIDAVIT OF SONYA LARSON IN SUPPORT OF HER OPPOSITION TO THE MOTION TO DISMISS OF DEFENDANTS, COHEN BUSINESS LAW GROUP, PC, AND JEFFREY A. COHEN**

I, Sonya Larson, on oath depose and state as follows:

1. After the Complaint in this Action was filed, I learned that my story, *The Kindest*, was accepted for publication in an anthology of short stories to be published in the Fall 2019, by Ohio University Press/Swallow Press.

2. I live in Somerville and I work in Boston, Massachusetts. I have had minimal contacts with the State of California consisting of a few personal visits, one writer's conference and correspondence with a literary scout who recently moved to San Francisco.

3. I am informed and believe that Dorland contacted a *Boston Globe* reporter to initiate the article entitled, "Inspiration or plagiarism? Writing hackles raised in Boston dispute," that was published in the *Boston Globe* on July 26, 2018, about three weeks after the Law Firm sent its first cease and desist letter to the BBF. The article talks about Dorland's claim of

plagiarism that has "rattled through Boston's literary scene" and it includes a photograph of Dorland.

Signed under the pains and penalties of perjury this 12th day of April 2019.

_____
Sonya Larson