UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SONYA LARSON,

      Plaintiff

   v.	C. A. No.: 1:19-CV-10203-IT

DAWN DORLAND PERRY,
COHEN BUSINESS LAW GROUP, PC and
JEFFREY A. COHEN, ESQUIRE,

      Defendants.

**ASSENTED TO MOTION TO CONTINUE SCHEDULING CONFERENCE**

Comes now Defendant Dawn Dorland Perry ("Ms. Dorland"), through her undersigned counsel, and respectfully requests this Honorable Court to continue the Scheduling Conference currently set for Monday, April 22, 2019 to a future date convenient for the Court, as set forth below. ***Counsel for Plaintiff and Defendants Cohen Business Law Group, PC and Jeffrey Cohen, Esq. assent to this Motion.*** Ms. Dorland makes this request for the following reasons:

1. Ms. Dorland was served with the Complaint in this matter on March 21, 2019.

2. Thereafter, Ms. Dorland engaged undersigned counsel, and counsel entered their appearances on April 9, 2019.

3. While a scheduling conference has been set in this matter for April 22, 2019, undersigned counsel has a previously-scheduled mediation for that same day, which is expected to last the entire day. That mediation was scheduled on or about March 19, 2019, prior to the date that Ms. Dorland was served with the Complaint in this matter. The mediation cannot be rescheduled, as it involves multiple parties traveling to Boston from New York and Philadelphia.

4. Ms. Dorland's responsive pleading is due to be filed in this matter on April 25, 2019.

5. For scheduling purposes, counsel for the parties have conferred, and have conflicts on the following dates: April 23-26; May 2-3, May 6-16, and May 21, 2019.

6. ***Counsel for all parties have indicated their assent to this motion.***

WHEREFORE, Ms. Dorland respectfully requests that the Court reschedule this matter for a date after April 22, 2019, on a date convenient to the Court.

Respectfully submitted,

DAWN DORLAND PERRY,

By her attorneys,

*/s/ Suzanne Elovecky*
Howard M. Cooper, Esq. (BBO # 543842)
Suzanne Elovecky, Esq. (BBO # 670047)
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA 02110
(617) 720-2626
hcooper@toddweld.com
selovecky@toddweld.com

Date: April 18, 2019

### CERTIFICATE OF SERVICE

I, Suzanne Elovecky, hereby certify that on April 18, 2019 the foregoing document was served electronically on all counsel of record via the Court's ECF filing system.

*/s/ Suzanne Elovecky*
Suzanne Elovecky