UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SONYA LARSON,<br><br>         Plaintiff,<br>   v.<br><br>DAWN DORLAND PERRY,<br>COHEN BUSINESS LAW GROUP, PC and<br>JEFFREY A. COHEN, ESQUIRE,<br><br>         Defendants. | C. A. No.: 1:19-CV-10203-IT |

## NOTICE OF APPEARANCE

Please enter the appearance of Elizabeth E. Olien, of the law firm Todd & Weld, LLP, in the above-captioned case on behalf of Defendant, Dawn Dorland Perry.

Respectfully submitted,

DEFENDANT,
DAWN DORLAND PERRY,

By her attorneys,

/s/ Elizabeth E. Olien
Elizabeth E. Olien (BBO # 689350)
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA  02110
(617) 720-2626
eolien@toddweld.com

Date:  April 24, 2019

CERTIFICATE OF SERVICE

    I, Elizabeth E. Olien, hereby certify that April 24, 2019 the foregoing document was served electronically on all counsel of record via the Court's ECF filing system.

                                              /s/ Elizabeth E. Olien
                                              Elizabeth E. Olien

4841-1124-2645, v. 1