UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SONYA LARSON,<br><br>          Plaintiff<br><br>     v.<br><br>DAWN DORLAND PERRY,<br>COHEN BUSINESS LAW GROUP, PC and<br>JEFFREY A. COHEN, ESQUIRE,<br><br>          Defendants. | C. A. No.: 1:19-CV-10203-IT |

**DEFENDANT DAWN DORLAND PERRY'S CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1 IN SUPPORT OF HER PARTIAL MOTION TO DISMISS <u>COUNTS I, II, V, AND VII OF THE COMPLAINT</u>**

Now comes the undersigned counsel, Suzanne Elovecky, and hereby certifies that, pursuant to Local Rule 7.1, she conferred with Plaintiff's counsel in a good faith effort to narrow the issues raised in *Defendant Dawn Dorland Perry's Partial Motion to Dismiss Counts I, II, V, and VII of the Complaint*. The parties were unable to narrow the issues, requiring the filing of the motion.

Respectfully submitted,

DAWN DORLAND PERRY,

By her attorneys,

<u>/s/ Suzanne Elovecky</u>
Howard M. Cooper, Esq. (BBO # 543842)
Suzanne Elovecky, Esq. (BBO # 670047)
Elizabeth E. Olien, Esq. (BBO # 689350)
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA 02110
Tel.: 617-720-2626

Fax: 617-227-5777
hcooper@toddweld.com
selovecky@toddweld.com
eolien@toddweld.com

Date: April 26, 2019

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non-registered participants on April 26, 2019.

/s/ Suzanne Elovecky
Suzanne Elovecky