UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SONYA LARSON,<br><br>      Plaintiff<br><br>    v.<br><br>DAWN DORLAND PERRY,<br>COHEN BUSINESS LAW GROUP, PC and<br>JEFFREY A. COHEN, ESQUIRE,<br><br>      Defendants. | C. A. No.: 1:19-CV-10203-IT |

## **DEFENDANT DAWN DORLAND PERRY'S REQUEST FOR HEARING**

Now comes the undersigned counsel for Defendant Dawn Dorland Perry and hereby requests a hearing on the *Defendant Dawn Dorland Perry's Partial Motion to Dismiss Counts I, II, V, and VII of the Complaint*, filed on April 25, 2019.

                                        Respectfully submitted,

                                        DAWN DORLAND PERRY,

                                        By her attorneys,

                                        */s/ Suzanne Elovecky*
                                        Howard M. Cooper, Esq. (BBO # 543842)
                                        Suzanne Elovecky, Esq. (BBO # 670047)
                                        Elizabeth E. Olien, Esq. (BBO # 689350)
                                        TODD & WELD LLP
                                        One Federal Street, 27th Floor
                                        Boston, MA 02110
                                        Tel.: 617-720-2626
                                        Fax: 617-227-5777
                                        hcooper@toddweld.com
                                        selovecky@toddweld.com
                                        eolien@toddweld.com

Date:  April 26, 2019

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non-registered participants on April 26, 2019.

                                                     /s/ Suzanne Elovecky
                                                     Suzanne Elovecky