UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SONYA LARSON<br><br>          Plaintiff,<br>v.<br><br>DAWN DORLAND PERRY, et al.<br><br>          Defendants. | Civil Action<br><br>No. 1:19-cv-10203-IT |

## **ASSENTED TO MOTION TO CONTINUE SCHEDULING CONFERENCE**

    Plaintiff, Sonya Larson respectfully requests this Court to continue the Scheduling Conference currently set for Friday, May 31, 2019, to a future date convenient for the Court. Counsel for all Parties have conferred, and everyone is available on June 11, 13 and 18, 2019, if any of these dates are convenient to the Court.

    Counsel for Ms. Larson makes this request in order to attend the Bar Mitzvah celebration for his grandson in Baltimore which begins on Friday evening. Counsel and his wife have had tickets for a flight that leaves Boston in the morning of May 31, 2019. Airplane tickets were purchased about two months ago.

    Counsel for all Defendants, including Dawn Dorland Perry, Cohen Business Law Group, PC and Jeffrey Cohen, Esq. assent to this Motion.

WHEREFORE, Ms. Larson respectfully requests that the Court reschedule this matter for either June 11, 13 or 18, or such other date that is convenient to the Court.

                                          Respectfully submitted,

                                          SONYA LARSON,
                                          By her attorney,

                                          /s *Andrew D. Epstein*

May 22, 2019                            Andrew D. Epstein, Esquire (BBO #155140)
                                          Barker, Epstein & Loscocco
                                          176 Federal Street
                                          Boston, MA 02110
                                          Tel: (617) 482-4900
                                          Fax: (617) 426-5251
                                          Photolaw@aol.com

                       Certification of Compliance with Local Rule 7.1(a)(2)

     The undersigned certifies that he conferred <u>by telephone</u> with counsel for all Defendants on May 20, 20<u>19, and that counsel for all Defendants assented to this Motion.</u>

                                          /s/ *Andrew D. Epstein*

May 22, 2019                            Andrew D. Epstein

                                        Certificate of Service

     I certify that Plaintiff's Assented to Motion to Continue Scheduling Conference was filed through the court's ECF system and a copy was sent electronically on the day it was filed to all counsel of record.

                                          /s/ *Andrew D. Epstein*

May 22, 2019                            Andrew D. Epstein