UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SONYA LARSON,<br><br>              Plaintiff<br><br>       v.<br><br>DAWN DORLAND PERRY,<br>COHEN BUSINESS LAW GROUP, PC and<br>JEFFREY A. COHEN, ESQUIRE,<br><br>              Defendants. | C. A. No.: 1:19-CV-10203-IT |

## DAWN DORLAND'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Civil Rule 16.1(D)(3), Defendant Dawn Dorland Perry and her attorneys hereby certify that they have conferred:

1. With a view toward establishing a budget for the costs of conducting the full course, and various alternative course, of this litigation; and

2. To consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

DAWN DORLAND PERRY,

By her attorneys,

*/s/ Suzanne Elovecky*
Howard M. Cooper, Esq. (BBO # 543842)
hcooper@toddweld.com
Suzanne Elovecky, Esq. (BBO # 670047)
selovecky@toddweld.com
Elizabeth Olien, Esq. (BBO # 689350)
eolien@toddweld.com
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA  02110
Dated:  June 18, 2019                     617-720-2626

1

*/s/ Dawn Dorland Perry*
Dawn Dorland Perry, Defendant

## **CERTIFICATE OF SERVICE**

I, Suzanne Elovecky, hereby certify that this document has been filed through the ECF system, will be sent electronically to the registered participants as identified on the notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

*/s/ Suzanne Elovecky*
Suzanne Elovecky

June 18, 2019