UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SONYA LARSON, )<br>    Plaintiff )<br>)<br>v. )<br>)<br>DAWN DORLAND PERRY, )<br>COHEN BUSINESS LAW GROUP, PC and )<br>JEFFREY A. COHEN, ESQUIRE, )<br>    Defendants ) | **C.A. No.: 1:19-CV-10203-IT** |

**COHEN BUSINESS LAW GROUP, PC AND JEFFREY A. COHEN, ESQ.'S
CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)**

Pursuant to Local Civil Rule 16.1(D)(3), Defendants Cohen Business Law Group, PC and Jeffrey A. Cohen, Esq. and their attorneys certify that they have conferred:

1. With a view toward establishing a budget for costs of conducting the full course of this litigation, including alternative courses; and

2. To consider resolving this litigation through alternative dispute resolution programs, including the programs outlined in Local Rule 16.4.

|  |  |
|---|---|
|  | THE DEFENDANTS,<br>COHEN BUSINESS LAW GROUP, PC,<br>AND JEFFREY A. COHEN, ESQUIRE,<br>BY THEIR ATTORNEYS, |
| DATED: June 18, 2019 | */s/ Matthew H. Greene*<br>Mark W. Shaughnessy, Esq. (BBO# 567839)<br>mshaughnessy@boyleshaughnessy.com<br>Matthew H. Greene, Esq. (BBO# 673947)<br>mgreene@boyleshaughnessy.com<br>Jeffrey W. Gordon, Esq. (BBO# 698874)<br>jgordon@boyleshaughnessy.com<br>Boyle | Shaughnessy Law, P.C.<br>695 Atlantic Avenue, 11th Floor<br>Boston, MA  02111<br>Phone: (617) 451-2000<br>Fax: (617) 451-5775 |
|  | */s/ Jeffrey A. Cohen, Esq.*<br>Jeffrey A. Cohen, Esq.,<br>Cohen Business Law Group, Defendants |

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 18th day of June, 2019.

                                                                   */s/       Matthew Greene*