UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SONYA LARSON,<br><br>        Plaintiff<br><br>v.<br><br>DAWN DORLAND PERRY,<br>COHEN BUSINESS LAW GROUP, PC and<br>JEFFREY A. COHEN, ESQUIRE,<br><br>        Defendants. | C. A. No.: 1:19-CV-10203-IT |

## **PLAINTIFF'S STATEMENT PURSUANT TO LOCAL RULE 16.1(d)(3)**

Pursuant to Local Rule 16.1(d)(3), counsel for Plaintiff, Sonya Larson is submitting this statement in anticipation of the scheduling conference set for June 18, 2019 at 11:15 a.m. Plaintiff is amenable to consider alternative dispute resolution through programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

SONYA LARSON

*/s/ Andrew D. Epstein*
Andrew D. Epstein, Esq.
Photolaw@aol.com
Barker, Epstein & Loscocco
176 Federal St.
Boston, MA 02110
617-482-4900

## CERTIFICATE OF SERVICE

I, Andrew D. Epstein hereby certify that on June 18, 2019 the foregoing document was served electronically on all counsel of record via the Court's ECF filing system.

/s/ *Andrew D. Epstein*
Andrew D. Epstein