UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SONYA LARSON<br><br>　　　　　　Plaintiff,<br>v.<br><br>DAWN DORLAND PERRY, et al.<br><br>　　　　　　Defendants. | Civil Action<br><br>No. 1:19-cv-10203-IT |

## PLAINTIFF'S STATEMENT PURSUANT TO LOCAL RULE 16.1(d)(3)

In accordance with Local Rule 16.1(d)(3), Plaintiff, Sonya Larson and her counsel affirm that they have conferred with a view (a) to establishing a budget for the costs of conducting the full course, and various alternate courses of litigation; and (b) considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Sonya Larson, Plaintiff

SONYA LARSON,
By her attorney,

_____
Andrew D. Epstein, Esquire (BBO #155140)
Barker, Epstein & Loscocco
176 Federal Street
Boston, MA 02110
Tel: (617) 482-4900
Fax: (617) 426-5251
Photolaw@aol.com

## CERTIFICATE OF SERVICE

I, Andrew D. Epstein hereby certify that on June 19, 2019 the foregoing document was served electronically on all counsel of record via the Court's ECF filing system.

/s/ Andrew D. Epstein
Andrew D. Epstein

3