UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SONYA LARSON<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>DAWN DORLAND PERRY, et al.<br><br>　　　　　　　　Defendants. | Civil Action<br><br>No. 1:19-cv-10203-IT |

### PLAINTIFF'S STATUS REPORT

Counsel for Plaintiff, Sonya Larson reports that he and counsel for all Defendants including Dawn Dorland Perry, Cohen Business Law Group, PC and Jeffrey A. Cohen conferred by telephone on June 19, 2019.

Plaintiff will be filing a Motion for Leave to Amend her Complaint by July 2, 2019, which will include a proposed copy of the Amended Complaint. If Plaintiff's Motion is allowed by the Court, Defendant Dorland-Perry's pending Motion for Leave to File a Reply Brief (Dkt. No. 31), to Strike Plaintiff's Affidavit (Dkt. No. 30) should be rendered moot.

All Defendants reserve their rights to oppose Plaintiff's Motion for Leave. Defendant Dorland-Perry will not be supplementing her pending Partial Motion to Dismiss with a motion for leave to file a reply, or a motion to strike, until after the motion for leave to amend is decided, and then will only consider doing so, if said motion to amend is denied.

|  |  |
|---|---|
| | Respectfully submitted, <br> SONYA LARSON, <br> By her attorney, |
| June 21, 2019 | |
| | */s/ Andrew D. Epstein* |
| | _____ <br> Andrew D. Epstein, Esquire (BBO #155140) <br> Barker, Epstein & Loscocco <br> 176 Federal Street, Boston, MA 02110 <br> Tel: (617) 482-4900 <br> Fax: (617) 426-5251, Cell (617) 272-5700 <br> Photolaw@aol.com |

## Certificate of Service

     I certify that Plaintiff's Status Report was filed through the court's ECF system and a copy was sent electronically on the day it was filed to all counsel of record.

|  |  |
|---|---|
| | */s/ Andrew D. Epstein* |
| | _____ |
| June 21, 2019 | Andrew D. Epstein |