UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SONYA LARSON,<br><br>    Plaintiff<br><br>v.<br><br>DAWN DORLAND PERRY,<br>COHEN BUSINESS LAW GROUP, PC and<br>JEFFREY A. COHEN, ESQUIRE,<br><br>    Defendants. | C. A. No.: 1:19-CV-10203-IT |

**PARTIES JOINT STATEMENT CONCERNING MEDIATION PRIOR TO DECISIONS ON PENDING MOTIONS TO DISMISS AND/OR <u>MOTION FOR LEAVE TO AMEND THE COMPLAINT</u>**

Pursuant to the Court's request at the June 18, 2019 scheduling conference, the parties have conferred concerning their interest in mediating this matter prior to any decision by the Court on the currently-pending motions to dismiss, or the since-filed motion for leave to amend the complaint. After having had the opportunity to meet and confer, and following Defendants' review of a settlement demand advanced by Plaintiff, the parties are in agreement that mediation at this stage of litigation would not be fruitful.

The parties will continue to reassess their position concerning mediation as the case progresses. Specifically, the parties will reassess the feasibility of mediation once the scope of the case – including remaining parties, claims and counterclaims – is determined following the Court's decisions (if any) on the pending motions.

In conclusion, the parties are **<u>not</u>** seeking a referral to the Court's mediation program at this time.

Dated: July 8, 2019

Respectfully submitted,

SONYA LARSON

*/s/ Andrew D. Epstein*
Andrew D. Epstein, Esq.
Photolaw@aol.com
Barker, Epstein & Loscocco
176 Federal St.
Boston, MA 02110
617-482-4900

DAWN DORLAND PERRY,

By her attorneys,

*/s/ Suzanne Elovecky*
Howard M. Cooper, Esq. (BBO # 543842)
hcooper@toddweld.com
Suzanne Elovecky, Esq. (BBO # 670047)
selovecky@toddweld.com
Elizabeth Olien, Esq. (BBO # 689350)
eolien@toddweld.com
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA 02110
617-720-2626


COHEN BUSINESS LAW GROUP, PC and
JEFFREY A. COHEN, ESQUIRE

By their attorneys,

   /s/ Matthew Greene
Mark W. Shaughnessey, Esq. (BBO # 567839)
mshaughnessey@boyleshaughnessey.com
Matthew H. Greene, Esq. (BBO # 673947)
mgreene@boyleshaughnessey.com
Jeffrey W. Gordon, Esq. (BBO # 698874)
jgordon@boyleshaughnessey.com
Boyle | Shaughnessey Law, P.C.
695 Atlantic Ave., 11th Floor
Boston, MA 02111
Phone: (617) 451-2000
Fax: (617) 451-5775