# Exhibit B



# COPY OF DEPOSIT
# TXu 2-101-420

\*\*\*NOTE: Deposits submitted electronically bear no identifying marks

```
Type of Work:      Text

Registration Number / Date:
                   TXu002101420 / 2018-06-10

Application Title: Dorland kidney chain final recipient letter July 2, 2015.

Title:             [Dorland kidney chain final recipient letter July 2, 2015]

Description:       Electronic file (eService)

Notes:             Title taken from appl.

Copyright Claimant:
                   Dawn Chryselle Dorland Perry, 1980-  .

Date of Creation:  2015

Authorship on Application:
                   Dawn Chryselle Dorland Perry, 1980-  ;  Citizenship: United
                       States. Authorship: text.

Names:             Dorland Perry, Dawn Chryselle, 1980-

===============================================================================
```