# Exhibit G

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-678-446**

**Effective Date of Registration:**
December 17, 2018

## Title
        **Title of Work:**  The Kindest

## Completion/Publication
      **Year of Completion:**  2018
    **Date of 1st Publication:**  June 08, 2018
  **Nation of 1st Publication:**  United States

## Author
                **Author:**  Sonya Larson
        **Author Created:**  text
            **Citizen of:**  United States
          **Domiciled in:**  United States

## Copyright Claimant
    **Copyright Claimant:**  Sonya Larson
                            89 Concord Avenue, Unit 1, Somerville, MA, 02143, United States

## Rights and Permissions
      **Organization Name:**  Barker, Epstein & Loscocco
                   **Name:**  Andrew D Epstein
                   **Email:**  photolaw@aol.com
             **Telephone:**  (617)482-4900
        **Alt. Telephone:**  (617)272-5700
                 **Address:**  176 Federal Street
                                  5th Floor
                                  Boston, MA 02110 United States

## Certification