UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SONYA LARSON,<br>    Plaintiff<br><br>v.<br><br>DAWN DORLAND PERRY,<br>COHEN BUSINESS LAW GROUP, PC and<br>JEFFREY A. COHEN, ESQUIRE,<br>    Defendants | )<br>)<br>)<br>)    C.A. No.: 1:19-CV-10203-IT<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS COHEN BUSINESS LAW GROUP, PC, AND JEFFREY A. COHEN, ESQ.'S RESPONSE TO THE COURT'S JULY 31, 2019 ORDER

Pursuant to the Court's July 31, 2019 Order, Defendants Cohen Business Law Group, PC, and Jeffrey A. Cohen, Esq. (collectively, "the Firm") intend to rest on their previously filed Motion to Dismiss and move pursuant to Fed. R. Civ. P. 12(b)(1), (2), and (6) to dismiss Plaintiff Sonya Larson's Amended Complaint and Demand for Trial by Jury. All references in the previously filed motion should be taken to refer to the operative complaint. The changes to the Amended Complaint have no material effect on the issues raised in the Firm's Motion to Dismiss.

WHEREFORE, and for the reasons set forth in its Memorandum of Law, Cohen Business Law Group, P.C. and Jeffrey A. Cohen, Esq. respectfully request that this Court ALLOW their Motion to Dismiss.

### REQUEST FOR ORAL ARGUMENT

In accordance with Local Rule 7.1(d), counsel for the Defendants, Cohen Business Law Group, P.C. and Jeffrey A. Cohen, Esquire, hereby requests a hearing for oral argument in connection with this motion.

{B0465791.1}

                          THE DEFENDANTS,
                          COHEN BUSINESS LAW GROUP, PC,
                          AND JEFFREY A. COHEN, ESQUIRE,
                          BY THEIR ATTORNEYS,

DATED: August 8, 2019        */s/ Matthew H. Greene, Esq. (BBO# 567839)*
                                     Mark W. Shaughnessy, Esq. (BBO# 567839)
                                       mshaughnessy@boyleshaughnessy.com
                                     Matthew H. Greene, Esq. (BBO# 673947)
                                     mgreene@boyleshaughnessy.com
                                     Boyle | Shaughnessy Law, P.C.
                                     695 Atlantic Avenue, 11th Floor
                                     Boston, MA 02111
                                     Phone: (617) 451-2000
                                     Fax: (617) 451-5775

## L.R. 7.1(a)(2) CERTIFICATION

     I, Matthew H. Greene, certify that on _____, I conferred with Plaintiff's counsel pursuant to Local Rule 7.1(a)(2), and Plaintiff's counsel indicated that he _____ to this motion.

                                                 _____

CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 8th day of August, 20 19.

                                                 */s/ Matthew H. Greene, Esq. (BBO# 567839)*
                                                 Matthew H. Greene, Esq. (BBO# 673947)