# Exhibit A

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SONYA LARSON<br><br>                    Plaintiff,<br>v.<br><br>DAWN DORLAND PERRY, et al.<br><br>                    Defendants. | Civil Action<br><br>No. 1:19-cv-10203-IT |

**AFFIDAVIT OF PLAINTIFF, SONYA LARSON**
**IN SUPPORT OF HER OPPOSITION TO THE MOTION TO DISMISS OF**
**DEFENDANTS, COHEN BUSINESS LAW GROUP, PC, AND JEFFREY A. COHEN**

I, Sonya Larson, on oath depose and state as follows:

1.      After the original Complaint in this Action was filed, I learned that my Short

Story, *The Kindest*, was accepted for publication in an anthology of short stories to be published

in the Fall/Winter 2019, by Ohio University Press/Swallow Press.

2.      I live and work in Massachusetts.  I have had very minimal contacts with the State

of California consisting of a few visits for pleasure, one writer's conference and correspondence

with a literary scout who has only recently moved to San Francisco.

3.      I believe that Dorland contacted the *Boston Globe* to initiate the story that was

ultimately published by the Globe on July 26, 2018, entitled, "Inspiration or Plagiarism? Writing

Hackles Raised in Boston Dispute."

Signed under the pains and penalties of perjury this 22nd day of August 2019.


*/s Sonya Larson\**
_____
Sonya Larson

*I, Andrew D. Epstein, attorney for the above-named Plaintiff, certify that I have retained in my files the original of this affidavit with Ms. Larson's actual signature.  The Document will be made available to any party for inspection upon request.


*/s Andrew D. Epstein*
_____
August 22, 2019                                Andrew D. Epstein