UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SONYA LARSON,<br>    Plaintiff<br><br>v.<br><br>DAWN DORLAND PERRY,<br>COHEN BUSINESS LAW GROUP, PC and<br>JEFFREY A. COHEN, ESQUIRE,<br>    Defendants | )<br>)<br>)<br>)<br>)   C.A. No.: 1:19-CV-10203-IT<br>)<br>)<br>)<br>)<br>) |

## L.R. 7.1(a)(2) CERTIFICATION

I, Matthew H. Greene, certify that I conferred with all counsel pursuant to Local Rule 7.1(a)(2) regarding Defendants Cohen Business Law Group, PC and Jeffrey A. Cohen, Esquire's Motion for Reconsideration of the Court's order dated March 27, 2020, and have attempted in good faith to resolve or narrow the issue.

DATED: April 10, 2020

*/s/ Matthew H. Greene*

Matthew H. Greene, Esq. (BBO# 673947)
mgreene@boyleshaughnessy.com
Boyle | Shaughnessy Law, P.C.
695 Atlantic Avenue, 11th Floor
Boston, MA  02111
Phone: (617) 451-2000
Fax: (617) 451-5775

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 10th day of April, 2020.

*/s/Matthew H. Greene, Esq.*

{B0673798.1}  1