UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SONYA LARSON,<br>      Plaintiff<br><br>v.<br><br>DAWN DORLAND PERRY,<br>COHEN BUSINESS LAW GROUP, PC and<br>JEFFREY A. COHEN, ESQUIRE,<br>      Defendants | )<br>)<br>)<br>)  **C.A. No.: 1:19-CV-10203-IT**<br>)<br>)<br>)<br>)<br>) |

**REVISED L.R. 7.1(a)(2) CERTIFICATION**

Prior to the initial filing of Defendants Cohen Business Law Group, PC and Jeffrey A. Cohen, Esquire's Motion for Reconsideration of the Court's order dated March 27, 2020, Defense Counsel, Matthew H. Greene, informed all counsel of the intent to file such motion. Given the issue of the motion, Defense Counsel mistakenly understood that the requirements under Local Rule 7.1(a)(2) had been met. Following the filing, Plaintiff's Counsel informed Defense Counsel that he did not believe the requirement had been met. Subsequently, Defense Counsel and Plaintiff's Counsel had a telephone conversation, during which the parties attempted in good faith to resolve or narrow the issue. Having done so, Defense Counsel certifies that he conferred with counsel pursuant to Local Rule 7.1(a)(2).

DATED: April 10, 2020

*/s/ Matthew H. Greene*
_____
Matthew H. Greene, Esq. (BBO# 673947)
mgreene@boyleshaughnessy.com
Boyle | Shaughnessy Law, P.C.
695 Atlantic Avenue, 11th Floor
Boston, MA  02111
Phone: (617) 451-2000
Fax: (617) 451-5775

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 10th day of April, 2020.

*/s/Matthew H. Greene, Esq.*