# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SONYA LARSON,<br><br>   Plaintiff,<br><br>v.<br><br>DAWN DORLAND PERRY,<br>COHEN BUSINESS LAW GROUP, PC<br>and JEFFREY A. COHEN, ESQUIRE,<br><br>   Defendants. | C. A. No.: 1:19-CV-10203-IT |

## NOTICE OF CHANGE OF LAW FIRM AND ADDRESS

Please take notice that Suzanne Elovecky, counsel for Defendant Dawn Dorland Perry, has joined the law firm of Partridge Snow & Hahn LLP and shall continue to be counsel of record in this matter.

Effective April 6, 2020, the contact information and law firm affiliation shall be as follows:

Suzanne Elovecky, Esq.<br>
PARTRIDGE SNOW & HAHN LLP<br>
30 Federal Street<br>
Boston, MA  02110<br>
(617) 292-7900; (617) 292-7910 FAX<br>
selovecky@psh.com

Please update your records accordingly.

                Respectfully submitted,

                */s/ Suzanne Elovecky*
                Suzanne Elovecky, Esq. (BBO #670047)
                PARTRIDGE SNOW & HAHN LLP
                30 Federal Street
                Boston, MA  02110
                (617) 292-7900 / (617) 292-7910 FAX
DATED:  April 15, 2020       selovecky@psh.com

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on April 15, 2020.

                                                /s/ *Suzanne Elovecky*
                                                Suzanne Elovecky

3816709.1