UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SONYA LARSON,<br><br>      Plaintiff,<br><br>  v.<br><br>DAWN DORLAND PERRY,<br>COHEN BUSINESS LAW GROUP, PC and<br>JEFFREY A. COHEN, ESQUIRE,<br><br>      Defendants. | C. A. No.: 1:19-CV-10203-IT |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Now comes Howard M. Cooper, of the law firm of Todd & Weld, LLP, and respectfully gives notice of his withdrawal as counsel for Defendant Dawn Dorland Perry in the above-captioned matter.

                                            Respectfully submitted,

                                            DEFENDANT, DAWN DORLAND PERRY,
                                            By her attorney,

                                            */s/ Howard M. Cooper*
                                            Howard M. Cooper, Esq. (BBO # 543842)
                                            TODD & WELD, LLP
                                            One Federal Street, 27th Floor
                                            Boston, MA 02110
                                            (617) 720-2626
DATE: April 15, 2020                hcooper@toddweld.com

CERTIFICATE OF SERVICE

I, Elizabeth E. Olien, hereby certify that April 15, 2020 the foregoing document was served electronically on all counsel of record via the Court's ECF filing system.

                                        */s/ Elizabeth E. Olien*
                                        Elizabeth E. Olien