UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SONYA LARSON,

        Plaintiff,

  v.

DAWN DORLAND PERRY,
COHEN BUSINESS LAW GROUP, PC and
JEFFREY A. COHEN, ESQUIRE,

       Defendants.

C. A. No.: 1:19-CV-10203-IT

## **NOTICE OF WITHDRAWAL OF APPEARANCE**

Now comes Howard M. Cooper, of the law firm of Todd & Weld, LLP, and respectfully gives notice of his withdrawal as counsel for Defendant Dawn Dorland Perry in the above-captioned matter.

Respectfully submitted,

DEFENDANT, DAWN DORLAND PERRY,
By her attorney,

*/s/ Howard M. Cooper*
Howard M. Cooper, Esq. (BBO # 543842)
TODD & WELD, LLP
One Federal Street, 27th Floor
Boston, MA 02110
(617) 720-2626
hcooper@toddweld.com

DATE: April 15, 2020

<u>CERTIFICATE OF SERVICE</u>

I, Elizabeth E. Olien, hereby certify that April 15, 2020 the foregoing document was served electronically on all counsel of record via the Court's ECF filing system.


<u>*/s/ Elizabeth E. Olien*</u>
Elizabeth E. Olien