UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SONYA LARSON,       Plaintiff | )<br>)<br>) |
| v. | ) **C.A. No.: 1:19-CV-10203-IT** <br>) |
| DAWN DORLAND PERRY,<br>COHEN BUSINESS LAW GROUP, PC and<br>JEFFREY A. COHEN, ESQUIRE,<br>       Defendants | )<br>)<br>)<br>)<br>) |

## COHEN BUSINESS LAW GROUP, PC'S CORPORATE DISCLOSURE STATEMENT

Defendant Cohen Business Law Group, PC is a privately-held corporation. Cohen Business Law Group, PC does not have a parent corporation to identify, and no publicly-held company owns 10% or more of Cohen Business Law Group, PC's stock.

DATED: April 24, 2020

THE DEFENDANT,
COHEN BUSINESS LAW GROUP, PC,
BY ITS ATTORNEYS,

*/s/ Matthew H. Greene*

Mark W. Shaughnessy, Esq. (BBO# 567839)
mshaughnessy@boyleshaughnessy.com
Matthew H. Greene, Esq. (BBO# 673947)
mgreene@boyleshaughnessy.com
Boyle | Shaughnessy Law, P.C.
695 Atlantic Avenue, 11th Floor
Boston, MA  02111
Phone: (617) 451-2000
Fax: (617) 451-5775

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 24th day of April, 2020:

                                        */s/ Matthew H. Greene*
                                        Matthew H. Greene, BBO #673947