UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SONYA LARSON<br><br>                    Plaintiff,<br>v.<br><br>DAWN DORLAND PERRY et al.,<br><br>                    Defendants. | Civil Action No.<br><br>1;19-cv-10203-IT |

PROPOSED JOINT SCHEDULING ORDER
FOR FURTHER PROCEEDINGS IN THIS CASE

The parties jointly submit the following proposed scheduling order for further proceedings in this action.

A. <u>Discovery Deadline</u>.  **December 31, 2020**.  In light of the Covid-19 pandemic, depositions will take place as necessary, via video or Internet conference.

B. <u>Motions to Amend</u>.   The Parties request until **August 31, 2020**, to file Motions to Amend the pleadings.

C. <u>Alternative Dispute Resolution</u>.  The Parties remain open to opportunities to resolve this matter and will inform the Court when a referral to a Magistrate Judge will be most fruitful.

D. <u>Expert Discovery.</u>

<u>Plaintiff</u>: **February 15, 2021**.

<u>Rebuttal/Defendants/Counterclaim</u>: **March 30, 2021**.

    E. <u>Dispositive Motions and Further Requests for Admission</u>.  The Parties can file dispositive motions and further requests for admission up to **May 1, 2021**.

    F. <u>Trial</u>.  If necessary, trial can commence in **August 2021**.

|  |  |
|---|---|
|  | SONYA LARSON,<br>By her attorney, |
| April 24, 2020 | */s  Andrew D. Epstein* |
|  | Andrew D. Epstein, Esq. (BBO #155140)<br>Barker, Epstein & Loscocco<br>176 Federal Street<br>Boston, MA 02110<br>Tel: (617) 482-4900<br>Fax: (617) 426-5251<br>Photolaw@aol.com |

DAWN DORLAND PERRY

By her Attorneys,

*/s Suzanne M. Elovecky*
Suzanne M. Elovecky, Esq. (BBO # 670047)
Partridge Snow & Hahn LLP
30 Federal Street
Boston, MA 02110
t: (857) 214-3097
f: (617) 292-7910
selovecky@psh.com


COHEN BUSINESS LAW GROUP, PC AND
JEFFREY A. COHEN, ESQ.

By their attorneys,

*/s Matthew H. Greene*
Matthew H. Greene, Esq. (BBO # 673947)
Boyle Shaughnessy Law, PC
695 Atlantic Avenue
Boston, MA 02111
T 617.451.2000
F 617.451.5775
MGreene@boyleshaughnessy.com

## Certificate of Service

      I certify that the Proposed Joint Scheduling Order was filed through the Court's ECF system and was served on all parties in this action.

April 24, 2020                                    */s Andrew D. Epstein*

                                                              Andrew D. Epstein, Esq.