EXHIBIT B



# COPY OF DEPOSIT
# TXu 2-101-420

\*\*\*NOTE: Deposits submitted electronically bear no identifying marks

```
Type of Work:            Text

Registration Number / Date:
                         TXu002101420 / 2018-06-10

Application Title: Dorland kidney chain final recipient letter July 2, 2015.

Title:                   [Dorland kidney chain final recipient letter July 2, 2015]

Description:             Electronic file (eService)

Notes:                   Title taken from appl.

Copyright Claimant:
                         Dawn Chryselle Dorland Perry, 1980-  .

Date of Creation:        2015

Authorship on Application:
                         Dawn Chryselle Dorland Perry, 1980-  ;  Citizenship: United
                             States. Authorship: text.

Names:                   Dorland Perry, Dawn Chryselle, 1980-

==============================================================================
```