UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SONYA LARSON<br><br>        Plaintiff,<br>v.<br><br>DAWN DORLAND PERRY et al.,<br><br>        Defendants. | Civil Action No.<br><br>1;19-cv-10203-IT |

AFFIDAVIT OF SONYA LARSON, PLAINTIFF, DEFENDANT IN COUNTERCLAIM, IN SUPPORT OF HER
MOTION TO DISMISS COUNTERCLAIM OF
<u>DEFENDANT, PLAINTIFF IN COUNTERCLAIM, DAWN DORLAND PERRY</u>

I, Sonya Larson, Plaintiff, Defendant in Counterclaim, on oath depose and state as follows:

1.      I did a word count using Microsoft Word of the five variants I wrote of my short story, *The Kindest*.  I am told that each version of my story will be attached to the memorandum my lawyer is filing in court.  I also did a word count of the Dorland Letter.  Here is what I found.

- Dorland's letter: 381 words long.

- Word length of the **Brilliance version** [Exhibit A]: 5,520 words; length of letter, 251 words.  The letter is 4.6% of the Story.

- Word length of the **Audible version** [Exhibit B]: 5,507 words; length of letter is 244 words.  The letter is 4.4% of the Story.

- Word length of the **ASF version**: 5,393 words [Exhibit C]; length of letter is 237 words.  The letter is 4.4% of the Story.

- Word length of the **version submitted to BBF** [Exhibit D]: 5,485 words; length of letter is 244 words.  The letter is 4.4% of the Story.

- Word length of the **Final BBF version**: 5,511 words [Exhibit E]; length of letter is 268 words.  The letter is 4.9% of the Story.

2. Exhibit E, the Final BBF version, is the last version of the story that I wrote.

3. The average length of each of the variants of *The Kindest* [Exhibits A through E] is 5,483.

4. The average length of the letters in the five variants of *The Kindest* is 249 words.

5. On average, the letters in each of the five variants of the Short Story comprise 4.5% of the Story.

Signed under the pains and penalties of perjury this 15th day of May 2020.

_____
Sonya Larson