UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SONYA LARSON<br><br>　　　　　　Plaintiff,<br>v.<br><br>DAWN DORLAND PERRY et al.,<br><br>　　　　　　Defendants. | Civil Action No.<br><br>1;19-cv-10203-IT |

AFFIDAVIT OF ANDREW D. EPSTEIN, IN SUPPORT OF PLAINTIFF, DEFENDANT IN COUNTERCLAIM MOTION TO DISMISS COUNTERCLAIM OF <u>DEFENDANT, PLAINTIFF IN COUNTERCLAIM, DAWN DORLAND PERRY</u>

I, Andrew D. Epstein, attorney for the Plaintiff, Defendant in Counterclaim, Sonya Larson, on oath depose and state as follows:

A few days ago, I did an online records search of the United States Copyright Office for Facebook posts that were registered by the Defendant, Dawn Dorland Perry. The only registration I found was for the single Dorland Letter registered as document TXu 2-101-420.

Signed under the pains and penalties of perjury this 15th day of May 2020.

　　　　　　　　　　　　　　　　　　　　　　/s *Andrew D. Epstein*
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Andrew D. Epstein