UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SONYA LARSON<br><br>　　　　　　　Plaintiff,<br>v.<br><br>DAWN DORLAND PERRY et al.,<br><br>　　　　　　　Defendants. | Civil Action No.<br><br>1;19-cv-10203-IT |

CERTIFICATION OF CONFERENCE WITH COUNSEL

<u>REGARDING MOTION UNDER LOCAL RULE 7.1</u>

　　　　I certify that I conferred by telephone on May 14, 2020, with Suzanne Elovecky counsel for Dawn Dorland Perry in this Action under Local Rule 7.1 regarding Plaintiff, Defendant in Counterclaim's Motion to Dismiss Defendant, Plaintiff in Counterclaim's, Counterclaims in an attempt in good faith to resolve or narrow the issues before the Motion was filed in court.

　　　　I emailed Matthew Greene, attorney for Cohen Business Law Group, PC and Jeffrey A. Cohen asking if he wanted to discuss my motion. Understandably, since the Counterclaim and my motion do not directly impact Mr. Greene and his clients, he did not get back to me.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Andrew D. Epstein*
　　　　　　　　　　　　　　　　　　　　　　　　_____
May 15, 2020　　　　　　　　　　　　　　　　　　Andrew D. Epstein