# Exhibit 7

From: Rebecca Markovits rebecca.markovits@americanshortfiction.org
Subject: Re: Plagiarism in "The Kindest"
Date: June 25, 2018 at 11:31 AM
To: Dawn Dorland dawndorland@gmail.com



Dear Dawn,
I'm writing to let you know that "The Kindest" is now no longer up on our website. I hope this helps you find some resolution and closure to your natural concerns. Thank you so much for your patience throughout what I know has been a vexing process.
Good luck and best wishes!
Rebecca

On Tue, Jun 19, 2018 at 4:37 PM, Dawn Dorland <dawndorland@gmail.com> wrote:
Ok!

*I check email once daily at noon.*

On Jun 19, 2018, at 2:31 PM, Rebecca Markovits <rebecca.markovits@americanshortfiction.org> wrote:

Dear Dawn,
We have called Sonya's lawyer a few times and are waiting to hear back. I'll let you know as soon as I have an update.
Thanks for your patience!
Rebecca

On Tue, Jun 19, 2018 at 4:03 PM, Dawn Dorland <dawndorland@gmail.com> wrote:
Dear Rebecca,

Do you have an update for me?

Kindly,
Dawn

*I check email once daily at noon.*

On Jun 15, 2018, at 6:20 AM, Rebecca Markovits <rebecca.markovits@americanshortfiction.org> wrote:

Hi Dawn,

Congrats on the baby and good luck with that sleep thing! I vaguely remember something called sleep from my misspent youth! My own little monster was up four times last night and spent the rest of it making those encouraging little drowning noises they make as soon as they have the slightest cold.

I know a little about the DMCA as it relates to ISPs, and presumably the lawyers I've spoken to are familiar with it, but I'll follow up on that, thanks. Just trying to be responsible about this for all concerned.

For what it's worth, though Sonya might not have reached out to you directly, I know her lawyer was attempting to do so on her behalf when he asked me to pass along his contact information, hoping you'd get in touch. If you like, I could also pass on your (or your lawyer's) contact info to him. Probably it will be easier speaking with him, and more efficient than working through me as we try to figure out our exact responsibilities to various parties in all this! They should hear your allegations directly. He'll know far better than I the issues at stake here, and is eager to discuss your concerns with you or your representative. I understand of course that you'd also like us to act, and I'm working on that, but maybe you can reach an agreement quite quickly, and we'll certainly follow your lead.

Ok, more soon,
Rebecca

On Jun 14, 2018, at 7:38 PM, Dawn Dorland <dawndorland@gmail.com> wrote:

Dear Rebecca,

I understand. I actually have a nine-week-old and just came from a newborn sleep class.

Curiously (since she is indeed aware now of my claims), Sonya has not reached out to me at all. I am uncomfortable approaching her based on how she reacted the first time that I did, back in 2016, and because she treated me quite unprofessionally when I later taught at her conference after our conflict (2017).

Has your research included the particulars of the DMCA?

Thanks again.

Yours,

DORLAND00118