# Exhibit 8

From: **Dawn Dorland** dawndorland@gmail.com
Subject: Fwd: Plagiarism in "The Kindest"--BBF acknowledgment
Date: June 20, 2018 at 9:10 AM
To: Graham Ambrose graham.ambrose@globe.com

Dear Graham,

Pleasure to speak with you. This is the particular email from BBF detailing their course of action (including their acknowledgment).

Kindly,
Dawn

Begin forwarded message:

> From: Norah Piehl <norah@bostonbookfest.org>
> Date: June 18, 2018 at 8:09:39 AM PDT
> To: Dawn Dorland <dawndorland@gmail.com>
> Cc: Raquel Hitt <raquel@bostonbookfest.org>
> Subject: Re: Plagiarism in "The Kindest"
>
> Dear Dawn,
>
> I wanted to thank you again for bringing your concerns to our attention. As Raquel probably mentioned to you, we were still very early in the publication process for One City One Story when we learned of your concerns, which gave us the flexibility to make changes prior to publication.
>
> After speaking with our legal counsel and with Sonya, and in order to alleviate your concerns, we requested that Sonya completely redraft the portion of her story in question, and she has now done so. Our lawyer has reviewed the rewritten text and we plan to move forward with publication of this revised version, with a note in the acknowledgments that it varies from the original story published in *American Short Fiction*. The story will be distributed beginning in mid-August.
>
> All best,
> Norah Piehl
>
> On Thu, Jun 14, 2018 at 2:47 PM, Dawn Dorland <dawndorland@gmail.com> wrote:
>> Dear Raquel,
>>
>> Do you have an update for me on your lawyer's research and recommendations regarding my plagiarism claim?
>>
>> Kindly,
>> Dawn
>>
>> (857) 234-2650 (mobile)
>>
>> *I check email once daily at noon.*

DORLAND00060