# Exhibit 10



# COPY OF DEPOSIT
# TXu 2-101-420

***NOTE: Deposits submitted electronically bear no identifying marks

Type of Work:          Text

Registration Number / Date:
                       TXu002101420 / 2018-06-10

Application Title: Dorland kidney chain final recipient letter July 2, 2015.

Title:                 [Dorland kidney chain final recipient letter July 2, 2015]

Description:           Electronic file (eService)

Notes:                 Title taken from appl.

Copyright Claimant:
                       Dawn Chryselle Dorland Perry, 1980-   .

Date of Creation:  2015

Authorship on Application:
                       Dawn Chryselle Dorland Perry, 1980-  ;  Citizenship: United
                            States. Authorship: text.

Names:                 Dorland Perry, Dawn Chryselle, 1980-

==========================================================================