# Exhibit 11

GREGORIO PLLC
301 S. Elm St., Ste 507
Greensboro, NC 27401
(336) 645-3595
james@gregoriopllc.com

July 17, 2018

*Via Email:* jac@cohenblg.com

Jeffrey A. Cohen, Esq.
Cohen Business Law Group
10990 Wilshire Blvd., Suite 1025
Los Angeles, CA 90024

Re. *Dawn Dorland Copyright Claim*

Dear Mr. Cohen:

I am legal counsel to Sonya Larson. Your correspondence of July 3, 2018 to The Boston Book Festival ("BBF") has been forwarded to me.

**The allegations presented in your letter are absolutely, unequivocally, entirely, irrefutably, demonstrably false, frivolous, and without merit.**

I am skeptical that "*BBF has already admitted infringement of the Work by Ms. Larson,*" as you allege. Regardless, BBF is not authorized to communicate on my client's behalf and, in any case, *no infringement occurred, and no attribution to your client is warranted.*

Regrettably, your client made no effort whatsoever to engage directly with Ms. Larson regarding this matter. Nor did I receive any communication after my invitation, *via* Rebecca Markovits ("*please forward my contact information to Ms. Dorland, and convey to her that I will be happy to talk with her (or her attorney) about any concerns she may have regarding Sonya's story.*").

In order to further evaluate this matter, please immediately forward to me for review: (1) a copy of "*Dorland kidney chain final recipient Work July 2, 2015,*" (2) evidence of the allegedly egregious "*duplication in some instances, and striking similarity in others*" between The Kindest and your client's work, (3) the date of first publication of your client's work, and (4) copyright registration number/date of your client's work.

Be advised: **Your client's actions constitute harassment, defamation *per se*, and tortious interference with business and contractual relations. In particular: Demand is hereby made that your client cease and desist from any and all defamatory communication regarding my client, including without limitation any contact regarding this matter with any media organization, and with her employer.**

Jeffrey A. Cohen, Esq.
July 17, 2018
Page 2 of 2

My client is humbled and honored to have her work recognized by the Boston Book Festival. If BBF elects – as would be their prerogative – not to publish The Kindest as its 2018 *One City One Story* selection, we shall consider the actions of Dawn Dorland to be the proximate cause of the resulting injury to my client. Be assured, Ms. Dorland *will* be held accountable. Furthermore, if Ms. Dorland commences a lawsuit in connection with this matter in any state or federal court, my client will seek Rule 11 sanctions against Ms. Dorland and her attorneys.

**I strongly recommend you withdraw your demand letter immediately.**

You have been notified.

Nothing contained herein or not contained herein should be taken as a waiver of any rights of my client, all of which are hereby expressly reserved.

Most sincerely,

GREGORIO PLLC

*[signature: James A. Gregorio]*

James A. Gregorio, Esq.

cc:  Paul Sennott, Esq. *via email:* paul@sennottwilliams.com