UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SONYA LARSON<br><br>　　　　　　　Plaintiff,<br>v.<br><br>DAWN DORLAND PERRY, et al.<br><br>　　　　　　　Defendants. | Civil Action No.<br><br>1:19-cv-10203-IT |

**Certification of Compliance with Local Rule 16.1**

　　　I certify that I have complied with Local Rule 7.1 by conferring by telephone with counsel for all Defendants in this Action and have attempted in good faith to resolve or narrow the issues.

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Andrew D. Epstein*

July 15, 2020　　　　　　　　　　　　　　　Andrew D. Epstein, Esquire (BBO #155140)
　　　　　　　　　　　　　　　　　　　　　　　Barker, Epstein & Loscocco
　　　　　　　　　　　　　　　　　　　　　　　176 Federal Street
　　　　　　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　　　　　　Tel: (617) 482-4900
　　　　　　　　　　　　　　　　　　　　　　　 Fax: (617) 426-5251
　　　　　　　　　　　　　　　　　　　　　　　 Photolaw@aol.com

**Certificate of Service**

      I certify that Plaintiff's Certification Under Local Rule 7.1 relative to Plaintiff's Motion for Leave to File Amended Complaint was filed through the court's ECF system and a copy was sent electronically on the day it was filed to all counsel of record.

*/s/ Andrew D. Epstein*
_____

July 15, 2020                                                     Andrew D. Epstein