# Exhibit B



# COPY OF DEPOSIT
# TXu 2-101-420

***NOTE: Deposits submitted electronically bear no identifying marks

```
Type of Work:       Text

Registration Number / Date:
                    TXu002101420 / 2018-06-10

Application Title: Dorland kidney chain final recipient letter July 2, 2015.

Title:              [Dorland kidney chain final recipient letter July 2, 2015]

Description:        Electronic file (eService)

Notes:              Title taken from appl.

Copyright Claimant:
                    Dawn Chryselle Dorland Perry, 1980-   .

Date of Creation:   2015

Authorship on Application:
                    Dawn Chryselle Dorland Perry, 1980-   ;  Citizenship: United
                        States. Authorship: text.

Names:              Dorland Perry, Dawn Chryselle, 1980-
```

================================================================================