# Exhibit E

June 11, 2018

Sonya Larson
89 Concord Ave #1
Somerville, MA 02143

Dear Ms. Larson,

We are pleased to inform you of our decision to publish your piece *The Kindest* (the "Work") as the feature portion of Boston Book Festival, Inc.'s ("BBF") 2018 *One City One Story* program. In consideration of the mutual covenants and obligations set for herein, we mutually agree to the following terms:

1. Grant of Rights. You grant to BBF, during the full term of copyright in the Work, the right to publish the Work in any language in not more than 30,000 printed copies of *One City, One Story*, and the right to publish and distribute for download at www.bostonbookfest.org, electronic versions of the Work in any language. ~~You further agree that the Work shall not be published or distributed by you, or any other person or entity, in any form, from July 16, 2010 through January 16, 2011.~~

2. Delivery. You agree to agree to deliver the final manuscript of the Work, in a form acceptable to the BBF, no later than Thursday, June 14, 2018.

3. Consideration. You acknowledge that you have declined the BBF's offer to provide financial compensation in exchange for the rights granted by you herein. You make such grant in consideration of the BBF's providing to you the opportunity to contribute to the goals of the BBF and to participate in the *One City One Story* program.

4. Credit. You shall be appropriately credited as the author and copyright holder in each published copy of the Work.

5. Copyright. BBF acknowledges that you reserve all rights in the Work, including copyright, not expressly granted herein.

6. Warranty and Representation. You represent and warrant that you have the right to enter into this Agreement and make the grants of rights contained herein, that the use of the Work, as contemplated herein, shall not infringe any copyright, trademark, or other right of any person or entity, that the Work shall not violate any right of privacy or publicity, and that no payments to any other person or entity shall be required in connection with the use and exploitation of the Work.

7. Indemnity. You agree to indemnify and hold BBF, its partners, employees, agents, affiliates, designees, and assigns, harmless from any loss, damage, liability, and expenses (including reasonable

1

attorneys' fees) that result from any actual or alleged breach by you of the above warranties, covenants, or agreements.

8. <u>Governing Law</u>. This Agreement shall be governed by and construed in accordance with the laws of the Commonwealth of Massachusetts applicable to contracts entered into and fully performed therein. Any legal proceedings brought to resolve any dispute arising out of this Agreement shall be commenced in the appropriate Suffolk County court or the United States District Court for the District of Massachusetts. No action or proceeding brought pursuant to this Agreement shall be commenced or maintained outside of Suffolk County. Regardless of the parties' respective domicile or residence, the parties hereby submit to the exercise of personal jurisdiction over them by the Suffolk County courts or the United States District Court for the District of Massachusetts.

9. <u>Counterparts</u>. This Agreement may be executed in one or more counterparts which when taken together shall constitute once and the same instrument.

10. <u>Entire Agreement</u>. This Agreement shall constitute the entire and binding agreement between the parties hereto and their respective heirs, successors or assigns. This Agreement merges and supersedes all prior and contemporaneous understandings and agreements (whether written or oral) between the parties regarding the subject matter hereof and may only be amended or modified by a subsequent written agreement signed by all parties.

    We are most grateful for your participation in this project! Please confirm your agreement to these terms by signing and dating two copies of this letter agreement and returning one fully-executed copy to us.

Sincerely,

Boston Book Festival, Inc/

By: _____

Deborah Z Porter, its President

ACCEPTED AND AGREED TO:

By: _____

Sonya Larson, an individual

Date: _____