# Exhibit G

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-678-446**

Effective Date of Registration:
December 17, 2018

## Title

    **Title of Work:**   The Kindest

## Completion/Publication

    **Year of Completion:**   2018
    **Date of 1st Publication:**   June 08, 2018
    **Nation of 1st Publication:**   United States

## Author

    • **Author:**   Sonya Larson
    **Author Created:**   text
    **Citizen of:**   United States
    **Domiciled in:**   United States

## Copyright Claimant

    **Copyright Claimant:**   Sonya Larson
    89 Concord Avenue, Unit 1, Somerville, MA, 02143, United States

## Rights and Permissions

    **Organization Name:**   Barker, Epstein & Loscocco
    **Name:**   Andrew D Epstein
    **Email:**   photolaw@aol.com
    **Telephone:**   (617)482-4900
    **Alt. Telephone:**   (617)272-5700
    **Address:**   176 Federal Street
    5th Floor
    Boston, MA 02110 United States

## Certification