# EXHIBIT D

The Audible/Brilliance print-on-demand CD variant

*Dear Recipient,*

*My name is Rose Rothario. I'm a thirty-eight-year-old white female, and I live in Greater Boston.*

*In 2015 I saw my first documentary about living kidney donation, and from that point forward I was constantly reminded of the urgent need for kidneys in our country. Equipped with this new awareness, I set forth on a journey to make a maximum impact on another's life with only minimal risk to myself.*

*I'm grateful to the entire transplant team at MGH, who gave such attentive care from my very first blood test to the date of our paired exchange. My own childhood was marked by trauma and abuse; I wasn't given an opportunity to form secure attachments with my family of origin. But in adulthood that experience provided a strong sense of empathy. While others might desire to give to a family member or friend, to me the suffering of strangers is just as real.*

*A few things about me: I like sailing, camping, jewelry, and cats.*

*As I prepared to make this gift, what sustained me was the knowledge that my recipient would be getting a second chance at life. I channeled my energies into imagining and celebrating <u>YOU</u>.*

*My gift, you must know, trails no strings. You deserve all that life has to offer, simply because you exist.*

*That said, I would love to know more about you. Perhaps we could meet. But I accept any level of involvement, even if it is none.*

*Warmly,*
*Rose M. Rothario*

1