UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SONYA LARSON, <br>    Plaintiff <br><br> v. <br><br> DAWN DORLAND PERRY, et al. <br><br>    Defendants | ) ) ) ) ) ) ) ) ) ) ) | No.: 1:19-cv-10203-IT |

**AFFIDAVIT OF PLAINTIFF SONYA LARSON IN SUPPORT OF HER MOTION FOR A <u>PROTECTIVE ORDER AND TO EXTEND SCHEDULING ORDER DEADLINES</u>**

I, Sonya Larson, on oath depose and state as follows:

1. On September 12, 2020, I gave birth to my first child. I had some medical issues related to my pregnancy and childbirth that required three (3) separate hospitalizations after I gave birth. I am still being monitored for my condition on a weekly basis. My medical condition significantly delayed my ability to get respond to some of Defendant Dorland-Perry's discovery requests.

2. If this Court determines that my deposition testimony should be limited to the issues in my Amended Complaint and should exclude the issues raised in Dorland's Counterclaim until the Court rules on my pending Motion to Dismiss, I will be forced to arrange for child care for my infant daughter for two days instead of one. Interrupting my husband's work schedule for one day is difficult enough but interrupting him for two possible days of testimony would be more challenging.

Signed this 27th day of January 2021.

*/s Sonya Larson\**

_____

Sonya Larson

**\* Ms. Larson was having printer problems and she gave the undersigned permission via email to sign this Affidavit on her behalf.**

By her Attorney,

*s/ Andrew D. Epstein*

_____

Andrew D. Epstein