UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SONYA LARSON,<br>        Plaintiff<br><br>v.<br><br>DAWN DORLAND PERRY, et al.<br><br>        Defendants | No.: 1:19-cv-10203-IT |

**JOINT MOTION OF THE PARTIES
TO EXTEND SCHEDULING ORDER DEADLINES**

NOW COME the Parties in the above matter, collectively and jointly, and move this Honorable Court to extend the fact discovery by approximately forty (40) days, and certain other scheduling deadlines as stated herein.  In support of this Motion, the parties state as follows:

1. The Parties previously requested a joint extension to extend discovery and subsequent deadlines on September 2, 2020 (Dkt. # 93).

2. The Court, finding good cause, granted the extension of those deadlines on September 3, 2020 (Dkt. # 94).

3. The parties now request an extension of those deadlines as granted in September 2020, as follows:

    a) All fact discovery, including non-expert depositions, shall be completed by April 14, 2021.

    b) The Status Conference presently scheduled for March 1, 2021, be rescheduled for at

time convenient to the court <u>on or after April 15, 2021</u>.

c) Plaintiffs' expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) shall be served by <u>May 14, 2021</u>.

d) Defendants' expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) shall be served by <u>June 14, 2021</u>.

e) All expert depositions and expert discovery shall be completed by <u>July 15, 2021</u>.

f) All dispositive motions shall be filed by <u>September 3, 2021</u>.

g) Oppositions to dispositive motions shall be filed by <u>October 4, 2021</u>.

h) Trial: <u>November 2021</u>.

4. The current Scheduling Order deadlines and the newly proposed deadlines are as follows:

| DEADLINE | CURRENT DEADLINE | REQUESTED DEADLINE |
|---|---|---|
| Completion of Fact Discovery | February 28, 2021 | April 14, 2021 |
| Status Conference | March 1, 2021 | On or after April 15, 2021 |
| Plaintiff's Expert Disclosures | March 31, 2021 | May 14, 2021 |
| Defendant's Expert Disclosures | April 30, 2021 | June 14, 2021 |
| Completion of Expert Depositions/Expert Discovery | Unspecified | July 15, 2021 |
| Dispositive Motions Due | June 15, 2021 | September 3, 2021 |
| Oppositions to Dispositive Motions Due | Unspecified | October 4, 2021 |
| Trial | August 2021 | November 2021 |

As grounds for this motion, the Parties state as follows:

5.      On September 12, 2020, Plaintiff, Sonya Larson ("Larson") gave birth to her first child. Plaintiff Larson had some medical issues related to her pregnancy and childbirth that required three (3) separate hospitalizations.  Larson is still being monitored on a weekly basis for her condition.  This delayed discovery for about two months.

6.      Additionally, in November and December 2020, the wife of Plaintiff's counsel was hospitalized on two (2) separate occasions for non-Covid related issues.  Counsel's wife is now stable and is recovering well.

7.      Because of these respective medical conditions, both Larson and her counsel were delayed in producing various documents that were requested by Defendant, Dawn Dorland Perry ("Dorland").  On January 7, 2021, Larson produced 425 pages of documents, and subsequently a computer thumb drive containing many more documents.  Counsel for Defendant, Dorland and Counsel for Larson have discussed possible additional documents that Defendant Dorland believes should be produced.  The parties are attempting to work out their discovery differences.

8.      On July 31, 2019, Plaintiff filed an Amended Complaint against all three defendants, Jeffrey A. Cohen, Cohen Business Law Group, PC (the "Cohen Defendants") and Dawn Dorland Perry.  (Dkt. No. 52)

9.      On April 24, 2020, the Cohen Defendants answered Plaintiff's Amended Complaint. (Dkt. No. 72)

10.     Also, on April 24, 2020, Dorland answered the Amended Complaint, and filed Counterclaims against the Plaintiff.  (Dkt. No. 75)

11. On May 15, 2020, Plaintiff filed a motion to dismiss Defendant, Dorland's Counterclaims in their entirety. (Motion at Dkt. No. 77 and Memo at Dkt. No. 78) The Court ruled on said Motion on February 2, 2021 (Dkt. 99).

12. The Parties have not taken depositions of each other's clients, in part because of the medical issues outlined above, and in part because of Plaintiff's Motion to Dismiss Dorland's Counterclaims. Until this Court ruled on Plaintiff's Motion, the scope of a deposition of Plaintiff as well as Defendant, Dorland depended in part on the rulings that this Court made on Plaintiff's motion. For example, Dorland Perry was seeking damages against Plaintiff for intentionally causing her emotional distress. The Court dismissed this count of the Counterclaim. Consequently, there is no need to address the issue of emotional distress.

13. While written discovery has been served by all parties, further discovery and depositions need to be taken. The Parties assert that said discovery is necessary for a full and fair evaluation of all Parties' claims, defenses, counterclaims and alleged damages.

14. All Parties agree that additional time beyond February 28, 2021, is necessary to complete fact discovery. Complicating this development is the on-going COVID-19 pandemic, which has created difficulty in managing and scheduling forthcoming depositions.

15. The Parties will remain diligent in their efforts to ensure that discovery progresses in this matter.

WHEREFORE, the Parties respectfully request that this Court amend the Scheduling Order to extend certain deadlines to the dates set forth above.

| | |
|---|---|
| Respectfully submitted,<br>Plaintiff,<br>Sonya Larson, | Respectfully submitted,<br>Defendant,<br>Dawn Dorland Perry, |
| By her attorneys,<br>*/s/ Andrew D. Epstein* | By her attorneys,<br>*/s/Suzanne M. Elovecky* |
| Andrew D. Epstein, BBO No.155140<br>photolaw@aol.com<br>Barker, Epstein, & Loscocco<br>176 Federal Street<br>Boston, MA 02110<br>(617) 272-5700 | Suzanne M. Elovecky, BBO No.670047<br>selovecky@psh.com<br>Partridge Snow & Hahn<br>30 Federal Street<br>Boston, MA 02110<br>T:617-292-7900 |

Respectfully Submitted,
Jeffrey A. Cohen and
Cohen Business Law Group, PC

By their attorneys,
/s/ Matthew H. Greene

Matthew H. Greene, BBO No. 673947
Boyle | Shaughnessy Law PC
695 Atlantic Avenue
Boston, MA 02111
(617) 451-2000

## CERTIFICATE OF SERVICE

    I certify that the within Joint Motion to extend scheduling order deadlines was filed through the court's ECF system and a copy was sent electronically on the day it was filed to all counsel of record.

                                                                       */s/ Andrew D. Epstein*

                                                                       _____

February 17, 2021                                                        Andrew D. Epstein