UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SONYA LARSON, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No.: 1:19-cv-10203-IT |
| | ) | |
| DAWN DORLAND PERRY, et al. | ) | |
| | ) | |
| Defendants | ) | |

**CERTIFICATION UNDER LOCAL RULE 7.1 OF CONFERENCE WITH COUNSEL REGARDING PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER TO EXTEND TIME FOR FACT DISCOVERY**

I certify that on January 15, 2021, and again on February 17, 2021, Counsel for all Parties conferred with respect to the Joint Motion to Extend Scheduling Order Deadlines and agreed to file said Motion jointly and collectively.

February 17, 2021

*/s Andrew D. Epstein*

Andrew D. Epstein (#155140)
Attorney for Plaintiff
Barker, Epstein, & Loscocco
176 Federal Street
Boston, MA 02110
(617) 482-4900
FAX: (617) 426-5251
Email: Photolaw@aol.com

Certificate of Service

      I certify that the within Certification Under Local Rule 7.1 of Conference with Counsel was filed through the court's ECF system and a copy was sent electronically on the day it was filed to all counsel of record.

*/s/ Andrew D. Epstein*

_____

February 17, 2021                                            Andrew D. Epstein