# EXHIBIT E

Damn, um, ok. Sonya, this sucks but no hashtags aside you are most definitely not fucked. It's a hell of a story and it keeps getting better every time I see it, and with each draft the donor character becomes more and more her own

you imagine the story (because that's all she did). Also, as others have pointed out, the piece isn't even centered around the donor to begin with. Just like the world isn't centered around the person who inspired her, just saying.

And don't get me started on the dude, who is such a total dude, the one who makes a cameo as "another writer who tipped me off" in previously referenced passive-aggressive Facebook post. Let's just say I've taught many, many hundreds of Grub students over the years and he is in fact the single douchiest individual I've ever taught (sample comment: "how come everybody thinks Junot Diaz is so great when he can only write about Dominicans?"). Is that even how you spell "douchiest?" I've never written the word before. Let's just say this dude is the reason I am even asking the question.

Anyway, I don't really do nonfiction because I can't resist the beautiful lie that feels true, but I do remember a few years ago when Jenn and I co-taught a workshop with Joyce Maynard, and she said something that stuck. I'm paraphrasing, but the idea is basically that you should write the story as truly as you can, pretending nobody will ever read it, and only later, just before you publish, send it to the people effected -- not for their permission, just so they hear it from you first. This is, I think, pretty good advice, and it applies to fiction as much as nonfiction. It's unfortunate that in the age of social media the moment a story is "published" is less clearly defined than it used to be.

I'm on my first day on my writing retreat up in Maine, and I've allowed myself one hour of internet per day, and for what it's worth I'd much rather spend it thinking about this than the Republican convention. Offline now. Much love to all of you.

Adam

On Mon, Jul 18, 2016 at 3:45 PM, Sonya Larson <larsonya@gmail.com> wrote:
> Oh my god. Totally giggling right now. [RELIEF!!]

On Mon, Jul 18, 2016 at 3:44 PM, Jennifer De Leon <delejenn@gmail.com> wrote:
> yes, what Whitney said. completely. maybe she was too busy waving from her floating thing at a Macy's Day parade instead of you know, writing and stuff.

On Mon, Jul 18, 2016 at 3:35 PM, Whitney Scharer <wscharer@gmail.com> wrote:
> As I have already expressed to Sonya, I think this whole thing is total bullshit. I find it deeply narcissistic to be pissed about someone "taking" your story--THAT YOU PUT PUBLICLY ON FACEBOOK FOR ALL TO SEE.

On Mon, Jul 18, 2016 at 2:56 PM, Sonya Larson <larsonya@gmail.com> wrote:
> Yes, I told her that learning of her kidney donation made me imagine a whole array of narrative possibilities, which I shaped into a story. I don't want to lie-- it's true! But I insisted that the story is focused on the recipient, and that I see the story as being about ideas that are bigger than the situation (ingratitude, shame, giving/owing, addiction, race). But she doesn't seem interested.
>
> Perhaps, as Whitney has suggested, once she reads the story she'll feel relief in seeing that it's not "about" her. Or maybe she'll go on 2nd tear, because let's face it, the donor in the story is equally flawed and complex (thanks to the great Chunky advice you guys gave me!!).
>
> Ugh. #AmFucked

On Mon, Jul 18, 2016 at 2:46 PM, Calvin Hennick <hennick.calvin@gmail.com> wrote:
> Well, the character was named "Dawn" in an earlier draft, but I don't think anyone who's not on this email thread knows that.

On Mon, Jul 18, 2016 at 2:41 PM, Celeste Ng <celesteing@gmail.com> wrote:
> I don't even understand why she's so convinced it's "about" her. I mean, she's not the only person who's donated a kidney, and the story isn't even about kidney donation per se, it's about a kidney recipient. Have you stated explicitly that it was "inspired" by her in any way?
>
> Basically, what Alexandria and Grace said. I'm so sorry you have to deal with this, Sonya. Honestly, it doesn't seem to me like you've done anything wrong, and you may just have to let her chill out and go

P80