# **EXHIBIT H**



Sonya Larson <larsonya@gmail.com>

# [Grub Chunky Monkeys] The Chunk T Shirt (aka "Chunk Chic")

**Sonya Larson** <larsonya@gmail.com>   Mon, Jul 18, 2016 at 4:19 PM
To: "grubchunkymonkeys@googlegroups.com" <grubchunkymonkeys@googlegroups.com>

Yeah, I definitely don't think that Dawn's feelings are invalid. I can understand the anxiety. I just think she's trying to control something that she doesn't have the ability or right to control, and sort of externalizing her inner stuff onto other people, which I guess is her M.O.

The other day I said to Whitney something like, "I just wish that she was handling this differently," and Whitney said, "Yeah, but if she was the sort of person who handled things differently, then you would never have written the story." And thus the Möbius strip of dynamics here...

And thank you so much for that Joyce Maynard perspective, Adam!! I think her words are right on. And yeah, the "writer who tipped me off" is pretty douchey, any way you spell it...

> On Mon, Jul 18, 2016 at 4:10 PM, Celeste Ng <celesteng@gmail.com> wrote:
> No, it's totally okay for Dawn to be upset--but it doesn't mean that Sonya did anything wrong, or that she is responsible for fixing Dawn's hurt feelings. (I don't know Dawn, and am not friends with her on Facebook, and basically avoid Facebook like I'd avoid a Porta-potty at a crowded public event on a hot summer day, so I will butt out after this, but mostly? I just don't want Sonya to be fretting over this at VSC. Don't fret, Sonya. You didn't do anything wrong, and this will blow over.)
>
> -----
> Celeste Ng
> author of *Everything I Never Told You*
> celesteng.com | facebook.com/celestengwriter | @pronounced_ing
>
> On Mon, Jul 18, 2016 at 4:06 PM, Calvin Hennick <hennick.calvin@gmail.com> wrote:
> My feelings about this are actually a little more complicated than y'all's, but I'm struggling to articulate why, and I'm hesitant to write anything, because Dawn really is obnoxious, and I really don't think Sonya did anything wrong. But I'm generally bad at shutting up, so here goes.
>
> I guess it comes down to the fact that I think these four things can be true at the same time:
>
> 1. Dawn is obnoxious.
> 2. Sonya didn't do anything wrong.
> 3. Dawn's hurt feelings aren't completely invalid.
> 4. Sonya's icky feeling isn't completely invalid.
>
> The first draft of the story really *was* a take-down of Dawn, wasn't it? The character had Dawn's name, and everybody in that workshop immediately recognized Dawn Dorland in the story. Publishing that draft of the story, I think, would have been a really assy thing to do. Don't get me wrong. *Writing* the draft and bringing it into workshop wasn't assy. That's what we do with drafts. We put them in front of people to figure out what they are.
>
> But Sonya didn't publish that draft, because Sonya is not an assy person! She created a new, better story that used Dawn's Facebook messages as initial inspiration, but that was about a lot of big things, instead of being about the small thing of taking down Dawn Dorland. But all Dawn hears is that someone is publicly reading a story that seems drawn from her life, and she can't figure out why no one has told her about it. And the reason no one has told her may have something to do with the fact that the story's origins lie in Dawn being an obnoxious person.
>
> I don't think I've succeeded in un-muddying this for myself. But I do think it's at least a little muddy, inherently. None of which is to say that Sonya should spend even another second of her residency thinking about this shit. But I'm not sure it's fair to totally dismiss Dawn's feelings, even if she is seeming more and more to all of us like someone who is only able to "feel" in the form of passive-aggressive or self-aggrandizing Facebook posts.
>
>
> On Mon, Jul 18, 2016 at 3:51 PM, Adam Stumacher <adamstumacher@gmail.com> wrote: