# EXHIBIT J

August 15th, 2016

4:27 PM  alison  Have you heard from Dawn since posting the story?

6:07 PM  sonya  Ha ha-- you mean the recording of it last week? Thankfully not. 😊 But I have a feeling that this shit isn't over, as hard as I tried to land that plane peacefully. I will have to give you the full scoop!!

6:08 PM  alison  Yes please! The story is SO GOOD

6:09 PM  sonya  Yeah, Dawn just continues to fascinate me. FASCINATE ME. If that story is ever published, she is totally going to murder me!!

6:10 PM  alison  Whatever, we'll all ice her out if she tries to mess with you

What if you published a short story collection

Revolving entirely

around Dawn

6:12 PM  sonya  Dude-- I could write pages and pages more about Dawn. Or at least about this particular narcissistic dynamic, especially as it relates to race. The woman is a goldmine!!

6:13 PM  alison  She really is. I live in fear of falling on her side of the line of the "white woman engages with race" fence

It all comes off as so self-promoting

6:13 PM  sonya  That will never ever happen to you, because you are actually self-aware!!

6:15 PM  alison  I hope that is true but I will remain on my guard.