# **EXHIBIT K**

 Sonya Larson <larsonya@gmail.com>

## Chunk Emergency Feedback

**Whitney Scharer** <wscharer@gmail.com>  Tue, Jul 24, 2018 at 2:44 PM
Reply-To: grubchunkymonkeys@googlegroups.com
To: grubchunkymonkeys@googlegroups.com

Wow, just catching up on all of this now (I'm traveling). The essay/letter thing is awesome, Sonya. You are awesome. Give'm hell!

---

Whitney Scharer
*The Age of Light,* out February 5th, 2019. Pre-order now!
whitneyscharer.com | @wscharer | instagram.com/wscharer



On Tue, Jul 24, 2018 at 2:25 PM Celeste Ng <celesteIng@gmail.com> wrote:
> If the Globe does run this I'm going to give them some really searing fodder for the semi-regular "Local Author Tweets About Something" feature they seem to run on me every few months.
>
> -----
> Celeste Ng
> author: *Everything I Never Told You* & *Little Fires Everywhere*
> celesteng.com | facebook.com/celestengwriter | @pronounced_ing
>
> On Tue, Jul 24, 2018 at 2:16 PM, Christopher Castellani <chriscastellani@gmail.com> wrote:
>> If the globe does run this, I'm going to feel even less guilty than I already do about not having even a digital subscription.
>>
>> Sent from my iPhone
>>
>> On Jul 24, 2018, at 2:08 PM, Celeste Ng <celesteIng@gmail.com> wrote:
>>
>>> The GLOBE? Run an article that isn't actually news and is barely even an article? I'm sure they'd NEVER.
>>>
>>>
>>> -----
>>> Celeste Ng
>>> author: *Everything I Never Told You* & *Little Fires Everywhere*
>>> celesteng.com | facebook.com/celestengwriter | @pronounced_ing
>>>
>>> On Tue, Jul 24, 2018 at 2:04 PM, Sonya Larson <larsonya@gmail.com> wrote:
>>>> I mean, if he IS faking it, he's doing so from his Globe email, which is very bad.
>>>>
>>>> It almost feels like they're trying to *make* news at this point. Weeeee...
>>>>
>>>> On Tue, Jul 24, 2018 at 1:49 PM, Celeste Ng <celesteIng@gmail.com> wrote:
>>>>> Totally agree it's not newsworthy--I don't even understand why the Globe has taken it this far! Is it possible that the Globe reporter is totally faking this, and he's a Globe reporter but not actually writing a piece, just trying to put a scare into Sonya on Dawn's behalf?
>>>>>
>>>>> I mean, that is a crazy conspiracy theory but it feels almost plausible based on how deranged DFD is being.
>>>>>
>>>>>
>>>>>
>>>>> -----
>>>>> Celeste Ng
>>>>> author: *Everything I Never Told You* & *Little Fires Everywhere*

P208

celesteng.com | facebook.com/celestengwriter | @pronounced_ing

On Tue, Jul 24, 2018 at 1:23 PM, Calvin Hennick <hennick.calvin@gmail.com> wrote:
In my opinion, this isn't newsworthy unless Dawn officially sues, Sonya settles (without an NDA), or Dawn does something publicly non-ignorable (such as disrupting Sonya's One City, One Story event or something). I'm not sure what she's shown/told them, but if I showed up at the Globe and claimed that Celeste based the character of Moody Richardson on me, they'd politely listen to me for 30 seconds before finding an excuse to leave me muttering to myself in the lobby.

(BTW, I'm onto you, Celeste.)

On Tue, Jul 24, 2018 at 1:03 PM, Celeste Ng <celesteIng@gmail.com> wrote:
I think sending it to both the reporter and editor is a smart move, but consult your lawyer (and maybe Calvin/others w journalistic experience) have thoughts!

On Tue, Jul 24, 2018 at 12:12 PM Christopher Castellani <chriscastellani@gmail.com> wrote:
That's an interesting idea. It may antagonize him further, but at least it might hold him a bit more accountable...?

On Tue, Jul 24, 2018 at 12:09 PM, Sonya Larson <larsonya@gmail.com> wrote:
For real, Chris!! Sean just suggested that we send this both to the reporter (who is like 22) and his editor.

On Tue, Jul 24, 2018 at 12:06 PM, Christopher Castellani <chriscastellani@gmail.com> wrote:
Gee, maybe b/c the reporter and Dawn are in cahoots. Who will write the article about how this article -- if it's ever published -- was cooked up by this "reporter" and his friend Dawn and inexplicably green-lighted by the Globe? With column space so precious these days, I'm shocked this is even being considered, unless it will only appear online...

