# EXHIBIT L



Sonya Larson <larsonya@gmail.com>

## Cease and Desist

**Deborah Porter** <deb@bostonbookfest.org>  
To: Sonya Larson <larsonya@gmail.com>  
Cc: Norah Piehl <norah@bostonbookfest.org>

Mon, Aug 13, 2018 at 4:09 PM

Sonya,

Please ask your friends to stop writing to us on your behalf. Our decision is final.

Just in case no one has said this to you, you should never have submitted a story to us that had a plagiarism claim against it and then continued to withhold that information from us when we picked the story. It seems to me that we have grounds to sue you for reimbursement of the $10,000 we have sunk into printing "The Kindest" plus legal fees.

Kindly ask your friends not to write to us. We have spent enough time on this already.

Thank you.

Debbie

--

Deborah Z Porter  
Founder and Executive Director  
Boston Book Festival  
32 R Essex Street  
Cambridge, MA 02139  
857-706-1116  
www.bostonbookfest.org