# EXHIBIT O

♥ 4

July 26th, 2018 ⌄

12:18 PM **sonya** You guys I'm famous: https://www.bostonglobe.com/arts/2018/07/26/inspiration-plagiarism-writing-hackles-raised-boston-dispute/YxzQNqAj6SY7jWElr8MxuL/story.html#comments

**BostonGlobe.com**
Inspiration or plagiarism? Writing hackles raised in Boston dispute - The Boston Globe
Accusations of plagiarism arose in June over a story chosen by the Boston Book Festival for its One City One Story program. (16 kB) ▼

‼ 1

 15 replies  Last reply 2 years ago