# EXHIBIT P

 Gmail

Sonya Larson <larsonya@gmail.com>

## [Boston Globe] "The Kindest" follow-up

**Sonya Larson** <larsonya@gmail.com>  Wed, Aug 8, 2018 at 8:45 AM
To: "Roberts, Anthony" <robertsa@audible.com>
Cc: "Jennifer 8. Lee" <jenny@plympton.com>, Yael Goldstein <yael@plympton.com>

Hi all! Below is a revised, simpler version of the note we'd like to send to the Globe. Please tell me if you have any suggested edits. And for clarity's sake among us, here's a timeline of what happened:

7/15/16: I asked Jenny if Audible would re-record the cited passage.
8/3/16: Audible notified me that the recording was finished and posted online, and I followed up with Jenny to see if Audible had indeed agreed to re-record.
8/5/16: Jenny tries following up with Audible, and having them take down the recording in the meantime.
10/16/16: Chaz at Plympton confirms that Audible now has the new text.
10/25/16: Audible officially corrects the downloadable mp3 file online, it appears.
7/25/18: I ordered a CD of the audiobook from Audible and heard that it contained the incorrect file. I followed up with Yael.
7/26/18: Brilliance confirmed that they'd remedied the situation.


REVISED Note to the Globe:

Dear Graham,

What you've heard is an earlier draft of the story that was never supposed to be available for public consumption. If it exists online somewhere, that is due to some clerical or communication error. Regardless-- as I've stated before-- the BBF version uses my own language.

My contact at Plympton, who oversaw this process, is happy to confirm this: Yael Goldstein Love, ygoldst@gmail.com, 718.536.6016, as well as Anthony Roberts at Audible.com: robertsa@audible.com.

Sincerely,
Sonya


On Tue, Aug 7, 2018 at 6:18 PM, Sonya Larson <larsonya@gmail.com> wrote:
> Hi Anthony-- yes, I can. I would love to send tomorrow in that case! Thank you for your help!
>
> Cheers,
> Sonya
>
>
> On Tue, Aug 7, 2018 at 6:16 PM, Roberts, Anthony <robertsa@audible.com> wrote:
>> Hi Sonya –
>>
>> Thanks for reaching out.
>>
>> Can I ask that you pause on sending this out to The Globe tonight?
>>
>> I will be in touch shortly.

Best,

Anthony

---

**Anthony Roberts**

Associate Manager, Content Partnerships

973.820.0629

**audible**

---

🎧 I'm listening to: Her Royal Spyness written by Rhys Bowen and performed by Katherine Kellgren

**From:** Sonya Larson <larsonya@gmail.com>
**Sent:** Tuesday, August 7, 2018 4:01 PM
**To:** Jennifer 8. Lee <jenny@plympton.com>
**Cc:** Roberts, Anthony <robertsa@audible.com>; Yael Goldstein <yael@plympton.com>
**Subject:** Re: [Boston Globe] "The Kindest" follow-up

Hi all-- here is a draft of what I'd like to say to the Globe. Anthony, are you the correct person to list as a contact? If not, is there someone on the press team to whom I can refer him? Obviously I'd love to send this ASAP!

Dear Graham,

When I was told that that recording was finished, I immediately contacted the studio to ask them to re-record the section that you cite. They agreed, and did so, and confirmed to me that they'd replaced all available files. It appears that due to some clerical or communication error on their part, they didn't properly place the correct file in all locations. I myself discovered this in July, and asked my contact to immediately correct the problem, which they did. If there are still versions available online somewhere, that is specifically counter to my direction from two years ago. It was *never* supposed to be available for public consumption.

You are welcome to confirm all this information with my contact at Plympton, who oversaw this process: Yael Goldstein Love, ygoldst@gmail.com, 718.536.6016. You can also confirm with Audible.com: Anthony Roberts, robertsa@audible.com.

Sincerely,

Sonya

On Tue, Aug 7, 2018 at 3:38 PM, Jennifer 8. Lee <jenny@plympton.com> wrote:

> Hi Anthony,
>
> This question came from the Boston Globe anout a potential errant old recording at Brilliance. Can you help Sonya (the atorg author) potentially track down what the situation is.
>
> Here is the original article for more context.
>
> https://www.bostonglobe.com/arts/2018/07/26/inspiration-plagiarism-writing-hackles-raised-boston-dispute/YxzQNqAj6SY7jWElr8MxuL/story.html
>
> Many thanks!
>
> Jenny

---

**From:** Sonya Larson <larsonya@gmail.com>
**Date:** August 7, 2018 at 12:09:30 PM PDT
**To:** Yael Goldstein Love <ygoldst@gmail.com>
**Subject: Fwd: [Boston Globe] "The Kindest" follow-up**

From the Globe.

Call me when you've heard back!

---------- Forwarded message ---------
From: **Ambrose, Graham** <graham.ambrose@globe.com>
Date: Tue, Aug 7, 2018 at 12:39 PM
Subject: [Boston Globe] "The Kindest" follow-up
To: Sonya Larson <sonya@grubstreet.org>, Sonya Larson <larsonya@gmail.com>

Hi Sonya,

This is Graham from the Boston Globe, following up with a new development in the story we published a few weeks ago on the accusations surrounding "The Kindest."

Since publishing our article, we have

discovered a different

audio version of "The Kindest

,

"

one that

has been published since 2016

by

Brilliance Audio.

(Link: www.brillianceaudio.com/product?i=30756)

That version of "The Kindest" contains a different version of the letter-within-the-story, one that bears much more striking similarities to Dawn Dorland's real-life letter. (I'm attaching a side-by-side comparison to this email.) This version of "The Kindest" is still being sold online.

We of course would love to talk about this with you. Please give me a call at 847-714-2211 or email me here.

Thanks so much,
Graham


--

**Graham Ambrose**

Culture Reporter | *The Boston Globe*

graham.ambrose@globe.com

c: 847-714-2211

--

~~~

Jennifer 8. Lee

Co-founder, Plympton

e: jenny@plympton.com

c: 917.586.0588

t: @jenny8lee