# **EXHIBIT Q**

1:58 PM **alison** WHO IS PUBLISHING THE KIDNEY PIECE???

June 16th, 2017

1:58 PM **sonya** Did I not tell you this????

American Short Fiction!

1:58 PM **alison** WHAT!!!!!!!

1:58 PM **sonya** They just took it 2 weeks ago, and want to publish it ASAP

Damn it, sorry, I thought I told you!!

1:59 PM **alison** That is so fucking awesome!!!!!!!

1:59 PM **sonya** Thank you!! I am so excited!!! And also scared

2:00 PM **alison** That is a good combination of feelings

2:00 PM **sonya** Is it???? UGH

2:04 PM **alison** I mean, it's a terrible combination to feel, but I think it's a sign that you're doing something right

2:09 PM **sonya** Ugh...I HOPE SO. Whatever. If she tries to come after me, I will FIGHT BACK!!

2:17 PM **alison** I will join you!!

2:17 PM Wait. Do you think it will come out before Tin House.

2:17 PM **sonya** Oh my god. Good question. When is Tin House again??

2:18 PM **alison** July 9th-16th

2:18 PM **sonya** What's good is that she recently de-friended me on Facebook, so that helps

I can't get an ETA from the magazine, but there's a good chance that yeah, it will be out...HOLY SHIT

2:18 PM **alison** I SO FUCKING HOPE IT IS

2:18 PM **sonya** I wonder if she'll know/say anything

HA HA HA-- GOD BLESS YOU

2:19 PM **alison** I'm glad she's not your FB friend anymore. Although I also kind of think you should post it to Grub Writers of Color.

Because the great thing about that

Is that if Dawn came after you, they would draaaaaag her

2:19 PM **sonya** Hmmm. That is actually a really good idea.

Truly!!

↓ Latest messages

2:19 PM  sonya  Hmmm. That is actually a really good idea.

Truly!!

June 16th, 2017

2:20 PM  alison  Why do they want you to change the end??

2:21 PM  sonya  They're saying it's "easy and familiar," which I don't agree with

And their suggested change is DUMB

2:22 PM  alison  I feel like you should push back, if you really feel that way! But again, I know fucking nothing about publishing stories.



2:22 PM  sonya  Also, they're suggesting I change the title to "Willing and Able" or "A Person in Need." I mean, I don't like "The Kindest" very much, but those suggestions SUCK

HA HA-- maybe I'll take the rest of their suggestions but push back on this one.

2:23 PM  alison  I like the Kindest only because it reminds me of Dawn's email signature.

But probably no one should make decisions based on that.

Those two titles are fucking awful though

2:23 PM  sonya  HA HA HA-- "Kindly"

2:23 PM  alison  Just name it "Kindly, Dawn"

2:23 PM  sonya  HA HA HA

2:23 PM  alison  They'll be like ma'am, there is no one named Dawn in this story

2:23 PM  sonya  Oh my god I am dying over here

giggling out loud

2:23 PM  alison  And you'll be like DON'T TELL ME ABOUT MY CRAFT