# **<u>EXHIBIT R</u>**

| | |
|---|---|
| **From:** | Elovecky, Suzanne M. |
| **To:** | Drew Epstein |
| **Subject:** | RE: [EXTERNAL] Sonyas deposition |
| **Date:** | Wednesday, February 3, 2021 5:05:00 PM |

Drew, I just re-sent it to you half an hour ago. I sent it the first time on January 25, 2021, and it is in my sent mail.

**From:** Drew Epstein <photolaw@aol.com>
**Sent:** Wednesday, February 3, 2021 4:28 PM
**To:** Elovecky, Suzanne M. <selovecky@psh.com>
**Subject:** Re: [EXTERNAL] Sonyas deposition

I search for an email from you but did not find one. All I found were many hundreds of docs from the subpoenas to ASF and the BBF.

Drew Epstein

Andrew D. Epstein
Barker, Epstein & Loscocco
176 Federal Street
Boston, MA 02110
(617) 482-4900
Cell: (617) 272-5700


-----Original Message-----
From: Elovecky, Suzanne M. <selovecky@psh.com>
To: Drew Epstein <photolaw@aol.com>
Sent: Wed, Feb 3, 2021 4:26 pm
Subject: RE: [EXTERNAL] Sonyas deposition

Drew, I sent you the summary over a week ago.

**From:** Drew Epstein <photolaw@aol.com>
**Sent:** Wednesday, February 3, 2021 4:26 PM
**To:** Elovecky, Suzanne M. <selovecky@psh.com>
**Subject:** Re: [EXTERNAL] Sonyas deposition

I thought you were going to get me a summary of exactly what you are looking for. I will make better copies of what I sent previously and send them to you ASAP.

Drew Epstein

Andrew D. Epstein
Barker, Epstein & Loscocco
176 Federal Street
Boston, MA 02110
(617) 482-4900
Cell: (617) 272-5700

-----Original Message-----
From: Elovecky, Suzanne M. <selovecky@psh.com>
To: Drew Epstein <photolaw@aol.com>; mgreene@boyleshaughnessy.com <mgreene@boyleshaughnessy.com>
Sent: Wed, Feb 3, 2021 4:11 pm
Subject: Re: [EXTERNAL] Sonyas deposition

Drew,

Will you be producing documents before the 12th?


Get Outlook for iOS



**Suzanne M. Elovecky**
Counsel
**Partridge Snow & Hahn LLP**
30 Federal St.
Boston, MA 02110
t: (857) 214-3097 · f: (617) 292-7910
**selovecky@psh.com**
Learn more about our lawyers at psh.com

---

**From:** Drew Epstein <photolaw@aol.com>
**Sent:** Wednesday, February 3, 2021 4:10:25 PM
**To:** Elovecky, Suzanne M. <selovecky@psh.com>; mgreene@boyleshaughnessy.com <mgreene@boyleshaughnessy.com>
**Subject:** [EXTERNAL] Sonyas deposition

Suzanne and Matt:

I just heard from Sonya Larson.  Can we reschedule her deposition to Friday, February 12.  Fridays are the better days for her to juggle her newborn and childcare.  Thanks.  Drew

Drew Epstein

Andrew D. Epstein
Barker, Epstein & Loscocco
176 Federal Street
Boston, MA 02110
Cell: (617) 272-5700

---------------------------
This email message contains confidential and/or legally privileged information belonging to the sender and intended only for the review and use of the intended recipient. If you are not the intended recipient, any disclosure, dissemination, distribution, copying, review or use of the information contained in this e-mail message or any attachment is strictly prohibited. If you think you have received this e-mail message in error, please notify Partridge Snow & Hahn LLP at (401) 861-8200, and purge this e-mail message from your computer system immediately. Thank you.