# **EXHIBIT S**

- 10.12.16.pdf
- Gmail - _The Kindest_ Request for Redlines.pdf
- Gmail - Audible Covers for Review_ Sonya Larson.pdf
- Gmail - Chunk Emergency Feedback.pdf
- Gmail - Chunky Submission.pdf
- Gmail - Fiction Submission from Sonya Larson.pdf
- Gmail - Fwd_ Dawn Dorland Copyright Claim (7277.001) - Correspondence.pdf
- Kidney Story, Draft #1.docx
- Kidney Story, Draft #2.docx
- Kidney Story, Draft #3.docx
- L-BBF 20180628.5T.pdf
- Note to the Globe.docx
- Q County Colored Penitentiary, Draft 11.24.14.docx
- The Kindest (with Sandra).docx
- The Kindest copy.docx
- The Kindest Person on the Planet.docx
- The Kindest, 1.18.16.docx
- The Kindest, 2.4.16.docx
- The Kindest, 2.24.16.docx
- The Kindest, 4.23.16 2.pdf
- The Kindest, 4.23.16.docx
- The Kindest, 4.23.16.pdf
- The Kindest, 8.16.16.docx
- The Kindest, 9.3.17.docx
- The Kindest, 9.26.16.2.docx
- The Kindest, 9.26.16.docx
- The Kindest, 11.30.15.docx
- The Kindest, 12.1.15.docx
- The Kindest, 12.22.15.docx
- The Kindest, 12.24.15.docx
- The Kindest, 12.27.15.docx
- The Kindest, by Sonya Larson.docx
- The Kindest, Draft 4.docx
- The Kindest, for American Short Fiction.docx
- The Kindest, for BBF.docx
- The Kindest, for Bread Loaf Reading.docx
- The Kindest, for Carve Magazine.docx
- The Kindest, for Colorado Review.docx
- The Kindest, for Four Stories Reading.docx
- The Kindest, for Gulf Coast.docx
- The Kindest, for Hunger Mountain.docx
- The Kindest, for Matt Hart II.docx
- The Kindest, for Matt Hart.docx
- The Kindest, for Narrative.docx
- The Kindest, for Neighbors Anthology 2018.docx
- The Kindest, for Neighbors Anthology.docx
- The Kindest, for Peter Turchi.docx
- The Kindest, for Ploughshares.docx
- The Kindest, for Plympton.docx
- The Kindest, for Ragdale.docx
- The Kindest, for Resistance Mic.docx
- The Kindest, for Shubha Sunder_s Class.docx
- The Kindest, for The Atlantic 2.pdf
- The Kindest, for The Atlantic.docx
- The Kindest, for The Atlantic.pdf
- The Kindest, for the Boston Book Festival.docx
- The Kindest, for The Missouri Review.docx
- The Kindest, for The New Yorker.docx
- The Kindest, for The New Yorker.pdf
- The Kindest, for the Somerville Arts Council.pdf
- The Kindest, for Trident Reading copy.docx
- The Kindest, for Trident Reading.docx
- The Kindest, for VSC Reading.docx
- The Kindest, for VSC.docx
- The Kindest, for VSC.pdf
- The Kindest, for WW Petition.docx
- The Kindest, for WW Reading, 2.0.docx
- The Kindest, for WW Reading.docx
- The Kindest, Sonya Larson, July 2016 Residency.docx
- The Kindest, The Masters Review.docx
- The Kindest, without Sandra.docx
- The Kindest.docx
- Untitled Story, for Chunks.docx