# Exhibit D

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SONYA LARSON<br><br>　　　　　　　Plaintiff,<br>v.<br><br>DAWN DORLAND PERRY, et al.<br><br>　　　　　　　Defendants. | **Civil Action No.**<br><br>**1:19-cv-10203-IT** |

**AFFIDAVIT OF PLAINTIFF, DEFENDANT IN COUNTERCLAIM, SONYA LARSON IN SUPPORT OF HER EMERGENCY MOTION TO COMPEL FURTHER ANSWERS TO INTERROGATORIES AND TO PRODUCE ALL REQUESTED DOCUMENTS AGAINST DEFENDANT, PLAINTIFF IN COUNTERCLAIM,
<u>DAWN DORLAND PERRY</u>**

I, Sonya Larson, on oath depose and state as follows:

1. I remember seeing that Dorland's Facebook group had between 250 to 300 members. This information was included on Dorland's own Facebook pages.

2. Dorland and I were acquaintances but not "true" friends. We did not frequently socialize with each other, or converse through significant emails, phone calls, shared cocktails, shared meals, birthday celebrations, gatherings with each other's spouses and with GrubStreet writing colleagues. The literary events together that we may have participated in were part of my duties as an employee of GrubStreet. I did go to party at Dorland's home on one occasion, but there were lots of other people there at the time. We never had conversations about our career paths and personal lives, beyond a very shallow level. If we stayed in touch after Dorland moved to Maryland to get a Master's degree, it was related to my job at GrubStreet.

3. I received an email from Robert Kolker who was writing a story about this Action. Kolker tells me that Dorland contacted him in January 2021, to explain what is going on with this litigation to see if he had any interest in the story. Kolker apparently pitched it to the New York Times Magazine. I am told that the NY Times has agreed to publish a story about this Action as early as this Spring. Kolker tells me that he interviewed Dorland for the story on at least two occasions and that they have exchanged emails.

Signed under the pains and penalties of perjury this 5th day of April 2021.

Signature page attached.

_____

Sonya Larson

3. I received an email from Robert Kolker who was writing a story about this Action. Kolker tells me that Dorland contacted him in January 2021, to explain what is going on with this litigation to see if he had any interest in the story. Kolker apparently pitched it to the New York Times Magazine. I am told that the NY Times has agreed to publish a story about this Action as early as this Spring. Kolker tells me that he interviewed Dorland for the story on at least two occasions and that they have exchanged emails.

Signed under the pains and penalties of perjury this 5th day of April 2021.

Sonya Larson