UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SONYA LARSON<br><br>　　　　　　Plaintiff,<br>v.<br><br>DAWN DORLAND PERRY, et al.<br><br>　　　　　　Defendants. | **Civil Action No.**<br><br>**1:19-cv-10203-IT** |

**CERTIFICATE OF COMPLIANCE WITH L.R. 7.1(2), 116.3 (e) and (f), REGARDING PLAINTIFF'S EMERGENCY MOTION TO COMPEL FURTHER ANSWERS TO INTERROGATORIES AND
TO PRODUCE ALL REQUESTED DOCUMENTS**

　　　　I, Andrew D. Epstein, certify that all parties conferred on April 5, 2021 in an attempt to narrow the issues in Plaintiff, Sonya Larson's Motion to Compel.  The Parties spoke by telephone but were unable to narrow the issues.

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Andrew D. Epstein*
　　　　　　　　　　　　　　　　　　　　　　　　　_____
April 5, 2021　　　　　　　　　　　　　　　　　　Andrew D. Epstein