# EXHIBIT A

Jan 23, 2016, 10:46 AM

> Hey Sari-- if you have a moment, could I talk to you on the phone for like 10 minutes?

> I think I'm *DONE* with the kidney story but I feel nervous about sending it out b/c it literally has sentences that I verbatim grabbed from Dawn's letter on FB. I've tried to change it but I can't seem to-- that letter was just too damn good. I'm not sure what to do...feeling morally compromised/like a good artist but a shitty person...

> Plus Dawn just sent me a note that said, "Can't wait for the Muse!! Good job! Kisses"

Whitney Scharer


Sari will have good advice! I bet Alexandria will too

  

Whitney Scharer


That email from dawn trails some strings....