# EXHIBIT B

wrote:

Hey Dawn!

Yes, I'll try not to pressure myself too much. And my memory is that I did indeed join the FB group; either way, I want to emphasize that my story is not about you or your particular gift, but about narrative possibilities I began thinking about in the context of kidney donation. So while your tremendous gift certainly prompted my imagination, I actually see the processing of writing the story as quite separate. Thus why I haven't mentioned the piece to you (or really to anyone outside of my writing group).

And I love the idea that we all deserve such gifts-- it's an idea that seems seldom entertained when people debate which organ recipients may be more "deserving" than others, and for what reasons. My doctor friends tell me, for example, that they won't perform transplant surgery on someone they suspect won't take steadfast care of the new organ. Which makes sense, I suppose, but obviously that calculus has a huge impact on who gets kidneys and who doesn't. It's all so complex and the stakes are so high-- I find it so fascinating!

Cheers,
Sonya

Sonya Larson
Assistant Director, Muse Conference
In office Monday-Friday, 12:00-6:00pm. I check email starting at 1:00pm.



Grub Street
162 Boylston Street, 5th Floor
Boston, MA 02116

grubstreet.org | 617.695.0075
TW: @GrubWriters | FB: GrubStreetWriters

On Mon, Jul 11, 2016 at 7:10 PM, Dawn Dorland <dawndorland@gmail.com> wrote:
> Hey, girl! Have an awesome time at VSC! Try not to pressure yourself too much...
>
> & thanks for catching me up on your kidney work. I admit, I was a little surprised to hear you'd been working on something like that since we're friends and you hadn't mentioned it (and you hadn't seemed interested in joining the fb group or interacting with my story too much--maybe I got the wrong idea there?). But of course, it's very flattering for the gesture to already be finding its expression in art. Indeed, many of your same questions are what fuel my own advocacy, which at its center is a sense that we all deserve such gifts.
>
> Kindly,