# EXHIBIT C

To: Celeste Ng

CONGRATULATIONS!!!!! SO EXCITING

It's just so fucking cool. Three Chunks with NEAs!!

and also SO INCREDIBLY AWESOME that you won it for the KIDNEY STORY

FUCK YOU, DFD

I know, RIGHT??? That story has taken SUCH a beating, as you well know, and  I'm STILL fighting to get it out there. DFD is going to freak out, but my lawyers have assured me that she can freak out all she wants; there's nothing she can do

YESSSSSSSS

and HAAAAAAAA I'm SO HAPPY FOR YOU

Wait has that story... never been published?

Wasn't it part of ASF?

It was, but after DD came after me, ASF took it off their website, and the audio version was taken down too. DD tried to get me to sign a doc saying I'd never publish it in any iteration ever again— it's like she's so scared of it. The woman is nuts.

EXTRA FUCK HER

she's so awful and I hope she is writhing into pieces under her giant hat

It DID, thankfully, just get published in a small anthology, which I haven't publicized yet. But now that the NEA news is out, I think I will

HA HA. I have no doubt she will writhe. But thankfully, she's given me a very strong education in how to weather storms like this. She's only made me stronger!!

that's exactly right!

she was a trial by fire of writing things you believe in and will defend

nd also a good reminder of WHY you need to write these stories

To: Sari Boren

Jun 16, 2017, 2:19 PM

I have news, my dear-- my kidney story is getting published!

Omg! Where?

American Short Fiction!

Cool!!

I am excited but also worried that DD is going to murder me

Eh. Whatever. Just don't use her note

THANK YOU

To: Celeste Ng ⌄                                                                                    ⓘ

Jun 7, 2018, 5:39 PM

DAWN DORLAND AND HER ONE KIDNEY CAN GO AND FUCK THEMSELVES

Oh goddddddd

Seriously, thank you

I feel in such a panic right now

I just replied and also forwsrdd to matt (I'm in the car to NH)

YOU DID NOTHING WRONG

DAWN CAN GO FUCK HER ONE KIDNEY

Thank you for making me LAUGH!

I need that right now!!

She is fucking threatening w a lawyer as a way to intimidate you

Which is the shittiest power move

Do you think so?? Like does she have any grounds? Gah!

And one that only a seriously pathetic human being would do

IF you used exact words from her letter she might have something to complain about but I don't think it's plagiarism

Even in that case you should have to pull the piece

DO NOT PULL THE PIECE

At most in that case you could rewrite those FEW lines

There is no right to say people can't write about you and the idiotic shit you do

Okay, okay— I'm so worried! I honestly don't even know how they might compare; I'm worried there is similar language in there, but can it even be plagiarism if it was basically from a FB post? Gah!

To: Celeste Ng

I don't think I have legal issues either, and SERIOUSLY!! FUCK HER! I think that if she ACTUALLY wanted to sue me, she would have contacted me already, right?

Got it. And can you plagiarize from a FB post?? This is something I don't know

You can only plagiarize if you took her intellectual property and pass it off as yours. And in fiction there's a pretty wide leeway

I don't have your story in front of me but it didn't look to me like you took words directly from her letters.

Can I please call her and just yell FUUUUUUUUUCK YOU

I don't think I did either, but I'm worried that I accidentally did. This is what Whitney was in a panic about do — when you research for fiction, no one ever tells you to like "cite" your details! Gah!

But whatever. I have never said "fuck you" to anyone but that would feel amazing right now

Again, make her do the work. She needs to cite which lines she thinks are "hers" and show you her "originals."

Do NOT add an acknowledgement to this story or I swear to god...

Wait you have never said fuck you to anyone?!

Yes yes yes— I am all game for this, and hope to be soothed by this lawyer.

Never! It's a tragedy!

Ugh I just read dawn's note that Calvin sent and I barfed in my mouth a little

THIS IS YOUR TIME SONYA

IT WILL NEVER BE SO RICHLY DESERVED

I know, right?? She is so...HERSELF

I'm going to write it in my journal!! FUCK YOU, DAWN DORLAND!!! FUCK YOU!!

Also I just remembered her motherfucking pitbull milking story and I just want to smack her in her smug self-satisfied face

To: Whitney Scharer                                                                                ⓘ

Do you know what letter Dawn is referring to?

In a panic I researched all the big plagiarism scandals this afternoon, and they're literally all from nonfiction books

Yes— it was a letter she wrote to her own kidney recipient and posted on FB

Oh totally—did you see the Jill Bialosky one? Not so good. Literally lifting paragraphs from wikipedia!

No, don't know that one! Looking up now, obsessively

Tap to Load Preview

nytimes.com                                    ›

I def. remember writing down certain phrases from that letter, because I thought it was so weird, and I wouldn't be surprised if I ended up using some, or phrases close to them. That's the shitty part. The problem is I don't know what they are— I don't have a copy of the letter, and I don't remember

and you can't find the letter?

I feel like a COMPLETE idiot, but also super defensive, because Jesus, it's fiction, and people pull language from real life all the time!

No, but I will look again!

If you remember basically when it was from I could scour facebook

Oh my god— could you??

Don't feel like an idiot. I think even if you use phrases from it you'd be ok

Were you in that FB group?

I think so?