# EXHIBIT B

To: Whitney Scharer

Oct 7, 2015, 10:50 PM

I have to say I'm now following dawn dorlands kidney posts with creepy fascination. This latest one is AMAZING: "Welp, probably the least expected outcome from my #livingkidneydonation this year is that I'll be walking in the ROSE BOWL PARADE on NEW YEAR'S DAY alongside the One Legacy-Donate Life float as an ambassador for nondirected (altruistic) donation. Good thing I'm a waver! I'll prolly also toss a couple high-fives. One Legacy provides packing and courier support for both cadaveric and living organs, and I'm thrilled to be part of their public face. Happy New Year, record the parade, watch it when you're not hung over. Special thanks to Dr. Jeffrey Veale at UCLA #domoreforeachother"

Oct 8, 2015, 9:27 AM

Oh my god. Right?? The whole thing-- though I try to ignore it-- persists in making me uncomfortable. This phrase;

phrase: "I'm thrilled to be part of their public face." Why say it that way? I just can't help but think that she is feeding off of the whole thing, but her food isn't the good feelings from having donated an organ; her food is public admiration and praise over her having done it. And she keeps doing things to get more food.

Of course, I feel evil saying this and can't really talk with anyone about it. Which may, in fact, be the point...

I guess I feel like it's hard to think someone is being altruistic when they use hashtags like #domoreforeachother and #livingkidneydonation...I don't know... a hashtag seems to me like a cry for attention.

Right??? #domoreforeachother. Like what more am I supposed to do? DONATE MY ORGANS???

by the way--I had a lunch meeting that got canceled, if by any chance you were free for lunch today instead of next week. No worries if not.

And yes, Sonya, you have TWO KIDNEYS. DONATE ONE!!!!

Goddamnit, I'm trying to be a nice person!! Don't lop off my body parts!!!

To: Whitney Scharer

Nov 27, 2015, 4:02 PM

Thought of you while reading dawn d's thanksgiving Facebook post. It's a good one.

Oh my god. Just read it. "A desperate stranger"..."make Thanksgiving everyday"...that fucking hashtag. It is just so weird!!

So deeply fucking weird. "Make thanksgiving everyday" was the best part

To: Sari Boren

Dec 17, 2015, 5:26 PM

HAVE YOU SEEN DAWN'S LATEST POST??!!

It's ostensibly about connection and social responsibility, in this special time of year. But it's really about HER DONATING A KIDNEY. It's unbelievable. Here's the money quote: "I sent my kidney into the void with no certain outcome, partly to say that we have the power to make decisions based on hope, not fear. "

I thought she sent her kidney into the abdomen of a religious dude with lots of kids, not into the void. How is the void going to use her kidney?

Dec 17, 2015, 7:26 PM

Oh my goodness. I just read it.

It really is incredible. She just can't stop being...herself.

Remember how we were talking about her emotional food? And how she just keeps pulling the lever to get more? That's exactly what this is.

"The void"?? It's like she's fetishizing her own saintliness. It's just so ironic and weird.

It's insane. I mean, it kind of creeps me out.

It definitely creeps me out. Especially because she keeps proselytizing her good need. That hashtag. Man.

To: Whitney Scharer

I know I am constantly, constantly texting you about dawn dorlands kidney donation, to the point of being creepy, but have you seen her photos from the rose parade? Something called "judging day?" Wtf?!?!

I haven't. WHAT IS JUDGING DAY??

Jan 3, 2016, 4:00 PM

Judging Day sounds so totally fucked up!

Rigth??

12:22 PM alison The timing. It is impeccable.
Screen Shot 2016-06-24 at 12.21.23 PM.png ▼

June 24th, 2016 ▼



12:37 PM sonya Oh my goodness. Is this for real??

12:37 PM alison Eve's comment is my favorite, not because there's anything wrong with it, but because it SO PERFECTLY echoes your story

Also: "I was moved to make a gesture that transcended the bonds of family, but my story also helps those who already know and love each other to consider living donation." GIRL CALM DOWN

12:38 PM sonya Oh man. See?? You can't make this stuff up!!

It's like everything she says is perfectly lovely, but it's laced with this tone/conceit that totally gives me the willies. But you can't say that out loud without going to hell.

And yes, Eve's comment!! It's totally like my story!

12:40 PM alison Hahaha. You can say it on Slack though. I just...maybe it's the Christian upbringing, but I feel VERY strongly that a good deed for which you seek and receive praise does not count with God.

12:41 PM sonya Oh my god, now THAT is a topic I want to discuss with you. SO INTERESTING!!!! Like is that part of Christian teaching? (not to pigeonhole you as the resident expert on Christian stuff)

12:45 PM alison It totally is! There are so many verses about it! The one I remember is "when you give to the poor, do not let your left hand know what your right hand is doing so that your giving may be done in secret." The idea being that God sees what's done in secret and will reward you. It was DRILLED into me as a kid, and even though I'm not a Christian anymore it's one of the things I can't get rid of.

12:48 PM sonya See, to me that makes perfect sense. If you seek something in return, it can still be very generous and wonderful, but it's not a gift. It's a transaction. And what's shitty is when you pretend something is a gift when really it's a transaction-- you're secretly wanting something back.

Enter: Dawn Dorland

12:48 PM alison Exactly! And Facebook approval a) totally counts as getting something back, and b) IS THE MOST FUCKING WORTHLESS THING ANYWAY

Like, Facebook approval is not worth your kidney, lady. You got the shit end of that deal.

12:49 PM sonya EXACTLY!!

Ugh. It's all so strange/fascinating/not something you can say out loud!!

12:50 PM alison I know! But also SUCH a good thing to write fiction about. I want to read the whole  ne not hurry up and publish it??

To: Whitney Scharer

Jul 2, 2016, 7:00 AM

Maybe the weirdest Dawn FB post yet? "Sweet pic by Chris last night with UCLA kidney transplant surgeon Dr. Jeffrey Veale. Last year Dr. Veale transplanted my kidney into my recipient (friends, it was he who proclaimed that my little bean "gushed urine" when sewn in lol). I owe this guy a lot; his advocacy, public education efforts, vision & charisma helped clinch my decision to donate. So proud call him & his wife Chantal our friends. -At a Malibu fundraiser hosted by Jane Seymour, a new kind of medicine woman #donatelife #domoreforeachother #livingkidneydonation"

Jul 2, 2016, 8:50 AM

God. Is this for real? There is just SO much going on in this paragraph. Like I could do a close reading of it for hours.

Like the Jane Seymour line...the gushing urine...

Also, my day has come: Dawn wrote to me directly to say that she'd heard I'd written a story about kidney donation and she wants to read it. Haven't written back yet. 😁

Oh boy. Well it had to happen someday. I would just tell her you're still revising and hope she forgets...?

And re her post: "my little bean"??? BARF.

Jul 4, 2016, 2:13 PM

Hello from Asheville!! And yes, re: Dawn— that's an excellent idea. I mean, it's also just plain true that I'm still revising. I must say that I feel my guilt wearing off, though— she obviously has zero problem publicizing all the personal details of her altruism, and when you do that, it (like anything) becomes fodder for art. So yeah! Go art!!

To: Whitney Scharer

Jan 16, 2017, 12:16 AM

Omg dawn dorland on the Jumbotron.

Holy shit I just looked it up

THIS IS AMAZING

her making the heart sign with her hands

YOU CAN'T MAKE THIS UP1!

Agreed. Fiction cannot top the Jumbotron!!

She is, in her own odd way, much like Trump

Ha! True. Sad!

She yuuuuuge on the Jumbotron

perfectly trump right there 😊