# EXHIBIT F

**To:** Yael Goldstein

Graham is calling me at 5:15 EST

> Okay, awesome
>
> Do you know what you're going to say?
>
> FYI, he was fairly hard-hitting with me

Was planning to say that you contacted us immediately about changing the recorded version and as far as anyone was aware that was the only version available since the re-recording

Can you remind me of timeline?

When you contacted us about re-recording had Dawn JUST started this mess?

What happened to trigger you to say let's rerecord?

Just for my own knowledge

> Just sent you the timeline

Right I saw that

I just wanted to know what happened just prior to 7/15/16

So between the initial recording and that date

Was it that Dawn emerged from the mist with her accusations?

> Yes!
>
> No problem. For *your own knowledge,* Dawn contacted me on 6.30.16, to say that she'd learned that I had written a story about a kidney donation, and was very angry about it. She seemed to think that she had some ownership over the topic of kidney donation.
>
> And that made me think, "Hmm. I wonder if there's placeholder text still in there that I should change." It made me realize that she is very obsessive.
>
> PLEASE don't tell him any of this.
>
> Are you going to speak on the record?