# EXHIBIT G

 Sonya Larson <larsonya@gmail.com>

## Audible Covers for Review: Sonya Larson

**Sonya Larson** <larsonya@gmail.com>   Wed, Jul 20, 2016 at 10:23 AM
To: "Jennifer 8. Lee" <jenny@plympton.com>
Cc: Chaz Curet <chaz@plympton.com>

Jenny!

Ah, I'm glad that Chaz is enjoying himself in Brazil. And I totally understand that it's a huge pain to re-record. But I definitely have another story that they could have the audio rights too, if that would help the request be more do-able. I've attached the story here; it's placed in a few contests, but hasn't been published yet.

Also, good news: "Gabe Dove" just won 2nd place in a contest and will be published by Salamander. So we'll be able to market the audiobook from the print angle too!

Cheers,
Sonya

On Tue, Jul 19, 2016 at 4:57 PM, Jennifer 8. Lee <jenny@plympton.com> wrote:
> Hi Sonya,
>
> (Chaz is on a well deserved vacation to Brazil, so I'm jumping in).
>
> End of this week would be great on the covers. Thank you.
>
> It would be hard to get Audible to rerecord,(because of all the postproduction that goes into it after it is recorded). It's not just part of that would have to be rerecorded, but likely everything, in order to match the voice. The recording is more than they pay for the rights.
> But I could ask them anyway.
>
> I could see *maybe* negotiating with them by offering another story of yours into the mix that they didn't have to pay additional rights for (to balance the cost of rerecording). I'm not sure if the money comes from the same budget so if it's fungible like that. But at least it's something to offer them.
>
> Let me know,
>
> Jenny
>
> On Friday, July 15, 2016, Sonya Larson <larsonya@gmail.com> wrote:
>> Hello, Chaz!
>>
>> Ah, thank you for checking in, and incidentally my designer and I are going back and forth with options as we speak. I'm thinking we'll have them wrapped up by the end of next week-- does that timing work for you?
>>
>> Though I must say, Juan's designs are GORGEOUS. Man, if I hadn't already started working with my friend, I would love to work with him!
>>
>> I do have one major question, however: one of my stories ("The Kindest") contains a letter sent from one character to another, which includes a couple sentences that I'd excerpted from a real-life letter. I'm now realizing that for ethical reasons I am uncomfortable keeping those lines in, and would very much like to revise them. I know that the story has already been recorded, but is there any way that those few lines might be re-recorded with the new lines?
>>
>> I understand that this may be a HUGE pain. But I feel quite strongly about this, and want to see if such a change is possible.
>>
>> Cheers,
>> Sonya
>>
>> On Thu, Jul 14, 2016 at 11:59 AM, Chaz Curet <chaz@plympton.com> wrote: