# EXHIBIT J

●●●○○ T-Mobile 🛜   1:15 PM   39% 🔋

🔒 larsonya.com

Sonya Larson's short fiction and essays have appeared in *Best American Short Stories 2017*, *American Short Fiction*, *American Literary Review*, *Poets & Writers*, *Writer's Chronicle*, Audible.com, *West Branch*, *Salamander*, *Memorious*, *Del Sol Review*, *Red Mountain Review*, *The Hub*, and more. She has received honors and fellowships from the Bread Loaf Writers' Conference, Vermont Studio Center, University of Wisconsin-Madison, St. Botolph Club Foundation, and more, and was selected as Boston's 2018 One City One Story author.

She currently works as Director of the Muse and the Marketplace literary conference, hosted by GrubStreet in Boston, as well as Director of GrubStreet's race and advocacy work. She received her MFA in fiction in the Program for Writers at Warren Wilson College.

Sonya lives in Somerville, MA, and is currently writing a novel.

See full CV.

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, see here: Cookie Policy

Close and accept

DORLAND000410