# EXHIBIT K

**Subject**: Re: Dawn Dorland
**From**: Sonya Larson <larsonya@gmail.com>
**To**: Norah Piehl <norah@bostonbookfest.org>
**Date Sent**: Monday, June 11, 2018 12:49:06 PM GMT-04:00
**Date Received**: Monday, June 11, 2018 12:49:47 PM GMT-04:00

Dear Norah,

Sounds excellent! I will send this signed form and rewritten passage this week!

Cheers,
Sonya

> On Mon, Jun 11, 2018 at 10:17 AM, Norah Piehl <norah@bostonbookfest.org> wrote:
> Dear Sonya,
>
> Attached is the publication agreement I mentioned--if we could also get this returned this week, that would be ideal. Thank you!
>
> Best,
> Norah
>
> > On Fri, Jun 8, 2018 at 1:23 PM, Sonya Larson <larsonya@gmail.com> wrote:
> > Dear Norah,
> >
> > Thank you so much for this! It's incredibly helpful. Yes, I would be more than happy to rewrite the whole letter— I am confident in my writerly abilities to do so. I'm sorry for any stress and extra labor this has caused you!
> >
> > So yes, I will send you a rewritten version by the 14th. And my mailing address is:
> >
> > 89 Concord Ave #1
> > Somerville, MA 02143
> >
> > Thank you again, and I appreciate your great professionalism!
> >
> > Cheers,
> > Sonya
> >
> >
> > > On Fri, Jun 8, 2018 at 1:03 PM Norah Piehl <norah@bostonbookfest.org> wrote:
> > > Dear Sonya,
> > >
> > > Thanks for getting back to me--and sorry to interrupt your VSC experience with this development!
> > >
> > > After speaking with our lawyer yesterday afternoon, he suggests that Dawn may have a valid claim, but one that would likely need to be decided by a jury. We obviously don't want things to get to that point, so I'm wondering if you would be willing to completely redraft the letter to avoid any resemblance in structure or language to the original; our lawyer particularly said that paraphrases (such as the introductory paragraph of each letter) would need to be avoided. I will share you on a Google doc that shows both letters side-by-side for comparison; from our lawyer's point of view, though, avoiding potential legal claims would probably require a complete rewrite of the letter rather than just

BBF01030

substituting words or phrases. Unlike *ASF*, we have the luxury of having the time to do this, since the story has not yet been printed; that said, we would need to get the rewritten letter no later than June 14 (next Thursday) in order for us to stay on track for the original publication schedule, since the story has already been typeset in English and is currently being translated into several other languages.

If, after considering this, you decide that a complete rewrite of the letter would be to the detriment of the story and that you'd rather have the story withdrawn from the 1C1S program, I would completely understand; that said, I'd love for you to let us know if you plan to do so ASAP since we would need time to figure out our next steps.

And if you do want to keep your story in the 1C1S program, I would need you to (belatedly) sign our standard 1C1S author agreement, which, among other things, agrees to indemnify the BBF against legal action by third parties; it's a pretty standard publication agreement that we should have sent you at the time that your story was originally accepted. If you are willing to review/sign that, I will just need your mailing address to include in the letter.

I know this is a lot to take in; I'll share you on the Google doc I mentioned and hope to hear from you soon.

Best,
Norah

On Thu, Jun 7, 2018 at 4:08 PM, Sonya Larson <larsonya@gmail.com> wrote:
> Dear Norah,
>
> Oh my-- thank you so much for note. I had not heard about any of this, and have not received legal advice myself.
>
> My original idea for this story did emerge from being included in that Facebook group, though of course my story is fiction. Amidst all my research, I remember that letter, and jotted down phrases that I thought were compelling, though in the end I constructed the fictional letter to suit the character of Rose. If there are any words or phrases in it that are causing concern, I would happily change them for 1C1s. I admit, however, that I'm not sure what they are; I don't have a copy of that letter. Please tell me if you have any more detail to share in this regard.
>
> Thank you again, and please tell me what I can do, and what your legal counsel advises. I'm so sorry to cause you any concern; I will do whatever I can to resolve this!
>
> Sincerely,
> Sonya
>
> On Thu, Jun 7, 2018 at 3:47 PM, Norah Piehl <norah@bostonbookfest.org> wrote:
>> Hi, Sonya,
>>
>> As you may have also heard from American Short Fiction, we've been approached by Dawn Dorland (who I understand you know through GrubStreet) making accusations that "The Kindest" plagiarized portions of a kidney donor letter she wrote and shared via Facebook to a group of which you were a member. I was just wondering if you had already been made aware of this and, if so, if you had already obtained any legal advice.
>>
>> I know that both American Short Fiction and the BBF are consulting with legal counsel; unlike ASF, we have the ability to allow you to make changes to the story

BBF01031