# EXHIBIT L

Celeste Ng
author: *Everything I Never Told You* & *Little Fires Everywhere*
celesteng.com |
facebook.com/celestengwriter |
@pronounced_ing

On Mon, Jun 25, 2018 at 3:12 PM, Chip Cheek <chip.cheek@gmail.com> wrote:
> I am ready to read it any time at all.
>
> It makes me livid that this has even reached this point. Why is this even still going on? This is a fucking non-story. And if the Globe runs a story that in any way suggests plagiarism, that would be a shocking lapse of editorial judgement and a failure of journalism. If they include sources that give this any amount of context -- e.g., a BBF source -- it will be clear that there is nothing here, except the ranting of a crazy person. Ugh, this is ridiculous.
>
> Sending love and support and any kind of help you need...
>
>
> On Mon, Jun 25, 2018 at 11:30 AM, Sonya Larson <larsonya@gmail.com> wrote:
>> Hi, my dear Chunks,
>>
>> Quick update-- I spoke w the Globe this morning, and parts of it went fine but parts of it scared me. He asked if I'd read Dawn's letter (yes), and if One City One Story asked me to change anything (they offered that I might, just to get her off their backs, and I said sure). I kept saying, "This is fiction, this is fiction;" but the reporter kept asking me to respond to Dawn's plagiarism accusations. I feel shaken (and, like, haven't eaten or slept), but okay.
>>
>> I'm going to go with the assumption that the Globe will run a story accusing me of being a plagiarist and a liar. (yay!) I felt terrible but am even more pumped/scared to write this "It's Not About You" essay about race, narrative, and the dynamics of my story. Would you indeed be willing to quickly read/workshop it? Sorry to keep embroiling you in all this!
>>
>> Love, forever,
>> Sonya
>>
>> --
>> Hello, Chunky Monkey.
>>
>> To email the whole group, send email to grubchunkymonkeys@googlegroups.com