# EXHIBIT M

| | |
|---|---|
| **From:** | Drew Epstein |
| **To:** | Elovecky, Suzanne M.; mgreene@boyleshaughnessy.com |
| **Subject:** | [EXTERNAL] Larson v Dorland - Larson"s Emergency Motion to Compel |
| **Date:** | Monday, April 5, 2021 9:00:19 AM |
| **Attachments:** | (C) Larsons Motion to Compel 4-5-21.docx |

Suzanne and Matt:

I intend to file the attached emergency motion to compel discovery today at about 11 AM in advance of our status conference with Judge Talwani.  If you wish to confer about this Motion in accordance with L.R. 116.3 (e) and (f), let me know as soon as possible.

Drew


Drew Epstein

Andrew D. Epstein
Barker, Epstein & Loscocco
176 Federal Street
Boston, MA 02110
Direct Line: (617) 272-5700