# Exhibit B

As far as the larger question, setting aside the similar language in the real and the fictional letters, of the broader similarities between Sonya Larson's story and your lived experiences, I have every sympathy toward your feeling exploited or exposed by that. But that seems to me to be, potentially, a personal betrayal within your friendship, not a matter of publishing ethics. If we were to aim to remove from publication every fictional story in which the author has borrowed heavily from real life, we would find ourselves with very little left, and a lot of understandably upset authors. Writing, as you wrote in your initial email, can be an ethically fraught calling.

I have to step out for a minute now to run an errand, but would happily talk to you on the phone about all this if you prefer--I just wanted to write you back explaining our (difficult) position as clearly as possible first. I'll try to give you a call later, or you can try me at 512-535-5746.

My best wishes,
Rebecca

On Thu, Jun 14, 2018 at 1:44 PM, Dawn Dorland <dawndorland@gmail.com> wrote:
> Dear Rebecca,
>
> Thank you for the information. Based on *ASF*'s response to my claim of plagiarism, my attorney and I are pursuing legal remedies.
>
> You might be interested to know that I spoke with an editor of a prominent literary magazine who, when in a similar situation with an online publication, took the following steps:
>
> 1-Verified the evidence provided by the writer, claiming that his/her work had been plagiarized by one of the journal's authors.
>
> 2-Decided, in consultation with the magazine's editorial board, that the writer's claims had artistic (based on the text) and ethical merit.
>
> 3-Retracted the plagiarized text from the website.
>
> 4-Published an apology online to the writer whose work had been plagiarized.
>
> 5-Made clear to the offending writer that his/her work would not be accepted again.
>
> This literary editor told me that he and his magazine responded swiftly after receiving evidence from a writer claiming plagiarism. They were never contacted by lawyers. As a leader of the literary community, he explained that he takes seriously his magazine's role in modeling ethical artistic behavior.
>
> I appreciate the sympathy you expressed for me last week, Rebecca, but this conversation made me wonder--did you consult with members of *ASF*'s advisory board before diverting my plagiarism claim? This has put me in the position of having to spend thousands of dollars to defend my right to my own work.
>
> I am available today until 3p PST via phone and email. 857-234-2650 (mobile)
>
> Sincerely,
> Dawn
>
> *I check email once daily at noon.*
>
> On Jun 13, 2018, at 8:20 PM, Rebecca Markovits <rebecca.markovits@americanshortfiction.org> wrote:
>
>> Dear Dawn,
>> I have heard back from Sonya's lawyer, James Gregorio, who has encouraged me to pass along his contact information to you so he can know exactly what he is responding to. He's asked me to convey to you that he will be happy to talk with you (or your attorney) about any concerns you may have regarding Sonya's story. Here's his information:
>> James Gregorio, Esq.
>> (Admitted in NY and NC)
>> Gregorio PLLC
>> 301 S Elm St Ste 507
>> Greensboro, NC 27401
>> Ph: 336.645.3595
>> james@gregoriopllc.com
>> Good luck, and I hope you receive a satisfactory response!
>> Best,
>> Rebecca
>>
>> On Tue, Jun 12, 2018 at 11:03 AM, Rebecca Markovits <rebecca.markovits@americanshortfiction.org> wrote:
>>> Hi Dawn,
>>> I've reached out to Sonya and her lawyer to see if I can just pass along his contact information to you. I think it would make much more sense, and be more efficient, for you guys just to be in touch directly. That way you'll both have a firmer sense of each other's requests/questions. As soon as I hear back from them, I'll let you know. I hope this will find a speedy and satisfactory resolution!