# Exhibit H

-----Original Message-----
From: Dawn Dorland <dawndorland@gmail.com>
To: Drew Epstein <photolaw@aol.com>
Sent: Wed, Dec 26, 2018 7:59 pm
Subject: Re: Sonya Larson

Dear Mr. Epstein,

As counsel for Sonya Larson, do you accept service of process for her? I do not have a home address for Ms. Larson, whom I am naming as the Defendant in my lawsuit.

If you are not able or willing to accept service for her, my only option will be to serve Ms. Larson at her employment address, which is the only address of hers that I know.

I request that you respond within five business days. Thank you.

Kindly,

Dawn Dorland Perry, MTS, MFA
Los Angeles

*I check email once daily at noon.*