# Exhibit I

**Subject**: One City One Story Cancelled
**From**: Deborah Porter <deb@bostonbookfest.org>
**To**: johanna@bookbub.com
**Cc**: Norah Piehl <norah@bostonbookfest.org>
**Date Sent**: Monday, August 13, 2018 12:27:59 PM GMT-04:00
**Date Received**: Monday, August 13, 2018 12:28:00 PM GMT-04:00

Dear Johanna,

As you know, BookBub sponsors the Boston Book Festival's One City One Story project. Sadly we have been forced to cancel One City One Story this year. The author of the story was accused of plagiarism and while we think it is a baseless accusation, we are being slammed with demands currently and the potential of a lawsuit in the future if we go forward with distributing the story.

I would like to propose another sponsorship opportunity at BBF for BookBub. We do a reading series in the NewsFeed Cafe at the Boston Public Library that involves around 20 authors and draws around 2000 audience members. I propose that BookBub sponsor this all day event instead. Your logo would appear on our website and on the mobile app in association with each of the six sessions. In addition, the host would thank you publicly at each session and we could place BookBub collateral on the cafe tables.

Would this be an acceptable alternative to you? I can't apologize enough to you for this-- it has truly been a nightmare.

Looking forward to hearing from you

Best,
Debbie

--

Deborah Z Porter
Founder and Executive Director
Boston Book Festival
22 R Essex Street
Cambridge, MA 02139
857-706-1116
www.bostonbookfest.org