# Exhibit O





 dawndorland • Follow



108 likes

MARCH 26, 2017

Add a comment...   Post