# Exhibit P

**while containing plagiarized material.** You have informed me that Sonya has revised the section of the "story based substantially on my own writing, which BBF has subjected to careful legal vetting. And you have also said that there will be an acknowledgment, but one that falls short of indicating *why* the alterations were made to the story. This troubles me.

I was under the impression that, as a leading literary organization, the organizers of the Boston Book Festival--including and especially the writers on its 1C1S Program Committee--would assume the task, no matter how difficult, of modeling ethical behavior among members of the writing community. I wouldn't have been at all surprised if BBF had found it repugnant to grant a writer who committed plagiarism such a wonderful platform. At the very least, with the legal issue neutralized, I would have expected the organization to acknowledge the remedies it took in order to proceed with the story. Such an acknowledgement could even--graciously--include naming me, my service, and my work.

As a long-time former resident of Boston and member of the wider literary community, I find the BBF's erasure of me and my writing from this process quite disturbing.

Sincerely,

Dawn Dorland, MTS, MFA
Los Angeles

On Jun 18, 2018, at 12:12 PM, Norah Piehl <norah@bostonbookfest.org> wrote:

> Dear Dawn,
>
> Thank you for your voicemail--I'm sorry I missed your call, but I was on another line.
>
> I'm not really sure how you hope that we'll address any ethical considerations of moving forward with the story. As in previous years of this program, Sonya's story was selected for the One City One Story project purely on the basis of its literary merit and its potential for connecting with Boston-area readers through reading and discussion. In both those areas, it was far and away the strongest story the committee considered this year.
>
> We are not in the position to evaluate any author's motivations or inspirations--those are beyond our capacity to discern or to judge, and, frankly, are outside the scope of the 1C1S program's objectives. Since you're also a writer, I'm sure you understand that writers of fiction find inspiration from all manner of people and situations that cross their paths.
>
> We as an organization have already worked to alleviate your concerns from a legal standpoint; at this point, as far as we are concerned, this is purely a personal matter between you and Sonya. I don't know the status of your past or present friendship, but perhaps a frank conversation with Sonya herself would be the most straightforward approach. As a small nonprofit with an even smaller staff, we unfortunately can't devote any additional time to this issue, as we need to move forward not only with the 1C1S project but also with planning and executing the rapidly approaching book festival.
>
> Best,
> Norah
>
> --
> Norah Piehl
> Deputy Director
> Boston Book Festival
> 32R Essex St., Suite 5
> Cambridge, MA 02139
> 857.706.1101
> norah@bostonbookfest.org

--
Norah Piehl
Deputy Director
Boston Book Festival
32R Essex St., Suite 5
Cambridge, MA 02139
857.706.1101
norah@bostonbookfest.org

--
Norah Piehl
Deputy Director
Boston Book Festival
32R Essex St., Suite 5