UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SONYA LARSON<br><br>    Plaintiff,<br>v.<br><br>DAWN DORLAND PERRY, et al.<br><br>    Defendants. | Civil Action<br><br>No. 1:19-cv-10203-IT |

**CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1**

  I hereby certify that I have complied with Local Rule 7.1 by conferring by email with counsel for all Defendants in this Action and we have attempted in good faith to resolve or narrow the issues presented in Plaintiff, Sonya Larson's Motion For Leave to File a Reply to Defendant, Dawn Dorland Perry's Opposition to Larson's Motion to Compel, and Larson's Further Response and Affidavit in Opposition to Dorland-Perry's Motion to Compel

*/s/ Andrew D. Epstein*
_____
Andrew D. Epstein

April 28, 2021

## **Certificate of Service**

      I certify that Plaintiff's Certification of Compliance under Rule 7.1 was filed through the court's ECF system and a copy was sent electronically on the day it was filed to all counsel of record.

                                                                                 */s/ Andrew D. Epstein*

                                                                                 _____

April 28, 2021                                                          Andrew D. Epstein