# Exhibit K

162 Boylston Street, 5th Floor

Boston, MA 02116

617.695.0075 (Main)

---

**From:** Eve Bridburg <eve@grubstreet.org>
**Sent:** Tuesday, July 03, 2018 12:34 PM
**To:** Dawn Dorland <dawndorland@gmail.com>
**Cc:** Ian Chio <ian@grubstreet.org>
**Subject:** Re: Professional complaint against GrubStreet Director

Dawn,

Thank you for bringing this to our attention. I've forwarded your email to Ian Chio, our Director of Finance and Administration (which includes HR). He will be in touch with you next week after the holidays.

Sincerely,

Eve

On Jul 2, 2018, at 9:12 PM, Dawn Dorland <dawndorland@gmail.com> wrote:

Dear Eve,

I hope this email finds you well. I was very sorry, after a 10-year streak of attending and teaching at the Muse and the Marketplace conference, not to join you this spring (I had a baby in April).

It pains me to write you under these circumstances, Eve, but I must file a complaint of professional misconduct against your Director of Race and Advocacy, Sonya Larson. Two independent arts organizations have now substantiated my claim that Sonya plagiarized my writing in her short story, "The Kindest," which I became aware of only a month ago. As a GrubStreet constituent--originally and for years interacting as a GrubStreet student

with Sonya, and since 2014 as a Muse presenter and online instructor--I find Sonya's theft of my text while employed as a GrubStreet director problematic, to say the least. I am compelled to bring my concerns to you, Eve, and/or your human resources professional (if you could refer me), in order to protect other writers who might have shared their creative materials with Sonya in workshop or in artistic friendship.

The other prong of my complaint relates to Sonya's treatment of me at the 2017 Muse conference, when she was Assistant Director. Sonya and I had had an artistic conflict before the conference (concerning the same story, in which I have now discovered plagiarism), but well ahead of the conference I had taken pains to mend things with her. After my having been invited and traveled from LA to teach two sessions at the 2017 Muse, however, Sonya avoided me and later would not even greet me when we ended up face-to-face. "Hi, Sonya," I said, and she about-faced (I can provide a witness). I at first found Sonya's behavior petty and unprofessional, unbecoming of a leader. Later, I became quite distressed. Nevertheless, despite this inconsiderate treatment by the very person who had invited me to present at the conference, I returned and taught my second session on the final day of the Muse. Sonya's physical ghosting--she looked right through me--at the Muse conference, however, had lasting effects, causing me a panic attack that night and lasting insomnia.

You might share my shock that someone with Sonya's warmth, apparent integrity and long reputational history as a writer's advocate would feel entitled to another writer's material and would conduct herself this way. That, I assure you, has made this long episode all the more painful. Unfortunately, the evidence of Sonya's plagiarism and other unprofessional conduct is clear. Yet another interaction that gives me pause is a conversation in which Sonya instructed me, as someone she perceives to be white, not to write about race (I am happy to provide you these emails, sent from Sonya's GrubStreet account). Even before becoming pregnant in July last year, the cumulative effect of these incidents is that I did not feel welcome returning to the Muse, which is something I thought you would very much like to know.

Eve, I urge you to initiate whatever personnel policies GrubStreet has in place for complaints of this magnitude. In the absence of such policies, however, I might suggest persuading Sonya to apologize to me formally, or GrubStreet's facilitating a reconciliation between us. If your reaction to my allegations is extreme, I would also be comfortable with your suspending Sonya from her position as Director of Race and Advocacy and/or Director of the Muse Conference briefly, with or without pay.

As a long-time member of the GrubStreet community--and now, in Los Angeles, a proud Grubbie expat--I hope and trust that you will take my complaint to heart, despite the reputational pushback and defense of Sonya that I know you must feel. I come to you and the GrubStreet staff and board vulnerably, Eve, trusting that you will hear and honor the pain and distress that one of your leaders has caused another writer financially (we spent our last $2500 retaining a lawyer to help me defend my work), professionally, and not least, personally.

If I don't hear back from you by the end of business tomorrow (Eastern), I will call you after the Fourth.

I apologize for bringing you this very difficult situation. I wish it weren't so.

Kindly,

Dawn


857-234-2650 (mobile)


*I check email once daily at noon.*

DORLAND00345



Dawn Dorland <dawndorland@gmail.com>

## Request to re-investigate ethical misconduct

**Dawn Dorland** <dawndorland@gmail.com>      Sat, Jan 26, 2019 at 8:40 AM
To: Bret Anthony Johnston <bajohnst@fas.harvard.edu>

Dear Bret,

I don't know what else to do but to alert you, as a member of the GrubStreet Literary Council and a writer I hold in high esteem, that I have come to GrubStreet leadership with evidence of exploitation and retaliation by a GrubStreet director and they have refused to review it (below).

Sincerely,

Dawn Dorland, MTS, MFA
Los Angeles

857-234-2650 (mobile)

*I check email once daily at noon.*

Begin forwarded message:

> **From:** Dawn Dorland <dawndorland@gmail.com>
> **Date:** January 25, 2019 at 10:22:34 AM PST
> **To:** Eve Bridburg <eve@grubstreet.org>
> **Cc:** Ian Chio <ian@grubstreet.org>, Kathy Sherbrooke <kathysherbrooke@gmail.com>
> **Subject: Re: Request to re-investigate ethical misconduct**
>
> Dear Eve,
>
> Thank you for your response. I have specifically alerted you to the fact that I have evidence of ethical misconduct that GrubStreet has **not** evaluated, including retaliation and personal abuse in the months since and as a result of your initial investigation. Your decision not to receive the evidence now suggests that GrubStreet is deliberately avoiding examining such evidence because it might require further action, in a Human Resources capacity, against a longtime employee. I am appalled that GrubStreet has chosen to abide the behavior that I have described. A writer could respond to the witting exploitation of her text and trauma in any number of ways, and I have consistently returned to these official channels because I had faith in you.
>
> Sincerely,
>
> Dawn Dorland, MTS, MFA
> Los Angeles
>
> *I check email once daily at noon.*
>
> On Jan 25, 2019, at 9:51 AM, Eve Bridburg <eve@grubstreet.org> wrote:

Dear Dawn,

Respectfully, after a thorough investigation, we consider this matter closed. We will not be engaging in further communication on this front.

Sincerely,
Eve

Eve Bridburg
Founder and Executive Director

GrubStreet, Inc
162 Boylston Street, 5th Floor
Boston, MA 02116
617.695.0075
@grubwriters
facebook.com/grubwriters

> On Jan 24, 2019, at 12:28 PM, Dawn Dorland <dawndorland@gmail.com> wrote:
>
> Dear Eve, et al,
>
> Confirming that a week has elapsed and I have not received a response to my request, below, which includes the report of personal abuse. I have explained why it would be personally distressing to correspond with the counsel to whom you have directed me but have likewise received no notice from you of a surrogate attorney or other proxy with whom I can safely and respectfully communicate.
>
> I am making sincere efforts to give you the information that will enable you and your board to hold members of your staff responsible for ethical misconduct. I do that with the aim of preventing future abuses. These emails are my good faith effort to attempt to resolve this matter; it is my right to seek resolution according to the channels established at most employers for this purpose.
>
> I request that you kindly respond to my reasonable request to review new evidence of my claims against your director Sonya Larson, in a Human Resources capacity, within five business days. Thank you.
>
> Sincerely,
>
> Dawn Dorland, MTS, MFA
> Los Angeles
>
> *I check email once daily at noon.*
>
> On Jan 17, 2019, at 7:53 AM, Dawn Dorland <dawndorland@gmail.com> wrote: