# Exhibit M

From: **Dawn Dorland** dawndorland@gmail.com
Subject: Re: query of June 7, 2018
Date: June 18, 2018 at 9:29 AM
To: Grotz, Jennifer L. jgrotz@middlebury.edu
Cc: blwc@middlebury.edu

Dear Ms. Grotz,

Thank you for your reply. I am writing an article about plagiarism in the writing community and will list this response on behalf of the Breadloaf Writing Conference. Other writing conferences of similar repute have responded quite differently.

I am available by phone and by email if you have any questions at all. 857-234-2650 (mobile).

Sincerely,

Dawn Dorland, MTS, MFA
Los Angeles

*I check email once daily at noon.*

On Jun 18, 2018, at 5:47 AM, Grotz, Jennifer L. <jgrotz@middlebury.edu> wrote:

> Dear Dawn Dorland,
>
> Thanks for your phone message and email query of June 7. We are not able to provide information regarding applicants or students enrolled in Middlebury programs.
>
> Sincerely,
> Jennifer Grotz

DORLAND000131