# Exhibit N



DORLAND00141