# Exhibit O







 **dawndorland** • Follow   •••

108 likes

MARCH 26, 2017

Add a comment...                                    Post