UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SONYA LARSON,           )<br>    Plaintiff )<br>         )<br>v.          )<br>          )<br>DAWN DORLAND PERRY, et al. )<br>          )<br>    Defendants )<br>          ) | No.: 1:19-cv-10203-IT |

**CERTIFICATION UNDER LOCAL RULE 7.1 OF CONFERENCE WITH COUNSEL REGARDING THE JOINT REQUEST TO TO AMEND SCHEDULING ORDERS**

  I certify that on July 6, 2021, Counsel for all Parties conferred with respect to the Joint Request for Revised Scheduling Order Deadlines and agreed to file said Request jointly and collectively.

July 6, 2021

                    */s Andrew D. Epstein*

                    Andrew D. Epstein (#155140)
                    Attorney for Plaintiff
                    Barker, Epstein, & Loscocco
                    176 Federal Street
                    Boston, MA 02110
                    (617) 482-4900
                    FAX: (617) 426-5251
                    Email: Photolaw@aol.com

<u>Certificate of Service</u>

      I certify that the within Certification Under Local Rule 7.1 of Conference with Counsel was filed through the court's ECF system and a copy was sent electronically on the day it was filed to all counsel of record.

*/s/ Andrew D. Epstein*

July 6, 2021                                                  Andrew D. Epstein