UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SONYA LARSON,<br><br>          Plaintiff<br><br>v.<br><br>DAWN DORLAND PERRY, et al.<br><br>          Defendants | No.: 1:19-cv-10203-IT |

**JOINT REQUEST OF THE PARTIES**
**TO REFER THIS ACTION TO MEDIATION**

The Parties in the above Action, collectively and jointly request that this matter be referred to the court's mediation program at the earliest opportunity.

| | |
|---|---|
| Respectfully submitted,<br>Plaintiff, Third-Party Defendant,<br>Sonya Larson,<br><br>By her attorneys,<br>*/s/ Andrew D. Epstein*<br>Andrew D. Epstein, BBO No.155140<br>photolaw@aol.com<br>Barker, Epstein, & Loscocco<br>176 Federal Street<br>Boston, MA 02110<br>Direct Line: (617) 272-5700 | Respectfully submitted,<br>Defendant, Third-Party Plaintiff,<br>Dawn Dorland Perry,<br><br>By her attorneys,<br>*/s/Suzanne M. Elovecky*<br>Suzanne M. Elovecky, BBO No. 670047<br>selovecky@psh.com<br>Partridge Snow & Hahn<br>30 Federal Street<br>Boston, MA 02110<br>T:617-292-7900 |

Respectfully Submitted,
Jeffrey A. Cohen and
Cohen Business Law Group, PC

By their attorneys,
/s/ Matthew H. Greene, BBO No. 673947
Boyle | Shaughnessy Law PC
695 Atlantic Avenue
Boston, MA 02111
(617) 451-2000

## CERTIFICATE OF SERVICE

     I certify that the within Joint Request was filed through the court's ECF system and a copy was sent electronically on the day it was filed to all counsel of record.

*/s/ Andrew D. Epstein*

October 22, 2021                                       Andrew D. Epstein