# **EXHIBIT E**

LarsonP3000095

**To:** Whitney Scharer

> Do you know what letter Dawn is referring to?

>> In a panic I researched all the big plagiarism scandals this afternoon, and they're literally all from nonfiction books

>> Yes— it was a letter she wrote to her own kidney recipient and posted on FB

> Oh totally—did you see the Jill Bialosky one? Not so good. Literally lifting paragraphs from wikipedia!

>> No, don't know that one! Looking up now, obsessively

> [nytimes.com link preview]

>> I def. remember writing down certain phrases from that letter, because I thought it was so weird, and I wouldn't be surprised if I ended up using some, or phrases close to them. That's the shitty part. The problem is I don't know what they are— I don't have a copy of the letter, and I don't remember

> and you can't find the letter?

>> I feel like a COMPLETE idiot, but also super defensive, because Jesus, it's fiction, and people pull language from real life all the time!

>> No, but I will look again!

> If you remember basically when it was from I could scour facebook

>> Oh my god— could you??

> Don't feel like an idiot. I think even if you use phrases from it you'd be ok

>> Were you in that FB group?

> I think so?