# EXHIBIT G

LarsonP3000154

To: Yael Goldstein

> The Globe is definitely running a story— could be very soon

> I'm so sorry about all this

> But am getting ready to ride this wave, wherever it may lead...

Wow

Why are they running this story???

Maybe the angle will be life imitating art! Here's hoping

> Good god— I have no idea

> I'm imagining the worst

> LOCAL AUTHOR IS A PLAGIARIST

> But who the hell knows— we'll see

The globe can't possibly think that amounts to plagiarism

> I mean, I don't know...

> But even so, says my lawyer, it doesn't matter— it's all been changed

If it hasn't been changed would it matter? I mean, even if you use some of her language how is that plagiarism?

*hadn't

> A very good question!!!

> Because I made a wholly fictional work out of it. This is what fiction writers DO

> We're always dropping in real-life language, snippets, etc!!

Exactly

> It is SO affirming to hear that you agree

> Because, seriously