# EXHIBIT I

# In the Matter of:

*Sonya Larson vs*

*Dawn Dorland Perry, et al*

---

*Sonya C. Larson Vol II*

*September 28, 2021*

---

68 Commercial Wharf • Boston, MA 02110
888.825.3376 - 617.399.0130
Global Coverage
court-reporting.com



O&L O'BRIEN & LEVINE COURT REPORTING SOLUTIONS

```
 1              UNITED STATES DISTRICT COURT
 2            FOR THE DISTRICT OF MASSACHUSETTS
 3                C.A. No. 1:19-CV-10203-IT
 4   * * * * * * * * * * * * * * * * * * * * * *
 5   SONYA LARSON,
 6                             Plaintiff,
 7   vs.
 8
 9   DAWN DORLAND PERRY, et al.,
10                             Defendants.
11   * * * * * * * * * * * * * * * * * * * * * *
12                       VOLUME II
13             DEPOSITION OF: SONYA C. LARSON
14                   Conducted Remotely
15                    11 Oxford Street
16                  Malden, Massachusetts
17    Tuesday, September 28, 2021         11:11 a.m.
18
19
20
21
22
23
24
```

Case 1:19-cv-10203-IT   Document 160-9   Filed 01/20/22   Page 4 of 7

Sonya Larson vs
Dawn Dorland Perry, et al

Sonya C. Larson
September 28, 2021

320

1    Q.   What is your understanding as you sit here
2    today as to the definition of the word,
3    plagiarize?
4    A.   My understanding is that, when fiction
5    writers describe plagiarism, they are describing the
6    act of one writer's creative work portraying another
7    writer's creative work as their own.
8    Q.   And does that word, creative, in your
9    answer have any particular meaning to you?
10   A.   Yes.
11   Q.   And what is that meaning?
12   A.   It means that it's not factual.  It is a
13   work of art.
14   Q.   And where did you form -- strike that.
15        How did you form that understanding of the
16   term, plagiarize?
17        MR. EPSTEIN:  Objection.
18   A.   I don't remember.
19   Q.   When did you form your understanding that
20   you just described concerning the term,
21   plagiarize?
22        MR. EPSTEIN:  Objection.
23   A.   I don't remember.
24   Q.   Was it before 2018?

1      A.   I don't know if I -- I don't know if she's
2   the right agent for me.   I don't -- I don't know.
3      Q.   You testified that you received an -- a
4   fellowship from the NEA.
5      A.   Yes.
6      Q.   What was included in your application to
7   the NEA?
8      A.   I don't know if this is going to be a
9   comprehensive list because I'm doing this from
10  memory.   I know you have the full materials of
11  everything that I gave to the NEA and all the
12  correspondence I had with the NEA.
13           But it included, I believe, a list of
14  publications that I had had in the last five years
15  at the time of my submitting that application and
16  they -- I think the NEA requires that they be of a
17  certain distribution level or higher and that they
18  have to be creative works, and so I provided that
19  list.
20           I believe I provided an artistic statement.
21  I provided "The Kindest" as a writing sample, and it
22  was the final BBF version of "The Kindest."  I
23  provided -- I think they had me provide a bio.
24  There's -- I believe there was a bio.

1        Again, I'm just doing this from memory.
2   And I provided the application itself, the NEA
3   application is notoriously complex and complicated;
4   so there's a lot of different elements that go into
5   it, but that's what I remember.
6        Q.  And you ultimately were awarded a
7   fellowship?
8        A.  I was.
9        Q.  And how much was that?
10       A.  $25,000.
11       Q.  And in many instances in your documents,
12  you share that news with your friends, isn't that
13  right?
14       A.  I don't remember specifically, but yes, I
15  do remember telling my friends about it.
16       Q.  And there were several instances where you
17  indicated that you received that award based on "The
18  Kindest," isn't that right?
19       A.  "The Kindest" was one piece of that
20  application.
21       Q.  What were the -- what other pieces would
22  the award have been granted on?
23            MR. EPSTEIN:  Objection.
24       A.  All of the materials that I just described

1  to you.  The NEA application requires a lot of
2  different elements.  They are all part of their
3  evaluative application process.
4       Q.   But "The Kindest" was the only writing
5  example you provided, correct?
6       A.   That's correct.
7       Q.   You also referenced the Elizabeth George
8  Foundation grant.
9       A.   Yes.
10      Q.   And was that an application that you had to
11 complete?
12      A.   Yes.
13      Q.   And what was included with that
14 application?
15      A.   That included a letter -- it included a
16 letter describing why I believed myself to be a good
17 candidate for this grant.  It included a budget, a
18 detailed budget, of how I would use the funds if I
19 were awarded this grant.  It included a excerpt of
20 my novel which I believe -- I don't remember.  I
21 believe it was 50 pages of the novel.  And it
22 included -- I did not send this myself in the
23 application, but it also -- the entire application
24 process also included letters of recommendation from