# EXHIBIT J

LarsonP3000066

To: Yael Goldstein 

Especially since I can't help thinking she HAD to be having just a touch a postpartum psychosis

> Basically I want it in writing that she will never ever contact me again. I want her fully out of my life forever

Yes, that sounds very wise

You need to be fully protected

You need the equivalent of a restraining order but for reputations

Does that exist?

> Although apparently she's now at a multi-week residency in Illinois, without her 6-month-old. I don't want to reinforce the patriarchy or hold artists back, but it's rather amazing to me

> Yeah, good question— I think if we make clear that we WILL sue for defamation, that ought to keep her in check