# EXHIBIT K

> FYI, WHEN I'm allowed to speak, I'm fucking planning to damage them, and I'm sorry, I love you you are not going to be able to prevent me.

> *but

>> I love you. So damn much

> Is the goal to get Dawn to go away forever, or for compensatory damages?

>> Definitely hold off— the time will come! And please say NOTHING privately

>> All the things!

> I want justice for you so badly but I worry about you diving into a protracted legal battle, even though you are in the right and will likely win easily.

> I'm not saying anything. Promise.

> Don't worry. But I'm not going to stop being mad about it, or planning what I'm going to say on my own behalf, when I'm allowed.

>> I'm not worried— everyone is saying this is an excellent case

>> Esp. if pro bono

> Yes, def. it seems pretty clear cut to me.

>> I do hope— with all my might— that the real story will come out someday, somehow

> But it's going to be infuriating and a slog.

> Make sure you maintain the right to speak/write about it in the end.

>> Agreed. For real.

> Honestly putting the real story out there may be the most satisfying thing. Aside from making her leave you the fuck alone for the rest of her life.

>> Yes— there are many things to process. One at a time, one at a time...