# EXHIBIT M

| | |
|---|---|
| Lisa Borders | **[8/22/18, 1:59 PM]**<br>Hi! Thank you so damn much for checking in, and sorry for the delay! I feel sort of blue/enraged/disappointed, but overall better. Despising Dawn with a fiery passion. In Minnesota right now though, which is awesome. How are you?? |
| Yael Goldstein | **[8/16/18, 1:48 PM]**<br>Um, dawn dorland just started following me on Twitter. WTF |
| Sari Boren | **[8/16/18, 9:09 AM]**<br>Everyone thinks Dawn is wrong. |
| Sari Boren | **[8/16/18, 9:08 AM]**<br>If they are, they think Dawn is in the wrong |
| Cathy Elcik | **[8/15/18, 10:01 AM]**<br>Just adding my small voice in support of team Sonya: I'm so sorry, and fuck Dawn. |
| Celeste Ng | **[8/14/18, 2:09 PM]**<br>Is the goal to get Dawn to go away forever, or for compensatory damages? |
| Becky Tuch | **[8/13/18, 10:50 PM]**<br>Dawn is going to HURT |
| Celeste Ng | **[8/13/18, 5:34 PM]**<br>did I not say this earlier? He said that since you have a pr bono lawyer (or will get one who does litigation) you shuld file suit against Dawn, because now there has been actual harm caused to you—lost of publication of this story and publicity, as well as damage to your reputation. |
| Celeste Ng | **[8/13/18, 5:33 PM]**<br>The first thing Matt said was that you should file suit against Dawn. |
| Celeste Ng | **[8/13/18, 5:33 PM]**<br>No, I would sue Dawn |
| Celeste Ng | **[8/13/18, 5:32 PM]**<br>Wait, I'm confused—who is litigating against whom? You are suing the BBF, they are suing you, or Dawn is suing you? Or you are suing Dawn? |
| Celeste Ng | **[8/13/18, 5:31 PM]**<br>Or are you talking about litigation with Dawn? |
| Whitney Scharer | **[8/13/18, 1:29 PM]**<br>Like I literally cannot believe Dawn wins this |
| Sari Boren | **[8/12/18, 11:01 AM]**<br>Maybe they're waiting until Dawn sues me or something |