UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SONYA LARSON,

       Plaintiff

      v.

DAWN DORLAND PERRY,
COHEN BUSINESS LAW GROUP, PC and
JEFFREY A. COHEN, ESQUIRE,

      Defendants.

      AND

DAWN DORLAND PERRY

      Plaintiff-in-Counterclaim

      v.

SONYA LARSON

      Defendant-in-Counterclaim

C. A. No.: 1:19-CV-10203-IT

## **JOINT PROPOSED SUMMARY JUDGMENT SCHEDULE**

All parties the to the above-referenced litigation submit this joint proposed schedule for the summary judgment briefing in this matter, as ordered at the June 15, 2022 scheduling conference.  Following a meet and confer between counsel for all parties on June 15, 2022, the parties propose the following schedule for summary judgment briefing:

| **Event** | **Due Date** |
| --- | --- |
| Opening Briefs | July 29, 2022 |

Oppositions                    September 16, 2022[1]

Reply Briefs                   September 30, 2022

 WHEREFORE, the parties to this matter request that the above be entered as a

scheduling order of the Court.

       SONYA LARSON,
       By her attorney,

       /s/ Andrew Epstein
       Andrew D. Epstein, Esq. (BBO #155140)
       Barker, Epstein & Loscocco
       176 Federal Street
       Boston, MA 02110
       Tel: (617) 482-4900
       Fax: (617) 426-5251
       Photolaw@aol.com

       DAWN DORLAND PERRY
       By her Attorneys,

       /s/ Suzanne Elovecky
       Suzanne M. Elovecky, Esq. (BBO # 670047)
       Partridge Snow & Hahn LLP
       30 Federal Street
       Boston, MA 02110
       t: (857) 214-3097
       f: (617) 292-7910
       selovecky@psh.com

       COHEN BUSINESS LAW GROUP, PC AND
       JEFFREY A. COHEN, ESQ.
       By their attorneys,

       /s / Matthew Greene
       Matthew H. Greene, Esq. (BBO # 673947 )
       Boyle Shaughnessy Law, PC
       695 Atlantic Avenue
       Boston, MA 02111
       T 617.451.2000
       F 617.451.5775
       MGreene@boyleshaughnessy.com

---

[1] The date for filing of oppositions is proposed as September 15, 2022 in order to accommodate counsels' and parties' vacations and other scheduling conflicts during the summer.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 17, 2022.

*/s/ Suzanne Elovecky*
Suzanne Elovecky, Esq. (BBO # 670047)

4288965.1/30402-2