UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SONYA LARSON,<br>        Plaintiff<br><br>v.<br><br>DAWN DORLAND PERRY,<br>COHEN BUSINESS LAW GROUP, PC and<br>JEFFREY A. COHEN, ESQUIRE,<br>        Defendants | )<br>)<br>)<br>)   C.A. No.: 1:19-CV-10203-IT<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION OF THE PARTIES TO EXTEND THE SUMMARY JUDGMENT BRIEFING SCHEDULE**

NOW COME the Parties in the above-referenced litigation, and hereby submit this joint motion to extend the summary judgment opening brief deadline by 90-days, and extend the briefing schedule in accordance with the below listed deadlines. In support of this motion, the Parties state that Counsel for the Plaintiff is facing unanticipated health complications that have necessitated recent surgery and ongoing treatment, and which restrict his ability to brief and argue for summary judgment on behalf of his client. He is speaking with colleagues with whom he can associate to take over these responsibilities. The Parties propose the following schedule for summary judgment briefing accordingly:

| Event | Due Date |
|---|---|
| Opening Briefs | October 28, 2022 |
| Oppositions | December 2, 2022 |
| Reply Briefs | December 16, 2022 |

WHEREFORE, the Parties to this matter request that the above be entered as a scheduling order of the court.

{B1453828.1}                                                                 1

SONYA LARSON,
By her attorney,

*/s/ Andrew D. Epstein*

Andrew D. Epstein, Esq. (BBO #155140)
Barker, Epstein & Loscocco
176 Federal Street
Boston, MA 02110
Tel: (617) 482-4900
Fax: (617) 426-5251
Photolaw@aol.com


DAWN DORLAND PERRY
By her attorneys,

*/s/ Suzanne M. Elovecky*

Suzanne M. Elovecky, Esq. (BBO # 670047)
Partridge Snow & Hahn LLP
30 Federal Street
Boston, MA 02110
t: (857) 214-3097
f: (617) 292-7910
selovecky@psh.com

COHEN BUSINESS LAW GROUP, PC AND
JEFFREY A. COHEN, ESQ.
By their attorneys,

*/s/ Matthew H. Greene*

Matthew H. Greene, Esq. (BBO # 673947)
Boyle Shaughnessy Law, PC
695 Atlantic Avenue
Boston, MA 02111
T 617.451.2000
F 617.451.5775
MGreene@boyleshaughnessy.com

**L.R. 7.1(a)(2) CERTIFICATION**

I, Matthew H. Greene, certify that on July 22, 2022, I conferred with all counsel pursuant to Local Rule 7.1(a)(2), and the parties are in agreement with this motion.

*/s/ Matthew H. Greene*

Matthew H. Greene, Esq.

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that a copy of the foregoing document has been served via email and/or first-class mail postage prepaid on all parties or their representatives in this action as listed below this 27th day of July, 2022:

| *Counsel for Plaintiff, Sonya Larson:* | *Defendant, Dawn Dorland Perry* |
|---|---|
| Andrew D. Epstein, Esq. | Suzanne M. Elovecky, Esq. |
| Barker, Epstein & Loscocco | Partridge Snow & Hahn LLP |
| 176 Federal Street, Suite 502 | 30 Federal Street |
| Boston, MA 02110 | Boston, MA 02110 |

*/s/ Matthew H. Greene*

☐ Matthew H. Greene, Esq. (BBO# 673947)
☐ Kristen N. Annunziato, Esq. (BBO# 706923)
*Counsel for Defendants, Cohen Business Law Group, PC and Jeffrey A. Cohen, Esquire*