UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SONYA LARSON, <br><br> Plaintiff <br><br> v. <br><br> DAWN DORLAND PERRY, <br> COHEN BUSINESS LAW GROUP, PC and <br> JEFFREY A. COHEN, ESQUIRE, <br><br> Defendants | C.A. No. 1:19-cv-10203-IT |
| DAWN DORLAND PERRY, <br><br> Plaintiff-in-Counterclaim <br><br> v. <br><br> SONYA LARSON, <br><br> Defendant-in-Counterclaim | |

**JOINT MOTION TO REVISE BRIEFING SCHEDULE
AND ENLARGE PAGE LIMITS**

All parties to this litigation are in receipt of the Court's order dated October 24, 2022 (ECF No. 174), wherein the Court denied without prejudice motions filed by Plaintiff Sonya Larson and Defendant Dawn Dorland Perry, seeking to enlarge the page limit for said parties' memorandums in support of their respective motions for summary judgment (see ECF Nos. 172, 173). Through that order, the Court asked the parties to confer concerning a more efficient briefing schedule. All parties conferred on October 24, 2022 at 5 p.m. (following initial email exchanges with proposed schedules), and have agreed to the following revised schedule:

1

| | |
|---|---|
| October 28, 2022: | Dawn Dorland Perry to file Opening Brief (30 pages) |
| | Cohen Business Law Group and Jeffrey A. Cohen, Esquire to file Opening Briefs |
| December 9, 2022: | Sonya Larson to file Oppositions and any Cross Motions for Summary Judgment (30 pages) |
| December 23, 2022: | Dawn Dorland Perry to file Opposition to Cross-Motion/Reply Brief in Support of Motion for Summary Judgment (30 pages) |
| | Cohen Business Law Group and Jeffrey A. Cohen to file Opposition to Cross-Motion/Reply Brief in Support of Motion for Summary Judgment |
| January 13, 2023: | Sonya Larson to file any sur-replies in support of her Motions for Summary Judgment (15 pages per brief). |

As noted in the above proposed schedule, Sonya Larson and Dawn Dorland Perry are renewing their request for enlarged page limits, due to the various claims and counterclaims, which require independent legal analyses. Cohen Business Law Group, P.C. and Jeffrey A. Cohen, Esq. do not make the same request.

The dates requested above include slight extensions to the time allotted for Ms. Larson's briefing, due to her counsel's travel and medical needs during the relevant time periods.

**WHEREFORE**, the parties respectfully request this Court GRANT this Joint Motion to Revise the Briefing Schedule and Enlarge Page Limits.

Date: October 25, 2022

Respectfully submitted,

**PARTRIDGE SNOW & HAHN LLP**

*/s/Suzanne M. Elovecky*
Suzanne M. Elovecky (BBO # 670047)
30 Federal Street
Boston, MA  02110
(617) 292-7900
(617) 292-7910 FAX
selovecky@psh.com


*/s/ Andrew D. Epstein*
Andrew D. Epstein (BBO# 155140)
Barker, Epstein & Loscocco
175 Federal Street, Suite 502
Boston, MA 02110
Photolaw@aol.com


*/s/ Matthew H. Greene*
Mark W. Shaughnessy (BBO#567839)
Matthew H. Greene (BBO# 673947)
Boyle | Shaughnessy Law PC
695 Atlantic Avenue, 11th Floor
Boston, MA 02111
mshaughnessy@boyleshaughnessy.com
mgreene@boyleshaughnessy.com

## L.R. 7.1(a)(2) CERTIFICATE

On October 24, 2022, at 5 p.m., all counsel in this matter conferred via telephone concerning the Court's order of the same date, and reached consensus on the issues presented herein.

*/s/Suzanne M. Elovecky*
Suzanne M. Elovecky (BBO# 670047)

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of October 2022, this document was filed and served through the ECF system and sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                  */s/ Suzanne M. Elovecky*
                                  Suzanne M. Elovecky (BBO #670047)

4357714.1/30402-2