UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SONYA LARSON,<br><br>      Plaintiff<br><br>v.<br><br>DAWN DORLAND PERRY,<br>COHEN BUSINESS LAW GROUP, PC and<br>JEFFREY A. COHEN, ESQUIRE,<br><br>      Defendants.<br><hr>DAWN DORLAND PERRY<br><br>      Plaintiff-in-Counterclaim<br>v.<br><br>SONYA LARSON<br><br>      Defendant-in-Counterclaim | C. A. No.: 1:19-CV-10203-IT |

**ENTRY OF APPEARANCE**

I, Hannah Y. Amadei of Partridge Snow & Hahn LLP, hereby enter my appearance of behalf of the Defendant/Plaintiff-in-Counterclaim, Dawn Dorland Perry, in the above-captioned action.

**DAWN DORLAND PERRY**
By Her Attorneys,
PARTRIDGE SNOW & HAHN LLP

*/s/ Hannah Y. Amadei*
Hannah Y. Amadei (BBO # 710509)
30 Federal Street
Boston, MA  02110
(617) 292-7900
(617) 292-7910 FAX
hamadei@psh.com

DATED:   October 26, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of October 2022, a copy of the foregoing document has been served via ECF system as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicates as non-registered participants.

*/s/ Hannah Y. Amadei*
Hannah Y. Amadei

4318788.1/30402-2