UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SONYA LARSON,<br>    Plaintiff<br><br>v.<br><br>DAWN DORLAND PERRY,<br>COHEN BUSINESS LAW GROUP, PC and<br>JEFFREY A. COHEN, ESQUIRE,<br>    Defendants | )<br>)<br>)<br>)   **C.A. No.: 1:19-CV-10203-IT**<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL BETWEEN THE PLAINTIFF SONYA LARSON AND THE DEFENDANTS, COHEN BUSINESS LAW GROUP, PC AND JEFFREY A. COHEN, ESQUIRE, WITH PREJUDICE**

In light of the recent decision by the Massachusetts Supreme Judicial Court, in Bassichis v. Flores, 490 Mass. 143 (2022), the Defendants, Cohen Business Law Group, P.C. and Jeffrey A. Cohen, Esquire appear to be exempt from civil liability for conduct undertaken during judicial proceedings, Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Plaintiff Sonya Larson, and Defendants Cohen Business Law Group, P.C., Jeffrey A. Cohen, Esquire and Dawn Dorland Perry, hereby stipulate that all claims between the Plaintiff and the Defendants, Cohen Business Law Group, P.C. and Jeffrey A. Cohen, Esquire, in the above-captioned action be dismissed with prejudice, without costs or attorney's fees, and with all rights of appeal waived.

THE PLAINTIFF
SONYA LARSON
BY HER ATTORNEYS,


*/s/ Andrew D. Epstein*

Andrew D. Epstein, Esq. (BBO#155140)
Barker, Epstein & Loscocco
175 Federal Street, Suite 502
Boston, MA 02110
Photolaw@aol.com
Phone: (617) 482-4900
Fax: (617) 426-5251

THE DEFENDANTS,
COHEN BUSINESS LAW GROUP, PC,
AND JEFFREY A. COHEN, ESQUIRE,
BY THEIR ATTORNEYS,


*/s/ Matthew H. Greene*

Mark W. Shaughnessy, Esq. (BBO# 567839)
mshaughnessy@boyleshaughnessy.com
Matthew H. Greene, Esq. (BBO# 673947)
mgreene@boyleshaughnessy.com
Kristen N. Annunziato, Esq. (BBO# 706923)
kannunziato@boyleshaughnessy.com
Boyle | Shaughnessy Law, P.C.
695 Atlantic Avenue, 11th Floor
Boston, MA  02111
Phone: (617) 451-2000
Fax: (617) 451-5775


THE DEFENDANT
DAWN DORLAND PERRY
BY HER ATTORNEYS


*/s/ Suzanne M. Elovecky*

Suzanne M. Elovecky (BBO#670047)
selovecky@psh.com
Partridge Snow & Hahn LLP
30 Federal Street
Boston, MA 02110
Phone: (617) 292-7900
Fax: (617) 292-7910


### CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on this 26th date of October 2022, a copy of the foregoing document was filed and served through the ECF system and sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).


*/s/ Matthew H. Greene*

☐ Mark W. Shaughnessy, Esq. (BBO# 567839)
☐ Matthew H. Greene, Esq. (BBO# 673947)
☐ Kristen N. Annunziato, Esq. (BBO# 706923)
**Counsel for Defendants, Cohen Business Law Group, PC and Jeffrey A. Cohen, Esquire**