# EXHIBIT D

LarsonP3000002

To: **Sari Boren** 

Jul 20, 2015, 6:22 PM

> Dawn just emailed me to say hello. Does she know??

Hahaha   Holy shit

> I know...me feel weird.

> But I'm going to start that story tomorrow anyhow. I'm excited! Did you start the essay??

Not yet

Sonya Larson
Exhibit 2
07/30/2021