# EXHIBIT E

LarsonP3000003

Jul 23, 2015, 1:52 PM

> I am so excited about this kidney story, Sari. You've got to keep at your essay. There's so much going on in this subject.

Wheeee!!!

I can't wait to read it!