# EXHIBIT F



Sonya Larson <sonya@grubstreet.org>

# Hi!

**Dawn Dorland** <dawndorland@gmail.com>  
To: Sonya Larson <sonya@grubstreet.org>

Wed, Jul 22, 2015 at 1:11 PM

Thanks, gurl!

Sent by telepathy

On Jul 22, 2015, at 10:07 AM, Sonya Larson <sonya@grubstreet.org> wrote:

> Ah, this is great to hear. Do take care of yourself, and feel great about what you've done! It's truly amazing!
>
>
> Cheers,
> Sonya
>
>
> Sonya Larson
> Assistant Director, Muse Conference
> In office Monday-Friday, 12:00-6:00pm
>
> 
>
> Grub Street
> 162 Boylston Street, 5th Floor
> Boston, MA 02116
>
> grubstreet.org | 617.695.0075
> TW: @GrubWriters | FB: GrubStreetWriters
>
>
> On Wed, Jul 22, 2015 at 12:58 PM, Dawn Dorland <dawndorland@gmail.com> wrote:
>> Hi! I am recovering very well - it just takes a while for the body's soft tissues to completely heal. My incision (belly button area) is still a little puffy and sore. I've got about two weeks to go until I can resume ALL activity (I am more active than I thought - I pine for some more rigorous exercise, but good god, not a hernia). Amazingly, I don't miss the kidney at all, truly not at all, and the whole thing, the very possibility, now seems like a miracle. I'm thrilled with how it all worked out.
>>
>> Happy writing! I'm so glad we got to check in with each other! Be well.
>>
>> Love,
>> Dawn
>>
>> On Wed, Jul 22, 2015 at 9:32 AM, Sonya Larson <sonya@grubstreet.org> wrote:
>>> Hello, Dawn!
>>>
>>> Ah yes-- I did see on Facebook that you donated your kidney. What a tremendous thing! It makes me so glad to know that there are people like you in the world, so very generous and giving. Are you recovering comfortably?
>>>
>>> And that is awesome about the teaching gig-- don't stop!
>>>
>>> Cheers,
>>> Sonya

Sonya Larson
Exhibit 4
07/30/2021

P36

Sonya Larson
Assistant Director, Muse Conference
In office Monday-Friday, 12:00-6:00pm

Grub Street
162 Boylston Street, 5th Floor
Boston, MA 02116

grubstreet.org | 617.695.0075
TW: @GrubWriters | FB: GrubStreetWriters

On Tue, Jul 21, 2015 at 10:32 AM, Dawn Dorland <dawndorland@gmail.com> wrote:
> Hooray! That's awesome!
>
> I think you're aware that I donated my kidney this summer.. Right? That's what I've been up to for the last month, and now back to writing (and teaching! I got a surprise summer section of nonfiction from WWLA).
>
> Love,
> Dawn
>
> Sent by telepathy
>
> On Jul 21, 2015, at 5:39 AM, Sonya Larson <sonya@grubstreet.org> wrote:
>
>> Hello, Dawn!
>>
>> Oh, it's so fantastic to hear from you. And yes, I've been writing like made this July, since I have three precious weeks off to concentrate on that. It's amazing. How have you been, my dear?
>>
>> Cheers,
>> Sonya
>>
>> Sonya Larson
>> Assistant Director, Muse Conference
>> In office Monday-Friday, 12:00-6:00pm
>>
>> Grub Street
>> 162 Boylston Street, 5th Floor
>> Boston, MA 02116
>>
>> grubstreet.org | 617.695.0075
>> TW: @GrubWriters | FB: GrubStreetWriters
>>
>> On Mon, Jul 20, 2015 at 5:07 PM, Dawn Dorland <dawndorland@gmail.com> wrote:
>>> Hey, Sonya! Thinking of you, how is your summer? I remember you saying at the Muse that it would be chill and afford you some writing time... I hope that all good

LARSON

things are underway!

Love,
Dawn

Sent by telepathy