# EXHIBIT H

LarsonP3000248

| | |
|---|---|
| **From:** | Yael Goldstein Love <ygoldst@gmail.com> |
| **Sent:** | Monday, December 28, 2015 4:04 PM |
| **To:** | Sonya Larson |
| **Cc:** | Jennifer Lee |
| **Subject:** | Audible |

It's a go from Audible on both "Gabe Dove"= and "The Kindest"! A nice little holiday present, that. Though =ot a very surprising one given how good these stories are. Jenny, cc'e=, will just draw up your contract to include all three stories. But I'=l let her explain that in more detail because if I say another word it'=s almost certain to include an error.

xx,
y=C2

1