# EXHIBIT I

LARSON

 Gmail

Sonya Larson <larsonya@gmail.com>

---

## Fiction Submission from Sonya Larson

**Sonya Larson** <larsonya@gmail.com>                                   Mon, Jan 18, 2016 at 5:21 PM
To: fiction@theatlantic.com

Dear Mr. Curtis and the Editors of *The Atlantic,*

Please consider my story, "The Kindest," for the pages of *The Atlantic.* My friend and author Celeste Ng has urged me to send it your way.

My short fiction and nonfiction has appeared or is forthcoming in *American Short Fiction,* the *American Literary Review, Poets & Writers,* Audible.com, *West Branch, Del Sol Review, The Red Mountain Review,* and *The Hub.* I have received honors and fellowships from *Best American Short Stories 2015,* the Vermont Studio Center, the University of Wisconsin-Madison, the St. Botolph Club Foundation, and the Bread Loaf Writers' Conference.

I currently work as the Assistant Director of the Muse and the Marketplace literary conference, hosted by GrubStreet in Boston. I am also studying fiction in the MFA Program for Writers at Warren Wilson College.

Thank you for your thoughtful reading, and I look forward to hearing from you!

Sincerely,
Sonya Larson

📎 **The Kindest, for The Atlantic.pdf**
182K

LARSON

 Gmail

Sonya Larson <larsonya@gmail.com>

---

## [Glimmer Train Press] Your submission has been received

**Glimmer Train Press** <editors@glimmertrain.org>
Reply-To: editors@glimmertrain.org
To: Sonya Larson <larsonya@gmail.com>

Mon, Feb 29, 2016 at 5:30 PM

Dear Sonya,

Thank you for entering "The Kindest" in the January/February Short Story Award for New Writers contest. We read every story ourselves and are eager to read this one! Check our Writing Guidelines for response times.

There is always a one-week grace period for making submissions. If you have another story ready to go, just click here to submit it: http://glimmertrainpressinc.submittable.com/login

If you haven't yet had the chance to see the work Glimmer Train has published recently, this is a good—entirely optional—opportunity to do so. (Forty percent of the great stories we presented last year were their authors' very first stories accepted for print publication!) Writers Ask is an inexpensive, no-frills, topic-centered quarterly that supports writers who are serious about creating meaningful literary fiction. Visit our site to order single issues or subscriptions: http://www.glimmertrain.org

Thanks again for letting us read your writing!

All best,
Susan & Linda
Co-editors
Glimmer Train Press

P.S. We hope you'll join us on twitter.com/glimmertrain and www.facebook.com/GlimmerTrain, too!