# EXHIBIT M

LARSON

 Gmail

Sonya Larson <larsonya@gmail.com>

---

**Adjusted story?**

---

**Sonya Larson** <larsonya@gmail.com>                                   Wed, May 4, 2016 at 1:58 PM
To: authorcare@audible.com

Oh, fantastic. This is so great to hear! Thank you so much, Samantha! I am so excited about this!

Cheers,
Sonya

On Wed, May 4, 2016 at 11:13 AM, Audible Studios Author Care <authorcare@audible.com> wrote:

Hi Sonya,

Hope you are having a wonderful day so far! I have reached out to our production team and looks like it's a go! Our production team has saved the copy and will be looking forward to recording your book. If there is anything else you need, please feel free to reach out to me.

Samantha
Audible Studios Author Care Team

As a valued customer, your experience is important to us. Please answer the question below regarding your customer service experience. Your feedback will help us better serve your future needs.

Did I solve your problem?

If yes, please click here:
http://www.audible.com/HMDSurvey?p=A3G4EW1JTQI6DT&k=hy&a=Y

If no, please click here:
http://www.audible.com/HMDSurvey?p=A3G4EW1JTQI6DT&k=hn&a=N

To contact us about an unrelated issue, please visit us at http://audible.com/mt/contactus.

---- Original message: ----

Dear Samantha,

Hello, and I hope you're well! The voice actor Emily Zeller is scheduled on Friday to record my story, "The Kindest," and recently checked in with me for tonal and pronunciation direction.

I have a quick question: since first submitting this story to Audible.com I've made slight revisions on the level of language-- mostly to ease the rhythm and tone. The new version is attached; is it possible that Emily could read this version instead? She has happily agreed to do so, but says that I should check in with you first. I do think that this version will sound MUCH better.

Please let me know, and thank you!
Sonya

Sonya Larson
Exhibit 10
07/30/2021