# EXHIBIT Q

LarsonP3001628

**From:** Jennifer 8. Lee
**To:** Sonya Larson
**Subject:** Re: Your Audiobooks Are Now Available On Audible.com
**Date:** Tuesday, August 9, 2016 1:45:18 PM

Hi Sonya,

Can you please send when you have everything o= hand? This is part of a larger bunch of asks we are going back and forth =n Audible on, so we want to keep everything as smooth as possible.

Thanks,
Jenny

On Friday, Au=ust 5, 2016, Sonya Larson <larson=a@gmail.com> wrote:

> Oh, fantastic!! This is wonderful news, and thank you!!
>
> <=iv>Yes yes yes: I'll send you this stuff next week!


On Fri, Aug 5, 2016 at 1=05 PM, Jennifer 8. Lee <jenny@p=ympton.com> wrote:

Okay. T=ey'll rerecord as a courtesy. Can you send me a NEW email with your tr=nscript AND the cover.
I will forward that directly to her witho=t a coordinator.

Jenny

<=r>On Thursday, August 4, 2016, Sonya Larson <lars=nya@gmail.com> wrote:
Okay-- gotcha. I REALLY hope they are okay with re-recording...if not= I'm not sure what to do. Let me think on it!

On Thu, Aug 4, 2016 at 2:01 PM, Jenn=fer 8. Lee <jenny@plympton.com> wrot=:
   Our contact herself i= on vacation until tomorrow. So this will take some chasing.

   Given the off chance where they say they can't re-record.

   Would you rather keep up this version, or pull it down en=irely.

=div data-smartmail="gmail_signature">
~~~
Jennifer 8. Lee
=o-founder, Plympton
e: jenny@plympton.com
=: 91=.586.0588
t: @jenny8lee
<=div>

LarsonP3001629

On Thu, Aug 4, 2016 at 10:4= AM, Sonya Larson <larsonya@gmail.com> wrote:
  Yay!! Thank yo=!!

  <> wrote:
    Just got off the phone with our best Audible contact (he =ust handles the
    metadata and the covers). He's trying to help me track=down the new right
    person.

    Jenny

    ~~~
    Jennifer 8. Lee
    Co-founder, Plympton
    e:�=A0jenny@plympton.com
    c: 917.586.0588
    t: @jenny8l=e

    On Thu, Aug 4, 2016 at 10:3= AM, Sonya Larson <larsonya@gmail.com>
    wrote:
      Ah, that would=be fantastic-- thank you!!

      <=iv class="gmail_quote">On Thu, Aug 4, 2016 at 10:37 AM, Jennifer 8.
      Lee =span dir="ltr"><jenny@plympton.com> wrote:
      Not yet, as we haven't had th= right person from Audible contact us back
      (despite prodding).
      B=t I can have them pull it down in the meantime. Would that help?
      Jenny


      ~~~
      Jennifer 8. Lee
      Co-founder, Plympton
      e:�=A0jenny@plympton.com
      c: 917.586.0588
      t: @jenny8l=e

    On Thu, Aug 4, 2016 at 10:32 AM, Sonya Larso= <larsonya@gmail.com>
    wrote:
    Hello, Jenny!
    I just got this notice from Audible, saying that my audiobooks=are now
    public. Have you spoken with them yet about re-recording "The=Kindest?"

    Thank you!
    Sonya


    ---------- Forwarded message ----------
    From: Audible Studios Author Care <authorcare@audible.com>
    Date: Wed, Aug 3, 2016 a= 4:01 PM
    Subject: Your Audiobooks Are Now Available On Audible.com

LarsonP3001630

T=: larsonya@gmail.com
Cc: jenny@plympton.com


De=r Sonya,

This is an alert that the following audiobooks are now available at Audible=com:

It's Better to be Lucky than Good - http://www.audible.com/pd?asin=B01JGQ5CRO&sou=ce_code=AUDORWS0803169HTU

Gabe Dove - http://ww=.audible.com/pd?asin=B01JGQHHYA&source_code=AUDORWS08031=9HTU

The Kindest - http://=ww.audible.com/pd?asin=B01JGQEQ8A&source_code=AUDORWS080=169HTU

Your narrators' are:

Emily Woo Zeller
Emily Caudwell
Eric G. Dove

We can provide you with ten complimentary copies of each of your audiobooks= use one for yourself, use one for reviewers, raffle one off on your blog =r social media channels, or give a few to others who'll help sprea= the word about your new audiobooks. Here are the codes:

Codes for It's Better to be Lucky than Good
1 YCHJZ2YM8WPXL
2 JNMKAPAW2NH2N
3 CW5BJEUJAXJDN
4 NQBG84L3SAJ3Z
5 YAW6M3KQ48AHZ
6 EN6JH8CMLQSUR
7 PPDJFNPLU8S2F
8 PN3J5A7ZQZ4P8
9 ETUQFWT6HNSWB
10 JPTS3XEDSHT7W

Promo Codes for Gabe Dove
1 HR65ZHZNPD42E
2 4T5HES4CCRBQY
3 F3ARZG76G3W22
4 WRWWWPMHSQ84N
5 MFM44Z2DGANP4
6 KRP3ZDWKZ95G5
7 FU36UY8SDKG54
8 4TT7LEKC2EB6R

LarsonP3001631

9 KK7PN3NKPA4G8
10 TQ5259DATS6HQ

Promo Codes for The Kindest
1 K5CGGYCLZN6LA
2 T8NBUMSJPBX9B
3 A8JLZLP23ZJ49
4 59WPR9XHER2AN
5 4YBMC3RRMBD8Z
6 33DK73FLKRHH7
7 CU34KJXKMZ2ML
8 SJS52UUK5QJY4
9 QD6L7EBNSNG2H
10 WRUHLLNQSMENQ

You need to be registered at Audible/Amazon to redeem a code – if y=u aren't, you'll be prompted to register prior to redemption =E2�� but you do not need a paid membership plan. To distribute the pro=o codes, I recommend sharing the steps below in an email (don't fo=get to replace the instructions in brackets in step 2 with the URL for you= audiobook's listing on Audible):

1.   Go to www.audible.com .
2.   Search for my title at the top right of the page, or go str=ight to my audiobook's listing
3.   Add my audiobook to your cart and click the shopping cart i=on at the top right hand corner of the website. (NOTE: If you're a= Audible member or on a gift membership please be sure to "uncheck=E2�� the box in the – credits applied- column so you don�=99t use a credit, and then click the "UPDATE" button)
4.   If prompted, sign into your account or create a new Audible=account.
5.   Beneath the audiobook in your cart, you will see "D= you have a promotional code?" Click on this link, enter your prom= code, and click "Apply Code". Please know that only one p=omo code can be applied per purchase.
6.   Click "Next Step" and then click "C=mplete Purchase".

You are a critical part of making your audiobooks successful, so be sure to=spread the word by sharing your links with fans, friends, family, and pres=. For more advice on promotion, check out our Author Tip Sheet:

http://bit.ly/8-Simple-Ways-to-Promote-You=-Audiobook

Congratulations on the release of your audiobooks. We wish you the greatest=of success and, if you have any questions or concerns, please reach out to=us at authorcare@audible.com .

Sincerely,

Samantha C

LarsonP3001632

Audible Studios Author Care Team

--
~~~
Jennifer 8. Le=
Co-founder, Plympton
e: 917.586.0588
t: @jenny8lee

--
~~~
Jennifer 8. Lee
Co-fou=der, Plympton
e: jenny@plympton.com
c: 917.586.0588
t:=@jenny8lee