# EXHIBIT T



**Rebecca Markovits
<rebecca.markovits@americanshortfiction.org>**

# The Kindest
25 messages

**Rebecca Markovits**
<rebecca.markovits@americanshortfiction.org>
To: Larsonya@gmail.com

Fri, Jun 2, 2017 at
3:42 PM

Dear Sonya,

Giuseppe was good enough to pass on to us your terrific story "The Kindest," which we very much liked and would love to publish in our upcoming "emerging writers" issue of *American Short Fiction.* The story was sharp, and awkward, and funny, and real in all the right ways--I love the unusual path it takes from a kind of state of grace to one of unsettlement, which is really the opposite path of most stories and feels very fresh. This issue has a lot of stories in it (just by random happenstance) that my co-editor Adeena Reitberger and I have been loosely calling "ghost stories," because they're either more literally or sort of metaphorically about ghostly figures--figures who have emerged from some previous experience a little changed. So this piece fits with that theme in a lovely way. We'd be so pleased to publish it.

I'm afraid that because of the short lead-time here, if this works on your end we're going to have to do a pretty quick turnaround on the edits, so I'm apologize for the wait-and-hurry-up routine! But I don't expect it will be anything too involved.

For now, I've just attached a contract here in the hopes that this is all still a go on your end! Take your time looking it over, and feel free of course to ask any and all questions. If everything looks ok, if you you could go ahead and fill in your address on the first page and then sign and date the last page, that would be great. And then you can either scan and email the pdf file back to me, or print it out and mail the hard copy to us at American Short Fiction, PO Box 4152, Austin, TX 78765.

Thanks, Sonya, and we're so pleased to be, I hope, working with you!

ASF0569

Warmly,
Rebecca


--

Rebecca Markovits

Co-Editor | American Short Fiction

P.O. Box 4152 | Austin, TX 78765

www.americanshortfiction.org

 **ASFContract.Larson.doc**
73K

---

**Sonya Larson** <larsonya@gmail.com>                Sun, Jun 4, 2017 at 9:57 PM
To: Rebecca Markovits <rebecca.markovits@americanshortfiction.org>

Dear Rebecca,

Oh my goodness. I have been away all weekend and just returned home to this email, which has MADE my DAY! So much so that I am using ALL CAPS, lazy writer that I apparently am!

I have read and admired *American Short Fiction* for over a decade now, and I am totally humbled to appear in its pages-- especially for a story about which I feel so strongly. So yes: I gladly accept, and absolutely THRILLED. I have signed the contract and attached it here. Please tell me what else you may need from me, and I gladly await your revision suggestions (and will get to work on them ASAP). When do you anticipate this awesome "emerging ghosts" issue to come out?

One question-- I don't love the title, but have wracked my brain for punchier and more memorable options, to no avail so far. I would love any editorial advice in this regard!

Sincerely,
Sonya

On Fri, Jun 2, 2017 at 4:42 PM, Rebecca Markovits <rebecca.markovits@ americanshortfiction.org> wrote:
    Dear Sonya,



P.O. Box 4152        Austin, TX 78765
www.americanshortfiction.org

## PUBLISHING AGREEMENT

This agreement ("Agreement") is made between American Short Fiction, Inc., a Texas nonprofit corporation located in Austin, Texas, hereinafter referred to as "Publisher," and Sonya Larson whose address is _____, hereinafter referred to as "Author."  The Author and Publisher may be referred to individually as a party or collectively as parties.

The parties agree as follows:

**I.**      **Author's Grant**.

(a).    Author grants to Publisher a worldwide English-language license for the duration of the Author's copyright period including extensions and renewals to publish, reproduce, distribute, display, and store Author's work, entitled "The Kindest," a short story, hereinafter referred to as the "Work," in the following manner.

(1).    included in an upcoming issue of *American Short Fiction*, a serial publication, hereinafter referred to as the "Issue," and in any electronically distributed formats of the Issue, including but not limited to Kindle or iBooks editions.

(2).    on the Publisher's World Wide Web site (currently located at www.americanshortfiction.org).

(3).    in an audio recording included in the Publisher's podcast, which currently is available for free through iTunes and which may be available in the future through other platforms, such as but not limited to SoundCloud.

(4).    in an audio and visual reading of the Work, which may be distributed electronically, including but not limited through YouTube.

(b).    Author grants to Publisher a worldwide license for the duration of the Author's copyright period including extensions and renewals to create summaries of the Work or use excerpts of the Work for the sole purpose of advertising the Work, the Issue, or American Short Fiction in any medium, be it written, spoken or electronic.

(c.)    The Author grants the right of first publication in any medium, including but not limited to printed form or electronic form, anywhere in North America.

ASF0571

## II.     Author's Rights.

(a).     The author maintains the right to use the in any and all future publications that are published concurrently or after the initial publication in American Short Fiction.

(b).     Any edits made to the story will be done in consultation with the author, not to be unreasonably withheld or delayed.

## III.    Author's Warranties and Indemnities.

(a).     Author represents and warrants that he/she is the sole author of the Work, that the Work is original, that no one has previously been granted the rights granted in this Agreement, and that in all respects Author has the right and authority to make the Work available pursuant to these terms and conditions.   Furthermore, the Author represents, to the best of his/her knowledge, that the Work does not contain libelous language, does not infringe on an existing copyright and does not invade the rights of privacy or publicity of any individual or institution.

(b).     Author indemnifies, protects, defends and holds harmless the Publisher, its directors and officers against all liabilities, claims, damages, causes of action, judgments and expenses of any nature, directly or indirectly arising out of, caused by, or resulting from the breach of any warranty, representation or covenant made by Author hereunder.

## IV.     Payment.

The Author shall receive a payment of $300 as compensation for the rights granted under this Agreement.   Additionally, the Author will receive a year's subscription to American Short Fiction.

## V.      Age of Consent.

Author represents and warrants that he/she has reached the age of majority and is legally capable of entering into this Agreement.   If the Author is under the age of majority, this Agreement shall be signed by the parent or legal guardian of Author.   It is the responsibility of the Author to inform the Publisher if Author is under the age of majority at the time of execution of this Agreement. Publisher shall not be held responsible for the withholding of this information by the Author.

## VI.     Venue.

The parties consent that venue of any action brought under this Agreement shall be in state or federal court residing in Travis County, Texas.

## VII.    Entire Agreement.

This Agreement supersedes any and all other agreements, either oral or in writing, between the Author and the Publisher with respect to the subject of this Agreement.

**VIII.    Counterparts.**

This Agreement may be executed by facsimile in multiple counterparts, each of which will, for all purposes, be deemed an original, but which together will constitute one and the same instrument.

IN WITNESS WHEREOF the parties hereto have executed this Agreement on the _____ day of _____, 2017.

**AUTHOR**                                        **PUBLISHER**

By: _____          By: _____

Name: Sonya Larson                       Name:  Rebecca Markovits

                                                      Title:   Coeditor, American Short Fiction,
                                                               Inc.


                                                      and

                                                      By: _____

                                                      Name:  Adeena Reitberger

                                                      Title:   Coeditor, American Short Fiction,
                                                               Inc.

ASF0573

Giuseppe was good enough to pass on to us your terrific story "The Kindest," which we very much liked and would love to publish in our upcoming "emerging writers" issue of *American Short Fiction.* The story was sharp, and awkward, and funny, and real in all the right ways--I love the unusual path it takes from a kind of state of grace to one of unsettlement, which is really the opposite path of most stories and feels very fresh. This issue has a lot of stories in it (just by random happenstance) that my co-editor Adeena Reitberger and I have been loosely calling "ghost stories," because they're either more literally or sort of metaphorically about ghostly figures--figures who have emerged from some previous experience a little changed. So this piece fits with that theme in a lovely way. We'd be so pleased to publish it.

I'm afraid that because of the short lead-time here, if this works on your end we're going to have to do a pretty quick turnaround on the edits, so I'm apologize for the wait-and-hurry-up routine! But I don't expect it will be anything too involved.

For now, I've just attached a contract here in the hopes that this is all still a go on your end! Take your time looking it over, and feel free of course to ask any and all questions. If everything looks ok, if you you could go ahead and fill in your address on the first page and then sign and date the last page, that would be great. And then you can either scan and email the pdf file back to me, or print it out and mail the hard copy to us at American Short Fiction, PO Box 4152, Austin, TX 78765.

