# EXHIBIT U

LarsonP3000029

Sonya Larson
Exhibit 19
07/30/2021

To: Sari Boren

Jun 16, 2017, 2:19 PM

> I have news, my dear-- my kidney story is getting published!

Omg! Where?

> American Short Fiction!

Cool!!

> I am excited but also worried that DD is going to murder me

Eh. Whatever. Just don't use her note

> THANK YOU