# EXHIBIT V

LarsonP3000077

To: Sari Boren

> Should I read kidney story?? Ugh

> About to respond to your email!

Haha. I don't know about the kidney story. Can u read an excerpt that doesn't include the letter?

And thank you!

> Yes, I definitely wouldn't read from the letter— never have

Well then read the kidney story!

> God bless you