# EXHIBIT W

2:19 PM **sonya** Hmmm. That is actually a really good idea.

June 16th, 2017 ⌄

Truly!!

2:20 PM **alison** Why do they want you to change the end??

2:21 PM **sonya** They're saying it's "easy and familiar," which I don't agree with

And their suggested change is DUMB

2:22 PM **alison** I feel like you should push back, if you really feel that way! But again, I know fucking nothing about publishing stories.



2:22 PM **sonya** Also, they're suggesting I change the title to "Willing and Able" or "A Person in Need." I mean, I don't like "The Kindest" very much, but those suggestions SUCK

HA HA-- maybe I'll take the rest of their suggestions but push back on this one.

2:23 PM **alison** I like the Kindest only because it reminds me of Dawn's email signature.

But probably no one should make decisions based on that.

Those two titles are fucking awful though

2:23 PM **sonya** HA HA HA-- "Kindly"

2:23 PM **alison** Just name it "Kindly, Dawn"

2:23 PM **sonya** HA HA HA

2:23 PM **alison** They'll be like ma'am, there is no one named Dawn in this story

2:23 PM **sonya** Oh my god I am dying over here

giggling out loud

2:23 PM **alison** And you'll be like DON'T TELL ME ABOUT MY CRAFT