# EXHIBIT X



Grub Street
162 Boylston Street, 5th Floor
Boston, MA 02116

grubstreet.org | 617.695.0075
TW: @GrubWriters | FB: GrubStreetWriters

**Rebecca Markovits** &lt;rebecca.markovits@americanshortfiction.org&gt; Thu, May 24, 2018 at 10:35 PM
To: Sonya Larson &lt;sonya@grubstreet.org&gt;

Perfect, thanks! The post is actually live now, but we'll wait until tomorrow to promote it. (Pubishing early made it easier for Lit Hub to include.) So pleased to have it up!
Best,
R

On Thu, May 24, 2018 at 9:31 PM, Sonya Larson &lt;sonya@grubstreet.org&gt; wrote:
> Yay!! So excited for this!! That photo is great, and go ahead and use this bio!
>
> Sonya Larson's short fiction and essays have appeared in *Best American Short Stories, American Short Fiction, American Literary Review, Poets & Writers, The Writer's Chronicle*, Audible.com, *West Branch, Salamander, Memorious, Solstice: A Magazine of Diverse Voices, Del Sol Review, Red*

ASF0110

*Mountain Review*, *The Hub*, and more. She has received awards and fellowships from the Bread Loaf Writers' Conference, Vermont Studio Center, University of Wisconsin-Madison, St. Botolph Club Foundation, among others. She received an MFA in fiction from the Program for Writers at Warren Wilson College, and is Director of GrubStreet's Muse and the Marketplace writing conference. Sonya lives in Massachusetts, and is writing a novel.

On Thu, May 24, 2018 at 5:02 PM Rebecca Markovits <rebecca.markovits@americanshortfiction.org> wrote:
> Also--sorry for the last-minute questions: do you have an updated bio you'd like us to use, or should we just go with the one that ran in the issue?
> Thanks!
>
> On Thu, May 24, 2018 at 3:53 PM, Rebecca Markovits <rebecca.markovits@americanshortfiction.org> wrote:
>> Hey Sonya,
>> We're all set to post your story tomorrow, and Jonny is on board with Lit Hub as well. I just wanted to ask you if it's ok if we use this picture of you for the post (as a kind of side-by-side with Carver). Let me know!
>> Thanks,
>> Rebecca
>>
>> On Thu, May 17, 2018 at 4:01 PM, Sonya Larson <sonya@grubstreet.org> wrote:
>>> Ah, thank you so much, Adeena! It never would have happened without ASF, of course. I'll definitely send you copies and photos of it out in the world. :)

ASF0111

So excited to have it online, too! I know people who are waiting for it!


Cheers,
Sonya


Sonya Larson
Director of Muse Conference and Advocacy
In office Monday-Friday, 11:00am-6:00pm. I check email starting at 1:00pm.



Grub Street
162 Boylston Street, 5th Floor
Boston, MA 02116

grubstreet.org | 617.695.0075
TW: @GrubWriters | FB: GrubStreetWriters


On Thu, May 17, 2018 at 4:24 PM, Adeena Reitberger <adeena.reitberger@americanshortfiction.org> wrote:
> Sonya,
>
> Just wanted to pipe in to say that I'm so thrilled for you—what an awesome and well-deserved thing to have happened with your story! I almost want to plan a trip to Boston just so I can see it!

ASF0112

Congrats and yay! We're excited to put "The Kindest" on ASF's website!

Adeena

On Tue, May 15, 2018 at 7:49 PM, Sonya Larson <sonya@grubstreet.org> wrote:
> Hello, and I'm back!

> The people at One City One Story say that they're currently in the middle of switching PR firms, and won't be able to announce it before the end of June. They said that "If *American Short Fiction* wants to mention the selection in sort of an understated way, that would be fine with us, but I think we'd prefer to avoid a splashy announcement until we can coordinate PR on our side." So yes, I'm afraid we won't be able to mention explicitly on May 25th, but if there's some slyer way you'd like to do it, go right ahead!

> Additionally, One City One Story are working on the front/back matter for the booklet, and they want to know how *American Short Fiction* would like to be credited as the original publishers of the story. Is there any particular phrasing you prefer? Let me know, and I'll pass it along.

> Thank you again!
> Sonya


> Sonya Larson
> Director of Muse Conference and Advocacy
> In office Monday-Friday, 11:00am-6:00pm. I check email starting at 1:00pm.



