# EXHIBIT Y

**From:** **Samantha Shea** samantha@gbagency.com
**Subject:** Re: Update and a question from Dawn
**Date:** June 4, 2018 at 9:48 AM
**To:** Dawn Dorland dawndorland@gmail.com

Thank you, Dawn. Do let me know how it turns out. I'll keep my fingers crossed for you.

Best,

Samatha

Sent from my iPhone

On Jun 4, 2018, at 12:32 PM, Dawn Dorland <dawndorland@gmail.com> wrote:

> Dear Samantha,
>
> I completely understand! I appreciate your time and the direction you already pointed me in so much.
>
> Yes, very much yes, I hope that we are working together in an official capacity soon. As I said, I am planning to send novel pages this summer, and at that point--if your offer still stands, and if you are encouraged by what you see--I will be ready to sign.
>
> Be well, and thanks again! Happy summer, welcome June.
>
> Kindly,
> Dawn
>
> *I check email once daily at noon.*
>
> On Jun 4, 2018, at 8:58 AM, Samantha Shea <samantha@gbagency.com> wrote:
>
>> Hi Dawn,
>>
>> Thanks for your note and for sharing the texts, however I must admit that I don't feel entirely comfortable providing off the cuff advice on the text themselves. In order to really give such advice, I'd need to do a good bit of close reading and research and this is the sort of work I simply can't get into for anyone but the clients I represent. I'm sorry. I want to help and I hope we will work together one day soon but for now, I think the best I can offer is to suggest you consult an attorney who might be able to offer their expert opinion.
>>
>> Best,
>>
>> Samantha
>>
>> **From:** Dawn Dorland [mailto:dawndorland@gmail.com]
>> **Sent:** Monday, June 4, 2018 11:55 AM
>> **To:** Samantha Shea <samantha@gbagency.com>
>> **Subject:** Re: Update and a question from Dawn
>>
>> Dear Samantha,
>>
>> Thank you so much for weighing in. I have a tendency to minimize, or even deny myself the permission to call this a betrayal, and your acknowledging it that way is soothing and validating (plus, I know it's true). Unfortunately, I have had three incidents like this in a row-- not all related to my kidney donation, and not all as dramatic as seeing my creative work and/or language in someone else's story online--but these violations of the intimacy I've shared with other writers have been really disheartening

DORLAND00398

In response, I've done what I know how to do, which is to write, slowly, with the goal of starting an important debate among writers: how do we ensure that our careerist impulses do not bankrupt our artistic and/or moral ideals? And for those in the "you shared it, so I stole it" school: does being writers actually give us permission to fail one another as friends?

Here are the texts for your comparison. The first text is the "fictional" letter as it appears in the story on *ASF*. *I will forward you my letter as an attachment in a separate email.* I have reached out to a lawyer and will also try to contact the editors who published the story:

First text--

*Dear Recipient,*

> *My name is Rose Rothario. I'm a thirty-eight-year-old white female, and I live in Greater Boston.*
>
> *In 2017 I saw a documentary about altruistic kidney donation, and as the credits rolled I felt wholly dismayed by the daily experiences of those in need. Equipped with this new awareness, I set forth on a journey to offer a great gift, to do my part in bettering a fellow human's life.*
>
> *I shook open the letter. Six whole daisy pages. Stuff about her surgery, the prep, the PT. It went on.*
>
> *I'm so grateful to the MGH transplant team, who held my hand from my very first blood test to the date of our paired exchange. I myself know something of suffering, but from those experiences I've acquired both courage and perseverance. I've also learned to appreciate the hardship that others are going through, no matter how foreign. Whatever you've endured, remember that you are never alone.*
>
> *A few things about me: I like sailing, camping, jewelry, and cats.*
>
> *As I prepared to make this donation, I drew strength from knowing that my recipient would get a second chance at life. I withstood the pain by imagining and rejoicing in YOU.*
>
> *I stared at the YOU, underlined three times.*
>
> *Now I smile at the thought that you are enjoying renewed health. You deserve all that life has to offer, simply because you exist.*
>
> *If you are willing, I would love to know more about you. Perhaps we could meet. But if you prefer not to, I accept that reaction as well.*
>
> *Warmly,*

DORLAND00399

*Warmly,*

*Rose M. Rothario*

\* \* \*

Thanks so much again for your advice, Samantha. To lighten things up, here is a photo of Domingo!

