# EXHIBIT AA

**Subject**: Re: Dawn Dorland / Sonja Larson
**From**: Norah Piehl <norah@bostonbookfest.org>
**To**: Raquel Hitt <raquel@bostonbookfest.org>
**Date Sent**: Wednesday, June 6, 2018 6:12:54 PM GMT-04:00
**Date Received**: Wednesday, June 6, 2018 6:12:54 PM GMT-04:00

Thanks, Raquel! I'm going to email much of this to our lawyer now and probably copy you and Debbie. If by chance Dawn calls back tomorrow, you can just tell her that we're consulting with our lawyer and will reach out to her once we get advice from him. Stay tuned...

On Wed, Jun 6, 2018 at 5:40 PM, Raquel Hitt <raquel@bostonbookfest.org> wrote:
> Hi Norah,
>
> As discussed, I'm putting what I know in an email.
>
> Around 5:20pm I received a call from Dawn Dorland, an LA-based writer. She inquired about our One City, One Story program and wanted to know if we were publishing Sonja Larson's story "The Kindest." She was tipped off by the fact that Sonja's website author bio was recently updated to say something about One City, One Story. I said we haven't announced the One City, One Story author at this time and then also played dumb saying I'm in operations and am not aware of programming decisions.
>
> She went on to say that if we are publishing Sonja Larson's story "The Kindest" that we should be aware that Dawn is pursuing a plagiarism claim for this story. Dawn has already been in touch with *American Short Fiction* (who published "The Kindest") and has engaged legal counsel--though no legal action has been taken, yet.
>
> I did a little digging after we got off the phone. Dawn is a Grub Street instructor, which could very well be how Sonja and Dawn may have interacted or shared work: https://grubstreet.org/blog/meet-a-grubbie-dawn-dorland/
>
> Dawn can be reached at 857-234-2650. She's hoping to hear back from us about whether or not we're publishing the story. If we are, she offered to send us the email she sent to *American Short Fiction.*
>
> That's what I know for now!
>
> Best,
> Raquel
> --
> Raquel R. Hitt
> Director of Operations
> Boston Book Festival
> 32R Essex St., Suite 5
> Cambridge, MA  02139
> 857.706.1106
> raquel@bostonbookfest.org



--
Norah Piehl
Deputy Director
Boston Book Festival
32R Essex St., Suite 5
Cambridge, MA  02139

BBF00890

857.706.1101
norah@bostonbookfest.org

2 / 3

BBF00891

**Subject**: Dawn Dorland / Sonja Larson
**From**: Raquel Hitt <raquel@bostonbookfest.org>
**To**: Norah Piehl <norah@bostonbookfest.org>
**Date Sent**: Wednesday, June 6, 2018 5:40:18 PM GMT-04:00
**Date Received**: Wednesday, June 6, 2018 5:40:20 PM GMT-04:00

Hi Norah,

As discussed, I'm putting what I know in an email.

Around 5:20pm I received a call from Dawn Dorland, an LA-based writer. She inquired about our One City, One Story program and wanted to know if we were publishing Sonja Larson's story "The Kindest." She was tipped off by the fact that Sonja's website author bio was recently updated to say something about One City, One Story. I said we haven't announced the One City, One Story author at this time and then also played dumb saying I'm in operations and am not aware of programming decisions.

She went on to say that if we are publishing Sonja Larson's story "The Kindest" that we should be aware that Dawn is pursuing a plagiarism claim for this story. Dawn has already been in touch with *American Short Fiction* (who published "The Kindest") and has engaged legal counsel-- though no legal action has been taken, yet.

I did a little digging after we got off the phone. Dawn is a Grub Street instructor, which could very well be how Sonja and Dawn may have interacted or shared work: https://grubstreet.org/blog/meet-a-grubbie-dawn-dorland/

Dawn can be reached at 857-234-2650. She's hoping to hear back from us about whether or not we're publishing the story. If we are, she offered to send us the email she sent to *American Short Fiction.*

That's what I know for now!

Best,
Raquel
--
Raquel R. Hitt
Director of Operations
Boston Book Festival
32R Essex St., Suite 5
Cambridge, MA  02139
857.706.1106
raquel@bostonbookfest.org

BBF00892