# EXHIBIT CC

From: **Dawn Dorland** dawndorland@gmail.com
Subject: Possible plagiarism in Tuition Fellows' 2017 application
Date: June 7, 2018 at 12:12 PM
To: blwc@middlebury.edu

Dear Breadloaf Writers' Conference,

My name is Dawn Dorland. I am a literary writer and editor in Los Angeles with an MFA from the University of Maryland. It pains me to be writing you under these circumstances.

It has come to my attention that one of your 2017 fellows might have applied for and secured her fellowship on the basis of writing that plagiarizes my unpublished work. (I am in the midst of a legal process with the editors of a literary magazine who published the short story in question.)

Would administrators of the Breadloaf Writer's Conference be able to verify whether the writer in question applied in 2017 with an unpublished short story named "The Kindest"? This story contains material to which I own a copyright. I am curious whether Breadloaf has ever dealt with this kind of offense--learning of plagiarism in an application after the fact--and what can be done, retroactively, about it.

I can be reached today by phone and/or email. (857) 234-2650 (mobile)

I appreciate your serious attention to this claim and hope to hear from you soon.

Kindly,

Dawn Dorland, MTS, MFA
Los Angeles

*I check email once daily at noon.*

DORLAND000130