# EXHIBIT EE

--

Rebecca Markovits

Co-Editor | American Short Fiction

P.O. Box 4152 | Austin, TX 78765

www.americanshortfiction.org

**Sonya Larson &lt;larsonya@gmail.com&gt;**  Sun, Jun 24, 2018 at 5:48 PM
To: Rebecca Markovits &lt;rebecca.markovits@americanshortfiction.org&gt;

Hello again, Rebecca,

I hope you're having a great weekend. Go ahead and sunset my piece— you can remove it now, if you'd like.

Thank you for all the time you've put into this; I truly appreciate it.

Sincerely,
Sonya

On Fri, Jun 22, 2018 at 6:07 PM Sonya Larson &lt;larsonya@gmail.com&gt; wrote:
   Hello, Rebecca!