# EXHIBIT FF

Gmail - Order Confirmation - AudiobookStand                                                                                     6/25/20, 5:44 PM



Dawn Dorland <dawndorland@gmail.com>

# Order Confirmation - AudiobookStand
2 messages

**audiobookstand@audiobookstand.com** <audiobookstand@audiobookstand.com>   Fri, Jul 27, 2018 at 2:20 PM
To: dawndorland@gmail.com



## Order Confirmation

Order: 40841264334

Order Date: 7/27/2018 5:20 PM

### Hello Dawn Dorland Perry,

Thank you for shopping with us. Below are your order details:

## Order Details

**Bill To Address**

Dawn Dorland Perry
3111 W 69th St
LA CA 90043
United States

**Ship To Address**

Dawn Dorland Perry
3111 W 69th St
LA CA 90043
United States

| ISBN | Title | Format | Qty | Price | Total |
|---|---|---|---|---|---|
| 978-1-5366-1804-4 | The Kindest | MP3-CD Unabridged | 1 | $4.00 | $4.00 |
| | | | | Subtotal | $4.00 |
| | | | | Shipping | $0.00 |
| | | | | Estimated Tax | $0.38 |
| | | | | Total | $4.38 |

DORLAND00125

If you need further assistance with your order, please call 1-800-854-7859 or you can e-mail at help@audiobookstand.com.

---

We hope to see you again soon!

**AudiobookStand**

This email was sent from a notification-only address that cannot accept incoming email. Please do not reply to this message.

Colorado, Oklahoma, South Dakota, Tennessee and Vermont Purchasers: Important information regarding sales tax you may owe in your state can be found by following this link: https://www.audiobookstand.com/salestax.asp

---

**Dawn Dorland** <dawndorland@gmail.com>														Mon, May 13, 2019 at 9:09 AM
To: Suzanne Elovecky <selovecky@toddweld.com>

Begin forwarded message:
[Quoted text hidden]

DORLAND00126