# EXHIBIT GG

LARSON



Sonya Larson <larsonya@gmail.com>

## One City One Story

**Deborah Porter** <deb@bostonbookfest.org>　　　　　　　　　　　　　　　Mon, Aug 13, 2018 at 11:59 AM
To: larsonya@gmail.com
Cc: Norah Piehl <norah@bostonbookfest.org>

Dear Sonya,

I am sorry to say that Norah and I have made the decision to cancel One City One Story this year.

After thinking we had a path towards a solid agreement with Dawn Dorland and feeling that we were out of danger from being sued, her lawyer was back in touch late last week with new demands.  There is seemingly no end to this, and we can not afford to spend any more time or resources at this moment or risk law suits in the future that could affect not only us, but our sponsor for One City One Story.

Sadly for us, we have already printed 30,000 copies of your story using the acknowledgement Dawn and her lawyer had approved (but now want to change.)  That represents a total loss in printing costs for us.  This is obviously not the outcome that we prefer, but we feel we have no other choice at this point.

Best,
Debbie

--

Deborah Z Porter
Founder and Executive Director
Boston Book Festival
32 R Essex Street
Cambridge, MA 02139
857-706-1116
www.bostonbookfest.org