# EXHIBIT HH

**From:** Eve Bridburg eve@grubstreet.org
**Subject:** Re: Cease and Desist
**Date:** August 16, 2018 at 10:07 AM
**To:** Deborah Porter deb@bostonbookfest.org
**Cc:** Eve Bridburg ebridburg@gmail.com



Debbie,

I didn't play any role in this and I don't think you can assume Sonya is waging any fight. She's been pretty clear with me that she wants the festival to go on without any drama and is asking her friends not to make any public comments about what's happened. I think the reality is that many writers are really upset by the entire situation for a variety of very understandable reasons. It's also my understanding that Sonya first learned of plagiarism claims from you once you received Dawn's complaint so I'm confused by your note to her.

I appreciate that you worked hard to publish this story. I know you are already under capacity which makes dealing with additional work incredibly frustrating and difficult. In the end, it's a shame that legal threats won the day, and we've all lost a chance for the city to read and discuss a really fine story with important things to say about race and white liberal blind spots.

Eve


Eve Bridburg
Founder and Executive Director


GrubStreet, Inc
162 Boylston Street, 5th Floor
Boston, MA 02116
617.695.0075
@grubwriters
[facebook.com/grubwriters](facebook.com/grubwriters)


> On Aug 14, 2018, at 8:59 AM, Deborah Porter <deb@bostonbookfest.org> wrote:
>
> Eve,
>
> I don't know what, if any, role you have played in this, but I am amazed at what an entitled, selfish and dishonest person Sonya Larson has proven herself to be. This has been a very unpleasant episode for us. For her to wage a letter-writing campaign on her own behalf encouraging her writer friends to convey how "appalled, horrified and angered" they are that we are "silencing Sonya Larson" by canceling 1C1S under threat of lawsuit is outrageous, especially given how hard we fought over the last two months to publish her story.
>
> Debbie
>
>
> ---------- Forwarded message ----------
> From: **Deborah Porter** <deb@bostonbookfest.org>
> Date: Mon, Aug 13, 2018 at 4:09 PM
> Subject: Cease and Desist

BBF00006

To: Sonya Larson <larsonya@gmail.com>
Cc: Norah Piehl <norah@bostonbookfest.org>

Sonya,

Please ask your friends to stop writing to us on your behalf.  Our decision is final.

Just in case no one has said this to you, you should never have submitted a story to us that had a plagiarism claim against it and then continued to withhold that information from us when we picked the story.  It seems to me that we have grounds to sue you for reimbursement of the $10,000 we have sunk into printing "The Kindest" plus legal fees.

Kindly ask your friends not to write to us.  We have spent enough time on this already.

Thank you.

Debbie


--


Deborah Z Porter
Founder and Executive Director
Boston Book Festival
32 R Essex Street
Cambridge, MA 02139
857-706-1116
www.bostonbookfest.org


--


Deborah Z Porter
Founder and Executive Director
Boston Book Festival
32 R Essex Street
Cambridge, MA 02139
857-706-1116
www.bostonbookfest.org

BBF00007