# EXHIBIT II

From: **Dawn Dorland** dawndorland@gmail.com
Subject: Boston Book Festival Drops One City One Story selection
Date: August 16, 2018 at 6:55 PM
To: dearsugars@nytimes.com

Dear Sugars,

I'm a writer who wrote you a letter last year about an artistic betrayal. For two years I was in a private conflict with another writer who crafted fiction from something momentous I did with my own life—I donated my kidney to a stranger—who I felt, by not telling me about the story (I found out from someone else) had betrayed my intimacy and privacy as a friend.

After muddling through the middle of that experience, with more questions than answers, and a deep sense that something was wrong ("The body knows"), I might finally be at the ending...

https://www.bostonglobe.com/metro/2018/08/13/boston-book-festival-cancels-one-city-one-story-event/UYDB4vAaruchEWC2dnU0fO/story.html

https://www.bostonglobe.com/arts/2018/07/26/inspiration-plagiarism-writing-hackles-raised-boston-dispute/YxzQNqAj6SY7jWElr8MxuL/story.html

The reporting around this incident, which offered me such relief after suffering for two years in silence, has not inspired any public conversation, to my knowledge, among writers and our relationships to our human subjects. My plagiarist fiercely maintains her right to an artistic vision. But don't we bankrupt our art of its value if we don't treat our human subjects with empathy?

Would you be interested in taking up this fraught topic on your show?

Kindly,

Dawn Dorland, MTS, MFA
Los Angeles

857-234-2650 (mobile)

*I check email once daily at noon.*