# EXHIBIT JJ




**Kat Rosenfield** ✓
@katrosenfield

> Hi, Kat—just saw your fantastic piece up on Vulture re: plagiarism of personal trauma. I have been in a same-same but different situation with a fellow fiction writer who took my real-life gesture of donating a kidney to a stranger, what I considered the height of my healing from my childhood trauma, and included my motivations and a letter I wrote in a short story (while gaslighting me about what she was up to). This was reported in the Boston Globe over the summer but the news was met with resounding silence and no one took it up as an ethical issue among writers. I'll leave the link here and my contact info if you would like to talk about a follow up piece or pass on to another arts reporter.
>
> google.com/amp/s/www.bost.
>
> 857-234-2650 (mobile)
> dawndorland@gmail.com
>
> I don't check twitter messages frequently.
>
> Kindly,
> Dawn
>
> PS Breadloaf Writers' Conference is also a player in this ordeal, unfort.

Dec 5, 2018, 10:53 AM ✓

DORLAND000412