# EXHIBIT MM

To: Celeste Ng

i'm fucking serious

YESSSS

that's what I want!

"That's fine, I'm very busy with my WRITING, you can speak to my lawyer about this"

NO CREDIT TO HER. NO CITATION

i mean. that's like citing the idea of a kidney donation.

Ha ha— I am posting THAT above my desk!!

she does NOT get to have any of your glory.

seriously, if you find yourself even tempted to acknowledge her in any way TEXT ME IMMEDIATELY

i will be like your Dawn Dorland Anonymous sponsor

For real!! My concern is that there might be shared language indeed, but he said her posts are copyrighted — in order to sue you need to demonstrate that someone infringed your copyright rights, which he said is nearly impossible to do in this case

yes. And also, like, based ont he things Calvin found, I don't see any shared language

I can look again, I'm abotu to take a lunch break

God, I will SO make you my sponsor for this. You have held my hand through all my freak outs!!

you mean her posts are NOT copyrighted, right

Uh HI you have done the same for me.

Life sponsor 😊

LarsonP3000102

To: Celeste Ng

so the lawyer is sending DD a "fuck off please" letter, and he'll handle being in contact w/ her?

> Yeah, I think it was a different post— I do remember it, and I remember jotting down phrases. Am kicking myself now a bit, but trying to remember that she has no case

> Correct— NOT copyrighted!

I mean. Even if you base if off her, she has no case.

it's called parody, at worst.

she just wants to make this about her.

if you read that piece I just mailed the chunks—you are HER voodoo doll.

> She for SURE wants to make it about her. She's clearly feeling threatened, like I stole her story or something, which is totally ridiculous

and you DIDN'T as she woudl know if she (1) reaad the story and (2) had a few brain cells

what (as Adam put it) a steaming pile of bullshit

> Yes!! I just asked for her accusation, and then he's going to likely send her a polite friendly note saying, Thank you for your concern, but we disagree, bye

yes, i mean, if she's going to accuse you she needs to provide the examples she thinks you stole.

she can't be like, you stole shit but I'mnot telling you what or showing you my "original"

"fuck off very much, thank you, best wishes!"

> Ha ha— I loved Adams note— for him to say that, it's a big deal :)

i KNOW right?

Did you ask for it or did the lawyer ask?

> Going to read that voodoo piece right now!!

yes please do! it's great.