# EXHIBIT OO

From: **Copyright Office** cop-rc@loc.gov
Subject: Acknowledgement of Uploaded Deposit
Date: June 10, 2018 at 9:06 AM
To: dawndorland@gmail.com

THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT REPLY.

Thank you for submitting your registration claim using the Electronic Copyright Office (ECO) System.

The following files were successfully uploaded for service request 1-6654473411

File Name :kidney_recipient_letter_dawn_dorland_july_2015.docx
File Size :92675 KB
Date/Time :6/10/2018 12:01:11 PM

[THREAD ID: 1-328O9OX]

United States Copyright Office

DORLAND00001

| | |
|---|---|
| **From:** | **Copyright Office** noreply@loc.gov |
| **Subject:** | Confirmation of Receipt |
| **Date:** | June 7, 2018 at 9:13 AM |
| **To:** | dawndorland@gmail.com |

THIS IS AN AUTOMATED EMAIL - PLEASE DO NOT REPLY.

Your Application and payment for the work Dorland kidney chain final recipient letter July 2, 2015 were received by the U.S. Copyright Office on 6/7/2018.

PLEASE NOTE:  Your submission is not complete until you upload or mail the material you are registering. To do so, logon to https://eco.copyright.gov/eService_enu/ and click on case number 1-6654473411 in the Open Cases table. Follow the instructions to either upload a digital copy or mail a physical copy (with shipping slip attached) of the work being registered. Additional instructions and requirements for submitting the material being registered can be found at http://www.copyright.gov/eco/tips/.

SHIPPING SLIPS:  If you mail physical copies of the material being registered, the effective date of registration will be based on the date on which we receive the copies WITH CORRESPONDING SHIPPING SLIPS ATTACHED.

A printable copy of the application will be available within 24 hours by clicking the My Applications link in the left top most navigation menu of the Home screen.

You may check the status of this claim via eCO using this number 1-6654473411. If you have questions or need assistance, Copyright Office contact information can be found at http://www.copyright.gov/help/index.html#general.

United States Copyright Office

DORLAND00002

**From:** notification@pay.gov
**Subject:** Pay.gov Payment Confirmation: Copyright Fee Services
**Date:** June 7, 2018 at 9:13 AM
**To:** dawndorland@gmail.com

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact Copyright Fee Services at 877-476-0778.

Application Name: Copyright Fee Services
Pay.gov Tracking ID: 26A63GPV
Agency Tracking ID: 1-323F5PS
Transaction Type: Sale
Transaction Date: Jun 7, 2018 12:13:49 PM

Account Holder Name: Dawn Dorland Perry
Transaction Amount: $55.00
Card Type: MasterCard
Card Number: ************5205

Filing Fees are NON-refundable.:

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

DORLAND00003