# EXHIBIT RR

```
 1            UNITED STATES DISTRICT COURT

 2          FOR THE DISTRICT OF MASSACHUSETTS

 3             C.A. NO. 1:19-CV-10203-IT

 4

 5   * * * * * * * * * * * * * * * * * * * * * *

 6   SONYA LARSON,

 7                           Plaintiff,

 8   vs.

 9

10   DAWN DORLAND PERRY, et. al.,

11                           Defendants.

12   * * * * * * * * * * * * * * * * * * * * * *

13          DEPOSITION OF: SONYA C. LARSON

14              Conducted Remotely

15             161 Mountain Side Drive

16               Warren, Vermont

17      Friday, July 30, 2021        10:09 a.m.

18

19

20

21

22

23

24
```

Sonya Larson vs
Dawn Dorland Perry, et al

Sonya C. Larson
July 30, 2021

23

```
1    Kindest" in early 2015, and I believe your          10:31:47
2    testimony, roughly, was that your idea sort of arose  10:31:50
3    out of the question of whether the dress was blue     10:31:54
4    and black or white and gold, correct?                 10:31:57
5         A.  Yes.                                          10:32:00
6         Q.  Okay.  And at that time, did you have any     10:32:01
7    plan to have any type of kidney donation in that      10:32:09
8    story?                                                 10:32:15
9         A.  No.                                           10:32:15
10        Q.  Okay.  And when did you have the idea to      10:32:16
11   insert the donation of a kidney in that story?        10:32:19
12        A.  When I saw Ms. Dorland posting on Facebook    10:32:23
13   about her own kidney donation.                        10:32:29
14        Q.  And what did you see posted on Facebook?      10:32:40
15        A.  Can you clarify the question.                 10:32:44
16        Q.  So you testified that you first had the      10:32:47
17   idea to insert a kidney donation into your story      10:32:50
18   when you saw postings by Ms. Dorland on Facebook.     10:32:59
19   What posts -- can you describe the posts that you     10:32:59
20   saw?                                                   10:33:02
21        A.  I saw her posting that she had donated her   10:33:04
22   kidney.                                                10:33:10
23        Q.  And where was that posted on Facebook?       10:33:19
24        A.  I saw it on my feed.                          10:33:23
```

30

1    donation."  Is that something that was also in the        10:46:37
2    letter that Dawn Dorland posted?                          10:46:40
3        A.  I don't remember.                                 10:46:42
4        Q.  If you look down a few lines, there's a           10:46:54
5    couple of lines that start with ellipses.  Do you         10:46:57
6    see them?                                                 10:47:01
7        A.  Yes.                                              10:47:02
8        Q.  So the second one, it says, "There were           10:47:02
9    some things about the MGA Transplant Team, the            10:47:06
10   logistics of paired exchange...."  Do you see             10:47:09
11   that?                                                     10:47:14
12       A.  Yes.                                              10:47:14
13       Q.  In 2015 when you wrote this, what was your        10:47:15
14   understanding of what a paired exchange was?              10:47:19
15       A.  I didn't know.                                    10:47:21
16       Q.  So how was it that you would have included        10:47:22
17   that in this story if you didn't know what it was?        10:47:25
18       A.  That phrase is language from Dorland's            10:47:28
19   letter.                                                   10:47:31
20       Q.  Okay.  The next line in this exhibit says,        10:47:33
21   "Personally, my childhood was marked by trauma and        10:47:41
22   abuse."  Is that a phrase that you crafted                10:47:41
23   yourself?                                                 10:47:45
24       A.  I don't remember.                                 10:47:46

31

1    Q.  Was that phrase used in Dawn Dorland's          10:47:48
2  letter?                                               10:47:52
3    A.  I don't have it in front of me.                 10:47:54
4    Q.  I'm asking you based on your memory.            10:48:00
5    A.  Could you repeat the question.                  10:48:06
6    Q.  The phrase, "Personally, my childhood was       10:48:08
7  marked by trauma and abuse," did you create that      10:48:15
8  phrase or did you take it from Dawn Dorland's         10:48:19
9  letter?                                               10:48:24
10    A.  I believe that is -- that language is in       10:48:25
11  Dorland's letter.                                    10:48:28
12    Q.  When you were looking at Dawn Dorland's        10:48:29
13  Facebook posts, did you talk to anyone about them?   10:48:34
14    A.  Yes.                                           10:48:38
15    Q.  In 2015?                                       10:48:40
16    A.  Yes.                                           10:48:41
17    Q.  And who did you talk to?                       10:48:42
18    A.  Sari Boren, Whitney Scharer, Allison           10:48:48
19  Murphy.                                              10:48:54
20    Q.  And did you have conversations with each of    10:49:06
21  those individuals separately or were there           10:49:09
22  conversations together with more than one of them at 10:49:11
23  a time?                                              10:49:14
24    A.  I believe they were mostly separately.         10:49:14

33

```
 1   document.                                        10:51:25
 2              (Document marked as Exhibit 2         10:51:30
 3              for identification)                   10:51:30
 4   BY MS. ELOVECKY:                                 10:51:39
 5       Q.  I've just shared what's been marked as   10:51:39
 6   Exhibit 2.  Do you have that on your screen?     10:51:41
 7       A.  Yes.                                     10:51:44
 8       Q.  Okay.  And do you recognize this         10:51:45
 9   document?                                        10:51:47
10          MR. EPSTEIN:  Excuse me.  Suzanne, we will 10:51:48
11   get copies of these documents at the end, won't we? 10:51:51
12          MS. ELOVECKY:  Of course, like with every 10:51:55
13   deposition.                                      10:51:57
14          MR. EPSTEIN:  Okay.  Fine.  Thank you.    10:51:57
15   BY MS. ELOVECKY:                                 10:52:03
16       Q.  Ms. Larson, do you recognize this        10:52:03
17   document?                                        10:52:05
18       A.  Yes.                                     10:52:06
19       Q.  And what is it?                          10:52:06
20       A.  It is a text message exchange.           10:52:07
21       Q.  Between who?                             10:52:10
22       A.  Myself and Sari Boren.                   10:52:12
23       Q.  And your statements are the ones that are 10:52:16
24   in blue, is that correct?                        10:52:18
```

Sonya Larson vs
Dawn Dorland Perry, et al

Sonya C. Larson
July 30, 2021

34

```
 1        A.  Yes.                                        10:52:21
 2        Q.  And Sari -- that's how you say her name,    10:52:22
 3  Sari?                                                 10:52:26
 4        A.  Yes.                                        10:52:26
 5        Q.  Hers are in gray, is that correct?          10:52:27
 6        A.  Yes.                                        10:52:30
 7        Q.  So this text exchange is dated July 20th of 10:52:31
 8  2015, is that right?                                  10:52:36
 9        A.  Yes.                                        10:52:37
10        Q.  Okay.  And you state, "Dawn just emailed me 10:52:39
11  to say hello.  Does she know," with two question      10:52:43
12  marks.  Do you see that?                              10:52:48
13        A.  Yes.                                        10:52:50
14        Q.  And then Sari Boren responds, "Hahaha.      10:52:50
15  Holy shit," is that correct?                          10:52:55
16        A.  Yes.                                        10:52:57
17        Q.  And what were you asking, "Does she know?"  10:52:58
18  What was that referring to?  Does she know what?      10:53:03
19        A.  I don't remember.  I believe it was in      10:53:07
20  reference to a short story that I wanted to write.    10:53:24
21        Q.  So prior to -- I'm sorry.  I didn't mean to 10:53:29
22  talk over you.  You can go ahead.                     10:53:32
23        A.  That's all.                                 10:53:34
24        Q.  In this exchange, you then say, (as read)   10:53:35
```

35

1   "I know, ellipses, me feel weird."  Did I state that      10:53:39
2   correctly?                                                 10:53:44
3        A.  Yes.                                              10:53:45
4        Q.  And then you say -- you state, "But I'm           10:53:46
5   going to start that story tomorrow anyhow.  I'm            10:53:49
6   excited!  Did you start the essay?"  Did I read that       10:53:53
7   correctly?                                                 10:53:56
8        A.  Yes.                                              10:53:56
9        Q.  So would it be fair to say that, as of            10:53:57
10  July 20 of 2015, you had not started writing the           10:53:59
11  story?                                                     10:54:06
12       A.  I don't know.                                     10:54:07
13       Q.  You said in this text message that you were       10:54:07
14  going to start it tomorrow, correct?                       10:54:09
15       A.  Yes.                                              10:54:12
16       Q.  So is it not a reasonable assumption that         10:54:13
17  it had not yet been started the day before you said        10:54:15
18  you were going to start it?                                10:54:16
19       A.  That's reasonable.                                10:54:18
20       Q.  So you had spoken with Sari Boren                 10:54:19
21  concerning the story that you planned to write prior       10:54:21
22  to this text exchange, is that true?                       10:54:26
23       A.  Yes.                                              10:54:28
24       Q.  Okay.  And what did you -- what was that          10:54:29

Sonya Larson vs
Dawn Dorland Perry, et al

Sonya C. Larson
July 30, 2021

39

| | | |
|---|---|---|
| 1 | BY MS. ELOVECKY: | 10:59:26 |
| 2 | Q.  Okay.  I am now sharing what has been | 10:59:26 |
| 3 | marked as Exhibit 3.  Do you have that on your | 10:59:28 |
| 4 | screen? | 10:59:31 |
| 5 | A.  Yes. | 10:59:31 |
| 6 | Q.  Okay.  Do you recognize this document? | 10:59:32 |
| 7 | A.  Yes. | 10:59:34 |
| 8 | Q.  And what is it? | 10:59:34 |
| 9 | A.  It is a text message exchange with whitney | 10:59:36 |
| 10 | Scharer. | 10:59:46 |
| 11 | Q.  And, once again, your statements are in | 10:59:46 |
| 12 | blue and the whitney share statements are in gray, | 10:59:49 |
| 13 | is that correct? | 10:59:54 |
| 14 | A.  Yes. | 10:59:54 |
| 15 | Q.  All right.  On your first message you | 10:59:55 |
| 16 | actually start it saying, "Hey Sari," is that | 10:59:57 |
| 17 | correct? | 11:00:03 |
| 18 | A.  Yes. | 11:00:04 |
| 19 | Q.  Was Sari a party to this text chain? | 11:00:04 |
| 20 | A.  I don't know. | 11:00:07 |
| 21 | Q.  Okay.  The next paragraph that you write | 11:00:08 |
| 22 | says, (as read) "I think I'm *DONE* with the kidney | 11:00:12 |
| 23 | story but I feel nervous about sending it out | 11:00:15 |
| 24 | because it literally has sentences that I verbatim | 11:00:17 |

