# CORRECTED EXHIBIT UU

LarsonP3000001

To: Yael Goldstein

Graham is calling me at 5:15 EST

> Okay, awesome
> Do you know what you're going to say?
> FYI, he was fairly hard-hitting with me

Was planning to say that you contacted us immediately about changing the recorded version and as far as anyone was aware that was the only version available since the re-recording

Can you remind me of timeline?

When you contacted us about re-recording had Dawn JUST started this mess?

What happened to trigger you to say let's rerecord?

Just for my own knowledge

> Just sent you the timeline

Right I saw that

I just wanted to know what happened just prior to 7/15/16

So between the initial recording and that date

Was it that Dawn emerged from the mist with her accusations?

> Yes!
> No problem. For *your own knowledge,* Dawn contacted me on 6.30.16, to say that she'd learned that I had written a story about a kidney donation, and was very angry about it. She seemed to think that she had some ownership over the topic of kidney donation.
> And that made me think, "Hmm. I wonder if there's placeholder text still in there that I should change." It made me realize that she is very obsessive.
> PLEASE don't tell him any of this.
> Are you going to speak on the record?

To: Whitney Scharer

Oct 7, 2015, 10:50 PM

I have to say I'm now following dawn dorlands kidney posts with creepy fascination. This latest one is AMAZING: "Welp, probably the least expected outcome from my #livingkidneydonation this year is that I'll be walking in the ROSE BOWL PARADE on NEW YEAR'S DAY alongside the One Legacy-Donate Life float as an ambassador for nondirected (altruistic) donation. Good thing I'm a waver! I'll prolly also toss a couple high-fives. One Legacy provides packing and courier support for both cadaveric and living organs, and I'm thrilled to be part of their public face. Happy New Year, record the parade, watch it when you're not hung over. Special thanks to Dr. Jeffrey Veale at UCLA #domoreforeachother"

Oct 8, 2015, 9:27 AM

Oh my god. Right?? The whole thing-- though I try to ignore it-- persists in making me uncomfortable. This phrase;

phrase: "I'm thrilled to be part of their public face." Why say it that way? I just can't help but think that she is feeding off of the whole thing, but her food isn't the good feelings from having donated an organ; her food is public admiration and praise over her having done it. And she keeps doing things to get more food.

Of course, I feel evil saying this and can't really talk with anyone about it. Which may, in fact, be the point...

I guess I feel like it's hard to think someone is being altruistic when they use hashtags like #domoreforeachother and #livingkidneydonation...I don't know... a hashtag seems to me like a cry for attention.

Right??? #domoreforeachother. Like what more am I supposed to do? DONATE MY ORGANS???

by the way--I had a lunch meeting that got canceled, if by any chance you were free for lunch today instead of next week. No worries if not.

And yes, Sonya, you have TWO KIDNEYS. DONATE ONE!!!!

Goddamnit, I'm trying to be a nice person!! Don't lop off my body parts!!!

LarsonP3000007

To: Whitney Scharer

Nov 27, 2015, 4:02 PM

Thought of you while reading dawn d's thanksgiving Facebook post. It's a good one.

Oh my god. Just read it. "A desperate stranger"..."make Thanksgiving everyday"...that fucking hashtag. It is just so weird!!

So deeply fucking weird. "Make thanksgiving everyday" was the best part

To: Sari Boren

**Dec 17, 2015, 5:26 PM**

HAVE YOU SEEN DAWN'S LATEST POST??!!

It's ostensibly about connection and social responsibility, in this special time of year. But it's really about HER DONATING A KIDNEY. It's unbelievable. Here's the money quote: "I sent my kidney into the void with no certain outcome, partly to say that we have the power to make decisions based on hope, not fear. "

I thought she sent her kidney into the abdomen of a religious dude with lots of kids, not into the void. How is the void going to use her kidney?

**Dec 17, 2015, 7:26 PM**

Oh my goodness. I just read it.

It really is incredible. She just can't stop being...herself.

