# EXHIBIT VV

| | Dawn Dorland Donor Letter | *The Kindest* Letter Excerpt (Audible/Brilliance Version) | Comparison |
|---|---|---|---|
| 1 | Dear **Recipient**, | Dear **Recipient**, | **[Introduction]** Author's introduction and where they reside. |
| 2 | | | |
| 3 | My name is Dawn Dorland. **I'm a 35-year-old white female,** | My name is Rose Rothario. **I'm a thirty-eight-year-old white female, and I live** in Greater Boston. | Authors are approximately same age, same sex, and same race. (Donor Letter, ll.3-4; *The Kindest* Letter, ln. 7). Same salutation used (Donor Letter, ln. 1; *The Kindest* Letter, ln.1) |
| 4 | **and I live** with my husband in LA. | | |
| 5 | | | |
| 6 | In 2009 **I read my first** article about **living kidney donation,** | In 2015 **I saw my first** documentary about **living kidney donation**, and from that point forward **I was constantly reminded** of the urgent need for kidneys **in our country.** Equipped with this new awareness, **I set forth on a journey to make a maximum impact on another's life with only minimal risk to myself.** | |
| 7 | **and in the years since, I have been constantly reminded**--whether triggered by my reading (I am a writer), or through the stories of people I know--of the **harrowing experience of dialysis and the dire need in our country for kidneys.** I believe that I knew, from the moment I first became aware of the possibility of donating one of my kidneys, that I would one day find a way to do this. | | **[Body]** First, the author discusses origin of the author's decision to donate a kidney. (Donor Letter, ll. 6-13; *The Kindest* Letter, ll. 6-10). |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | Next, the author describes their past difficult experiences which have contributed to who the author is now (Donor Letter, ll. 21-25; *The Kindest* letter, ll. 17-19). |
| 15 | **Once I had all the information, I was motivated to donate** at a time when, due to medical advances and the existence of the National Kidney Registry--especially the leaps they've made matching compatible strangers through **paired exchange**--I stood to **make an maximum impact in others' lives with only minimal risk to myself.** Personally, my **childhood was marked by trauma and abuse; I didn't have the opportunity to form secure attachments with my family of origin.** A positive outcome of my early life is empathy, that it opened a well of possibility between me and strangers. While perhaps many more people would be motivated to donate an organ to a friend or family member in need, to me, the suffering of strangers is just as real. | I'm grateful to the entire transplant team at MGH, who gave such attentive care from **my very first blood test** to the date of our **paired exchange**. My own **childhood was marked by trauma and abuse; I wasn't given an opportunity to form secure attachments with my family of origin.** But in adulthood that experience provided a strong sense of empathy. While others might desire to give to a family member or friend, to me the suffering of strangers is just as real. | |
| 16 | | | |
| 17 | | | |
| 18 | | | Third, the author discusses elements of the process of the donation, and the author's expressions of positivity to the recipient. (Donor Letter, ll. 30-42; *The Kindest* letter, ll. 25-31) |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | **[Conclusion]** The author states their desire to know more about the recipient, but with the understanding that the recipient may not want to know the author. (Donor Letter, ll. 44-47, *The Kindest* letter, ll. 33-35) |
| 27 | | | |
| 28 | | A few things about me: I like sailing, camping, jewelry, and cats. | |
| 29 | | | |
| 30 | **I can't tell you how happy I am that my donation eventually**--two organs and four surgeries later--resulted in your receiving [REDACTED] kidney. **Throughout my preparation for becoming a donor,** which spanned precisely eight months from **my first testing** to the date of our surgeries, I was most excited about the recipient who would come off of the deceased donor list and end our chain. **I focused a majority of my mental energy** on **imagining and celebrating** you. | **As I prepared to make this gift,** what sustained me was the knowledge that my recipient would be getting a second chance at life. **I channeled my energies into imagining and celebrating** YOU. | Similarities: |
| 31 | | | • Both letters share similar compositions |
| 32 | | | • Review of media source where subject matter is kidney donation (i.e., an article (Donor Letter, ln. 6) vs. documentary (*The Kindest* letter, ln. 9) |
| 33 | | **My gift,** you must know, **trails no strings. You deserve all that life has to offer, simply because you exist.** | |
| 34 | | | |
| 35 | | | |
| 36 | | | • Recognition of need (Donor Letter, ln. 11; *The Kindest* Letter, ll. 11-12) |
| 37 | | | |
| 38 | | | • Motivation to donate following "collecting information" (Donor Letter ll. 16-17) or "new awareness" (*The Kindest* letter, ll. 12-14). |
| 39 | | That said, **I would love to know more about you. Perhaps we could meet. But I accept any level of involvement, even if it is none.** | |
| 40 | **My gift,** which begat [REDACTED], **trails no strings. You are deserving of an extended and healthy life simply for being here.** | | • Use of the specific donation process of "paired exchange," which is incorrectly used in *The Kindest* |
| 41 | | | |
| 42 | | Warmly, | |
| 43 | | Rose M. Rothario | • Hardships in the author's personal past (Donor Letter, ll.21-22; *The Kindest* letter, ln. 17-19) |
| 44 | Please know that my husband and **I would love to know more about you, and perhaps even meet** you one day. **But I accept any level of involvement** or response from you, **even if it is none**. | | |
| 45 | | | |
| 46 | | | • Author's own positive emotional response to donation of kidney (Donor Letter, ll. 30-42; *The Kindest* letter, ll. 25-31) |
| 47 | | | |
| 48 | | | |
| 49 | Thank you for reading this letter, and be well. | | • Offer and expressed desire to meet (Donor Letter, ll. 44-47; *The Kindest* letter, ll.33-35) |
| 50 | | | |
| 51 | **Kindly**, | | • Single-word sign-off (Donor Letter, ln. 51; *The Kindest* letter, ln. 40) |
| 52 | Dawn | | |

Note: Text in **bold** indicates similar or identical terms, expressions, and/or phrasing.