# EXHIBIT WW

| # | Dawn Dorland Donor Letter | *The Kindest* Letter Excerpt (ASF Version) | Comparison |
|---|---|---|---|
| 1 | Dear **Recipient**, | Dear **Recipient**, | **[Introduction]** Author's introduction and where they reside. |
| 2 | | | |
| 3 | My name is Dawn Dorland. **I'm a 35-year-old white female,** | My name is Rose Rothario. **I'm a thirty-eight-year-old white female, and I live** in Greater Boston. | Authors are approximately same age, same sex, and same race. (Donor Letter, ll.3-4; *The Kindest* Letter, ln. 7). Same salutation used (Donor Letter, ln. 1; *The Kindest* Letter, ln.1) |
| 4 | **and I live** with my husband in LA. | | |
| 5 | | | |
| 6 | In 2009 I read my first article about **living kidney donation**, | In 2017 I saw a documentary about **altruistic kidney donation**, and as the credits rolled I **felt wholly dismayed by the daily experiences of those in need**. Equipped with this new awareness, I set forth on a journey to offer a great gift, to do my part in bettering a fellow human's life. | **[Body]** First, the author discusses origin of the author's decision to donate a kidney. (Donor Letter, ll. 6-13; *The Kindest* Letter, ll. 6-10). |
| 7 | and in the years since, I have been constantly reminded-- | | |
| 8 | whether triggered by my reading (I am a writer), or through | | |
| 9 | the stories of people I know--of the **harrowing experience** | | |
| 10 | **of dialysis and the dire need** in our country for kidneys. I | | |
| 11 | believe that I knew, from the moment I first became aware of | | Next, the author describes their past difficult experiences which have contributed to who the author is now (Donor Letter, ll. 21-25; *The Kindest* letter, ll. 17-19). |
| 12 | the possibility of donating one of my kidneys, that I would | | |
| 13 | one day find a way to do this. | | |
| 14 | | I'm so grateful to the MGH transplant team, who held my hand from **my very first blood test** to the date of our **paired exchange**. I myself know something of suffering, but from those experiences I've acquired both courage and perseverance. I've also learned to appreciate the hardship that others are going through, no matter how foreign. Whatever you've endured, remember that you are never alone. | |
| 15 | Once I had all the information, I was motivated to donate at a | | |
| 16 | time when, due to medical advances and the existence of | | |
| 17 | the National Kidney Registry--especially the leaps they've | | |
| 18 | made matching compatible strangers through **paired** | | Third, the author discusses elements of the process of the donation, and the author's expressions of positivity to the recipient. (Donor Letter, ll. 30-42; *The Kindest* letter, ll. 25-31) |
| 19 | **exchange**--I stood to make an maximum impact in others' | | |
| 20 | lives with only minimal risk to myself. Personally, my | | |
| 21 | childhood was marked by trauma and abuse; I didn't have | | |
| 22 | the opportunity to form secure attachments with my family of | A few things about me: I like sailing, camping, jewelry, and cats. | |
| 23 | origin. A positive outcome of my early life is empathy, that it | | |
| 24 | opened a well of possibility between me and strangers. | | |
| 25 | While perhaps many more people would be motivated to | | **[Conclusion]** The author states their desire to know more about the recipient, but with the understanding that the recipient may not want to know the author. (Donor Letter, ll. 44-47, *The Kindest* letter, ll. 33-35) |
| 26 | donate an organ to a friend or family member in need, to me, | **As I prepared to make this donation, I drew strength from knowing** that my recipient would get a second chance at life. I withstood the pain **by imagining and rejoicing in YOU.** | |
| 27 | the suffering of strangers is just as real. | | |
| 28 | | | |
| 29 | I can't tell you how happy I am that my donation eventually-- | | Similarities: |
| 30 | two organs and four surgeries later--resulted in your | Now I smile at the thought that you are enjoying renewed health. **You deserve all that life has to offer, simply because you exist.** | • Both letters share similar compositions |
| 31 | receiving [REDACTED] kidney. **Throughout my** | | • Review of media source where subject matter is kidney donation (i.e., an article (Donor Letter, ln. 6) vs. documentary (*The Kindest* letter, ln. 9) |
| 32 | **preparation for becoming a donor**, which spanned | | |
| 33 | precisely eight months from **my first testing** to the date of | | |
| 34 | our surgeries, I was most excited about the recipient who | If you are willing, **I would love to know more about you.** Perhaps we could meet. But if you prefer not to, **I accept** that reaction as well. | • Recognition of need (Donor Letter, ln. 11; *The Kindest* Letter, ll. 11-12) |
| 35 | would come off of the deceased donor list and end our | | |
| 36 | chain. **I focused a majority of my mental energy** on | | • Motivation to donate following "collecting information" (Donor Letter ll. 16-17) or "new awareness" (*The Kindest* letter, ll. 12-14). |
| 37 | imagining and celebrating you. | | |
| 38 | | Warmly,  Rose M. Rothario | • Use of the specific donation process of "paired exchange," which is incorrectly used in *The Kindest* |
| 39 | My gift, which begat [REDACTED], trails no strings. **You are** | | |
| 40 | **deserving of an extended and healthy life simply for** | | |
| 41 | **being here.** | | • Hardships in the author's personal past (Donor Letter, ll.21-22; *The Kindest* letter, ln. 17-19) |
| 42 | | | |
| 43 | Please know that my husband and I would love to **know** | | |
| 44 | **more about you, and perhaps even meet** you one day. But | | • Author's own positive emotional response to donation of kidney (Donor Letter, ll. 30-42; *The Kindest* letter, ll. 25-31) |
| 45 | **I accept** any level of involvement or response from you, | | |
| 46 | **even if it is none**. | | |
| 47 | | | • Offer and expressed desire to meet (Donor Letter, ll. 44-47; *The Kindest* letter, ll.33-35) |
| 48 | Thank you for reading this letter, and be well. | | |
| 49 | | | • Single-word sign-off (Donor Letter, ln. 51; *The Kindest* letter, ln. 40) |
| 50 | **Kindly**, | | |
| 51 | Dawn | | |
| 52 | | | |

Note: Text in **bold** indicates similar or identical terms, expressions, and/or phrasing.