# EXHIBIT XX

| # | Dawn Dorland Donor Letter | *The Kindest* Letter Excerpt (Registered Version) | Comparison |
|---|---|---|---|
| 1 | Dear Recipient, | Dear Friend, | **[Introduction]** Author's introduction and where they reside. |
| 2 | | | |
| 3 | My name is Dawn Dorland. I'm a 35-year-old white female, | By now you are likely wondering just who this person-- your kidney donor-- could possibly be. Today I reach out to share a warm hello. It is me. | Authors are approximately same age, same sex, and same race. (Donor Letter, ll.3-4; *The Kindest* Letter, ln. 7). |
| 4 | and I live with my husband in LA. | | |
| 5 | | | |
| 6 | In 2009 I read my first article about living kidney donation, | | **[Body]** First, the author discusses origin of the author's decision to donate a kidney. (Donor Letter, ll. 6-13; *The Kindest* Letter, ll. 7-14). |
| 7 | and in the years since, I have been constantly reminded-- | I'm a thirty-eight-year-old white female, and I live in Newton, Massachusetts (born and raised). Last year, while lost in a difficult period, I saw a documentary about altruistic kidney donation. As the credits rolled, I felt shocked by the daily hardship of so many people in need. Equipped with this new awareness, I set forth on a journey to offer a great gift, to do my part in bettering a fellow human's life. | |
| 8 | whether triggered by my reading (I am a writer), or through | | |
| 9 | the stories of people I know--of the harrowing experience of | | |
| 10 | dialysis and the dire need in our country for kidneys. I | | Next, the author describes their past difficult experiences which have contributed to who the author is now (Donor Letter, ll. 21-25; *The Kindest* letter, ll. 17-19). |
| 11 | believe that I knew, from the moment I first became aware of | | |
| 12 | the possibility of donating one of my kidneys, that I would | | |
| 13 | one day find a way to do this. | | |
| 14 | | | |
| 15 | Once I had all the information, I was motivated to donate at a | | |
| 16 | time when, due to medical advances and the existence of | I'm grateful to the MGH transplant team, who held my hand from my very first blood test. I myself know something of suffering, but from those experiences I've learned courage and perseverance. Whatever you've endured, remember that you are never alone. | Third, the author discusses elements of the process of the donation, and the author's expressions of positivity to the recipient. (Donor Letter, ll. 30-42; *The Kindest* letter, ll. 25-31) |
| 17 | the National Kidney Registry--especially the leaps they've | | |
| 18 | made matching compatible strangers through paired | | |
| 19 | exchange--I stood to make an maximum impact in others' | | |
| 20 | lives with only minimal risk to myself. Personally, my | | |
| 21 | childhood was marked by trauma and abuse; I didn't have | | |
| 22 | the opportunity to form secure attachments with my family of | A few things about me: I like sailing, camping, jewelry, and cats. | **[Conclusion]** The author states their desire to know more about the recipient, but with the understanding that the recipient may not want to know the author. (Donor Letter, ll. 44-47, *The Kindest* letter, ll. 33-35) |
| 23 | origin. A positive outcome of my early life is empathy, that it | | |
| 24 | opened a well of possibility between me and strangers. | | |
| 25 | While perhaps many more people would be motivated to | My journey to you has entailed immense time, money, and yes-- pain. But throughout it all I found a profound sense of purpose, knowing that your life depended on my gift. | |
| 26 | donate an organ to a friend or family member in need, to me, | | |
| 27 | the suffering of strangers is just as real. | | Finally, the closing sign-off is identical (i.e., "Kindly") (Donor Letter, ln. 51; *The Kindest* letter ln. 40) |
| 28 | | | |
| 29 | I can't tell you how happy I am that my donation eventually-- | Now I smile at the thought that you are enjoying renewed health. I hope-- with all my heart—that you feel emboldened with a new sense of hope. | Similarities: |
| 30 | two organs and four surgeries later--resulted in your | | • Both letters share similar compositions |
| 31 | receiving [REDACTED] kidney. Throughout my preparation | | • Review of media source where subject matter is kidney donation (i.e., an article (Donor Letter, ln. 6) vs. documentary (*The Kindest* letter, ln. 9) |
| 32 | for becoming a donor, which spanned precisely eight months | | |
| 33 | from my first testing to the date of our surgeries, I was most | | |
| 34 | excited about the recipient who would come off of the | Naturally, I am curious about your healing, and perspective on our shared experience. Perhaps we could meet. If you'd rather not, that's fine, but I'll leave my number here regardless. Consider it token of my affection-- a lifeline, should you ever need reminding that you are loved. | |
| 35 | deceased donor list and end our chain. I focused a majority | | • Recognition of need (Donor Letter, ln. 11; *The Kindest* Letter, ll. 11-12) |
| 36 | of my mental energy on imagining and celebrating *you*. | | • Motivation to donate following "collecting information" (Donor Letter ll. 16-17) or "new awareness" (*The Kindest* letter, ll. 12-14). |
| 37 | | | |
| 38 | My gift, which begat [REDACTED], trails no strings. You are | | |
| 39 | deserving of an extended and healthy life simply for being | | • Hardships in the author's personal past (Donor Letter, ll.21-22; *The Kindest* letter, ln. 17-19) |
| 40 | here. | | |
| 41 | | Kindly, | |
| 42 | Please know that my husband and I would love to know | Rose M. Rothario | • Author's own positive emotional response to donation of kidney (Donor Letter, ll. 30-42; *The Kindest* letter, ll. 25-31) |
| 43 | more about you, and perhaps even meet you one day. But I | | |
| 44 | accept any level of involvement or response from you, even | | |
| 45 | if it is none. | | |
| 46 | | | • Offer and expressed desire to meet (Donor Letter, ll. 44-47; *The Kindest* letter, ll.33-35) |
| 47 | Thank you for reading this letter, and be well. | | |
| 48 | | | |
| 49 | Kindly, | | • "Kindly," sign-off (Donor Letter, ln. 51; *The Kindest* letter, ln. 40) |
| 50 | Dawn | | |
| 51 | | | |
| 52 | | | |