On Tue, Jul 24, 2018 at 12:02 PM, Sonya Larson <larsonya@gmail.com> wrote:
Awesome feedback, Z!!!

As for being explicit about what it's about, I agree that it feels awkward. But the story isn't available to read yet, so I think this may be best, especially given how it relates directly to my later arguments.

And I'll ask my lawyer about detailing more of Dawn's behavior-- I must say that I said that before in my interview, and the reporter didn't seem very interested. It was weird.

Love you, Z!!!
Sonya

On Tue, Jul 24, 2018 at 10:48 AM, Becky Tuch <becky.tuch@gmail.com> wrote:
Z, this letter is exquisite. The arguments are so much clearer and bolder.

My few cents:

- Do you need to say at the outset that the story is about a person of color resisting a white savior narrative? I feel like that's a level of analysis readers could come to on their own, and it might somehow be stronger and simpler to state something like, "The Kindest" is about a Chinese-American woman, a recovering alcoholic, who receives a kidney donation from a white woman. The story is about the complexities of altruism, indebtedness, and race. (Or something like that. Somehow stating outright that it's about this character resisting the WSN seems to be too much of the writer telling readers, both of the story and this article, too explicitly what the story is.)

- Do you want to say more about Dawn's behavior? I feel like she has done SO MUCH awful shit, and making that public is going to totally disgrace her, which just might be the thing to get her to back off. All the phone calls and emails over the past year, all the threats and legal issues. The fact that you've had to hire your own lawyer. The fact that she is making it so that the story might get pulled completely. That she is seriously fucking with your career, not to mention your mental health. At least some of this in print would out her as being totally off.

Also, Z, whatever happens, I think this article is a good thing. There is no way she is going to come out good at the end of this. I can't wait to share it with the headline, "DFD, what the hell is wrong with you?!"

--
Writer
BeckyTuch.com

Editor
TheReviewReview.net

On Tue, Jul 24, 2018 at 10:07 AM, Celeste Ng <celesteIng@gmail.com> wrote:
I wouldn't assume he has all the info. I'd send him a copy of the final story just in case.

On Tue, Jul 24, 2018 at 10:06 AM Sonya Larson <larsonya@gmail.com> wrote:
This feedback is amazing, Grace. Incredibly helpful.

I'll change that intro for sure, and I'm just going to assume that he has all info ever— all drafts of the story, etc. Because why does it matter? I've still done nothing wrong.

And it's true that most novels have a disclaimer about how all similarities to real life are coincidental or fictionalized. But short stories rarely have that— they should!

So much love to the Chunks. You are essential to my life!!

Love,
Sonya


On Tue, Jul 24, 2018 at 9:35 AM <grace.talusan@gmail.com> wrote:
Go, Sonya! I agree with Celeste's observation. I like this--it is more straightforward. I didn't realize that you had already done an interview and this is follow-up so its length makes sense. I like the fuller response.

Other thoughts:
1. I've learned that you're still working your story, and wanted to share this info that we didn't discuss in our interview.

The first part of this sentence seems to set a tone that is suspicious of the writer (which I understand bc his reporting has been to go around you), but maybe something like: "I'm following up our interview" or "I wanted to follow up on some things you brought up in our interview here"

2. Do you know what he has? Does he have The Kindest? Does he have Dawn's letter? Should he in order to write his story? Or is his story repeating what Dawn's (baseless) accusations?

3. I love this:
I know exactly what I took. It was her letter's tone:

4. But unfortunately, for Ms. Dorland, you cannot copyright a tone.

Or an idea right? Ideas have free reign.

Sometimes I notice that there are disclaimers in movies and books where they say something about how it's coincidental if a character appears to be like someone in real life. So I don't know if that applies here. The character is not Dawn--just the fact of your character's kidney donation, which thousands of people also share that fact.

5. I think the last part is important and continues to show that this is nothing about Dawn and altruistic kidney donors, but about your long time project on examining race through fiction, including in this case, white savior narratives

Good luck, Sonya. You are so strong.


On Tue, Jul 24, 2018 at 8:16 AM, Sonya Larson <larsonya@gmail.com> wrote:
Love the Chunks!! I've incorporated these edits too. Keep them coming!!

On Tue, Jul 24, 2018 at 7:02 AM, Celeste Ng <celesteIng@gmail.com> wrote:
Love the instant read from West Coast Chunk Chip. :)

This is a much better draft and much better articulated, Sonya! I think it's just about ready to go. My only suggestion is at the start, when you talk about what DFD thinks you stole. Saying "these have been changed entirely from her letter" makes it sound like you acknowledge you used her letter as the starting point—is that what you want? If not, maybe "those are entirely different from her letter"?