Thanks, Sonya, and we're so pleased to be, I hope, working with you!
Warmly,
Rebecca

--

Rebecca Markovits

Co-Editor | American Short Fiction

P.O. Box 4152 | Austin, TX 78765

www.americanshortfiction.org

---

📄 **ASFContract.Larson_Signed.docx**
613K

---

**Rebecca Markovits**                                    Wed, Jun 14, 2017 at

ASF0544

<rebecca.markovits@americanshortfiction.org>                                  9:51 PM
To: Sonya Larson <larsonya@gmail.com>

Hi Sonya,
I've attached your terrific story with our edits tracked. It wasn't much really--
the story was very clean and a pleasure to read closely--mostly we just did
some light trimming to tighten things up a wee bit. I suggested a couple of
alternate titles at the top, but we'd love to hear any other ideas you might
have. Please don't hesitate to ask for any clarifications or protest any edits
or suggestions!
So pleased to have this one!
Back to you!
Rebecca

On Sun, Jun 4, 2017 at 9:57 PM, Sonya Larson <larsonya@gmail.com>
wrote:

> Dear Rebecca,
>
> Oh my goodness. I have been away all weekend and just returned home
> to this email, which has MADE my DAY! So much so that I am using ALL
> CAPS, lazy writer that I apparently am!
>
> I have read and admired *American Short Fiction* for over a decade now,
> and I am totally humbled to appear in its pages-- especially for a story
> about which I feel so strongly. So yes: I gladly accept, and absolutely
> THRILLED. I have signed the contract and attached it here. Please tell
> me what else you may need from me, and I gladly await your revision
> suggestions (and will get to work on them ASAP). When do you anticipate
> this awesome "emerging ghosts" issue to come out?
>
> One question-- I don't love the title, but have wracked my brain for
> punchier and more memorable options, to no avail so far. I would love
> any editorial advice in this regard!
>
> Sincerely,
> Sonya
>
> On Fri, Jun 2, 2017 at 4:42 PM, Rebecca Markovits
> <rebecca.markovits@americanshortfiction.org> wrote:

Dear Sonya,

Giuseppe was good enough to pass on to us your terrific story "The Kindest," which we very much liked and would love to publish in our upcoming "emerging writers" issue of *American Short Fiction.* The story was sharp, and awkward, and funny, and real in all the right ways--I love the unusual path it takes from a kind of state of grace to one of unsettlement, which is really the opposite path of most stories and feels very fresh. This issue has a lot of stories in it (just by random happenstance) that my co-editor Adeena Reitberger and I have been loosely calling "ghost stories," because they're either more literally or sort of metaphorically about ghostly figures--figures who have emerged from some previous experience a little changed. So this piece fits with that theme in a lovely way. We'd be so pleased to publish it.

I'm afraid that because of the short lead-time here, if this works on your end we're going to have to do a pretty quick turnaround on the edits, so I'm apologize for the wait-and-hurry-up routine! But I don't expect it will be anything too involved.

For now, I've just attached a contract here in the hopes that this is all still a go on your end! Take your time looking it over, and feel free of course to ask any and all questions. If everything looks ok, if you you could go ahead and fill in your address on the first page and then sign and date the last page, that would be great. And then you can either scan and email the pdf file back to me, or print it out and mail the hard copy to us at American Short Fiction, PO Box 4152, Austin, TX 78765.

Thanks, Sonya, and we're so pleased to be, I hope, working with you!
Warmly,
Rebecca

--

Rebecca Markovits

Co-Editor | American Short Fiction

P.O. Box 4152 | Austin, TX 78765

www.americanshortfiction.org

--

Rebecca Markovits

Co-Editor | American Short Fiction

P.O. Box 4152 | Austin, TX 78765

www.americanshortfiction.org

📄 **The Kindest_ASF_Edit-1.docx**
189K

---

**Sonya Larson** <larsonya@gmail.com>                Thu, Jun 15, 2017 at 9:41 AM
To: Rebecca Markovits <rebecca.markovits@americanshortfiction.org>

Dear Rebecca,

Oh, thank you SO MUCH for these thoughtful edits, Rebecca! I appreciate your thoughtful eye a great deal. I can already see how this story is improved.

By when will you need my input on these? I only ask because I'm moving in a few days and am a bit swamped, but I can tackle these this weekend if you need them very soon!

Cheers, and thank you again,
Sonya

On Wed, Jun 14, 2017 at 10:51 PM, Rebecca Markovits <rebecca.markovits@americanshortfiction.org> wrote:
> Hi Sonya,
> I've attached your terrific story with our edits tracked. It wasn't much really--the story was very clean and a pleasure to read closely--mostly we just did some light trimming to tighten things up a wee bit. I suggested a couple of alternate titles at the top, but we'd love to hear any other ideas you might have. Please don't hesitate to ask for any clarifications or protest any edits or suggestions!
> So pleased to have this one!
> Back to you!
> Rebecca
>
> On Sun, Jun 4, 2017 at 9:57 PM, Sonya Larson <larsonya@gmail.com> wrote:

ASF0577

Dear Rebecca,

Oh my goodness. I have been away all weekend and just returned home to this email, which has MADE my DAY! So much so that I am using ALL CAPS, lazy writer that I apparently am!

I have read and admired *American Short Fiction* for over a decade now, and I am totally humbled to appear in its pages-- especially for a story about which I feel so strongly. So yes: I gladly accept, and absolutely THRILLED. I have signed the contract and attached it here. Please tell me what else you may need from me, and I gladly await your revision suggestions (and will get to work on them ASAP). When do you anticipate this awesome "emerging ghosts" issue to come out?

One question-- I don't love the title, but have wracked my brain for punchier and more memorable options, to no avail so far. I would love any editorial advice in this regard!

Sincerely,
Sonya

On Fri, Jun 2, 2017 at 4:42 PM, Rebecca Markovits <rebecca.markovits@americanshortfiction.org> wrote:
Dear Sonya,

Giuseppe was good enough to pass on to us your terrific story "The Kindest," which we very much liked and would love to publish in our upcoming "emerging writers" issue of *American Short Fiction*. The story was sharp, and awkward, and funny, and real in all the right ways--I love the unusual path it takes from a kind of state of grace to one of unsettlement, which is really the opposite path of most stories and feels very fresh. This issue has a lot of stories in it (just by random happenstance) that my co-editor Adeena Reitberger and I have been loosely calling "ghost stories," because they're either more literally or sort of metaphorically about ghostly figures--figures who have emerged from some previous experience a little changed. So this piece fits with that theme in a lovely way. We'd be so pleased to publish it.

I'm afraid that because of the short lead-time here, if this works on

your end we're going to have to do a pretty quick turnaround on the edits, so I'm apologize for the wait-and-hurry-up routine! But I don't expect it will be anything too involved.

For now, I've just attached a contract here in the hopes that this is all still a go on your end! Take your time looking it over, and feel free of course to ask any and all questions. If everything looks ok, if you could go ahead and fill in your address on the first page and then sign and date the last page, that would be great. And then you can either scan and email the pdf file back to me, or print it out and mail the hard copy to us at American Short Fiction, PO Box 4152, Austin, TX 78765.

Thanks, Sonya, and we're so pleased to be, I hope, working with you!
Warmly,
Rebecca

--

Rebecca Markovits

Co-Editor | American Short Fiction

P.O. Box 4152 | Austin, TX 78765

www.americanshortfiction.org

--

Rebecca Markovits

Co-Editor | American Short Fiction

P.O. Box 4152 | Austin, TX 78765

www.americanshortfiction.org

**Rebecca Markovits**                          Thu, Jun 15, 2017 at
<rebecca.markovits@americanshortfiction.org>              9:15 PM
To: Sonya Larson <larsonya@gmail.com>

Hi Sonya,

ASF0579

Thanks for the kind words. The sooner the better on the edits, I'm afraid, as far as we're concerned, because we need to get the issue to layout, so getting them back by early next week would be great, but I know what moving is like so if that becomes undoable, just let me know and I'll work something out, no worries! There's always something else that needs to be done first. Sorry about the rush! Like I said, it was pretty clean so hopefully won't be too much work on your end!

Thanks very much indeed.