Grub Street
162 Boylston Street, 5th Floor
Boston, MA 02116

grubstreet.org | 617.695.0075
TW: @GrubWriters | FB: GrubStreetWriters


On Tue, May 15, 2018 at 7:04 PM, Sonya Larson <sonya@grubstreet.org> wrote:
> I'm told that it will be soon, and almost definitely in time for the Carver/Kindest post-- let me check with them and get back to you!
>
>
> Cheers,
> Sonya
>
>
> Sonya Larson
> Director of Muse Conference and Advocacy
> In office Monday-Friday, 11:00am-6:00pm. I check email starting at 1:00pm.
>
> 
>
> Grub Street
> 162 Boylston Street, 5th Floor
> Boston, MA 02116
>
> grubstreet.org | 617.695.0075
> TW: @GrubWriters | FB: GrubStreetWriters

On Tue, May 15, 2018 at 5:01 PM, Rebecca Markovits <rebecca.markovits@americanshortfiction.org> wrote:
> Hi Sonya--
> Is the One City One Story news public? That is, can I share it in our Raymond Carver/Kindest post?
> Thanks!
> Rebecca
>
> On Mon, May 14, 2018 at 6:33 PM, Sonya Larson <sonya@grubstreet.org> wrote:
>> Oh, I am SO happy to hear all this, Rebecca. Thank you again for these opportunities, and I and GrubStreet will amplify The Kindest Short Story Month special feature (HOW FUN) in all our channels. I hope that Jonny will crosspost too!
>>
>> Thanks again, and I'll send you copies when it comes out in September!
>>
>>
>> Cheers,
>> Sonya
>>
>>
>> Sonya Larson
>> Director of Muse Conference and Advocacy
>> In office Monday-Friday, 11:00am-6:00pm. I check email starting at 1:00pm.

ASF0115



Grub Street
162 Boylston Street, 5th Floor
Boston, MA 02116

grubstreet.org | 617.695.0075
TW: @GrubWriters | FB: GrubStreetWriters


On Mon, May 14, 2018 at 6:32 PM, Rebecca Markovits <rebecca.markovits@americanshortfiction.org> wrote:
> Dear Sonya,
> This is fantastic news! I've seen those little One City One Story volumes around back when I used to spend time in Boston, and used to think how exciting it would be to have an ASF story chosen, and now here we are! Thank you--absolutely thrilled your story was picked! We're still totally on for the Raymond Carver Cathedral--The Kindest Short Story Month special feature. I know Nate has been, or plans to be, in touch with Jonny about crossposting, so I'm sure something will work out there. What a nice convergence of events!
> So pleased!
> Congratulations to you--you must be tickled pink a the thought of your story all

ASF0116

over town in this way, and it's well deserved!
Three cheers,
Rebecca

On Sat, May 12, 2018 at 9:45 AM, Sonya Larson <sonya@grubstreet.org> wrote:
> Dear Rebecca and Adeena,
>
> I hope you're well, and I have great news! "The Kindest," which ASF originally published, has been selected as Boston's 2018 "One City One Story" story! Starting in September, thousands of printed copies of the story will be distributed all over Boston subways, libraries, Dunkin' Donuts, etc., and it will be translated into Spanish, French, Mandarin, Portuguese, Russian, and Farsi. They'll also host a series of city-wide discussions throughout the fall. ASF will be acknowledged throughout!
>
> I'm writing to share the news, and to follow-up about your offer to publish the story online-- I believe you suggested May 25th, on Raymond Carver's birthday, which I think is totally fitting and cool. The double-whammy will bring more attention to ASF, I believe.

ASF0117

Additionally, we hosted the great Nate Brown last month at our Muse & the Marketplace conference, and he offered to have LitHub re-post the story as well, or otherwise amplify it. I know Jonny Diamond and would happily facilitate this, if it's helpful. Let me know if you'd like to proceed, and thank you again for bringing this story to the public!

Cheers,
Sonya


Sonya Larson
Director of Muse Conference and Advocacy
In office Monday-Friday, 11:00am-6:00pm. I check email starting at 1:00pm.



Grub Street
162 Boylston Street, 5th Floor
Boston, MA 02116

grubstreet.org | 617.695.0075
TW: @GrubWriters | FB: GrubStreetWriters

ASF0118