Kindly,

Dawn

<image001.jpg>

*I check email once daily at noon.*

On Jun 4, 2018, at 5:51 AM, Samantha Shea <samantha@gbagency.com> wrote:

> Hi Dawn,
>
> So nice to hear from you. And congratulations!! I love the name Domingo. My mother has a theory that this is the "year of the boy" and I do feel like all my friends are having/expecting boys this year.
>
> As for the situation with your friend, I'm sorry to hear that you've run into such difficulty. It certainly sounds as if there's been a betrayal, whether or not there's been a legal theft. Off the top of my head, and without having both pieces of writing in front of me, it's difficult to say whether or not her use of the letter counts as plagiarism. So my best advice would be, perhaps, to begin there. Maybe consult a lawyer? If it turns out that there really has been plagiarism, I would then begin by speaking with your friend, if lines of communication are still open. If not, then yes, I would think going to the editors of ASF would be appropriate.
>
> Hope this helps,
>
> Samantha
>
> ---
>
> **From:** Dawn Dorland [mailto:dawndorland@gmail.com]
> **Sent:** Sunday, June 3, 2018 8:05 PM
> **To:** Samantha Shea <samantha@gbagency.com>
> **Subject:** Update and a question from Dawn
>
> Dear Samantha,
>
> Please forgive my long lapse in communication! I hope that you have been well

DORLAND00400

and thriving. I follow your authors and all of their impressive literary successes with joy for you, them, and for the excellent work you midwife into the world.

My spouse and I just had a baby (!). His name is Domingo ("Mingus"). But before that, around when you wrote me last, I was suddenly repurposed into buying a house when the rent on our apartment went up dramatically... But I'm on the other side of that all now and ready to get back to work. I'm planning to send you novel pages this summer.

I'm reaching out to you at this particular moment, however, about a distressing situation. In short: a writer friend, to whom I disclosed my kidney donation in 2015, published a story last year "inspired" by my own living kidney donation. The story garnered a lot of attention for her and has new legs in a current feature for short story month at the journal where it was originally published, which I discovered quite by accident over the weekend. In 2016 I learned that my friend had written and prepared to publish a story without telling me that its genesis was my own kidney donation (another friend tipped me off after hearing the story at a public reading). When I approached this writer she was defensive of her actions but acknowledged that the story was indeed informed by my gesture. I didn't read the story when it came out, though--it was too painful. I could see a clear resemblance from even the story's title to the information I had disclosed and shared intimately with my friend ahead of donating my kidney. My friend later thanked several writers publicly for helping her revise and place the story, without ever acknowledging me.

I did read the story over the weekend when I came across it, however, and I am dismayed to confirm the similarities between her fictional donor's motivations and my own, as well as the story's title, plucked from an article I'd pointed her to because it had very much inspired and informed my own donation.

But here's the problem: my friend's kidney story includes a letter from a donor to her recipient. I believe that the letter in her story plagiarizes the letter that I wrote to the final recipient in our short kidney chain, a letter to which she had access as member of a friends-and-family Facebook group. (I would be happy to share the texts for your comparison.)

I'm not sure what to do about this, Samantha, short of reaching out to the editors of *American Short Fiction,* who publish the story. This writer's appropriation of my personal kidney story fictionally is one kind of debate; but another writer's use of a text that I authored is, to my mind, a serious issue and clear violation. I think this new discovery crosses a line. Remedies that I would find acceptable range from *ASF's* pulling the story to the author making an acknowledgment of my text

DORLAND00401

from *ASF*'s pulling the story to the author making an acknowledgment of my text.

I would be so grateful to hear what you think about this and what I should do, if you are able and interested in taking the time. I can be reached anytime this week by email and/or by phone.

857-234-2650 (mobile)

Thank you for everything, Samantha. Your experience and encouragement has been so helpful to me in the past.

Kindly,
Dawn

*I check email once daily at noon.*

DORLAND00402