1  grabbed from Dawn's letter on Facebook."  Sorry.  It    11:00:21
2  says, "FB."  And then next sentence says, I've tried    11:00:26
3  to change it but I can't seem to.  That letter was     11:00:29
4  just too damn good.  I'm not sure to do, ellipses,     11:00:32
5  feeling morally compromised, slash, like a good       11:00:37
6  artist but a shitty person...."  Did I read that      11:00:40
7  correctly?                                            11:00:44
8      A.  Yes.                                          11:00:44
9          MR. EPSTEIN:  The word, done, has two         11:00:46
10 asterisks next to it and it's in capital letters.     11:00:52
11         MS. ELOVECKY:  I'm sorry.                     11:00:54
12         MR. EPSTEIN:  You read it correctly, except   11:00:54
13 the word done has asterisks on either side and it's   11:00:56
14 capitalized.                                          11:01:01
15         MS. ELOVECKY:  That's correct.  Thank you     11:01:05
16 for that observation.                                 11:01:06
17 BY MS. ELOVECKY:                                      11:01:08
18     Q.  So was -- were these statements true          11:01:08
19 statements?                                           11:01:14
20     A.  Can you clarify the question.                 11:01:15
21     Q.  The paragraph that I read out loud that you   11:01:16
22 typed, were those true statements that you wrote to   11:01:19
23 your friend?                                          11:01:22
24     A.  I believe so.                                 11:01:23

Sonya Larson vs                                           Sonya C. Larson
Dawn Dorland Perry, et al                                 July 30, 2021

41

1       Q.   Okay.   So you verbatim grabbed sentences      11:01:24
2   from Dawn's letter on Facebook, correct?                11:01:28
3       A.   Yes.                                           11:01:32
4       Q.   And you chose not to change that -- that       11:01:35
5   language, is that correct?                              11:01:40
6       A.   No.                                            11:01:41
7       Q.   All right.   So I'll just revisit that         11:01:42
8   sentence.   It's about in the middle of the paragraph   11:01:45
9   and it says, "I've tried to change it but I can't       11:01:48
10  seem to."   Did I read that correctly?                  11:01:52
11      A.   Yes.                                            11:01:54
12      Q.   So you -- you did not make changes to the      11:01:55
13  statements that you grabbed, correct?                   11:01:57
14      A.   No.                                            11:02:00
15      Q.   Okay.   So, then, why did you say, "I've       11:02:01
16  tried to change it but I can't seem to"?                11:02:04
17      A.   The story wasn't finished at this moment.      11:02:08
18      Q.   But we're talking about this moment.   When    11:02:13
19  you wrote these words, were they true?                  11:02:16
20      A.   At this moment, yes.                           11:02:19
21      Q.   And after that, Whitney Scharer states,        11:02:24
22  "Sari will have good advice!   I bet Alexandria will     11:02:33
23  too."   Did I read that correctly?                      11:02:37
24      A.   Yes.                                            11:02:39

Sonya Larson vs
Dawn Dorland Perry, et al

Sonya C. Larson
July 30, 2021

43

| | | |
|---|---|---|
| 1 | Thank you.  That helps.  Got it.  I'm on there. | 11:04:03 |
| 2 | BY MS. ELOVECKY: | 11:04:07 |
| 3 | Q.  Okay.  Are you at the third page, | 11:04:07 |
| 4 | Ms. Larson?  All right.  So the third paragraph on | 11:04:11 |
| 5 | that page states, (as read) "My gift, comma, which | 11:04:16 |
| 6 | begat yours, comma, trails no strings."  Do you see | 11:04:20 |
| 7 | that? | 11:04:25 |
| 8 | A.  Yes. | 11:04:26 |
| 9 | Q.  Did you write these words or is this one of | 11:04:26 |
| 10 | the phrases that you verbatim took from | 11:04:29 |
| 11 | Ms. Dorland's letter? | 11:04:31 |
| 12 | A.  I believe that is language that is in | 11:04:33 |
| 13 | Dorland's letter. | 11:04:35 |
| 14 | Q.  And did you and Whitney Scharer as of the | 11:04:37 |
| 15 | time that the conversation in Exhibit 3 took place, | 11:04:43 |
| 16 | which was January 23rd of 2016, have any | 11:04:49 |
| 17 | conversations concerning that language? | 11:04:53 |
| 18 | A.  I don't believe so. | 11:04:56 |
| 19 | Q.  Had Whitney Scharer read your short story | 11:05:09 |
| 20 | as of that time? | 11:05:12 |
| 21 | A.  Yes. | 11:05:13 |
| 22 | Q.  And when did she read it? | 11:05:18 |
| 23 | A.  In the fall of 2015. | 11:05:20 |
| 24 | Q.  I'm going to share the next exhibit. | 11:05:55 |

45

| | | |
|---|---|---|
| 1 | (As read) "Hey Sonya! thinking of you, how | 11:08:41 |
| 2 | is your summer, question mark.  I remember you | 11:08:44 |
| 3 | saying at the Muse that it would be chill and afford | 11:08:46 |
| 4 | you some writing time... I hope that all that" -- | 11:08:50 |
| 5 | sorry.  "I hope that all good things are underway!" | 11:08:54 |
| 6 | Did I read that correctly. | 11:08:59 |
| 7 | A.  Yes. | 11:09:01 |
| 8 | Q.  And that's dated July 20th, correct? | 11:09:04 |
| 9 | A.  Yes. | 11:09:07 |
| 10 | Q.  And that's the same date as what's | 11:09:08 |
| 11 | reflected on Exhibit 2, isn't that right? | 11:09:14 |
| 12 | MR. EPSTEIN:  I think I'm a little confused | 11:09:20 |
| 13 | here.  I'm sorry to interrupt your train of thought, | 11:09:22 |
| 14 | but I see emails from July 21st, not from July 20th. | 11:09:26 |
| 15 | MS. ELOVECKY:  So, Drew, if you look at | 11:09:32 |
| 16 | Page 2 at the very bottom of the page -- | 11:09:35 |
| 17 | MR. EPSTEIN:  Yeah.  Oh, Monday, | 11:09:41 |
| 18 | July 20th. | 11:09:44 |
| 19 | MS. ELOVECKY:  Yes. | 11:09:45 |
| 20 | MR. EPSTEIN:  Dawn wrote "Hey, Sonya." | 11:09:46 |
| 21 | Okay.  Got it sorry. | 11:09:49 |
| 22 | BY MS. ELOVECKY: | 11:09:50 |
| 23 | Q.  Okay.  All right.  And that is the same | 11:09:50 |
| 24 | date as your texts with Sari Boren where you stated | 11:09:52 |

Sonya Larson vs
Dawn Dorland Perry, et al

Sonya C. Larson
July 30, 2021

46

1   that you would start writing the kidney story,     11:09:55

2   quote, tomorrow, isn't that right?               11:09:59

3       A.  Yes.                                      11:10:01

4       Q.  Okay.  So, in response to that email, you 11:10:01

5   stated, (as read) "Hello, Dawn!  It's so fantastic 11:10:04

6   to hear from you, period.  And yes, I've been     11:10:07

7   writing like made this July, since I have three   11:10:11

8   precious weeks off to concentrate on that.  It's  11:10:14

9   amazing.  How have you been, comma, my dear?"  Did I 11:10:19

10  read that correctly?                              11:10:24

11      A.  Yes.                                       11:10:25

12      Q.  And you -- you had been at that time       11:10:27

13  reviewing the Facebook posts that Ms. Dorland had  11:10:29

14  made, correct?                                     11:10:33

15          MR. EPSTEIN:  Objection.                   11:10:34

16      Q.  You testified to that earlier, correct?    11:10:37

17      A.  I'm sorry.  Drew said, "Objection."        11:10:43

18      Q.  Yes, but you can still answer.             11:10:45

19          MR. EPSTEIN:  You can answer the question. 11:10:47

20  I'm just objecting to the form of the question.    11:10:49

21      A.  I had seen her posts, yes.                 11:10:53

22      Q.  Okay.  In response, Dawn responds and says, 11:10:56

23  (as read) "Hooray!  That's awesome!  I think you're 11:11:05

24  aware that I donated my kidney this summer, comma,  11:11:08

49

| | | |
|---|---|---|
| 1 | A.  Yes. | 11:14:36 |
| 2 | Q.  Does that at all refresh your recollection | 11:14:37 |
| 3 | as to whether or not you had started writing the | 11:14:39 |
| 4 | short story at or about the time that you were | 11:14:41 |
| 5 | emailing with Dawn Dorland? | 11:14:45 |
| 6 | A.  No, but I presume it was sometime around | 11:14:46 |
| 7 | this time. | 11:14:50 |
| 8 | Q.  If we look at Exhibit 1 again, which is | 11:15:06 |
| 9 | what has been marked as the first draft of the | 11:15:11 |
| 10 | story, and you look at the second page -- and, | 11:15:15 |
| 11 | again, where -- are you at that document, | 11:15:23 |
| 12 | Ms. Larson? | 11:15:25 |
| 13 | A.  Yes. | 11:15:26 |
| 14 | Q.  Okay.  So around the middle of the page is | 11:15:27 |
| 15 | where it states, "Dear Recipient."  Do you see | 11:15:30 |
| 16 | that? | 11:15:34 |
| 17 | A.  Yes. | 11:15:35 |
| 18 | Q.  And then the next line states, "My name is | 11:15:35 |
| 19 | Dawn Rothario."  Did I read that correctly? | 11:15:38 |
| 20 | A.  Yes. | 11:15:43 |
| 21 | Q.  So, at this point, at the time of your | 11:15:44 |
| 22 | first draft, the kidney donor was named Dawn in your | 11:15:46 |
| 23 | story, isn't that right? | 11:15:51 |
| 24 | A.  Yes. | 11:15:51 |