Remember how we were talking about her emotional food? And how she just keeps pulling the lever to get more? That's exactly what this is.

"The void"?? It's like she's fetishizing her own saintliness. It's just so ironic and weird.

It's insane. I mean, it kind of creeps me out.

It definitely creeps me out. Especially because she keeps proselytizing her good need. That hashtag. Man.

LarsonP3000011

To: Sari Boren

Jun 11, 2016, 5:34 PM

Dawn's latest Facebook post - WTF?: Offering LGBTQI-focused creative reading and writing this month downtown on Skid Row. Sharing education and using literature to inspire compassion and solidarity for queer members of our communities. See you tomorrow at LA PRIDE!

Jun 12, 2016, 1:20 AM

Woah-- is this for real??

She just keeps upping the ante. I remember when she first moved there, she kept posting about how much time she was spending on Skid Row. The glam shots of herself too-- it's all just so much

Jun 12, 2016, 10:02 AM

Yeah. It's really odd. She's a straight woman teaching queer awareness in skid row?

To: Sari Boren 

Jun 23, 2016, 3:16 PM

> I read the final scene when Rose comes to meet Chuntao. And I said that I knew someone who donated her kidney altruistically, which gave me all sorts of conflicting feelings, and I wanted to explore that.

> And bad news: I am going to Warren Wilson on Monday. And I don't get back until July 9th! 😥

Ugh. Ok I'll see you after you get back.

Jun 24, 2016, 12:21 PM

Dawn is posting hospital photo of herself for her "kidneyversary"

Jun 24, 2016, 1:35 PM

> Oh my god. I just saw it. You really just can't make this stuff up.

To: Whitney Scharer

Jul 2, 2016, 7:00 AM

Maybe the weirdest Dawn FB post yet? "Sweet pic by Chris last night with UCLA kidney transplant surgeon Dr. Jeffrey Veale. Last year Dr. Veale transplanted my kidney into my recipient (friends, it was he who proclaimed that my little bean "gushed urine" when sewn in lol). I owe this guy a lot; his advocacy, public education efforts, vision & charisma helped clinch my decision to donate. So proud call him & his wife Chantal our friends. -At a Malibu fundraiser hosted by Jane Seymour, a new kind of medicine woman #donatelife #domoreforeachother #livingkidneydonation"

Jul 2, 2016, 8:50 AM

God. Is this for real? There is just SO much going on in this paragraph. Like I could do a close reading of it for hours.

Like the Jane Seymour line...the gushing urine...

Also, my day has come: Dawn wrote to me directly to say that she'd heard I'd written a story about kidney donation and she wants to read it. Haven't written back yet. 😬

Oh boy. Well it had to happen someday. I would just tell her you're still revising and hope she forgets...?

And re her post: "my little bean"??? BARF.

Jul 4, 2016, 2:13 PM

Hello from Asheville!! And yes, re: Dawn— that's an excellent idea. I mean, it's also just plain true that I'm still revising. I must say that I feel my guilt wearing off, though— she obviously has zero problem publicizing all the personal details of her altruism, and when you do that, it (like anything) becomes fodder for art. So yeah! Go art!!

LarsonP3000017



To: Whitney, Sari


**Also her vulnerable and disclosing statement is fully insane. How many people are in her "private" kidney group?**

By my memory it was 250. Man oh man...

**Sari Boren**

**I used have some empathy for her. It's gone now.**

**You don't owe her anything. If I told someone my story about being the daughter of holocaust survivors and then they went off and wrote a Short story on the topic and not about me specifically, I WOULD SHRUG.**

**As would you.**

Yeah-- I feel bad for her, but not for the reasons SHE feels bad for her. It's all so weird...

It's true. Especially if you made it public, like by being on a float.

(Though that would be a weird float; I'm glad you're not on said float)

**Sari Boren**

**She was on a float. And then posted pictures of herself on a float on Facebook.**

**I wouldn't be on that float. Ever.**

No-- don't be on that float

Don't lift that tarp

**Sari Boren**

**Hahaha**

We now have TWO t-shirts!!