On Tue, Jul 24, 2018 at 1:37 AM Chip Cheek <chip.cheek@gmail.com> wrote:
I think this is badass, Sonya. Really. Much better draft and so well articulated.

I'm sure you'll give it a proofread, but just in case: There's an extra "that" in last sentence of second paragraph, and extra "county" in the "Q County" story title.

❤️ 🤎 💥

Sent from my iPhone

On Jul 23, 2018, at 10:24 PM, Sonya Larson <larsonya@gmail.com> wrote:

> Gahhh-- Thank you all so much for all this feedback, Chunks. I incorporated a lot, and have attached a revision. A couple things:
>
> 1. FYI, I already had an on-the-record interview with this reporter at the Globe, so he knows that I don't think it's plagiarism. I could restate all that again, but I think the goal here is to OWN everything I've done, make a case for it, and emphasize all the race stuff that is so vitally important.
> 2. My lawyer loves the letter, but says to refrain from mentioning the settlement negotiations or the fact that DFD offered to kill the story. I rather agree.
> 3. I wish I could make this super-short, but I think that's hard here. Even if he ignores my letter though, I can publish this and say that this is what I sent the Globe, and they ignored it.
>
> I cannot thank you enough for all your help. Would you mind looking at this briefly?? We want to send this ASAP!!!
>
> Love,
> Chunk Sonya
>
> On Mon, Jul 23, 2018 at 10:45 PM, <grace.talusan@gmail.com> wrote:
>> Also, might your lawyer contact the reporter's editor about the "we'll kill this story" detail? Maybe the editor doesn't know about this.
>>
>> On Mon, Jul 23, 2018 at 10:04 PM, Becky Tuch <becky.tuch@gmail.com> wrote:
>>> Ugh I was off email today and missed this. But Sonya if you do a revision please send! And also fuck DFD.
>>>
>>> On Monday, July 23, 2018, <grace.talusan@gmail.com> wrote:
>>>> Hi Sonya
>>>>
>>>> Sorry this continues to plague you. Your voice is clear and strong in this response. I was cheering for you the whole time I was reading for it. You came across as sure, confident, and in the right. This nuanced statement would be great in an essay about what happened--you build your argument well. But I think this version would work only if the Globe printed it in its entirety, but if I was the Globe reporter, I would probably just pick out quotes. I agree with everyone else to give them as little as possible to work with, but to be clear about the stakes for those involved, clear about what fiction does, how this accusation if baseless and dangerous for art, freedom of speech, etc--I'm saying, take it away from all the details, but perhaps give a statement about the kind of atmosphere this can create for all artists. Maybe an analogy or metaphor?
>>>>
>>>> I worried about this line:
>>>> I don't want to cite Ms. Dorland's letter because I honestly think that that would be
>>>> dangerous for her.
>>>>
>>>> It seems you may be responding directly to a question the reporter asked you? But in any case, I felt like it brought up too many questions that answers. And presuming the letter would be dangerous for her--it seems the tone is off and makes it seem like you're hiding something. I think her letter could eventually get out--she will likely release it. So maybe you don't need to address that. I think keeping your statement about you, about art/freedom, how/why we should all be concerned about attacks like this. I know I suggested a lot, but I do think it should be as short as possible. A paragraph or two for the purposes of the Globe. Perhaps there's room for your more nuanced response/statement to go elsewhere. Especially once people read the

P211

piece--the things you have to say about the characters and why they do what they do will be more relevant to them. I do really like what you're saying about White Savior Narratives and that she's totally misreading this and acting--unwittingly--like White Saviors, trying to insert herself into your story and success. I'm glad that you don't speculate as to why--let the reader do this, let the reader know/find out there's a settlement, etc and come to their conclusion about DFD's motivations themselves.

If you want to show a revision, sounds like we're all here for you.

Adam--so glad to hear about your mother.