Warmly,

Rebecca


On Thu, Jun 15, 2017 at 9:41 AM, Sonya Larson <larsonya@gmail.com> wrote:

> Dear Rebecca,
>
> Oh, thank you SO MUCH for these thoughtful edits, Rebecca! I appreciate your thoughtful eye a great deal. I can already see how this story is improved.
>
> By when will you need my input on these? I only ask because I'm moving in a few days and am a bit swamped, but I can tackle these this weekend if you need them very soon!
>
> Cheers, and thank you again,
> Sonya
>
> On Wed, Jun 14, 2017 at 10:51 PM, Rebecca Markovits <rebecca.markovits@americanshortfiction.org> wrote:
>> Hi Sonya,
>> I've attached your terrific story with our edits tracked. It wasn't much really--the story was very clean and a pleasure to read closely--mostly we just did some light trimming to tighten things up a wee bit. I suggested a couple of alternate titles at the top, but we'd love to hear any other ideas you might have. Please don't hesitate to ask for any clarifications or protest any edits or suggestions!
>> So pleased to have this one!
>> Back to you!
>> Rebecca

ASF0580

On Sun, Jun 4, 2017 at 9:57 PM, Sonya Larson
<larsonya@gmail.com> wrote:
> Dear Rebecca,
>
> Oh my goodness. I have been away all weekend and just returned
> home to this email, which has MADE my DAY! So much so that I am
> using ALL CAPS, lazy writer that I apparently am!
>
> I have read and admired *American Short Fiction* for over a decade
> now, and I am totally humbled to appear in its pages-- especially for a
> story about which I feel so strongly. So yes: I gladly accept, and
> absolutely THRILLED. I have signed the contract and attached it
> here. Please tell me what else you may need from me, and I gladly
> await your revision suggestions (and will get to work on them ASAP).
> When do you anticipate this awesome "emerging ghosts" issue to
> come out?
>
> One question-- I don't love the title, but have wracked my brain for
> punchier and more memorable options, to no avail so far. I would
> love any editorial advice in this regard!
>
> Sincerely,
> Sonya
>
> On Fri, Jun 2, 2017 at 4:42 PM, Rebecca Markovits
> <rebecca.markovits@americanshortfiction.org> wrote:
>> Dear Sonya,
>>
>> Giuseppe was good enough to pass on to us your terrific story
>> "The Kindest," which we very much liked and would love to publish
>> in our upcoming "emerging writers" issue of *American Short
>> Fiction.* The story was sharp, and awkward, and funny, and real in
>> all the right ways--I love the unusual path it takes from a kind of
>> state of grace to one of unsettlement, which is really the opposite
>> path of most stories and feels very fresh. This issue has a lot of
>> stories in it (just by random happenstance) that my co-editor
>> Adeena Reitberger and I have been loosely calling "ghost stories,"
>> because they're either more literally or sort of metaphorically about
>> ghostly figures--figures who have emerged from some previous
>> experience a little changed. So this piece fits with that theme in a

lovely way. We'd be so pleased to publish it.

I'm afraid that because of the short lead-time here, if this works on your end we're going to have to do a pretty quick turnaround on the edits, so I'm apologize for the wait-and-hurry-up routine! But I don't expect it will be anything too involved.

For now, I've just attached a contract here in the hopes that this is all still a go on your end! Take your time looking it over, and feel free of course to ask any and all questions. If everything looks ok, if you you could go ahead and fill in your address on the first page and then sign and date the last page, that would be great. And then you can either scan and email the pdf file back to me, or print it out and mail the hard copy to us at American Short Fiction, PO Box 4152, Austin, TX 78765.

Thanks, Sonya, and we're so pleased to be, I hope, working with you!
Warmly,
Rebecca


--

Rebecca Markovits

Co-Editor | American Short Fiction

P.O. Box 4152 | Austin, TX 78765

www.americanshortfiction.org


--

Rebecca Markovits

Co-Editor | American Short Fiction

P.O. Box 4152 | Austin, TX 78765

www.americanshortfiction.org

ASF0582

Rebecca Markovits

Co-Editor | American Short Fiction

P.O. Box 4152 | Austin, TX 78765

www.americanshortfiction.org

---

**Rebecca Markovits**
<rebecca.markovits@americanshortfiction.org>
To: Sonya Larson <larsonya@gmail.com>

Fri, Jun 16, 2017 at
7:58 AM

Hey Sonya,
Just one other thing quickly to check off our list: when you get a second,
could you send me a short bio for yourself that we can use for the
Contributors page at the back of the issue? Thanks!
Excited!
Rebecca


On Thu, Jun 15, 2017 at 9:15 PM, Rebecca Markovits
<rebecca.markovits@americanshortfiction.org> wrote:
> Hi Sonya,
> Thanks for the kind words. The sooner the better on the edits, I'm afraid,
> as far as we're concerned, because we need to get the issue to layout, so
> getting them back by early next week would be great, but I know what
> moving is like so if that becomes undoable, just let me know and I'll work
> something out, no worries! There's always something else that needs to
> be done first. Sorry about the rush! Like I said, it was pretty clean so
> hopefully won't be too much work on your end!
> Thanks very much indeed.
> Warmly,
> Rebecca


> On Thu, Jun 15, 2017 at 9:41 AM, Sonya Larson <larsonya@gmail.com>
> wrote:
>> Dear Rebecca,
>>
>> Oh, thank you SO MUCH for these thoughtful edits, Rebecca! I
>> appreciate your thoughtful eye a great deal. I can already see how this
>> story is improved.
>>
>> By when will you need my input on these? I only ask because I'm
>> moving in a few days and am a bit swamped, but I can tackle these this

ASF0583

weekend if you need them very soon!

Cheers, and thank you again,
Sonya

On Wed, Jun 14, 2017 at 10:51 PM, Rebecca Markovits
<rebecca.markovits@americanshortfiction.org> wrote:
> Hi Sonya,
> I've attached your terrific story with our edits tracked. It wasn't much
> really--the story was very clean and a pleasure to read closely--
> mostly we just did some light trimming to tighten things up a wee bit. I
> suggested a couple of alternate titles at the top, but we'd love to hear
> any other ideas you might have. Please don't hesitate to ask for any
> clarifications or protest any edits or suggestions!
> So pleased to have this one!
> Back to you!
> Rebecca

On Sun, Jun 4, 2017 at 9:57 PM, Sonya Larson
<larsonya@gmail.com> wrote:
> Dear Rebecca,
>
> Oh my goodness. I have been away all weekend and just returned
> home to this email, which has MADE my DAY! So much so that I
> am using ALL CAPS, lazy writer that I apparently am!
>
> I have read and admired *American Short Fiction* for over a decade
> now, and I am totally humbled to appear in its pages-- especially
> for a story about which I feel so strongly. So yes: I gladly accept,
> and absolutely THRILLED. I have signed the contract and attached
> it here. Please tell me what else you may need from me, and I
> gladly await your revision suggestions (and will get to work on
> them ASAP). When do you anticipate this awesome "emerging
> ghosts" issue to come out?
>
> One question-- I don't love the title, but have wracked my brain for
> punchier and more memorable options, to no avail so far. I would
> love any editorial advice in this regard!
>
> Sincerely,

Sonya

On Fri, Jun 2, 2017 at 4:42 PM, Rebecca Markovits <rebecca.markovits@americanshortfiction.org> wrote:
Dear Sonya,

Giuseppe was good enough to pass on to us your terrific story "The Kindest," which we very much liked and would love to publish in our upcoming "emerging writers" issue of *American Short Fiction*. The story was sharp, and awkward, and funny, and real in all the right ways--I love the unusual path it takes from a kind of state of grace to one of unsettlement, which is really the opposite path of most stories and feels very fresh. This issue has a lot of stories in it (just by random happenstance) that my co-editor Adeena Reitberger and I have been loosely calling "ghost stories," because they're either more literally or sort of metaphorically about ghostly figures--figures who have emerged from some previous experience a little changed. So this piece fits with that theme in a lovely way. We'd be so pleased to publish it.

I'm afraid that because of the short lead-time here, if this works on your end we're going to have to do a pretty quick turnaround on the edits, so I'm apologize for the wait-and-hurry-up routine! But I don't expect it will be anything too involved.

For now, I've just attached a contract here in the hopes that this is all still a go on your end! Take your time looking it over, and feel free of course to ask any and all questions. If everything looks ok, if you you could go ahead and fill in your address on the first page and then sign and date the last page, that would be great. And then you can either scan and email the pdf file back to me, or print it out and mail the hard copy to us at American Short Fiction, PO Box 4152, Austin, TX 78765.

Thanks, Sonya, and we're so pleased to be, I hope, working with you!
Warmly,
Rebecca

ASF0585

--

Rebecca Markovits

Co-Editor | American Short Fiction

P.O. Box 4152 | Austin, TX 78765

www.americanshortfiction.org

--

Rebecca Markovits

Co-Editor | American Short Fiction

P.O. Box 4152 | Austin, TX 78765

www.americanshortfiction.org

--

Rebecca Markovits

Co-Editor | American Short Fiction

P.O. Box 4152 | Austin, TX 78765

www.americanshortfiction.org

--

Rebecca Markovits

Co-Editor | American Short Fiction

P.O. Box 4152 | Austin, TX 78765

www.americanshortfiction.org

---

**Sonya Larson** <larsonya@gmail.com>          Fri, Jun 16, 2017 at 12:43 PM
To: Rebecca Markovits <rebecca.markovits@americanshortfiction.org>

Yes, my bio is below! And I will get to work on these edits right away, as I pack. I'll tell you by end-of-day Sunday how they are faring!!