51

1    the -- the kidney story, correct?                           11:17:26

2         A.   Yes.                                              11:17:29

3         Q.   Okay.  And when was that reading?                 11:17:31

4         A.   June of 2016.                                     11:17:36

5         Q.   And where was it?                                 11:17:39

6         A.   At Trident bookstore.                             11:17:42

7         Q.   And how did that reading come about?              11:17:45

8         A.   A writer named Sarah Green contacted me and       11:17:49

9    another writer to arrange it.                               11:17:57

10        Q.   Who was the other writer?                         11:18:05

11        A.   Jonathan Escoffery.                               11:18:12

12        Q.   And you read from -- was it already titled        11:18:17

13   "The Kindest" by June of 2016?                              11:18:21

14        A.   Yes.                                              11:18:23

15        Q.   So you read an excerpt from "The Kindest,"        11:18:23

16   correct?                                                    11:18:27

17        A.   Yes.                                              11:18:28

18        Q.   How many people were at that reading?             11:18:29

19        A.   I don't know.                                     11:18:33

20        Q.   Was it more than 10?                              11:18:33

21        A.   Yes.                                              11:18:36

22        Q.   Was it more than 20?                              11:18:36

23        A.   Yes.                                              11:18:45

24        Q.   Was it more than 30?                              11:18:46

52

```
 1        A.  I don't know.                              11:18:48
 2        Q.  And at some point, someone posted about    11:18:54
 3   that reading on Facebook, is that correct?          11:19:01
 4        A.  Yes.                                        11:19:04
 5        Q.  And who was that?                           11:19:05
 6        A.  Tom Meek.                                   11:19:09
 7        Q.  And who is Tom Meek?                        11:19:17
 8        A.  He is a GrubStreet student and writer.     11:19:19
 9        Q.  And what was his post, if you remember?    11:19:30
10        A.  He commented on my reading and asked if    11:19:33
11   Ms. Dorland was part of the inspiration for the     11:19:41
12   story.                                              11:19:50
13        Q.  Did you respond?                           11:19:51
14        A.  No.                                         11:19:53
15        Q.  Okay.  As of that time in June of 2016,    11:19:54
16   you'd entered into an agreement to publish that     11:20:12
17   story, correct?                                     11:20:17
18        A.  I don't remember.                           11:20:18
19        Q.  Just give me one moment while I look for   11:20:36
20   the next exhibit.                                    11:20:39
21            You entered into an agreement with Plympton 11:21:01
22   at some point, isn't that right?                    11:21:05
23        A.  Yes.                                        11:21:08
24        Q.  And Plympton agreed to publish three of    11:21:08
```

Sonya Larson vs                                                    Sonya C. Larson
Dawn Dorland Perry, et al                                          July 30, 2021

53

| | | |
|---|---|---|
| 1 | your stories, is that correct? | 11:21:12 |
| 2 | A.   No. | 11:21:14 |
| 3 | Q.   Okay.  So what did they agree to publish? | 11:21:14 |
| 4 | A.   They agreed to work with Audible.com to try | 11:21:18 |
| 5 | to get these stories recorded in audio format. | 11:21:22 |
| 6 | Q.   For what purpose? | 11:21:29 |
| 7 | A.   To be released on Audible.com as audible -- | 11:21:32 |
| 8 | excuse me -- audio books. | 11:21:38 |
| 9 | Q.   And do you not see that as a character -- | 11:21:43 |
| 10 | as a publication? | 11:21:46 |
| 11 | A.   Can you restate. | 11:21:48 |
| 12 | MR. EPSTEIN:  Objection. | 11:21:50 |
| 13 | Q.   So, when something is released as an audio | 11:21:50 |
| 14 | book, in your view, is that a publication? | 11:21:54 |
| 15 | A.   Yes. | 11:21:58 |
| 16 | Q.   And what were the stories that were the | 11:22:04 |
| 17 | subject of this agreement? | 11:22:06 |
| 18 | A.   "Gabe Dove," "The Kindest", and "It's | 11:22:12 |
| 19 | Better to be Lucky Than Good." | 11:22:15 |
| 20 | Q.   When did you send "The Kindest" to either | 11:22:19 |
| 21 | Plympton or Audible? | 11:22:22 |
| 22 | A.   I don't remember the exact timing, but I | 11:22:35 |
| 23 | believe it was in 2016. | 11:22:37 |
| 24 | Q.   And what was the purpose of sending the | 11:22:46 |

54

| | | |
|---|---|---|
| 1 | story? | 11:22:49 |
| 2 | A.  They asked me to send stories for | 11:22:50 |
| 3 | consideration. | 11:22:56 |
| 4 | Q.  And so you sent the stories upon their | 11:22:58 |
| 5 | request for consideration, correct? | 11:23:01 |
| 6 | A.  Yes. | 11:23:04 |
| 7 | Q.  And "The Kindest" was accepted to be | 11:23:05 |
| 8 | included in this project, correct? | 11:23:11 |
| 9 | A.  Yes. | 11:23:14 |
| 10 | Q.  And it was accepted in the form that you | 11:23:17 |
| 11 | sent to them, correct? | 11:23:20 |
| 12 | A.  Yes. | 11:23:21 |
| 13 | MS. ELOVECKY:  Okay.  So I'd like to take | 11:23:42 |
| 14 | just a five-minute break now, just a bathroom break. | 11:23:44 |
| 15 | Can we reconvene at 11:30? | 11:23:49 |
| 16 | MR. EPSTEIN:  Sure. | 11:23:53 |
| 17 | THE WITNESS:  Yeah. | 11:23:55 |
| 18 | MS. ELOVECKY:  Okay. | 11:23:55 |
| 19 | (Recess, 11:23 a.m. - 11:35 a.m.) | 11:23:57 |
| 20 | BY MS. ELOVECKY: | 11:29:15 |
| 21 | Q.  Okay.  I'm going to share the next | 11:29:15 |
| 22 | document. | 11:35:32 |
| 23 | (Document marked as Exhibit 6 | 11:35:53 |
| 24 | for identification) | 11:35:53 |

Sonya Larson vs
Dawn Dorland Perry, et al

Sonya C. Larson
July 30, 2021

55

| | | |
|---|---|---|
| 1 | BY MS. ELOVECKY: | 11:35:53 |
| 2 | Q.  Okay.  You should have on your screen | 11:35:53 |
| 3 | what's been marked as Exhibit 6.  Do you see that? | 11:35:55 |
| 4 | A.  Yes. | 11:36:03 |
| 5 | Q.  Okay.  Ms. Larson, have you seen this | 11:36:03 |
| 6 | before? | 11:36:08 |
| 7 | A.  Yes. | 11:36:09 |
| 8 | Q.  And what is this? | 11:36:11 |
| 9 | A.  This is the -- this is a Facebook post by | 11:36:14 |
| 10 | Dawn Dorland. | 11:36:23 |
| 11 | Q.  And what's contained in the post? | 11:36:24 |
| 12 | A.  The letter that she wrote. | 11:36:27 |
| 13 | Q.  Okay.  So we're going to be flipping back | 11:36:31 |
| 14 | to this one occasionally today, as I'm sure you can | 11:36:46 |
| 15 | imagine. | 11:36:51 |
| 16 | I'm going to now share the next document. | 11:36:52 |
| 17 | (Document marked as Exhibit 7 | 11:36:58 |
| 18 | for identification) | 11:36:58 |
| 19 | BY MS. ELOVECKY: | 11:37:11 |
| 20 | Q.  Okay.  So what's been marked as Exhibit 7 | 11:37:11 |
| 21 | should now be on your screen.  Do you have that, | 11:37:15 |
| 22 | Ms. Larson? | 11:37:19 |
| 23 | A.  Yes. | 11:37:20 |
| 24 | Q.  Okay.  This is a 23-page document; so if | 11:37:20 |

59

| | | |
|---|---|---|
| 1 | Q.  Okay.  And is it still true that Chuntao in | 11:45:24 |
| 2 | "The Kindest" is not the same Chuntao that you've | 11:45:30 |
| 3 | used in stories before? | 11:45:32 |
| 4 | A.  Yes. | 11:45:35 |
| 5 | Q.  Okay.  So, if we go to the back of this | 11:45:36 |
| 6 | email chain to the last page of the emails which | 11:45:43 |
| 7 | is -- actually, I want to go to Page 4 of the | 11:45:47 |
| 8 | document.  Are you there? | 11:45:51 |
| 9 | A.  Yes. | 11:46:03 |
| 10 | Q.  So the -- so the last email reflected on | 11:46:03 |
| 11 | this page is still November 30th where you wrote, | 11:46:06 |
| 12 | (as read) "Hi Yael!!  Dude:  It was wonderful to | 11:46:06 |
| 13 | partake in Thai food and gossip with you" -- I | 11:46:10 |
| 14 | believe that should say -- "last week.  We must do | 11:46:13 |
| 15 | again, over Skype, please."  And then a new | 11:46:17 |
| 16 | paragraph that says, "In the meantime, I'm sending | 11:46:20 |
| 17 | you a 3rd story in case Audible is still looking for | 11:46:23 |
| 18 | more possibilities.  Feel no pressure if they, | 11:46:26 |
| 19 | slash, you have already had their fill," and then | 11:46:31 |
| 20 | you say, "Onward with BOTH our writing.  Sonya." | 11:46:34 |
| 21 | Did I read that correctly? | 11:46:40 |
| 22 | A.  Yes. | 11:46:40 |
| 23 | Q.  I filled in the letters where the | 11:46:41 |
| 24 | formatting was wonky, but I think I got the | 11:46:43 |