**Sari Boren**

**Don't let her in your head while at VSC. If she bugs you tell her you're at residency for a month. And if you post on Facebook change your settings to Custom and do: friends but not Dawn. You can do that.**

Oh, you can?? That is awesome! I didn't know.

LarsonP3000026

**To:** Whitney Scharer

Jan 16, 2017, 12:16 AM

Omg dawn dorland on the Jumbotron.

> Holy shit I just looked it up
>
> THIS IS AMAZING
>
> her making the heart sign with her hands
>
> YOU CAN'T MAKE THIS UP1!

Agreed. Fiction cannot top the Jumbotron!!

> She is, in her own odd way, much like Trump

Ha! True. Sad!

She yuuuuuge on the Jumbotron

> perfectly trump right there 😊

12:22 PM alison The timing. It is impeccable.
Screen Shot 2016-06-24 at 12.21.23 PM.png ▼


June 24th, 2016 ▼



12:37 PM sonya Oh my goodness. Is this for real??

12:37 PM alison Eve's comment is my favorite, not because there's anything wrong with it, but because it SO PERFECTLY echoes your story

Also: "I was moved to make a gesture that transcended the bonds of family, but my story also helps those who already know and love each other to consider living donation." GIRL CALM DOWN

12:38 PM sonya Oh man. See?? You can't make this stuff up!!

It's like everything she says is perfectly lovely, but it's laced with this tone/conceit that totally gives me the willies. But you can't say that out loud without going to hell.

And yes, Eve's comment!! It's totally like my story!

12:40 PM alison Hahaha. You can say it on Slack though. I just...maybe it's the Christian upbringing, but I feel VERY strongly that a good deed for which you seek and receive praise does not count with God.

12:41 PM sonya Oh my god, now THAT is a topic I want to discuss with you. SO INTERESTING!!!! Like is that part of Christian teaching? (not to pigeonhole you as the resident expert on Christian stuff)

12:45 PM alison It totally is! There are so many verses about it! The one I remember is "when you give to the poor, do not let your left hand know what your right hand is doing so that your giving may be done in secret." The idea being that God sees what's done in secret and will reward you. It was DRILLED into me as a kid, and even though I'm not a Christian anymore it's one of the things I can't get rid of.

12:46 PM sonya See, to me that makes perfect sense. If you seek something in return, it can still be very generous and wonderful, but it's not a gift. It's a transaction. And what's shitty is when you pretend something is a gift when really it's a transaction-- you're secretly wanting something back.

Enter: Dawn Dorland

12:48 PM alison Exactly! And Facebook approval a) totally counts as getting something back, and b) IS THE MOST FUCKING WORTHLESS THING ANYWAY

Like, Facebook approval is not worth your kidney, lady. You got the shit end of that deal.

12:49 PM sonya EXACTLY!!

Ugh. It's all so strange/fascinating/not something you can say out loud!!

12:50 PM alison I know! But also SUCH a good thing to write fiction about. I want to read the whole [Latest messages] he not hurry up and publish it??

February 28th, 2017

4:01 PM alison THIS IS BITCHY

but

this is Dawn Dorland Perry's out of office email: "Friend, I am away on a silent retreat with no access to phone or email until March 6th."

of course she is.

4:01 PM sonya HA HA HA

Have you seen the video her husband just posted to her FB wall?

watch it.

4:02 PM alison omg I'm so excited

OH GOD IT'S ON COMMERCIAL AND ALREADY THE SUBTITLE: "Dawn Dorland Perry wanted nothing more than to soothe the suffering of a stranger."

4:03 PM sonya I KNOW

IT'S AMAZING

I am going to hell

4:06 PM alison I just

4:06 PM I mean I clearly am too; so I'll bring nachos

4:07 PM sonya HA HA HA

I love you. 😊

HELL NACHOES

OOPS--

NACHOS

4:07 PM alison Hahahahahaha

Seriously though, this video is a bummer.