Take care,
Grace


On Mon, Jul 23, 2018 at 9:00 PM, Celeste Ng <celesteIng@gmail.com> wrote:
> You can even do that somewhat circumspectly: "Ms. Dorland has asked me not only for a credit line in the story but for financial compensation, neither of which I feel she deserves."
>
> On Mon, Jul 23, 2018 at 8:59 PM Calvin Hennick <hennick.calvin@gmail.com> wrote:
>> Obv run this by your lawyer, but I would TOTALLY include the fact that Dawn offered to try to kill the Globe story if you paid her off.
>>
>> On Mon, Jul 23, 2018 at 8:54 PM, Calvin Hennick <hennick.calvin@gmail.com> wrote:
>>> I think Chris is probably right. I'm not sure how your lawyer represented it, but the Globe is in no way obligated to include this full statement in their story. They're going to pick what they want, and because of that, I'd give them a lot less to choose from -- and to make basically every sentence say in some way "This story is fiction, and is not plagiarized from Dawn Dorland's anything."
>>>
>>> Adam, so glad to hear about your mom!
>>>
>>> On Mon, Jul 23, 2018 at 8:49 PM, Christopher Castellani <chriscastellani@gmail.com> wrote:
>>>> I'm so very happy to hear this news about your mom, Adam. I wish her the speediest and complete-est recovery.
>>>>
>>>> I'm not happy to hear this continuing bullshit re DFD.
>>>>
>>>> I'm also reading this on the fly - waiting for a Lyft to take us to dinner to celebrate Michael's birthday. Leave it to him to be born at the wrong time.
>>>>
>>>> I agree that the letter is brilliant and smart and nuanced. My concern -- and please disagree -- is that it's almost too much so. Or, at least, that you might need to separate out the analysis from responding to the charges a bit more clearly. Like say more clearly and concisely at the beginning -- more clearly than you already do -- that these plagiarism accusations are false. You read her letter. You saw her posting on Facebook. You read other letters. You researched other people who'd made similar donations. You deliberately borrowed the tone and structure of the letter. You made an effort to disassociate the letter from ALL the letters you read. You created your own unique character. You used your artistic license as a writer to do all of that. The content of the letter is in no way essential to the story, and, even if it were, it still does not constitute plagiarism. Anyway, maybe I'm wrong, but I think you need to say all this more clearly and concisely and forcefully than I did here - and put it in terms of what WRITERS DO -- and then move on to your analysis. Blending it too much might make for too nuanced of an analysis.
>>>>
>>>> Generally, I think it behooves you to say as little as possible, but I also understand the reason behind wanting to write this. And I can't wait to write my own response if this ever gets out

into the world. My mission in life is going to be to exact revenge on this pestilence of a person.

On Mon, Jul 23, 2018 at 8:38 PM, Sonya Larson <larsonya@gmail.com> wrote:
> Oh my goodness-- that is WONDERFUL about your Mom, Adam!!!!

On Mon, Jul 23, 2018 at 8:32 PM, Adam Stumacher <adamstumacher@gmail.com> wrote:
> I'm also reading and will send comments shortly.
>
> (Writing this from my mom's hospital room -- her surgery was a success and she's on track to be sent home tomorrow).

On Mon, Jul 23, 2018 at 5:28 PM, Alexandria Marzano-Lesnevich <alexandriaml@gmail.com> wrote:
> I just read this briefly on my phone, I'm running to dinner here, hi from Hedgebrook everyone. But I think it's BRILLIANT and fucking right on and seriously, fuck DFD. I remain so sorry you are dealing with this. Hang in there. Thinking of you.
>
> Alexandria Marzano-Lesnevich
> THE FACT OF A BODY: A Murder & A Memoir, out now from Flatiron Books (Macmillan)
> www.alexandria-marzano-lesnevich.com
>
> Sent from my iPhone
>
> On Jul 23, 2018, at 5:20 PM, grace.talusan@gmail.com wrote:
>
>> I'm reading too
>>
>> Hang in there
>>
>> On Monday, July 23, 2018, Celeste Ng <celesteng@gmail.com> wrote:
>>> Reading right now! Back in a minute!
>>>
>>> -----
>>> Celeste Ng
>>> author: *Everything I Never Told You* & *Little Fires Everywhere*
>>> celesteng.com |
>>> facebook.com/celestengwriter |
>>> @pronounced_ing
>>>
>>> On Mon, Jul 23, 2018 at 8:02 PM, Sonya Larson <larsonya@gmail.com> wrote:
>>>> Hi Chunky friends,
>>>>
>>>> There is so much to say about the DFD stuff, but suffice it to say that while we were working on a settlement today, the same Globe reporter who interviewed me sent a note to Eve, weirdly, asking for high-res version of my photograph, and saying that he was working on a story about me. This then prompted my lawyer to call DFD's lawyer, saying there's no point in trying to settle if the Globe is going to run a story, and they said, "Give us everything we want (money, attribution, etc.) and maybe we'll try to kill the story." It seems quite clear that DFD and this Globe reporter are working in cahoots.

So after much hand-wringing, my lawyer & I had this idea: to send the Globe reporter my full take on all this, i.e. that essay I've been writing. That way, even if they do publish a story, he'll be obligated to include this take as well. I've just now-- in wild flurry of thinking/refining-- finished the essay, which is attached.

Do you have 2 minutes to look at this and send any feedback? Imagine that this will somehow be a part of this Globe story!