Thank you!

ASF0586

Sonya Larson's short fiction and essays have appeared in *The Best American Short Stories 2017,* the *American Literary Review*, *Poets & Writers,* *The Writer's Chronicle*, Audible.com*, West Branch, Salamander, Memorious, Del Sol Review, The Red Mountain Review,* and others. She has received honors and fellowships from the Bread Loaf Writers' Conference, the Vermont Studio Center, the University of Wisconsin-Madison, the St. Botolph Club Foundation, and more. She is studying fiction in the MFA Program for Writers at Warren Wilson College, and is Assistant Director of GrubStreet's Muse and the Marketplace conference.

On Fri, Jun 16, 2017 at 8:58 AM, Rebecca Markovits <rebecca.markovits@americanshortfiction.org> wrote:
> Hey Sonya,
> Just one other thing quickly to check off our list: when you get a second, could you send me a short bio for yourself that we can use for the Contributors page at the back of the issue? Thanks!
> Excited!
> Rebecca
>
> On Thu, Jun 15, 2017 at 9:15 PM, Rebecca Markovits <rebecca.markovits@americanshortfiction.org> wrote:
>> Hi Sonya,
>> Thanks for the kind words. The sooner the better on the edits, I'm afraid, as far as we're concerned, because we need to get the issue to layout, so getting them back by early next week would be great, but I know what moving is like so if that becomes undoable, just let me know and I'll work something out, no worries! There's always something else that needs to be done first. Sorry about the rush! Like I said, it was pretty clean so hopefully won't be too much work on your end!
>> Thanks very much indeed.
>> Warmly,
>> Rebecca
>>
>> On Thu, Jun 15, 2017 at 9:41 AM, Sonya Larson <larsonya@gmail.com> wrote:
>>> Dear Rebecca,
>>>
>>> Oh, thank you SO MUCH for these thoughtful edits, Rebecca! I appreciate your thoughtful eye a great deal. I can already see how this story is improved.
>>>
>>> By when will you need my input on these? I only ask because I'm moving in a few days and am a bit swamped, but I can tackle these

this weekend if you need them very soon!

Cheers, and thank you again,
Sonya

On Wed, Jun 14, 2017 at 10:51 PM, Rebecca Markovits
<rebecca.markovits@americanshortfiction.org> wrote:
>   Hi Sonya,
>   I've attached your terrific story with our edits tracked. It wasn't
>   much really--the story was very clean and a pleasure to read
>   closely--mostly we just did some light trimming to tighten things up
>   a wee bit. I suggested a couple of alternate titles at the top, but
>   we'd love to hear any other ideas you might have. Please don't
>   hesitate to ask for any clarifications or protest any edits or
>   suggestions!
>   So pleased to have this one!
>   Back to you!
>   Rebecca
>
>   On Sun, Jun 4, 2017 at 9:57 PM, Sonya Larson
>   <larsonya@gmail.com> wrote:
>>   Dear Rebecca,
>>
>>   Oh my goodness. I have been away all weekend and just
>>   returned home to this email, which has MADE my DAY! So much
>>   so that I am using ALL CAPS, lazy writer that I apparently am!
>>
>>   I have read and admired *American Short Fiction* for over a
>>   decade now, and I am totally humbled to appear in its pages--
>>   especially for a story about which I feel so strongly. So yes: I
>>   gladly accept, and absolutely THRILLED. I have signed the
>>   contract and attached it here. Please tell me what else you may
>>   need from me, and I gladly await your revision suggestions (and
>>   will get to work on them ASAP). When do you anticipate this
>>   awesome "emerging ghosts" issue to come out?
>>
>>   One question-- I don't love the title, but have wracked my brain
>>   for punchier and more memorable options, to no avail so far. I
>>   would love any editorial advice in this regard!

ASF0588

Sincerely,
Sonya

On Fri, Jun 2, 2017 at 4:42 PM, Rebecca Markovits
<rebecca.markovits@americanshortfiction.org> wrote:
Dear Sonya,

Giuseppe was good enough to pass on to us your terrific story
"The Kindest," which we very much liked and would love to
publish in our upcoming "emerging writers" issue of *American
Short Fiction.* The story was sharp, and awkward, and funny,
and real in all the right ways--I love the unusual path it takes
from a kind of state of grace to one of unsettlement, which is
really the opposite path of most stories and feels very fresh.
This issue has a lot of stories in it (just by random
happenstance) that my co-editor Adeena Reitberger and I
have been loosely calling "ghost stories," because they're
either more literally or sort of metaphorically about ghostly
figures--figures who have emerged from some previous
experience a little changed. So this piece fits with that theme
in a lovely way. We'd be so pleased to publish it.

I'm afraid that because of the short lead-time here, if this
works on your end we're going to have to do a pretty quick
turnaround on the edits, so I'm apologize for the wait-and-
hurry-up routine! But I don't expect it will be anything too
involved.

For now, I've just attached a contract here in the hopes that
this is all still a go on your end! Take your time looking it over,
and feel free of course to ask any and all questions. If
everything looks ok, if you you could go ahead and fill in your
address on the first page and then sign and date the last page,
that would be great. And then you can either scan and email
the pdf file back to me, or print it out and mail the hard copy to
us at American Short Fiction, PO Box 4152, Austin, TX 78765.

Thanks, Sonya, and we're so pleased to be, I hope, working
with you!

Warmly,
Rebecca


--

Rebecca Markovits

Co-Editor | American Short Fiction

P.O. Box 4152 | Austin, TX 78765

www.americanshortfiction.org


--

Rebecca Markovits

Co-Editor | American Short Fiction

P.O. Box 4152 | Austin, TX 78765

www.americanshortfiction.org


--

Rebecca Markovits

Co-Editor | American Short Fiction

P.O. Box 4152 | Austin, TX 78765

www.americanshortfiction.org


--

Rebecca Markovits

Co-Editor | American Short Fiction

P.O. Box 4152 | Austin, TX 78765

www.americanshortfiction.org


**Rebecca Markovits**
**<rebecca.markovits@americanshortfiction.org>**
**To: Sonya Larson <larsonya@gmail.com>**

Fri, Jun 16, 2017 at
1:00 PM

ASF0590

Thanks, Sonya!
R.

On Fri, Jun 16, 2017 at 12:43 PM, Sonya Larson <larsonya@gmail.com> wrote:

> Yes, my bio is below! And I will get to work on these edits right away, as I pack. I'll tell you by end-of-day Sunday how they are faring!!
>
> Thank you!
>
> Sonya Larson's short fiction and essays have appeared in *The Best American Short Stories 2017,* the *American Literary Review*, *Poets & Writers*, *The Writer's Chronicle*, Audible.com, *West Branch*, *Salamander*, *Memorious*, *Del Sol Review*, *The Red Mountain Review*, and others. She has received honors and fellowships from the Bread Loaf Writers' Conference, the Vermont Studio Center, the University of Wisconsin-Madison, the St. Botolph Club Foundation, and more. She is studying fiction in the MFA Program for Writers at Warren Wilson College, and is Assistant Director of GrubStreet's Muse and the Marketplace conference.
>
> On Fri, Jun 16, 2017 at 8:58 AM, Rebecca Markovits <rebecca.markovits@americanshortfiction.org> wrote:
>> Hey Sonya,
>> Just one other thing quickly to check off our list: when you get a second, could you send me a short bio for yourself that we can use for the Contributors page at the back of the issue? Thanks!
>> Excited!
>> Rebecca
>>
>> On Thu, Jun 15, 2017 at 9:15 PM, Rebecca Markovits <rebecca.markovits@americanshortfiction.org> wrote:
>>> Hi Sonya,
>>> Thanks for the kind words. The sooner the better on the edits, I'm afraid, as far as we're concerned, because we need to get the issue to layout, so getting them back by early next week would be great, but I know what moving is like so if that becomes undoable, just let me know and I'll work something out, no worries! There's always something else that needs to be done first. Sorry about the rush! Like I said, it was pretty clean so hopefully won't be too much work on your end!
>>> Thanks very much indeed.
>>> Warmly,
>>> Rebecca