60

| | | |
|---|---|---|
| 1 | substantive gist.  And you attached a copy of "The | 11:46:46 |
| 2 | Kindest," correct? | 11:46:52 |
| 3 |      A.   Yes. | 11:46:52 |
| 4 |      Q.   And that was November 30th of 2015, | 11:46:53 |
| 5 | correct? | 11:46:56 |
| 6 |      A.   Yes. | 11:46:56 |
| 7 |      Q.   Okay.  So now I just want to look at this | 11:46:57 |
| 8 | attachment.  There isn't a date within the draft; | 11:47:03 |
| 9 | however, when you look at Page 5 of the document, it | 11:47:08 |
| 10 | shows within carets what looks to be the title of | 11:47:12 |
| 11 | the attachment, and it states, (as read) "'The | 11:47:16 |
| 12 | Kindest,' comma, 11, dot, 30, dot, 15."  Did I read | 11:47:24 |
| 13 | that right? | 11:47:24 |
| 14 |      A.   Yes. | 11:47:25 |
| 15 |      Q.   So is it fair to say this draft is dated | 11:47:26 |
| 16 | November 30th, 2015? | 11:47:29 |
| 17 |      A.   Yes. | 11:47:31 |
| 18 |      Q.   Okay.  So, then, if we go to Page 9 of the | 11:47:32 |
| 19 | document and it's Page 4 of the story.  Are you | 11:47:38 |
| 20 | there? | 11:48:19 |
| 21 |      A.   Yes. | 11:48:19 |
| 22 |      Q.   Oh.  I was waiting for you.  All right.  So | 11:48:20 |
| 23 | this is where you have a letter within the short | 11:48:24 |
| 24 | story, correct? | 11:48:27 |

61

| 1 | A.  Yes. | 11:48:28 |
|---|---|---|
| 2 | Q.  All right.  This letter opens with the | 11:48:29 |
| 3 | paragraph that states, "My name is Rose Rothario" | 11:48:34 |
| 4 | with no M.  "I'm a 36-year-old white female and I | 11:48:38 |
| 5 | live in Greater Boston," correct? | 11:48:43 |
| 6 | A.  Yes. | 11:48:47 |
| 7 | Q.  And then it goes on to say, "In 2015, I | 11:48:47 |
| 8 | read my first article about living kidney | 11:48:54 |
| 9 | donation...," is that correct? | 11:48:57 |
| 10 | A.  Yes. | 11:48:59 |
| 11 | Q.  And then it says, "...and in the years | 11:48:59 |
| 12 | since I've been constantly reminded of the dire need | 11:49:01 |
| 13 | for kidneys in our country," is that correct? | 11:49:04 |
| 14 | A.  Yes. | 11:49:09 |
| 15 | Q.  And then it states, "Armed with this | 11:49:09 |
| 16 | knowledge, I knew that I could make a maximum impact | 11:49:11 |
| 17 | on another's life with only minimal risk to myself," | 11:49:12 |
| 18 | is that correct? | 11:49:17 |
| 19 | A.  Yes. | 11:49:18 |
| 20 | Q.  Are any of these phrases that I just read | 11:49:19 |
| 21 | phrases that you lifted verbatim from Dawn Dorland's | 11:49:23 |
| 22 | letter? | 11:49:27 |
| 23 | MR. EPSTEIN:  Objection. | 11:49:28 |
| 24 | Q.  You can still answer. | 11:49:34 |

62

```
 1          A.  There are words in here that were in      11:49:37
 2    Dorland's letter.                                   11:49:41
 3          Q.  Which ones?                               11:49:44
 4          A.  I don't have her letter in front of me.   11:49:49
 5          Q.  Well, it's marked as Exhibit 6.  Feel free 11:49:53
 6    to flip over.                                       11:49:56
 7          A.  I believe the phrase, "living kidney      11:51:04
 8    donation," and "maximum impact on another's life   11:51:08
 9    with only minimal risk to myself."                 11:51:12
10          Q.  Okay.  But -- so, if you look at both     11:51:16
11    Exhibit 6 and Exhibit 7, you see that where you    11:51:19
12    write, (as read) "In 2015, I read my first article 11:51:23
13    about living kidney donation, comma, and in the    11:51:26
14    years since I" -- "I've been constantly            11:51:29
15    reminded...."  I'm stopping there.  Other than the 11:51:39
16    word, 2015, and the contraction of I -- I've instead 11:51:43
17    of I have, that's exactly the same as Exhibit 6,   11:51:47
18    isn't it?                                          11:51:54
19          A.  I have to flip back and forth right now -- 11:51:55
20          Q.  Go ahead.                                11:52:01
21          A.  -- between the documents; so it's difficult 11:52:02
22    for me to track between them.                      11:52:04
23          Q.  I can wait.                              11:52:06
24          A.  The answer is no.  Dorland's letter      11:52:19
```

Sonya Larson vs
Dawn Dorland Perry, et al

Sonya C. Larson
July 30, 2021

63

| | | |
|---|---|---|
| 1 | includes additional language. | 11:52:21 |
| 2 | Q. I stopped after the word, reminded, and I | 11:52:25 |
| 3 | asked about that paragraph up to the word, reminded. | 11:52:30 |
| 4 | That was my question. | 11:52:34 |
| 5 | A. Could you repeat the question. | 11:52:36 |
| 6 | Q. If you look at Dawn Dorland's letter and | 11:52:39 |
| 7 | this excerpt in "The Kindest" that we're looking at, | 11:52:45 |
| 8 | you included in your story the following: "In 2015, | 11:52:50 |
| 9 | I read my first article about living kidney | 11:52:56 |
| 10 | donation, and in the years since I've been | 11:53:00 |
| 11 | constantly reminded...."  I'm pausing there. | 11:53:03 |
| 12 | Other than the change of the date of the | 11:53:09 |
| 13 | article that was read, that phrase is identical to | 11:53:10 |
| 14 | Dawn Dorland's letter, correct? | 11:53:18 |
| 15 | A. Yes. | 11:53:19 |
| 16 | Q. Okay.  And then Dawn Dorland's letter goes | 11:53:20 |
| 17 | on to say, "Whether triggered by my reading I am a | 11:53:24 |
| 18 | writer or through the stories of people I know of | 11:53:28 |
| 19 | the harrowing experience of dialysis and the dire | 11:53:32 |
| 20 | need in our country for kidneys...," you in your | 11:53:37 |
| 21 | letter in "The Kindest" skipped most of that but | 11:53:49 |
| 22 | picked up again at the word, "of," so that, of the | 11:53:49 |
| 23 | dire need for kidneys, is still captured in your | 11:53:56 |
| 24 | version, correct? | 11:54:01 |

64

```
 1        A.  Those few words are also in Dorland's      11:54:02

 2   letter.                                             11:54:09

 3        Q.  And as you pointed out, the phrase that    11:54:13

 4   says, "make a maximum impact on another's life with 11:54:19

 5   only minimal risk to myself, was also in Dawn       11:54:24

 6   Dorland's letter, correct?                          11:54:28

 7        A.  Similar language that's in Dorland's       11:54:30

 8   letter.                                             11:54:34

 9        Q.  Now, let's switch to Page 10.  Here it     11:54:34

10   states, "I'm so grateful to the MGH Transplant Team, 11:54:44

11   who gave me such attentive care throughout the eight 11:54:50

12   months spanning from my first test to the date of   11:54:53

13   our paired exchange."  Did I read that correctly?   11:54:57

14        A.  Yes.                                        11:55:01

15        Q.  Okay.  So you stated that, in 2015 when you 11:55:01

16   did your first draft of "The Kindness," you did not  11:55:04

17   know what a paired exchange was, correct?            11:55:09

18        A.  Yes.                                        11:55:13

19        Q.  Do you know today what a paired exchange    11:55:14

20   is?                                                  11:55:17

21        A.  No.                                         11:55:19

22        Q.  But you used the language anyway?           11:55:19

23        A.  Yes.                                        11:55:22

24        Q.  Those on Exhibit 7, Page 10, resuming, you  11:55:31
```

Sonya Larson vs
Dawn Dorland Perry, et al

Sonya C. Larson
July 30, 2021

65

| | | |
|---|---|---|
| 1 | included in your story, "My own childhood was marked | 11:55:39 |
| 2 | a trauma and abuse," correct? | 11:55:43 |
| 3 | A.  Yes. | 11:55:47 |
| 4 | Q.  And if you look at Dawn Dorland's letter | 11:55:54 |
| 5 | which is Exhibit 6, she states, "Personally, my | 11:55:57 |
| 6 | childhood was marked by trauma and abuse," | 11:56:03 |
| 7 | correct? | 11:56:07 |
| 8 | A.  Yes. | 11:56:08 |
| 9 | Q.  Did you -- in 2015, did you have any | 11:56:09 |
| 10 | knowledge about Dawn Dorland's background? | 11:56:12 |
| 11 | MR. EPSTEIN:  Objection. | 11:56:16 |
| 12 | You can answer, if you know. | 11:56:19 |
| 13 | A.  I had some knowledge. | 11:56:21 |
| 14 | Q.  And what knowledge did you have? | 11:56:23 |
| 15 | A.  I knew that she had grown up in the | 11:56:27 |
| 16 | midwest.  I believe I knew that she had been in | 11:56:30 |
| 17 | advertising. | 11:56:38 |
| 18 | Q.  Do you have any idea as to whether or not | 11:56:47 |
| 19 | she was well-off when she was growing up? | 11:56:49 |
| 20 | A.  I don't remember. | 11:56:54 |
| 21 | Q.  You used that phrase in your letter, didn't | 11:57:02 |
| 22 | you, in the story? | 11:57:05 |
| 23 | A.  There is -- | 11:57:08 |
| 24 | MR. EPSTEIN:  Objection.  I don't know what | 11:57:10 |