4:11 PM sonya It's just...SO DAWN

like in every way

but again, I am going to hell

4:11 PM alison She is the thirstiest person

4:12 PM sonya SO THIRSTY

↓ Latest messages

August 15th, 2016

4:27 PM alison Have you heard from Dawn since posting the story?

6:07 PM sonya Ha ha-- you mean the recording of it last week? Thankfully not. 😊 But I have a feeling that this shit isn't over, as hard as I tried to land that plane peacefully. I will have to give you the full scoop!!

6:08 PM alison Yes please! The story is SO GOOD

6:09 PM sonya Yeah, Dawn just continues to fascinate me. FASCINATE ME. If that story is ever published, she is totally going to murder me!!

6:10 PM alison Whatever, we'll all ice her out if she tries to mess with you

What if you published a short story collection

Revolving entirely

around Dawn

6:12 PM sonya Dude-- I could write pages and pages more about Dawn. Or at least about this particular narcissistic dynamic, especially as it relates to race. The woman is a goldmine!!

6:13 PM alison She really is. I live in fear of falling on her side of the line of the "white woman engages with race" fence

It all comes off as so self-promoting

6:13 PM sonya That will never ever happen to you, because you are actually self-aware!!!

6:15 PM alison I hope that is true but I will remain on my guard.

1:58 PM alison WHO IS PUBLISHING THE KIDNEY PIECE???

June 16th, 2017

1:58 PM sonya Did I not tell you this????

American Short Fiction!

1:58 PM alison WHAT!!!!!!!

1:58 PM sonya They just took it 2 weeks ago, and want to publish it ASAP

Damn it, sorry, I thought I told you!!

1:59 PM alison That is so fucking awesome!!!!!!!

1:59 PM sonya Thank you!! I am so excited!!! And also scared

2:00 PM alison That is a good combination of feelings

2:00 PM sonya Is it???? UGH

2:04 PM alison I mean, it's a terrible combination to feel, but I think it's a sign that you're doing something right

2:09 PM sonya Ugh...I HOPE SO. Whatever. If she tries to come after me, I will FIGHT BACK!!

2:17 PM alison I will join you!!

2:17 PM Wait. Do you think it will come out before Tin House.

2:17 PM sonya Oh my god. Good question. When is Tin House again??

2:18 PM alison July 9th-16th

2:18 PM sonya What's good is that she recently de-friended me on Facebook, so that helps

I can't get an ETA from the magazine, but there's a good chance that yeah, it will be out...HOLY SHIT

2:18 PM alison I SO FUCKING HOPE IT IS

2:18 PM sonya I wonder if she'll know/say anything

HA HA HA-- GOD BLESS YOU

2:19 PM alison I'm glad she's not your FB friend anymore. Although I also kind of think you should post it to Grub Writers of Color.

Because the great thing about that

Is that if Dawn came after you, they would draaaaaag her

2:19 PM sonya Hmmm. That is actually a really good idea.

Truly!!

↓ Latest messages

To: Whitney Scharer

**Good!**

**Do you know what letter Dawn is referring to?**

> In a panic I researched all the big plagiarism scandals this afternoon, and they're literally all from nonfiction books

> Yes— it was a letter she wrote to her own kidney recipient and posted on FB

**Oh totally—did you see the Jill Bialosky one? Not so good. Literally lifting paragraphs from wikipedia!**

> No, don't know that one! Looking up now, obsessively

**Tap to Load Preview**
nytimes.com

> I def. remember writing down certain phrases from that letter, because I thought it was so weird, and I wouldn't be surprised if I ended up using some, or phrases close to them. That's the shitty part. The problem is I don't know what they are— I don't have a copy of the letter, and I don't remember

**and you can't find the letter?**

> I feel like a COMPLETE idiot, but also super defensive, because Jesus, it's fiction, and people pull language from real life all the time!

> No, but I will look again!

**If you remember basically when it was from I could scour facebook**

> Oh my god— could you??

**Don't feel like an idiot. I think even if you use phrases from it you'd be ok**

> Were you in that FB group?