Love love love,
Chunk Sonya

--

Hello, Chunky Monkey.

To email the whole group, send email to grubchunkymonkeys@googlegroups.com

To see all messages sent to the group, visit:
http://groups.google.com/group/grubchunkymonkeys
---
You received this message because you are subscribed to the Google Groups "grubchunkymonkeys" group.
To unsubscribe from this group and stop receiving emails from it, send an email to grubchunkymonkeys+unsubscribe@googlegroups.com.
For more options, visit https://groups.google.com/d/optout.


--
Hello, Chunky Monkey.

To email the whole group, send email to grubchunkymonkeys@googlegroups.com

To see all messages sent to the group, visit: http://groups.google.com/group/grubchunkymonkeys
---
You received this message because you are subscribed to the Google Groups "grubchunkymonkeys" group.
To unsubscribe from this group and stop receiving emails from it, send an email to grubchunkymonkeys+unsubscribe@googlegroups.com.
For more options, visit https://groups.google.com/d/optout.


--
Sent from Gmail Mobile

--
Hello, Chunky Monkey.

To email the whole group, send email to grubchunkymonkeys@googlegroups.com

 Gmail

Sonya Larson <larsonya@gmail.com>

## Here we go

**Celeste Ng** <celesteIng@gmail.com>  
Reply-To: grubchunkymonkeys@googlegroups.com  
To: Chunky Monkeys <grubchunkymonkeys@googlegroups.com>

Thu, Jul 26, 2018 at 12:20 PM

Just remember:

- You could never stop them from running the story, nor could anyone. Now at least they have the full facts.

- If they run the story without your side, you get to share your letter (already written!) to tell your side independently.

- The facts speak for themselves. You didn't do anything wrong, you don't have anything to hide or be ashamed of, and DFD doesn't have a legal case here regardless.

- Trust that people will see this story for what it is. You can't control the narrative; you can only say what you have to say as clearly as you can, and you've done that and will continue to do that.

Finally: As you said yesterday, this is an opportunity in disguise. It's an opportunity to talk about what YOU care about: race and white savior narratives and the role of the writer.

-----
Celeste Ng  
author: *Everything I Never Told You* & *Little Fires Everywhere*  
celesteng.com | facebook.com/celestengwriter | @pronounced_ing

> On Thu, Jul 26, 2018 at 12:10 PM, Sonya Larson <larsonya@gmail.com> wrote:
> I love you so much, Chunks. Thank you. Just heard from the reporter that he's read my note and "forwarded it to my editor," and that they want to run the story soon. This does not make me feel good.
>
>> On Thu, Jul 26, 2018 at 7:41 AM Adam Stumacher <adamstumacher@gmail.com> wrote:
>> The letter is perfect, Sonya. You are handling this ridiculous and infuriating situation with class and integrity. And Chip, your DFD encounter sounds bizarre and yet somehow inevitable.
>>
>>> On Thu, Jul 26, 2018 at 1:54 AM, Chip Cheek <chip.cheek@gmail.com> wrote:
>>> (I just realized, after sending this, that I don't think I've told you all this story (I told Sonya of course and chatted a bit about it at the BBQ): Katie and I were in a baby music class a few weeks ago here in Gundo, minding our own business, when I heard someone say, "Chip Cheek!" and looked up to see none other than DFD, with her newborn baby, Domingo. Just to be clear: the LA area is a fucking enormous place, and this class -- in El Segundo, or as some people call it, "Mayberry By the Sea" -- was tiny: literally four people (and their babies). And one of those four people was DFD. (Turns out she lives near Inglewood, not far from us.) At first I thought she was stalking us, but Katie assures me there's no way she could have known we were in this class -- it's not the kind of thing you sign up for in advance. So it's just the universe fucking with us. She said nothing about Sonya, was her old charming, sunny self, and Katie and I, being stunned but essentially polite people, just smiled and were cordial. She and her baby sat next to us, and we spent an hour singing in Spanish and dancing around the room, and then we exchanged numbers and (within an hour) she texted me lots of stuff about LA real estate and how she wanted us over for dinner and that she could introduce us to other parents of young children -- etc., etc. -- as if she had read our minds and understood exactly what we lack in life right now (i.e., friends, good real-estate advice), and Katie and I were like, "Fuck, can we just use her to meet people??" And I think literally the next day or soon thereafter came the news of the cease-and-desist letter, and we were like, "Nope." I haven't heard from DFD since that day, but now I live in fear of another text or of happening upon her at, like, baby yoga. ... Anyway. That's the story.)
>>>
>>>> On Wed, Jul 25, 2018 at 10:27 PM, Chip Cheek <chip.cheek@gmail.com> wrote:
>>>> What everyone has said. This letter is excellent. I admire you so much, Sonya, and I'm proud to call you a friend. Yes: we've got your back.