On Thu, Jun 15, 2017 at 9:41 AM, Sonya Larson
<larsonya@gmail.com> wrote:
> Dear Rebecca,
>
> Oh, thank you SO MUCH for these thoughtful edits, Rebecca! I
> appreciate your thoughtful eye a great deal. I can already see how
> this story is improved.
>
> By when will you need my input on these? I only ask because I'm
> moving in a few days and am a bit swamped, but I can tackle these
> this weekend if you need them very soon!
>
> Cheers, and thank you again,
> Sonya
>
> On Wed, Jun 14, 2017 at 10:51 PM, Rebecca Markovits
> <rebecca.markovits@americanshortfiction.org> wrote:
>> Hi Sonya,
>> I've attached your terrific story with our edits tracked. It wasn't
>> much really--the story was very clean and a pleasure to read
>> closely--mostly we just did some light trimming to tighten things
>> up a wee bit. I suggested a couple of alternate titles at the top,
>> but we'd love to hear any other ideas you might have. Please
>> don't hesitate to ask for any clarifications or protest any edits or
>> suggestions!
>> So pleased to have this one!
>> Back to you!
>> Rebecca
>>
>> On Sun, Jun 4, 2017 at 9:57 PM, Sonya Larson
>> <larsonya@gmail.com> wrote:
>>> Dear Rebecca,
>>>
>>> Oh my goodness. I have been away all weekend and just
>>> returned home to this email, which has MADE my DAY! So
>>> much so that I am using ALL CAPS, lazy writer that I
>>> apparently am!
>>>
>>> I have read and admired *American Short Fiction* for over a
>>> decade now, and I am totally humbled to appear in its pages--

especially for a story about which I feel so strongly. So yes: I gladly accept, and absolutely THRILLED. I have signed the contract and attached it here. Please tell me what else you may need from me, and I gladly await your revision suggestions (and will get to work on them ASAP). When do you anticipate this awesome "emerging ghosts" issue to come out?

One question-- I don't love the title, but have wracked my brain for punchier and more memorable options, to no avail so far. I would love any editorial advice in this regard!

Sincerely,
Sonya

On Fri, Jun 2, 2017 at 4:42 PM, Rebecca Markovits <rebecca.markovits@americanshortfiction.org> wrote:
Dear Sonya,

Giuseppe was good enough to pass on to us your terrific story "The Kindest," which we very much liked and would love to publish in our upcoming "emerging writers" issue of *American Short Fiction.* The story was sharp, and awkward, and funny, and real in all the right ways--I love the unusual path it takes from a kind of state of grace to one of unsettlement, which is really the opposite path of most stories and feels very fresh. This issue has a lot of stories in it (just by random happenstance) that my co-editor Adeena Reitberger and I have been loosely calling "ghost stories," because they're either more literally or sort of metaphorically about ghostly figures--figures who have emerged from some previous experience a little changed. So this piece fits with that theme in a lovely way. We'd be so pleased to publish it.

I'm afraid that because of the short lead-time here, if this works on your end we're going to have to do a pretty quick turnaround on the edits, so I'm apologize for the wait-and-hurry-up routine! But I don't expect it will be anything too involved.

ASF0593

For now, I've just attached a contract here in the hopes that this is all still a go on your end! Take your time looking it over, and feel free of course to ask any and all questions. If everything looks ok, if you you could go ahead and fill in your address on the first page and then sign and date the last page, that would be great. And then you can either scan and email the pdf file back to me, or print it out and mail the hard copy to us at American Short Fiction, PO Box 4152, Austin, TX 78765.

Thanks, Sonya, and we're so pleased to be, I hope, working with you!
Warmly,
Rebecca

--

Rebecca Markovits

Co-Editor | American Short Fiction

P.O. Box 4152 | Austin, TX 78765

www.americanshortfiction.org

--

Rebecca Markovits

Co-Editor | American Short Fiction

P.O. Box 4152 | Austin, TX 78765

www.americanshortfiction.org

--

Rebecca Markovits

Co-Editor | American Short Fiction

P.O. Box 4152 | Austin, TX 78765

www.americanshortfiction.org

ASF0594

--

Rebecca Markovits

Co-Editor | American Short Fiction

P.O. Box 4152 | Austin, TX 78765

www.americanshortfiction.org

--

Rebecca Markovits

Co-Editor | American Short Fiction

P.O. Box 4152 | Austin, TX 78765

www.americanshortfiction.org

**Rebecca Markovits**
<rebecca.markovits@americanshortfiction.org>
To: Sonya Larson <larsonya@gmail.com>

Wed, Jun 21, 2017 at
8:06 AM

Hey Sonya,
Checking in to see how things are going with those edits. We're rounding
out the other issue stories now so it would be great to get to yours,
especially as they feel very minor in comparison to some! I hope everything
went/is going well with the move, too! Sorry it's all piled up at once!
R.

On Fri, Jun 16, 2017 at 1:00 PM, Rebecca Markovits <rebecca.markovits@
americanshortfiction.org> wrote:
Thanks, Sonya!
R.

On Fri, Jun 16, 2017 at 12:43 PM, Sonya Larson <larsonya@gmail.com>
wrote:
Yes, my bio is below! And I will get to work on these edits right away, as
I pack. I'll tell you by end-of-day Sunday how they are faring!!

Thank you!

ASF0595

Sonya Larson's short fiction and essays have appeared in *The Best American Short Stories 2017*, the *American Literary Review*, *Poets & Writers, The Writer's Chronicle,* Audible.com, *West Branch, Salamander, Memorious, Del Sol Review, The Red Mountain Review,* and others. She has received honors and fellowships from the Bread Loaf Writers' Conference, the Vermont Studio Center, the University of Wisconsin-Madison, the St. Botolph Club Foundation, and more. She is studying fiction in the MFA Program for Writers at Warren Wilson College, and is Assistant Director of GrubStreet's Muse and the Marketplace conference.

On Fri, Jun 16, 2017 at 8:58 AM, Rebecca Markovits <rebecca.markovits@americanshortfiction.org> wrote:
Hey Sonya,
Just one other thing quickly to check off our list: when you get a second, could you send me a short bio for yourself that we can use for the Contributors page at the back of the issue? Thanks!
Excited!
Rebecca

On Thu, Jun 15, 2017 at 9:15 PM, Rebecca Markovits <rebecca.markovits@americanshortfiction.org> wrote:
Hi Sonya,
Thanks for the kind words. The sooner the better on the edits, I'm afraid, as far as we're concerned, because we need to get the issue to layout, so getting them back by early next week would be great, but I know what moving is like so if that becomes undoable, just let me know and I'll work something out, no worries! There's always something else that needs to be done first. Sorry about the rush! Like I said, it was pretty clean so hopefully won't be too much work on your end!
Thanks very much indeed.
Warmly,
Rebecca

On Thu, Jun 15, 2017 at 9:41 AM, Sonya Larson <larsonya@gmail.com> wrote:
Dear Rebecca,

Oh, thank you SO MUCH for these thoughtful edits, Rebecca! I appreciate your thoughtful eye a great deal. I can already see how this story is improved.

By when will you need my input on these? I only ask because I'm moving in a few days and am a bit swamped, but I can tackle

these this weekend if you need them very soon!

Cheers, and thank you again,
Sonya

On Wed, Jun 14, 2017 at 10:51 PM, Rebecca Markovits
<rebecca.markovits@americanshortfiction.org> wrote:
> Hi Sonya,
> I've attached your terrific story with our edits tracked. It wasn't
> much really--the story was very clean and a pleasure to read
> closely--mostly we just did some light trimming to tighten
> things up a wee bit. I suggested a couple of alternate titles at
> the top, but we'd love to hear any other ideas you might have.
> Please don't hesitate to ask for any clarifications or protest any
> edits or suggestions!
> So pleased to have this one!
> Back to you!
> Rebecca

On Sun, Jun 4, 2017 at 9:57 PM, Sonya Larson
<larsonya@gmail.com> wrote:
> Dear Rebecca,
>
> Oh my goodness. I have been away all weekend and just
> returned home to this email, which has MADE my DAY! So
> much so that I am using ALL CAPS, lazy writer that I
> apparently am!
>
> I have read and admired *American Short Fiction* for over a
> decade now, and I am totally humbled to appear in its
> pages-- especially for a story about which I feel so strongly.
> So yes: I gladly accept, and absolutely THRILLED. I have
> signed the contract and attached it here. Please tell me what
> else you may need from me, and I gladly await your revision
> suggestions (and will get to work on them ASAP). When do
> you anticipate this awesome "emerging ghosts" issue to
> come out?
>
> One question-- I don't love the title, but have wracked my
> brain for punchier and more memorable options, to no avail

ASF0597

so far. I would love any editorial advice in this regard!