66

```
 1    you're referring to.                                  11:57:13
 2        Q.   The phrase, "my childhood was marked by      11:57:14
 3    trauma and abuse," that's one of the phrases that     11:57:17
 4    you lifted and put into your short story, correct?    11:57:20
 5             MR. EPSTEIN:  Objection.                      11:57:24
 6        A.   How should I proceed?                         11:57:30
 7        Q.   You should answer the question.               11:57:32
 8        A.   That is language that is in my story.         11:57:34
 9        Q.   And it -- it goes on to say, "I didn't have  11:57:39
10    the opportunity to form secure attachments with my    11:57:42
11    family of origin," correct?                            11:57:45
12        A.   Yes.                                          11:57:49
13        Q.   And this phrase is also identical to what    11:57:50
14    was in Dawn Dorland's letter, correct?                 11:57:52
15        A.   Yes.                                          11:57:55
16             MR. EPSTEIN:  Objection.                      11:57:56
17        Q.   And you sent this draft to Yael Goldstein    11:58:00
18    Love at Audible, correct?                              11:58:10
19        A.   No.                                           11:58:14
20        Q.   You sent this story, this version of the     11:58:14
21    story, to Yael Goldstein Love, correct?                11:58:18
22        A.   Yes.                                          11:58:26
23        Q.   Just continuing to track the letters, Dawn   11:58:38
24    Dorland's letter states, "A positive outcome of my    11:58:40
```

67

| | |
|---|---|
| 1   early life is empathy...."  You included that in | 11:58:43 |
| 2   your story as well, correct? | 11:58:48 |
| 3       A.  That language is in my story. | 11:58:50 |
| 4       Q.  Okay.  And it goes on to say, (as read) | 11:58:53 |
| 5   "While perhaps many more people would be motivated | 11:58:59 |
| 6   to donate an organ to a friend or a family member in | 11:59:02 |
| 7   need, comma, to me, comma, the suffering of | 11:59:07 |
| 8   strangers is just as real."  That's what's contained | 11:59:10 |
| 9   in Dawn Dorland's letter.  Do you see that in | 11:59:16 |
| 10  Exhibit 6? | 11:59:19 |
| 11      A.  I see some of that language in this draft. | 11:59:20 |
| 12      Q.  Oh.  And when you say, "this draft," you're | 11:59:25 |
| 13  talking about the version you sent to Yael? | 11:59:28 |
| 14      A.  Yes. | 11:59:30 |
| 15      Q.  Okay.  So -- so you -- you used that | 11:59:32 |
| 16  language as well? | 11:59:33 |
| 17      A.  Can you be specific. | 11:59:34 |
| 18      Q.  There are slight differences, but where you | 11:59:37 |
| 19  included the phrase, "Others might be motivated" -- | 11:59:42 |
| 20  sorry.  My page flipped -- "While others might be | 11:59:46 |
| 21  motivated to donate to a friend or family member, | 11:59:51 |
| 22  but to me, the suffering of strangers is just as | 11:59:54 |
| 23  real," that is extremely close and in many portions | 11:59:59 |
| 24  identical to Dawn Dorland's letter, correct? | 12:00:03 |

68

| | | |
|---|---|---|
| 1 | MR. EPSTEIN:  Objection. | 12:00:07 |
| 2 | You can answer, if you can. | 12:00:08 |
| 3 | A.  Some of this language is in my draft, this | 12:00:10 |
| 4 | draft. | 12:00:13 |
| 5 | Q.  When you say, "draft," you corrected me | 12:00:14 |
| 6 | earlier to say that this is not a draft, correct? | 12:00:17 |
| 7 | A.  No. | 12:00:19 |
| 8 | Q.  This is something you sent to Yael | 12:00:20 |
| 9 | Goldstein Love for purposes of publication, | 12:00:23 |
| 10 | correct? | 12:00:28 |
| 11 | A.  Yes. | 12:00:29 |
| 12 | Q.  Okay. | 12:00:30 |
| 13 | A.  Whenever you send a draft in the hopes of | 12:00:31 |
| 14 | it being considered for publication, it is still a | 12:00:37 |
| 15 | draft. | 12:00:41 |
| 16 | Q.  And you sent it to Audible, correct? | 12:00:47 |
| 17 | A.  No. | 12:00:49 |
| 18 | Q.  You sent it to Yael, correct? | 12:00:50 |
| 19 | A.  Yes. | 12:00:53 |
| 20 | Q.  Who worked at Audible, correct? | 12:00:54 |
| 21 | A.  No. | 12:00:56 |
| 22 | Q.  Okay.  We can go look at the email again. | 12:00:58 |
| 23 | Exhibit 7, Page 4.  There's an email from you to | 12:01:07 |
| 24 | Yael, correct? | 12:01:17 |

Sonya Larson vs
Dawn Dorland Perry, et al

Sonya C. Larson
July 30, 2021

70

```
 1        Q.   Okay.  So on Page 1 of this document          12:05:19
 2   there's an email from you to Jennifer 8.Lee and Yael    12:05:26
 3   Goldstein Love, correct?                                12:05:33
 4        A.   Yes.                                          12:05:35
 5        Q.   And you sent them a new version of "The       12:05:36
 6   Kindest" which is now dated in the document title       12:05:44
 7   December 27th, 2015, is that correct?                   12:05:49
 8        A.   Yes.                                          12:05:53
 9        Q.   And in your -- the body of your email on      12:05:54
10   Page 1 under No. 3 you say, "Attached is the tighter    12:05:56
11   story," is that correct?                                12:06:02
12        A.   Yes.                                          12:06:04
13        Q.   So you had made some revisions to the story   12:06:04
14   during the month of December, is that correct?          12:06:08
15        A.   Yes.                                          12:06:11
16        Q.   Okay.  What changes did you make?             12:06:12
17        A.   I made many.                                  12:06:14
18        Q.   Do you remember what they were?               12:06:18
19        A.   No.                                           12:06:19
20        Q.   Okay.  And if you look at Page 5 of the       12:06:20
21   story -- I'm sorry -- starting at Page 4, can you       12:06:23
22   identify any changes that you made since the last       12:06:30
23   version that was sent to Audible which is Exhibit 7     12:06:36
24   to the letter contained in your story?                  12:06:40
```

71

```
 1        A.  I don't know.                                  12:06:45
 2        Q.  I'm sorry.  I don't -- you don't know or       12:06:46
 3   you don't see any changes?                              12:06:48
 4        A.  I don't -- I would need some time to review    12:06:52
 5   them.                                                   12:06:58
 6        Q.  Okay.  You can take the time.  It's not        12:06:59
 7   that long.                                              12:07:02
 8        A.  Okay.  All right.  I do not see any changes    12:07:03
 9   to the letter portion of this draft.                    12:09:13
10        Q.  Okay.  So it's the same as Exhibit 7, the      12:09:15
11   letter portion?                                         12:09:18
12        A.  To the best of my knowledge, yes.              12:09:22
13        Q.  Okay.  And now, just in continuing to walk     12:09:22
14   through the letter which is identical in Exhibits 7     12:09:28
15   and 8 --                                                12:09:32
16             MR. EPSTEIN:  Objection.                      12:09:34
17        Q.  -- when we last --                             12:09:36
18             MS. ELOVECKY:  I'm sorry?                      12:09:38
19             MR. EPSTEIN:  I -- I didn't mean to object    12:09:40
20   until question until you finished your question.  I     12:09:41
21   thought you had.  I apologize.                          12:09:43
22   BY MS. ELOVECKY:                                        12:09:46
23        Q.  Okay.  So I would like continue to look at     12:09:46
24   the language of the letter, but we can continue to      12:09:48
```

72

1    do so on Exhibit 8 since there are no identified          12:09:48

2    changes between the two.                                  12:09:52

3              So I'd like to start with the paragraph         12:09:55

4    that says, "Throughout my preparation...."  Do you        12:09:57

5    see that?                                                 12:10:06

6         A.  Yes.                                             12:10:06

7         Q.  So in your letter, (as read) "The Kindest,"      12:10:07

8    you included the phrase or the paragraph,                 12:10:11

9    "Throughout my preparation, I was most exciting that      12:10:14

10   the deserving recipient would come off the list of        12:10:18

11   Deceased Donors, period.  I focused my mental energy       12:10:21

12   on imagining and celebrating YOU."  Did I read that        12:10:26

13   correctly?                                                 12:10:32

14        A.  No.                                              12:10:32

15        Q.  What did I get wrong?                            12:10:33

16        A.  The word, excited.                               12:10:35

17        Q.  Okay.  Sorry about that.  What did I --          12:10:37

18   so -- okay.  I'll read it again.  "Throughout my          12:10:43

19   preparation, I was most excited that the deserving        12:10:46

20   recipient would come off the list of Deceased             12:10:51

21   Donors.  I focused my mental energy on imagining and      12:10:54

22   celebrating YOU."  Did I read that correctly?             12:10:59

23        A.  Yes.                                             12:11:03

24        Q.  Okay.  Those phrases are also found in Dawn       12:11:04

73

| | | |
|---|---|---|
| 1 | Dorland's letter, correct? | 12:11:07 |
| 2 | MR. EPSTEIN:  Objection. | 12:11:08 |
| 3 | A.  I don't know. | 12:11:09 |
| 4 | Q.  Okay.  It's Exhibit 6.  You can take a | 12:11:10 |
| 5 | look. | 12:11:14 |
| 6 | A.  No.  Those aren't -- those aren't the same. | 12:11:47 |
| 7 | Q.  So, in Dawn Dorland's letter, she states, | 12:11:51 |
| 8 | "Throughout my preparation...."  Do you see that? | 12:11:56 |
| 9 | A.  Yes. | 12:12:00 |
| 10 | Q.  And you include that phrase, correct? | 12:12:01 |
| 11 | A.  Yes. | 12:12:03 |
| 12 | Q.  And then you -- you don't include | 12:12:04 |
| 13 | everything that's in her letter, but you do pick up | 12:12:07 |
| 14 | at, "I was most excited...," correct? | 12:12:11 |
| 15 | A.  Yes. | 12:12:17 |
| 16 | Q.  And then you had to make some changes | 12:12:18 |
| 17 | because you only had one recipient in your story; so | 12:12:21 |
| 18 | you -- you make a slight tweak, "that the deserving | 12:12:26 |
| 19 | recipient" instead of "the recipient," but you do | 12:12:30 |
| 20 | say that your character was excited that the | 12:12:33 |
| 21 | deserving recipient would come off the list of | 12:12:38 |
| 22 | deceased donors, correct? | 12:12:41 |
| 23 | MR. EPSTEIN:  Objection. | 12:12:44 |
| 24 | A.  What is the question? | 12:12:45 |