I will not publicly trash-talk DFD. My more urgent issue is what to do if she shows up -- AGAIN -- at Spanish Baby Music Class in fucking El Segundo... Life is weird.

On Wed, Jul 25, 2018 at 6:56 PM, Alexandria Marzano-Lesnevich <alexandriaml@gmail.com> wrote:
What Whitney said about your artist statement. What everyone said about this letter being perfect.

Thinking of you, Sonya. Hang in there. You got this. And we've got your back.

On Wed, Jul 25, 2018 at 5:12 PM, Becky Tuch <becky.tuch@gmail.com> wrote:
Z, this letter is completely perfect. It is so clear-eyed and possesses so much tact, poise, and sense of purpose.

We are all here riding this wave right along with you. And I'm with Whitney on completely respecting your wishes to not call out DFD, though I do hope that if the article is published she will get the backlash she deserves.

For now, you have done your part, and done it with so much grace and courage.

Hugs and hugs.

On Wednesday, July 25, 2018, Whitney Scharer <wscharer@gmail.com> wrote:
Dear Sonya,

If nothing else, this horrible experience with Dawn has done one thing: it's helped you put into words your artist's statement, in a way that is truthful, powerful, honest and fearless. Perhaps you already knew exactly what you write about and why you write it, perhaps you didn't. But now you have articulated it in a way that truly fills me with awe. In addition, your tone manages to be dismissive of Dawn's absurdity while not making light of it, and to make you seem like the better person IN EVERY REGARD while not for a moment belittling her.

Don't worry about us trashing DFD in public. For my part, I will never type or say her name again. She is dead to me forever. And if there's one thing I do well, it's hold a grudge.

I'm sorry I wasn't available these last few days while you were writing this letter, but please know I was with you in spirit and I'm here for you in any way you need. You got this.

With all my love,
Whit

---

Whitney Scharer
*The Age of Light*, out February 5th, 2019. Pre-order now!
whitneyscharer.com   |   @wscharer   |   instagram.com/wscharer



On Wed, Jul 25, 2018 at 6:30 PM <grace.talusan@gmail.com> wrote:
Sonya--this is such an act of strength and courage and you kick ass. It's all so lucid, certain, and confident. Even though this is deadly serious, there also seems to be a light tone--like you're not afraid

I get it from the writing, but also the reference to the 2015 dress, which adds some levity (but not in an inappropriate way). The ending and the way you use the story title--it's all so great. The fact that you're attaching the finished story--all of this seems like you're in really solid shape.

You're thoughtful to think of us getting accused of defamation, etc. I won't personally trash her in public although I will admit that I've sent angry thoughts out to her whenever I think of this whole debacle, the angst and suffering she's caused you.

I admire how you've handled all of this, how you're riding the wave so bravely.

Lots of Chunky love,
Grace

On Wed, Jul 25, 2018 at 6:07 PM, Sonya Larson <larsonya@gmail.com> wrote:
Dearest Chunks,

After yet another whirlwind 24 hours, I have finished the letter that you (and Sari and my lawyer) helped me with so damn much. The BBF is on board, Grub is on board, and we are plowing ahead. I have sent it to the Globe, and the final is attached.

It is possible that the Globe will run a story as early as tomorrow (they emailed the BBF today, asking if the BBF will be doing a 1C1S event this year). So yes-- our hope is that they incorporate this statement into their story, but even if they don't, we can publish it anyhow and say, "This is what I sent the Globe, but they ignored it." Beyond that, I don't want to say much else publicly at this point.

In terms of any response, I *really* don't want any of us to start trashing Dawn personally. (Not that I think you would, but it seems important to emphasize.) My statement is aimed at defending myself and not attacking her. And with legal stuff still pending, I don't want any Chunk to get accused of defamation or slander. I suppose that much will depend on what the Globe piece is like.

This whole thing has been harrowing, but I'm bracing myself to ride this wave wherever it may go. Thank you for all your wise support, ferocity, and strength. More than ever I love and appreciate the inimitable Chunky Monkeys.

Love, forever,
Chunk Sonya

--
Hello, Chunky Monkey.

To email the whole group, send email to grubchunkymonkeys@googlegroups.com

To see all messages sent to the group, visit: http://groups.google.com/group/grubchunkymonkeys
---
You received this message because you are subscribed to the Google Groups "grubchunkymonkeys" group.
To unsubscribe from this group and stop receiving emails from it, send an email to grubchunkymonkeys+unsubscribe@googlegroups.com.
For more options, visit https://groups.google.com/d/optout.