Sincerely,
Sonya

On Fri, Jun 2, 2017 at 4:42 PM, Rebecca Markovits
<rebecca.markovits@americanshortfiction.org> wrote:
Dear Sonya,

Giuseppe was good enough to pass on to us your terrific
story "The Kindest," which we very much liked and would
love to publish in our upcoming "emerging writers" issue
of *American Short Fiction.* The story was sharp, and
awkward, and funny, and real in all the right ways--I love
the unusual path it takes from a kind of state of grace to
one of unsettlement, which is really the opposite path of
most stories and feels very fresh. This issue has a lot of
stories in it (just by random happenstance) that my co-
editor Adeena Reitberger and I have been loosely calling
"ghost stories," because they're either more literally or sort
of metaphorically about ghostly figures--figures who have
emerged from some previous experience a little changed.
So this piece fits with that theme in a lovely way. We'd be
so pleased to publish it.

I'm afraid that because of the short lead-time here, if this
works on your end we're going to have to do a pretty quick
turnaround on the edits, so I'm apologize for the wait-and-
hurry-up routine! But I don't expect it will be anything too
involved.

For now, I've just attached a contract here in the hopes
that this is all still a go on your end! Take your time looking
it over, and feel free of course to ask any and all
questions. If everything looks ok, if you you could go
ahead and fill in your address on the first page and then
sign and date the last page, that would be great. And then
you can either scan and email the pdf file back to me, or
print it out and mail the hard copy to us at American Short
Fiction, PO Box 4152, Austin, TX 78765.

ASF0598

Thanks, Sonya, and we're so pleased to be, I hope,
working with you!
Warmly,
Rebecca


--

Rebecca Markovits

Co-Editor | American Short Fiction

P.O. Box 4152 | Austin, TX 78765

www.americanshortfiction.org




--

Rebecca Markovits

Co-Editor | American Short Fiction

P.O. Box 4152 | Austin, TX 78765

www.americanshortfiction.org



--

Rebecca Markovits

Co-Editor | American Short Fiction

P.O. Box 4152 | Austin, TX 78765

www.americanshortfiction.org



--

Rebecca Markovits

Co-Editor | American Short Fiction

P.O. Box 4152 | Austin, TX 78765

www.americanshortfiction.org

ASF0599

--

Rebecca Markovits

Co-Editor | American Short Fiction

P.O. Box 4152 | Austin, TX 78765

www.americanshortfiction.org

--

Rebecca Markovits

Co-Editor | American Short Fiction

P.O. Box 4152 | Austin, TX 78765

www.americanshortfiction.org

**Sonya Larson** <larsonya@gmail.com>                Wed, Jun 21, 2017 at 2:18 PM
To: Rebecca Markovits <rebecca.markovits@americanshortfiction.org>

Hello, Rebecca!

Thank you so much for this note, and I apologize for the delay!! We just finishing moving yesterday and I only got internet connection this morning. I've finished the edits and am contemplating your more substantial suggestions as we speak-- could I send you the final-final by tomorrow morning? Let me know, and thank you!!

Cheers, and so excited,
Sonya

On Wed, Jun 21, 2017 at 9:06 AM, Rebecca Markovits <rebecca.markovits@americanshortfiction.org> wrote:
Hey Sonya,
Checking in to see how things are going with those edits. We're rounding out the other issue stories now so it would be great to get to yours, especially as they feel very minor in comparison to some! I hope everything went/is going well with the move, too! Sorry it's all piled up at once!
R.

ASF0600

On Fri, Jun 16, 2017 at 1:00 PM, Rebecca Markovits
<rebecca.markovits@americanshortfiction.org> wrote:
> Thanks, Sonya!
> R.
>
> On Fri, Jun 16, 2017 at 12:43 PM, Sonya Larson
> <larsonya@gmail.com> wrote:
>> Yes, my bio is below! And I will get to work on these edits right away,
>> as I pack. I'll tell you by end-of-day Sunday how they are faring!!
>>
>> Thank you!
>>
>> Sonya Larson's short fiction and essays have appeared in *The Best American Short Stories 2017,* the *American Literary Review, Poets & Writers, The Writer's Chronicle,* Audible.com, *West Branch, Salamander, Memorious, Del Sol Review, The Red Mountain Review,* and others. She has received honors and fellowships from the Bread Loaf Writers' Conference, the Vermont Studio Center, the University of Wisconsin-Madison, the St. Botolph Club Foundation, and more. She is studying fiction in the MFA Program for Writers at Warren Wilson College, and is Assistant Director of GrubStreet's Muse and the Marketplace conference.
>>
>> On Fri, Jun 16, 2017 at 8:58 AM, Rebecca Markovits
>> <rebecca.markovits@americanshortfiction.org> wrote:
>>> Hey Sonya,
>>> Just one other thing quickly to check off our list: when you get a
>>> second, could you send me a short bio for yourself that we can use
>>> for the Contributors page at the back of the issue? Thanks!
>>> Excited!
>>> Rebecca
>>>
>>> On Thu, Jun 15, 2017 at 9:15 PM, Rebecca Markovits
>>> <rebecca.markovits@americanshortfiction.org> wrote:
>>>> Hi Sonya,
>>>> Thanks for the kind words. The sooner the better on the edits,
>>>> I'm afraid, as far as we're concerned, because we need to get
>>>> the issue to layout, so getting them back by early next week
>>>> would be great, but I know what moving is like so if that becomes
>>>> undoable, just let me know and I'll work something out, no
>>>> worries! There's always something else that needs to be done
>>>> first. Sorry about the rush! Like I said, it was pretty clean so
>>>> hopefully won't be too much work on your end!
>>>> Thanks very much indeed.
>>>> Warmly,

ASF0601

Rebecca

On Thu, Jun 15, 2017 at 9:41 AM, Sonya Larson
<larsonya@gmail.com> wrote:
  Dear Rebecca,

  Oh, thank you SO MUCH for these thoughtful edits, Rebecca!
  I appreciate your thoughtful eye a great deal. I can already see
  how this story is improved.

  By when will you need my input on these? I only ask because
  I'm moving in a few days and am a bit swamped, but I can
  tackle these this weekend if you need them very soon!

  Cheers, and thank you again,
  Sonya

  On Wed, Jun 14, 2017 at 10:51 PM, Rebecca Markovits
  <rebecca.markovits@americanshortfiction.org> wrote:
    Hi Sonya,
    I've attached your terrific story with our edits tracked. It
    wasn't much really--the story was very clean and a pleasure
    to read closely--mostly we just did some light trimming to
    tighten things up a wee bit. I suggested a couple of alternate
    titles at the top, but we'd love to hear any other ideas you
    might have. Please don't hesitate to ask for any clarifications
    or protest any edits or suggestions!
    So pleased to have this one!
    Back to you!
    Rebecca

    On Sun, Jun 4, 2017 at 9:57 PM, Sonya Larson
    <larsonya@gmail.com> wrote:
      Dear Rebecca,

      Oh my goodness. I have been away all weekend and just
      returned home to this email, which has MADE my DAY!
      So much so that I am using ALL CAPS, lazy writer that I
      apparently am!

ASF0602

I have read and admired *American Short Fiction* for over a decade now, and I am totally humbled to appear in its pages-- especially for a story about which I feel so strongly. So yes: I gladly accept, and absolutely THRILLED. I have signed the contract and attached it here. Please tell me what else you may need from me, and I gladly await your revision suggestions (and will get to work on them ASAP). When do you anticipate this awesome "emerging ghosts" issue to come out?

One question-- I don't love the title, but have wracked my brain for punchier and more memorable options, to no avail so far. I would love any editorial advice in this regard!

Sincerely,
Sonya

On Fri, Jun 2, 2017 at 4:42 PM, Rebecca Markovits <rebecca.markovits@americanshortfiction.org> wrote:
Dear Sonya,

Giuseppe was good enough to pass on to us your terrific story "The Kindest," which we very much liked and would love to publish in our upcoming "emerging writers" issue of *American Short Fiction.* The story was sharp, and awkward, and funny, and real in all the right ways--I love the unusual path it takes from a kind of state of grace to one of unsettlement, which is really the opposite path of most stories and feels very fresh. This issue has a lot of stories in it (just by random happenstance) that my co-editor Adeena Reitberger and I have been loosely calling "ghost stories," because they're either more literally or sort of metaphorically about ghostly figures--figures who have emerged from some previous experience a little changed. So this piece fits with that theme in a lovely way. We'd be so pleased to publish it.

I'm afraid that because of the short lead-time here, if this works on your end we're going to have to do a

ASF0803

pretty quick turnaround on the edits, so I'm apologize for the wait-and-hurry-up routine! But I don't expect it will be anything too involved.