Sonya Larson vs
Dawn Dorland Perry, et al

Sonya C. Larson
July 30, 2021

74

```
1        Q.  In your letter, you state, "I was most      12:12:48
2   excited...," which is also in Dawn Dorland's letter,  12:12:54
3   correct?                                              12:12:57
4        A.  That language is also in Dorland's letter,   12:12:57
5   yes.                                                  12:13:00
6        Q.  And then, while you make slight and I would  12:13:01
7   say necessary tweaks, you continue to track Dawn      12:13:06
8   Dorland's language by saying that the recipient       12:13:09
9   would come off the list of Deceased Donors,           12:13:11
10  correct?                                              12:13:15
11          MR. EPSTEIN:  Objection.                      12:13:16
12       A.  Some of that language is in this draft.      12:13:17
13       Q.  Then you have the sentence, "I focused my    12:13:22
14  mental many energy and imagining and celebrating      12:13:26
15  YOU," correct?                                        12:13:31
16       A.  Yes.                                         12:13:33
17       Q.  And Dawn Dorland's letter states, "I         12:13:33
18  focused a majority of my mental energy on imagining   12:13:35
19  and celebrating *you*," correct?                      12:13:41
20       A.  Yes.                                         12:13:46
21       Q.  Those are nearly identical, correct?         12:13:49
22       A.  They are similar.                            12:13:51
23       Q.  Those are nearly identical, correct?         12:13:52
24          MR. EPSTEIN:  Objection.                      12:13:55
```

Sonya Larson vs
Dawn Dorland Perry, et al

Sonya C. Larson
July 30, 2021

75

```
 1        A.  They are similar.                         12:13:55
 2        Q.  You removed the words, "majority of," or "a  12:13:56
 3   majority of," correct?                             12:14:02
 4        A.  Yes.                                       12:14:04
 5        Q.  And, otherwise, they are identical,       12:14:04
 6   correct?                                           12:14:07
 7        A.  Yes.                                       12:14:08
 8        Q.  Okay.  Except for the slight change of the  12:14:08
 9   asterisks around the word, "you," in Dawn Dorland's  12:14:11
10   letter and the capitalization and underlying of the  12:14:15
11   word, "YOU," in your story, correct?               12:14:18
12        A.  Yes.                                       12:14:21
13        Q.  And then the story goes on.  You say, "I  12:14:22
14   stared at the YOU, underlined three times," and then  12:14:25
15   the story states, (as read) "My gift, comma, which  12:14:29
16   begat yours, comma, trails no strings," correct?   12:14:32
17        A.  Yes.                                       12:14:36
18        Q.  And in Dawn Dorland's letter which is     12:14:37
19   Exhibit 6, it says, (as read) "My gift, comma, which  12:14:39
20   begat," -- and then there's a redacted name --     12:14:43
21   "comma, trails no strings," correct?               12:14:47
22        A.  Yes.                                       12:14:50
23        Q.  So, once again, other than one small change  12:14:50
24   which removes a name and includes the word, "yours,"  12:14:55
```

76

| | | |
|---|---|---|
| 1 | that's identical, correct? | 12:14:58 |
| 2 | MR. EPSTEIN:  Objection. | 12:14:59 |
| 3 | A.  The language is similar. | 12:15:01 |
| 4 | Q.  Other than the one change that removes the | 12:15:04 |
| 5 | word, "redacted," and puts in the word, "yours," | 12:15:07 |
| 6 | it's identical, correct? | 12:15:11 |
| 7 | MR. EPSTEIN:  Objection. | 12:15:13 |
| 8 | A.  They're similar. | 12:15:18 |
| 9 | Q.  Okay.  My question wasn't whether or not | 12:15:19 |
| 10 | they were similar.  My question is:  Other than the | 12:15:23 |
| 11 | one word that is different, they are identical, | 12:15:26 |
| 12 | correct? | 12:15:28 |
| 13 | MR. EPSTEIN:  Objection. | 12:15:29 |
| 14 | A.  Could you repeat the question. | 12:15:36 |
| 15 | Q.  Other than the one word that you changed | 12:15:38 |
| 16 | from the, "redacted," in brackets to the word, | 12:15:41 |
| 17 | "yours," these two sentences are identical, | 12:15:46 |
| 18 | correct? | 12:15:49 |
| 19 | A.  Yes. | 12:15:51 |
| 20 | Q.  In your story, it goes on to say, "You | 12:15:55 |
| 21 | deserve a healthy and extended life simply for | 12:16:02 |
| 22 | existing," correct? | 12:16:06 |
| 23 | A.  Yes. | 12:16:08 |
| 24 | Q.  And Dawn Dorland's letter says, "You are | 12:16:08 |

Sonya Larson vs
Dawn Dorland Perry, et al

Sonya C. Larson
July 30, 2021

77

```
 1   deserving of an extended and healthy life simply for     12:16:11
 2   being here," correct?                                     12:16:15
 3        A.  Yes.                                             12:16:30
 4        Q.  And those are -- are similar phrases,            12:16:30
 5   correct?                                                  12:16:33
 6            MR. EPSTEIN:  Objection.                         12:16:34
 7        A.  A few of the words are similar.                  12:16:39
 8        Q.  And a few are swapped in order, right?           12:16:41
 9            MR. EPSTEIN:  Objection.                         12:16:48
10        A.  What is the question?                            12:16:50
11        Q.  A couple letters you swapped the order --        12:16:51
12   I'm sorry -- a couple of the words you swapped the        12:16:54
13   order, correct?                                           12:16:57
14            MR. EPSTEIN:  Objection.                         12:16:59
15        A.  The words aren't the same.                       12:17:01
16        Q.  So Dawn Dorland states, "You are deserving       12:17:03
17   of an extended and healthy life...," and you say,         12:17:07
18   "healthy and extended life," correct?                     12:17:12
19        A.  Yes.                                             12:17:15
20        Q.  So it's the same words; they are in a            12:17:16
21   different order, correct?                                 12:17:19
22        A.  They were not the exact same words.              12:17:20
23        Q.  "Healthy and extended life" are the same;        12:17:23
24   you just switched the words?                              12:17:31
```

Sonya Larson vs
Dawn Dorland Perry, et al

Sonya C. Larson
July 30, 2021

78

1    A.  I apologize.  I'm trying to flip back and    12:17:34
2  forth between these documents as you're speaking.  12:17:36
3  If you'll allow me some time.                      12:17:39
4    Q.  Of course.                                   12:17:43
5    A.  So what was the question?                    12:18:19
6    Q.  "Healthy and extended life" is in your --    12:18:24
7  your story, correct?                               12:18:27
8    A.  Yes.                                          12:18:29
9    Q.  And Dawn Dorland's is "extended and healthy  12:18:30
10 life," correct?                                    12:18:33
11   A.  Yes.                                          12:18:34
12   Q.  You swapped the order of those words,        12:18:35
13 correct?                                           12:18:38
14        MR. EPSTEIN:  Objection.                    12:18:39
15   A.  The order of those words is syntactically    12:18:40
16 flipped between the two texts.                     12:18:45
17   Q.  And, instead of, "for being here," which is  12:18:51
18 included in Dawn Dorland's letter, you included the 12:18:58
19 phrase, "for existing," correct?                   12:19:01
20   A.  Yes.                                          12:19:04
21   Q.  And would you agree that those are           12:19:04
22 similar?                                           12:19:07
23   A.  They are similar.                            12:19:08
24   Q.  So, when you drafted this letter that's in   12:19:11

83

1      Q.   Okay.  So Exhibit 9 is an email exchange          12:29:43
2  between you and Emily Zeller, correct?                     12:29:47
3      A.   Yes.                                              12:29:50
4      Q.   And who is Emily Zeller?                          12:29:52
5      A.   She is a voice actor.                             12:29:57
6      Q.   And why are you writing to her?                   12:30:03
7      A.   I believe that she wrote to me to ask for        12:30:08
8  direction how to read this story.                          12:30:20
9      Q.   So she was the voice actor assigned to this      12:30:25
10 story, "The Kindest," correct?                             12:30:28
11     A.   Yes.                                              12:30:35
12     Q.   In this email that you send to Emily, you        12:30:36
13 include an attachment, correct?                            12:30:40
14     A.   Yes.                                              12:30:42
15     Q.   And the attachment is yet another version       12:30:43
16 of "The Kindest," correct?                                 12:30:50
17     A.   Yes.                                              12:30:54
18     Q.   And you're asking for this version to be        12:30:54
19 used instead, correct?                                     12:30:57
20     A.   Yes.                                              12:30:58
21     Q.   Okay.  Can you identify for me in the            12:30:59
22 attachment what changes were made from Exhibit 8 to       12:31:01
23 Exhibit 9 in the story.                                    12:31:04
24     A.   There were many.                                 12:31:09