--

Grace Talusan
http://gracetalusan.com/
phone/text 617 359 5291
Grace.Talusan@gmail.com

--
Hello, Chunky Monkey.

To email the whole group, send email to grubchunkymonkeys@googlegroups.com

 Gmail

Sonya Larson &lt;larsonya@gmail.com&gt;

# Article

**Alexandria Marzano-Lesnevich** &lt;alexandriaml@gmail.com&gt;  Thu, Jul 26, 2018 at 4:44 PM
Reply-To: grubchunkymonkeys@googlegroups.com
To: grubchunkymonkeys@googlegroups.com

I don't understand how this is newsworthy or publishable. Like the piece doesn't make a claim of either of those things.

But I am effing amused that they ran a photo of her hat.

YAY SONYA.

Alexandria Marzano-Lesnevich
THE FACT OF A BODY: A Murder & A Memoir, out now from Flatiron Books (Macmillan)
www.alexandria-marzano-lesnevich.com

Sent from my iPhone

On Jul 26, 2018, at 1:30 PM, Sonya Larson &lt;larsonya@gmail.com&gt; wrote:

> I know. It's awesome. And it keeps dropping in importance. Here's hoping it stays that way!!
>
> On Thu, Jul 26, 2018 at 4:13 PM, Calvin Hennick &lt;hennick.calvin@gmail.com&gt; wrote:
>> LOFUCKINGL at the thud with which this article has landed.
>>
>> It has zero likes or retweets on Twitter. And, despite having 50 mutual friends with DFD and 76 mutual friends with Sonya, I haven't seen it cross my Facebook feed once.
>>
>> My God, it's *almost* like nobody gives a shit about DFD's tantrum!
>>
>> On Thu, Jul 26, 2018 at 2:49 PM, Chip Cheek &lt;chip.cheek@gmail.com&gt; wrote:
>>> Wow -- I see a lot has happened since I last signed on to email!! What an absurd, laughable story. I'll never click on it again. I'm so glad you're feeling better about this, Sonya, and know that this is going to disappear with a shrug -- or as Whitney perfectly put it, like a small fart on a windy day. Yes, yes.
>>>
>>> On Thu, Jul 26, 2018 at 11:07 AM, Sonya Larson &lt;larsonya@gmail.com&gt; wrote:
>>>> Oh, these Chunky emails are the BEST.
>>>>
>>>> So far it seems like literally no one cares. Definitely don't click on it! It's already "descending" in importance on the home page.
>>>>
>>>> If this keeps up, it is the BEST THING EVER. The BBF will go to print and she's almost guaranteed not to sue. (Thanks for the free legal advice, Globe!)
>>>>
>>>> On Thu, Jul 26, 2018 at 1:49 PM, Becky Tuch &lt;becky.tuch@gmail.com&gt; wrote:
>>>>> Haha. But her hackles were raised!!!
>>>>>
>>>>> On Thursday, July 26, 2018, Whitney Scharer &lt;wscharer@gmail.com&gt; wrote:
>>>>>> Agree with everything everyone has already said, but ESPECIALLY AGREE that it would be amazing if Chris posted that paragraph on DFD's wall. OMG.
>>>>>>
>>>>>> So very much is stupid about this article, starting with the title ("writing hackles raised"??? OOOH--how could I not read on after that exciting click-bait?!) to Dawn's assertion that you using like three words of her letter "isn't really writing. It's almost like Mad Libs. 'I've got this structure and now I'm going to plug and play." If it's that easy, DFD, where is YOUR MAGNUM OPUS? C'MON....SHOW US!

P223

Lastly, her claim that she has been "erased" from your story kinda negates her entire argument, doesn't it? I mean...if she'd been erased, then she wouldn't have found herself in it?

This will blow over like a small fart on a windy day.

Love,
Whit

---

Whitney Scharer
*The Age of Light*, out February 5th, 2019. Pre-order now!
whitneyscharer.com  |  @wscharer  |  instagram.com/wscharer