For now, I've just attached a contract here in the hopes that this is all still a go on your end! Take your time looking it over, and feel free of course to ask any and all questions. If everything looks ok, if you you could go ahead and fill in your address on the first page and then sign and date the last page, that would be great. And then you can either scan and email the pdf file back to me, or print it out and mail the hard copy to us at American Short Fiction, PO Box 4152, Austin, TX 78765.

Thanks, Sonya, and we're so pleased to be, I hope, working with you!
Warmly,
Rebecca

--

Rebecca Markovits

Co-Editor | American Short Fiction

P.O. Box 4152 | Austin, TX 78765

www.americanshortfiction.org

--

Rebecca Markovits

Co-Editor | American Short Fiction

P.O. Box 4152 | Austin, TX 78765

www.americanshortfiction.org

--

Rebecca Markovits

Co-Editor | American Short Fiction

P.O. Box 4152 | Austin, TX 78765

www.americanshortfiction.org

--

Rebecca Markovits

Co-Editor | American Short Fiction

P.O. Box 4152 | Austin, TX 78765

www.americanshortfiction.org

--

Rebecca Markovits

Co-Editor | American Short Fiction

P.O. Box 4152 | Austin, TX 78765

www.americanshortfiction.org

--

Rebecca Markovits

Co-Editor | American Short Fiction

P.O. Box 4152 | Austin, TX 78765

www.americanshortfiction.org

**Rebecca Markovits**          Wed, Jun 21, 2017 at
<rebecca.markovits@americanshortfiction.org>    2:36 PM
To: Sonya Larson <larsonya@gmail.com>

Hey Sonya,
Congrats on the move.
Tomorrow morning would be fine, as long as it's fairly early--our editorial
fellow who's a scratch proof-reader will be in office to give the story a pass-
over around 9.30 am Central. Would that be doable?

ASF0605

Thanks!
R.

On Wed, Jun 21, 2017 at 2:18 PM, Sonya Larson <larsonya@gmail.com>
wrote:
> Hello, Rebecca!
>
> Thank you so much for this note, and I apologize for the delay!! We just
> finishing moving yesterday and I only got internet connection this
> morning. I've finished the edits and am contemplating your more
> substantial suggestions as we speak-- could I send you the final-final by
> tomorrow morning? Let me know, and thank you!!
>
> Cheers, and so excited,
> Sonya
>
> On Wed, Jun 21, 2017 at 9:06 AM, Rebecca Markovits
> <rebecca.markovits@americanshortfiction.org> wrote:
>> Hey Sonya,
>> Checking in to see how things are going with those edits. We're
>> rounding out the other issue stories now so it would be great to get to
>> yours, especially as they feel very minor in comparison to some! I hope
>> everything went/is going well with the move, too! Sorry it's all piled up
>> at once!
>> R.
>>
>> On Fri, Jun 16, 2017 at 1:00 PM, Rebecca Markovits
>> <rebecca.markovits@americanshortfiction.org> wrote:
>>> Thanks, Sonya!
>>> R.
>>>
>>> On Fri, Jun 16, 2017 at 12:43 PM, Sonya Larson
>>> <larsonya@gmail.com> wrote:
>>>> Yes, my bio is below! And I will get to work on these edits right
>>>> away, as I pack. I'll tell you by end-of-day Sunday how they are
>>>> faring!!
>>>>
>>>> Thank you!

Sonya Larson's short fiction and essays have appeared in *The Best American Short Stories 2017*, the *American Literary Review*, *Poets & Writers*, *The Writer's Chronicle*, Audible.com, *West Branch, Salamander, Memorious, Del Sol Review, The Red Mountain Review*, and others. She has received honors and fellowships from the Bread Loaf Writers' Conference, the Vermont Studio Center, the University of Wisconsin-Madison, the St. Botolph Club Foundation, and more. She is studying fiction in the MFA Program for Writers at Warren Wilson College, and is Assistant Director of GrubStreet's Muse and the Marketplace conference.

On Fri, Jun 16, 2017 at 8:58 AM, Rebecca Markovits
<rebecca.markovits@americanshortfiction.org> wrote:
> Hey Sonya,
> Just one other thing quickly to check off our list: when you get a
> second, could you send me a short bio for yourself that we can
> use for the Contributors page at the back of the issue? Thanks!
> Excited!
> Rebecca

On Thu, Jun 15, 2017 at 9:15 PM, Rebecca Markovits
<rebecca.markovits@americanshortfiction.org> wrote:
> Hi Sonya,
> Thanks for the kind words. The sooner the better on the edits,
> I'm afraid, as far as we're concerned, because we need to get
> the issue to layout, so getting them back by early next week
> would be great, but I know what moving is like so if that
> becomes undoable, just let me know and I'll work something
> out, no worries! There's always something else that needs to
> be done first. Sorry about the rush! Like I said, it was pretty
> clean so hopefully won't be too much work on your end!
> Thanks very much indeed.
> Warmly,
> Rebecca

On Thu, Jun 15, 2017 at 9:41 AM, Sonya Larson
<larsonya@gmail.com> wrote:
> Dear Rebecca,
>
> Oh, thank you SO MUCH for these thoughtful edits,
> Rebecca! I appreciate your thoughtful eye a great deal. I can
> already see how this story is improved.
>
> By when will you need my input on these? I only ask
> because I'm moving in a few days and am a bit swamped,

but I can tackle these this weekend if you need them very soon!

Cheers, and thank you again,
Sonya

On Wed, Jun 14, 2017 at 10:51 PM, Rebecca Markovits <rebecca.markovits@americanshortfiction.org> wrote:
> Hi Sonya,
> I've attached your terrific story with our edits tracked. It wasn't much really--the story was very clean and a pleasure to read closely--mostly we just did some light trimming to tighten things up a wee bit. I suggested a couple of alternate titles at the top, but we'd love to hear any other ideas you might have. Please don't hesitate to ask for any clarifications or protest any edits or suggestions!
> So pleased to have this one!
> Back to you!
> Rebecca

On Sun, Jun 4, 2017 at 9:57 PM, Sonya Larson <larsonya@gmail.com> wrote:
> Dear Rebecca,
>
> Oh my goodness. I have been away all weekend and just returned home to this email, which has MADE my DAY! So much so that I am using ALL CAPS, lazy writer that I apparently am!
>
> I have read and admired *American Short Fiction* for over a decade now, and I am totally humbled to appear in its pages-- especially for a story about which I feel so strongly. So yes: I gladly accept, and absolutely THRILLED. I have signed the contract and attached it here. Please tell me what else you may need from me, and I gladly await your revision suggestions (and will get to work on them ASAP). When do you anticipate this awesome "emerging ghosts" issue to come out?

ASF0608

One question-- I don't love the title, but have wracked my brain for punchier and more memorable options, to no avail so far. I would love any editorial advice in this regard!

Sincerely,
Sonya

On Fri, Jun 2, 2017 at 4:42 PM, Rebecca Markovits <rebecca.markovits@americanshortfiction.org> wrote:
Dear Sonya,

Giuseppe was good enough to pass on to us your terrific story "The Kindest," which we very much liked and would love to publish in our upcoming "emerging writers" issue of *American Short Fiction.* The story was sharp, and awkward, and funny, and real in all the right ways--I love the unusual path it takes from a kind of state of grace to one of unsettlement, which is really the opposite path of most stories and feels very fresh. This issue has a lot of stories in it (just by random happenstance) that my co-editor Adeena Reitberger and I have been loosely calling "ghost stories," because they're either more literally or sort of metaphorically about ghostly figures--figures who have emerged from some previous experience a little changed. So this piece fits with that theme in a lovely way. We'd be so pleased to publish it.

I'm afraid that because of the short lead-time here, if this works on your end we're going to have to do a pretty quick turnaround on the edits, so I'm apologize for the wait-and-hurry-up routine! But I don't expect it will be anything too involved.

For now, I've just attached a contract here in the hopes that this is all still a go on your end! Take your time looking it over, and feel free of course to ask any and all questions. If everything looks ok, if you you could go ahead and fill in your address on the first

page and then sign and date the last page, that would be great. And then you can either scan and email the pdf file back to me, or print it out and mail the hard copy to us at American Short Fiction, PO Box 4152, Austin, TX 78765.