88

```
 1    that the deserving recipient would come off of the      12:45:13
 2    list of Deceased Donors."  The sentence                 12:45:17
 3    placement-wise that comes at that moment in the new     12:45:22
 4    draft is, "As I prepared to make this gift, what        12:45:28
 5    sustained me was the knowledge that my recipient        12:45:33
 6    would be getting a second chance at life."              12:45:36
 7         Q.  Why did you make that change?                  12:45:43
 8         A.  I don't remember.                              12:45:44
 9         Q.  Did you do any research into kidney            12:45:45
10    donations when you were drafting this story?            12:45:48
11         A.  Yes.                                           12:45:51
12         Q.  What research did you do?                      12:45:52
13         A.  I looked at example letters and template       12:45:54
14    letters on-line.                                        12:45:57
15         Q.  Okay.  So that wasn't my question.  My         12:45:59
16    question was:  Did you do research into kidney          12:46:05
17    donations?  Not letters, donations.                     12:46:10
18         A.  No.                                            12:46:12
19         Q.  No research at all?                            12:46:13
20         MR. EPSTEIN:  Objection.                           12:46:15
21         A.  I don't believe so.                            12:46:16
22         Q.  Did you -- do you identify any other           12:46:26
23    changes in this letter?                                 12:46:29
24         A.  The next sentence is changed from, "I          12:47:11
```

Sonya Larson vs
Dawn Dorland Perry, et al

Sonya C. Larson
July 30, 2021

89

| | | |
|---|---|---|
| 1 | focused my mental energy on imagining and | 12:47:24 |
| 2 | celebrating YOU," to "I channeled my energies to | 12:47:28 |
| 3 | imagining and celebrating *you*." | 12:47:38 |
| 4 | Q.  Why did you make that change? | 12:47:41 |
| 5 | A.  I don't remember. | 12:47:43 |
| 6 | Q.  Do you have any other changes that you can | 12:47:48 |
| 7 | identify? | 12:47:50 |
| 8 | A.  I'm looking. | 12:47:52 |
| 9 | The next steps -- excuse me.  The next | 12:48:09 |
| 10 | sentence is also changed.  (As read) "My gift which | 12:48:11 |
| 11 | begat yours trails no strings," to "My gift, you | 12:48:24 |
| 12 | must know, trails no strings." | 12:48:37 |
| 13 | Q.  That's the same language that you | 12:48:40 |
| 14 | previously testified that you inserted, "which begat | 12:48:42 |
| 15 | yours," because you thought it sounded right, | 12:48:47 |
| 16 | correct? | 12:48:51 |
| 17 | MR. EPSTEIN:  Objection. | 12:48:52 |
| 18 | A.  You had just asked me about the word, | 12:48:53 |
| 19 | "yours." | 12:48:55 |
| 20 | Q.  Okay.  But your testimony was that you felt | 12:48:57 |
| 21 | the former version was right.  You used the word, | 12:48:59 |
| 22 | right, that it sounded right, correct? | 12:49:13 |
| 23 | A.  The word, "yours," sounded right. | 12:49:14 |
| 24 | Q.  Okay.  So why did you make that change? | 12:49:14 |

115

| | | |
|---|---|---|
| 1 | mentioned it to other people. | 14:06:46 |
| 2 | Q.  And in that first paragraph here -- it's, I | 14:06:50 |
| 3 | guess, the second sentence -- you say that you did | 14:06:56 |
| 4 | remember joining the Facebook group, correct? | 14:06:59 |
| 5 | A.  Yes. | 14:07:02 |
| 6 | Q.  And that statement was true? | 14:07:03 |
| 7 | A.  I believe so. | 14:07:05 |
| 8 | Q.  Okay.  Looking at the second paragraph, you | 14:07:06 |
| 9 | state, (as read) "And I love the idea that we all | 14:07:09 |
| 10 | deserve such gifts, dash, it's an idea that seems | 14:07:13 |
| 11 | seldom entertained when people debate which organ | 14:07:18 |
| 12 | recipients may be more, quote, deserving than | 14:07:21 |
| 13 | others, and for what reasons, period.  My" -- well, | 14:07:23 |
| 14 | I'll just stop there.  Did I read that correctly? | 14:07:28 |
| 15 | A.  Yes. | 14:07:31 |
| 16 | Q.  Okay.  The next sentence states, "My doctor | 14:07:31 |
| 17 | friends tell me, for example, that they won't | 14:07:35 |
| 18 | perform transplant surgery on someone they suspect | 14:07:38 |
| 19 | won't take steadfast care of the new organ."  Did I | 14:07:41 |
| 20 | read that correctly? | 14:07:45 |
| 21 | A.  Yes. | 14:07:46 |
| 22 | Q.  So who are your doctor friends that you | 14:07:46 |
| 23 | talked to about this? | 14:07:49 |
| 24 | A.  I don't remember exactly, but I remember | 14:07:50 |

Sonya Larson vs
Dawn Dorland Perry, et al

Sonya C. Larson
July 30, 2021

122

| | | |
|---|---|---|
| 1 | true? | 14:16:49 |
| 2 | A.  Yes. | 14:16:50 |
| 3 | Q.  And so both that she did message you and, | 14:16:51 |
| 4 | also, that you did not respond, you agree with the | 14:16:55 |
| 5 | truth of both of those statements? | 14:16:58 |
| 6 | A.  At this moment, yes. | 14:17:01 |
| 7 | Q.  Okay.  "I assumed at the time" -- I'm going | 14:17:02 |
| 8 | to go on with the email.  "I assumed at the time | 14:17:04 |
| 9 | that you might not have seen any of the private | 14:17:07 |
| 10 | kidney posts; you've just confirmed that you did." | 14:17:10 |
| 11 | Did I read that correctly? | 14:17:14 |
| 12 | A.  Yes. | 14:17:16 |
| 13 | Q.  Okay.  Was anything untrue there that you | 14:17:17 |
| 14 | know of? | 14:17:24 |
| 15 | A.  Can you clarify your question. | 14:17:25 |
| 16 | Q.  So -- so she says, "I assumed at the time | 14:17:26 |
| 17 | that you might not have seen any of the private | 14:17:29 |
| 18 | kidney posts; you've just confirmed that you did." | 14:17:31 |
| 19 | Was that true? | 14:17:35 |
| 20 | A.  Was what -- was what -- | 14:17:37 |
| 21 | Q.  Do you agree that you confirmed that you | 14:17:39 |
| 22 | did see the private kidney posts? | 14:17:40 |
| 23 | A.  Yes. | 14:17:43 |
| 24 | Q.  Because in your prior email, you said that | 14:17:44 |

130

1    of every page.                                      14:34:25

2        A.  Okay.                                       14:34:26

3            Okay.  I'm ready.                           14:35:03

4        Q.  Okay.  So this is an email chain between    14:35:04

5    yourself, Jennifer 8.Lee at Plympton and Chaz Curet 14:35:08

6    at Plympton, is that correct?                       14:35:17

7        A.  Yes.                                         14:35:20

8        Q.  And I want to look at the email from you at 14:35:20

9    the bottom of that page.  This document indicates   14:35:23

10   that this email was sent by you on July 15th of     14:35:26

11   2016, is that correct?                              14:35:30

12       A.  Yes.                                         14:35:33

13       Q.  So there's two initial paragraphs           14:35:34

14   concerning covers.  I'm not going to read those for 14:35:36

15   the record.  I want to start at the third paragraph 14:35:40

16   where you state, "I do have one major question,      14:35:45

17   however; one of my stories ("The Kindest") contains  14:35:52

18   a letter sent from one character to another, which   14:35:56

19   includes a couple of sentences that I'd excerpted    14:35:59

20   from a real-life letter.  I'm now realizing that for 14:36:03

21   ethical reasons I am uncomfortable keeping those     14:36:09

22   lines in, and would very much like to revise them.   14:36:09

23   I know that the story has already been recorded, but 14:36:11

24   is there any way that those few lines might be       14:36:15

Sonya Larson vs
Dawn Dorland Perry, et al

Sonya C. Larson
July 30, 2021

131

| | | |
|---|---|---|
| 1 | re-recorded with the new lines?"  Did I read that | 14:36:18 |
| 2 | paragraph correctly? | 14:36:24 |
| 3 | A.  Yes. | 14:36:25 |
| 4 | Q.  Why did you send this email? | 14:36:25 |
| 5 | A.  I sent this email because I had just had a | 14:36:27 |
| 6 | email conversation with Ms. Dorland in which she | 14:36:32 |
| 7 | expressed upsettedness at the idea of me writing a | 14:36:40 |
| 8 | story with a kidney donation in it, and I knew that, | 14:36:46 |
| 9 | in earlier drafts of the story, I had played with | 14:36:51 |
| 10 | some of the language from her letter, and I wanted | 14:37:02 |
| 11 | to change it.  I knew or I suspected that she would | 14:37:05 |
| 12 | be upset to see similar language. | 14:37:11 |
| 13 | Q.  So let's look at Exhibit 11 again.  I'd | 14:37:20 |
| 14 | like for you to point for me where in this exhibit | 14:37:26 |
| 15 | Dawn Dorland tells you that she's upset that you | 14:37:32 |
| 16 | wrote a story about a kidney donation. | 14:37:35 |
| 17 | A.  I'll start on -- hang on one second.  I'll | 14:37:55 |
| 18 | start on Page 5 -- | 14:38:17 |
| 19 | Q.  Okay.  I'm on Page 5. | 14:38:26 |
| 20 | A.  -- in which Ms. Dorland writes, (as read) | 14:38:30 |
| 21 | "I agree that your process of writing fiction | 14:38:34 |
| 22 | sparked by my or anyone's donation needn't have | 14:38:36 |
| 23 | anything to do with me or my particular situation in | 14:38:39 |
| 24 | an artistic sense -- I'm talking about what this | 14:38:39 |