On Thu, Jul 26, 2018 at 1:29 PM Celeste Ng <celesteIng@gmail.com> wrote:
> I had a few interactions with her, which I tweeted about. This story is bonkers, like even beyond a DFD level of bonkers, and from reading Anna March's open letter I would not be surprised if there are some seriousl mental health issues at work there. I worry a bit about repercussions.
>
> ---
> Celeste Ng
> author: *Everything I Never Told You* & *Little Fires Everywhere*
> celesteng.com  |  facebook.com/celestengwriter  |  @pronounced_ing
>
> On Thu, Jul 26, 2018 at 1:20 PM, Sonya Larson <larsonya@gmail.com> wrote:
>> Oh, GOOD POINT!! YES!!!
>>
>> On Thu, Jul 26, 2018 at 1:18 PM, Celeste Ng <celesteIng@gmail.com> wrote:
>>> Also, this is absolutely the best (for Sonya) and worst (for DFD) day for this story to post, because basically all of the literary world's attention is on the Anna March grifting story.
>>> 
>>>
>>> On Thu, Jul 26, 2018 at 1:17 PM Sonya Larson <larsonya@gmail.com> wrote:
>>>> Oh my god. Chris. That paragraph is definitely a masterpiece of a kind :)
>>>>
>>>> On Thu, Jul 26, 2018 at 12:55 PM, Christopher Castellani <chriscastellani@gmail.com> wrote:
>>>>> Celeste, I'm a big big fan of your work, but that "F" might be your masterpiece :)
>>>>>
>>>>> It is taking every ounce of strength I have not to post on DFD's wall, "I just saw the article and I want to say how sorry I am. You must feel so embarrassed and ashamed that the Globe chose to write about your petty behavior. I remember you once showed some promise back when you were taking classes at Grub. That your Facebook posts from 6 years ago now constitute the bulk of your creative work, and you're going to such pains to protect them from inspiring infinitely better writers, must make it hard for you to get out of bed in the morning. Courage, DFD! It may not be too late to get a job with the postal service or the North American Midway."
>>>>>
>>>>> On Thu, Jul 26, 2018 at 12:46 PM, Celeste Ng <celesteIng@gmail.com> wrote:
>>>>>> When this blows over--which will be soon--this whole situation is going to be fodder for an AMAZING essay that you are going to publish in some high-profile place. If

you want to.

-----
Celeste Ng
author: *Everything I Never Told You* & *Little Fires Everywhere*
celesteng.com | facebook.com/celestengwriter | @pronounced_ing

On Thu, Jul 26, 2018 at 12:44 PM, <grace.talusan@gmail.com> wrote:
> I'm glad you don't feel terrible.
>
> To me, Dawn comes across as petty and jealous and asking for too much—we're supposed to inform everyone we know when we write fiction in case their feelings get hurt? It all seems like a private matter and the reporter does not make the case for why anyone should care about Dawn's complaint. It's all blah blah blah.
>
> You will be vindicated, Sonya.
>
> On Thursday, July 26, 2018, Celeste Ng <celesteIng@gmail.com> wrote:
>> "Dorland said that some lawyers she consulted told her..." is pretty fucking weak tea.
>>
>> -----
>> Celeste Ng
>> author: *Everything I Never Told You* & *Little Fires Everywhere*
>> celesteng.com | facebook.com/celestengwriter | @pronounced_ing
>>
>> On Thu, Jul 26, 2018 at 12:25 PM, Christopher Castellani <chriscastellani@gmail.com> wrote:
>>> My friend who read it said, "The globe should probably avoid publishing slander when even the lawyers they consulted acknowledged there is no case"
>>>
>>> On Thu, Jul 26, 2018 at 12:24 PM, Christopher Castellani <chriscastellani@gmail.com> wrote:
>>>> It's good you don't feel terrible. It's a stupid article, petty in every way. And, as predicted, the tween who wrote it didn't pay one ounce of attention to the nuance in your story. You will come out vindicated and this will help you in the end, once this tiny storm passes. I am shocked and appalled all over again by the Globe's low standards for "culture" reporting.
>>>>
>>>> On Thu, Jul 26, 2018 at 12:22 PM, Sonya Larson <larsonya@gmail.com> wrote:
>>>>> Yes!
>>>>>
>>>>> On Thu, Jul 26, 2018 at 12:20 PM, Celeste Ng <celesteIng@gmail.com> wrote:
>>>>>> I'm paywalled out (Fuck you, Globe). Anyone willing to PDF for me?
>>>>>>
>>>>>> -----
>>>>>> Celeste Ng
>>>>>> author: *Everything I Never Told You* & *Little Fires Everywhere*
>>>>>> celesteng.com | facebook.com/celestengwriter | @pronounced_ing
>>>>>>
>>>>>> On Thu, Jul 26, 2018 at 12:19 PM, Sonya Larson <larsonya@gmail.com> wrote:
>>>>>>> It's up...I don't feel terrible.
>>>>>>>
>>>>>>> https://www.bostonglobe.com/arts/2018/07/26/inspiration-plagiarism-writing-hackles-raised-boston-dispute/YxzQNqAj6SY7jWElr8MxuL/story.html#comments

P225