Thanks, Sonya, and we're so pleased to be, I hope, working with you!
Warmly,
Rebecca

--

Rebecca Markovits

Co-Editor | American Short Fiction

P.O. Box 4152 | Austin, TX 78765

www.americanshortfiction.org

--

Rebecca Markovits

Co-Editor | American Short Fiction

P.O. Box 4152 | Austin, TX 78765

www.americanshortfiction.org

--

Rebecca Markovits

Co-Editor | American Short Fiction

P.O. Box 4152 | Austin, TX 78765

www.americanshortfiction.org

--

Rebecca Markovits

Co-Editor | American Short Fiction

ASF0610

P.O. Box 4152 | Austin, TX 78765

www.americanshortfiction.org

--

Rebecca Markovits

Co-Editor | American Short Fiction

P.O. Box 4152 | Austin, TX 78765

www.americanshortfiction.org

--

Rebecca Markovits

Co-Editor | American Short Fiction

P.O. Box 4152 | Austin, TX 78765

www.americanshortfiction.org

--

Rebecca Markovits

Co-Editor | American Short Fiction

P.O. Box 4152 | Austin, TX 78765

www.americanshortfiction.org

---

**Sonya Larson** <larsonya@gmail.com>          Wed, Jun 21, 2017 at 2:37 PM
To: Rebecca Markovits <rebecca.markovits@americanshortfiction.org>

YES, Rebecca! I can do 9:30am Central. He/she can begin tackling then!

Thank you again!
Sonya

On Wed, Jun 21, 2017 at 3:36 PM, Rebecca Markovits
<rebecca.markovits@americanshortfiction.org> wrote:
  Hey Sonya,

ASF0611

Congrats on the move.
Tomorrow morning would be fine, as long as it's fairly early--our editorial fellow who's a scratch proof-reader will be in office to give the story a pass-over around 9.30 am Central. Would that be doable?
Thanks!
R.

On Wed, Jun 21, 2017 at 2:18 PM, Sonya Larson <larsonya@gmail.com> wrote:

Hello, Rebecca!

Thank you so much for this note, and I apologize for the delay!! We just finishing moving yesterday and I only got internet connection this morning. I've finished the edits and am contemplating your more substantial suggestions as we speak-- could I send you the final-final by tomorrow morning? Let me know, and thank you!!

Cheers, and so excited,
Sonya

On Wed, Jun 21, 2017 at 9:06 AM, Rebecca Markovits <rebecca.markovits@americanshortfiction.org> wrote:

Hey Sonya,
Checking in to see how things are going with those edits. We're rounding out the other issue stories now so it would be great to get to yours, especially as they feel very minor in comparison to some! I hope everything went/is going well with the move, too! Sorry it's all piled up at once!
R.

On Fri, Jun 16, 2017 at 1:00 PM, Rebecca Markovits <rebecca.markovits@americanshortfiction.org> wrote:

Thanks, Sonya!
R.

On Fri, Jun 16, 2017 at 12:43 PM, Sonya Larson <larsonya@gmail.com> wrote:

Yes, my bio is below! And I will get to work on these edits right away, as I pack. I'll tell you by end-of-day Sunday how they are faring!!

ASF0612

## Thank you!

Sonya Larson's short fiction and essays have appeared in *The Best American Short Stories 2017,* the *American Literary Review, Poets & Writers, The Writer's Chronicle,* Audible.com, *West Branch, Salamander, Memorious, Del Sol Review, The Red Mountain Review,* and others. She has received honors and fellowships from the Bread Loaf Writers' Conference, the Vermont Studio Center, the University of Wisconsin-Madison, the St. Botolph Club Foundation, and more. She is studying fiction in the MFA Program for Writers at Warren Wilson College, and is Assistant Director of GrubStreet's Muse and the Marketplace conference.

On Fri, Jun 16, 2017 at 8:58 AM, Rebecca Markovits <rebecca.markovits@americanshortfiction.org> wrote:
> Hey Sonya,
> Just one other thing quickly to check off our list: when you get a second, could you send me a short bio for yourself that we can use for the Contributors page at the back of the issue?
> Thanks!
> Excited!
> Rebecca

On Thu, Jun 15, 2017 at 9:15 PM, Rebecca Markovits <rebecca.markovits@americanshortfiction.org> wrote:
> Hi Sonya,
> Thanks for the kind words. The sooner the better on the edits, I'm afraid, as far as we're concerned, because we need to get the issue to layout, so getting them back by early next week would be great, but I know what moving is like so if that becomes undoable, just let me know and I'll work something out, no worries! There's always something else that needs to be done first. Sorry about the rush! Like I said, it was pretty clean so hopefully won't be too much work on your end!
> Thanks very much indeed.
> Warmly,
> Rebecca

On Thu, Jun 15, 2017 at 9:41 AM, Sonya Larson <larsonya@gmail.com> wrote:
> Dear Rebecca,

ASF0613

Oh, thank you SO MUCH for these thoughtful edits, Rebecca! I appreciate your thoughtful eye a great deal. I can already see how this story is improved.

By when will you need my input on these? I only ask because I'm moving in a few days and am a bit swamped, but I can tackle these this weekend if you need them very soon!

Cheers, and thank you again,
Sonya

On Wed, Jun 14, 2017 at 10:51 PM, Rebecca Markovits <rebecca.markovits@americanshortfiction.org> wrote:
Hi Sonya,
I've attached your terrific story with our edits tracked. It wasn't much really--the story was very clean and a pleasure to read closely--mostly we just did some light trimming to tighten things up a wee bit. I suggested a couple of alternate titles at the top, but we'd love to hear any other ideas you might have. Please don't hesitate to ask for any clarifications or protest any edits or suggestions!
So pleased to have this one!
Back to you!
Rebecca

On Sun, Jun 4, 2017 at 9:57 PM, Sonya Larson <larsonya@gmail.com> wrote:
Dear Rebecca,

Oh my goodness. I have been away all weekend and just returned home to this email, which has MADE my DAY! So much so that I am using ALL CAPS, lazy writer that I apparently am!

I have read and admired *American Short Fiction* for over a decade now, and I am totally humbled to appear in its pages-- especially for a story about which I feel so strongly. So yes: I gladly accept and

absolutely THRILLED. I have signed the contract and attached it here. Please tell me what else you may need from me, and I gladly await your revision suggestions (and will get to work on them ASAP). When do you anticipate this awesome "emerging ghosts" issue to come out?

One question-- I don't love the title, but have wracked my brain for punchier and more memorable options, to no avail so far. I would love any editorial advice in this regard!

Sincerely,
Sonya

On Fri, Jun 2, 2017 at 4:42 PM, Rebecca Markovits <rebecca.markovits@americanshortfiction.org> wrote:

Dear Sonya,

Giuseppe was good enough to pass on to us your terrific story "The Kindest," which we very much liked and would love to publish in our upcoming "emerging writers" issue of *American Short Fiction.* The story was sharp, and awkward, and funny, and real in all the right ways--I love the unusual path it takes from a kind of state of grace to one of unsettlement, which is really the opposite path of most stories and feels very fresh. This issue has a lot of stories in it (just by random happenstance) that my co-editor Adeena Reitberger and I have been loosely calling "ghost stories," because they're either more literally or sort of metaphorically about ghostly figures--figures who have emerged from some previous experience a little changed. So this piece fits with that theme in a lovely way. We'd be so pleased to publish it.

I'm afraid that because of the short lead-time here, if this works on your end we're going to have to do

a pretty quick turnaround on the edits, so I'm apologize for the wait-and-hurry-up routine! But I don't expect it will be anything too involved.

For now, I've just attached a contract here in the hopes that this is all still a go on your end! Take your time looking it over, and feel free of course to ask any and all questions. If everything looks ok, if you you could go ahead and fill in your address on the first page and then sign and date the last page, that would be great. And then you can either scan and email the pdf file back to me, or print it out and mail the hard copy to us at American Short Fiction, PO Box 4152, Austin, TX 78765.

Thanks, Sonya, and we're so pleased to be, I hope, working with you!
Warmly,
Rebecca

--

Rebecca Markovits

Co-Editor | American Short Fiction

P.O. Box 4152 | Austin, TX 78765

www.americanshortfiction.org

--

Rebecca Markovits

Co-Editor | American Short Fiction

P.O. Box 4152 | Austin, TX 78765

www.americanshortfiction.org

--

Rebecca Markovits

Co-Editor | American Short Fiction

P.O. Box 4152 | Austin, TX 78765

www.americanshortfiction.org

--

Rebecca Markovits

Co-Editor | American Short Fiction

P.O. Box 4152 | Austin, TX 78765

www.americanshortfiction.org

--

Rebecca Markovits

Co-Editor | American Short Fiction

P.O. Box 4152 | Austin, TX 78765

www.americanshortfiction.org

--

Rebecca Markovits

Co-Editor | American Short Fiction

P.O. Box 4152 | Austin, TX 78765

www.americanshortfiction.org

--

Rebecca Markovits

Co-Editor | American Short Fiction

P.O. Box 4152 | Austin, TX 78765

www.americanshortfiction.org

ASF0617