184

| | | |
|---|---|---|
| 1 | A. Yes. | 16:20:25 |
| 2 | Q. And then the next message says, (as read) | 16:20:25 |
| 3 | "I think I'm, asterisk, all caps, DONE, another | 16:20:28 |
| 4 | asterisk, with this kidney story but I feel nervous | 16:20:32 |
| 5 | about sending it out because it literally has | 16:20:35 |
| 6 | sentences that I verbatim grabbed from Dawn's letter | 16:20:39 |
| 7 | on FB. I've tried to change it but I can't seem to, | 16:20:43 |
| 8 | dash, dash, that letter was just too damn good. I'm | 16:20:44 |
| 9 | not sure what to do. Feeling morally compromised, | 16:20:47 |
| 10 | slash, like a good artist but a shitty person." Did | 16:20:50 |
| 11 | I read that accurately? | 16:20:55 |
| 12 | A. Yes. | 16:20:57 |
| 13 | Q. And that was on January 23rd of 2016, | 16:20:58 |
| 14 | correct? | 16:21:01 |
| 15 | A. Yes. | 16:21:02 |
| 16 | Q. And then, if we go back now to the most | 16:21:03 |
| 17 | recent Exhibit 18, that's from -- it's an email from | 16:21:08 |
| 18 | Sari to you dated the next day, January 24th, 2016, | 16:21:13 |
| 19 | is that accurate? | 16:21:19 |
| 20 | A. Yes. | 16:21:20 |
| 21 | Q. Okay. After those text messages with Sari | 16:21:21 |
| 22 | that seem to be addressed to Sari -- it's not clear | 16:21:27 |
| 23 | on that document whether she was part of that | 16:21:34 |
| 24 | conversation or not; but after those texts, did you | 16:21:39 |

Sonya Larson vs
Dawn Dorland Perry, et al

Sonya C. Larson
July 30, 2021

191

| | | |
|---|---|---|
| 1 | BY MS. ELOVECKY: | 16:29:53 |
| 2 | Q. So Sonya -- | 16:29:53 |
| 3 | A. Yes. | 16:29:55 |
| 4 | Q. Ms. Larson, is it your testimony that you | 16:29:55 |
| 5 | did not have ethical concerns about incorporating | 16:29:58 |
| 6 | Dawn Dorland's language that outlined her childhood | 16:30:06 |
| 7 | trauma and abuse in your short story? | 16:30:09 |
| 8 | MR. EPSTEIN: Objection. | 16:30:12 |
| 9 | A. My character of Rose Ann Rothario is also | 16:30:14 |
| 10 | marked by trauma and abuse. | 16:30:25 |
| 11 | Q. You, however, removed that language, did | 16:30:31 |
| 12 | you not? | 16:30:35 |
| 13 | A. Yes. | 16:30:36 |
| 14 | Q. Okay. And you removed it after you told | 16:30:37 |
| 15 | Audible that you had ethical concerns about the | 16:30:42 |
| 16 | excerpts from a real-life letter, correct? | 16:30:47 |
| 17 | A. Yes. | 16:30:53 |
| 18 | Q. Okay. Going back to Exhibit 18, Page 2 -- | 16:30:53 |
| 19 | are you there? | 16:31:19 |
| 20 | A. Yes. | 16:31:20 |
| 21 | Q. Okay. So Sari states in the third line of | 16:31:21 |
| 22 | Page 2, "If you also don't want to make it so | 16:31:28 |
| 23 | obvious that it's about Dawn, maybe you shouldn't | 16:31:33 |
| 24 | make Rose's character name alliterative, like, | 16:31:36 |

Sonya Larson vs
Dawn Dorland Perry, et al

Sonya C. Larson
July 30, 2021

192

| 1 | Dawn's?  That's kind of funny.  But do you need to?" | 16:31:42 |
| 2 | Did I read that correctly? | 16:31:48 |
| 3 | A.  Yes. | 16:31:49 |
| 4 | Q.  Did you -- at that time -- this is | 16:31:52 |
| 5 | January 24th of 2016 -- did you want to have it be | 16:31:55 |
| 6 | obvious that, as Sari wrote, it's about Dawn? | 16:32:03 |
| 7 | MR. EPSTEIN:  Objection. | 16:32:09 |
| 8 | A.  No.  And it's not about Dawn. | 16:32:10 |
| 9 | Q.  It's what's written on this page. | 16:32:14 |
| 10 | A.  It was not written by me. | 16:32:17 |
| 11 | Q.  Did you correct Sari? | 16:32:19 |
| 12 | A.  I don't remember. | 16:32:22 |
| 13 | Q.  Did you take her advice? | 16:32:25 |
| 14 | A.  Her advice being? | 16:32:29 |
| 15 | Q.  "Maybe you shouldn't make Rose's character | 16:32:34 |
| 16 | name alliterative, like, Dawn's," which is in the | 16:32:37 |
| 17 | third to fourth line of Exhibit 18 on Page 2. | 16:32:43 |
| 18 | A.  No.  I kept -- I kept the name. | 16:32:47 |
| 19 | Q.  Did you talk it through with Sari? | 16:32:50 |
| 20 | A.  I don't remember.  I don't believe so. | 16:32:52 |
| 21 | Q.  Sari then in the -- in the next -- after a | 16:33:03 |
| 22 | break, there's a line break and then it says, "One | 16:33:06 |
| 23 | technical comment:"  Do you see that? | 16:33:11 |
| 24 | A.  Yes. | 16:33:15 |

Sonya Larson vs
Dawn Dorland Perry, et al

Sonya C. Larson
July 30, 2021

195

1     A.  I don't remember.                          16:35:18

2     Q.  I'm looking to see if I have that.  When   16:35:30

3  did you hear from them, ASF, that they were going to  16:35:42

4  publish?                                          16:35:46

5     A.  I don't remember.  I believe it was        16:35:48

6  sometime in 2017.                                 16:35:51

7             (Document marked as Exhibit 19         16:36:16

8             for identification)                    16:36:16

9  BY MS. ELOVECKY:                                  16:36:16

10    Q.  Okay.  I'm sharing another document.  This  16:36:16

11 has been marked as Exhibit 19, and it should be on  16:36:19

12 your screen.  Do you see it?                      16:36:21

13    A.  Yes.                                        16:36:23

14    Q.  And have you seen this document before?     16:36:24

15    A.  Yes.                                        16:36:26

16    Q.  At the top of the text conversation        16:36:30

17 reflected in this document there's a date, June   16:36:33

18 16th, 2017, is that accurate?                     16:36:35

19    A.  Yes.                                        16:36:38

20    Q.  And then you state, "I have news, my       16:36:38

21 dear -- my kidney story is getting published."  Did  16:36:41

22 I read that correctly?                            16:36:46

23    A.  Yes.                                        16:36:47

24    Q.  And Sari responded and said, "OMG.  Where?"  16:36:48

196

| | | |
|---|---|---|
| 1 | Did I read that correctly? | 16:36:51 |
| 2 | A.   Yes. | 16:36:53 |
| 3 | Q.   And you responded "American Short Fiction," | 16:36:53 |
| 4 | correct? | 16:36:58 |
| 5 | A.   Yes. | 16:36:58 |
| 6 | Q.   And then Sari responded, "Cool," correct? | 16:36:59 |
| 7 | A.   Yes. | 16:37:03 |
| 8 | Q.   And your response was, "I am excited but | 16:37:04 |
| 9 | also worried that DD is going to murder me."  Did I | 16:37:06 |
| 10 | read that correctly? | 16:37:16 |
| 11 | A.   Yes. | 16:37:17 |
| 12 | Q.   And does DD stand for Dawn Dorland? | 16:37:17 |
| 13 | A.   Yes. | 16:37:20 |
| 14 | Q.   And did you truly believe that Dawn Dorland | 16:37:21 |
| 15 | would murder you? | 16:37:24 |
| 16 | A.   No. | 16:37:25 |
| 17 | Q.   Were you worried about Dawn Dorland's | 16:37:26 |
| 18 | reaction? | 16:37:28 |
| 19 | A.   Yes. | 16:37:29 |
| 20 | Q.   And what was your concern? | 16:37:30 |
| 21 | A.   I already knew from our email exchange in | 16:37:33 |
| 22 | the summer of 2016 that Dawn was upset by the idea | 16:37:37 |
| 23 | of me writing a story in the first place that | 16:37:45 |
| 24 | contained a kidney donation, and I -- I suspected | 16:37:50 |

197

1    that that upsettedness had not gone away.                    16:37:58

2        Q.  Sari responds to your message and says,              16:38:05

3    "Eh.  Whatever.  Just don't use her note."  Did I            16:38:08

4    read that correctly?                                         16:38:13

5        A.  Yes.                                                 16:38:14

6        Q.  What was your understanding when you                 16:38:14

7    received that message from Sari as to what she was           16:38:16

8    referring to?                                                16:38:19

9        A.  I think she was referring to the fact that           16:38:20

10   I had said that I found some of the words and                16:38:23

11   phrases in her letter to be compelling, that I had          16:38:28

12   played with them in earlier drafts and, as we'd had         16:38:32

13   seen in earlier exhibits, that I personally felt            16:38:41

14   like a good artist but that this would be upsetting         16:38:46

15   to Dawn.                                                    16:38:50

16       Q.  So when Sari says, "Just don't use her              16:38:53

17   note," you believe she was referring to the                 16:38:56

18   letter?                                                      16:39:01

19       A.  Yes.                                                 16:39:01

20       Q.  You did the not remove a letter from your          16:39:04

21   short story, correct?                                        16:39:07

22       A.  Yes.                                                 16:39:09

23       Q.  Did you consider doing that at this time,           16:39:11

24   meaning on June 16th, in response to Sari's text?           16:39:14

209

```
 1   COMMONWEALTH OF MASSACHUSETTS )
 2   SUFFOLK, SS.                  )
 3        I, Valerie Rae Johnston, Shorthand Reporter and
 4   Notary Public in and for the Commonwealth of
 5   Massachusetts, do hereby certify that there came
 6   before me on the 30th day of July 2021, at 10:09
 7   a.m., the person hereinbefore named, who was by me
 8   duly sworn to testify to the truth and nothing but
 9   the truth of her knowledge touching and concerning
10   the matters in controversy in the cause; that she
11   was thereupon examined upon her oath, and her
12   examination reduced to typewriting under my
13   direction; and that the deposition is a true record
14   of the testimony given by the witness.
15        I further certify that I am neither attorney or
16   counsel for, nor related to or employed by, any
17   attorney or counsel employed by the parties hereto
18   or financially interested in the action.
19        In witness whereof, I have hereunto set my hand
20   and affixed my notarial seal this ____ day of August
21   2021.
22
23
24
```