

# AMERICAN SHORT FICTION

VOLUME 20  ISSUE 65  SUMMER 2017  •  $12

EMERGING WRITERS ISSUE

New Writing by

AMANDA EMIL ANDERSON
EMMA COPLEY EISENBERG
AKIL KUMARASAMY
SONYA LARSON
AMELIA MAGGIO
WALTER B. THOMPSON

# American Short Fiction

1991–1998 · 2006–2017
VOLUME 20, ISSUE 65, SUMMER 2017

*americanshortfiction.org*

**EDITORS** Rebecca Markovits, Adeena Reitberger
**MANAGING EDITOR** Nate Brown
**CONTRIBUTING EDITORS** Jennifer duBois, Melinda Moustakis, Stacey Swann, Giuseppe Taurino
**WEB EDITOR** Erin McReynolds
**DIGITAL EDITOR** Andrew Bales
**EDITORIAL FELLOW** Charles Ramsay McCrory
**ASSISTANT EDITORS** Philip Baker, Emily Chammah, Maurice Chammah, Stephanie Frazee, Ricardo Gilb, Anabel Graff, Heather Hasselle, Rachel Howell, Jacob Krell, Alexander Lumans, Jaime Netzer, Adam Soto, Aaron Teel
**COPY EDITOR** Raeanne Martinez
**INTERN** Uriel Perez
**DESIGN** MiniSuper Studio
**WEB DEVELOPMENT** Aaron Dixon, Adam Lefton, Landon Sandy
**MARKETING CONSULTANT** Amanda Faraone
**EVENT COORDINATORS** Beth Bond, Jacqueline Galvan
**ART ADVISOR** Katy Chrisler
**ADVISORY BOARD** Stuart Dybek, Owen Egerton, Jaimy Gordon, Bret Anthony Johnston, Don Lee, Steph Opitz, ZZ Packer, Wells Tower, Deb Olin Unferth

---

**AMERICAN SHORT FICTION** was founded in 1991 and is based in Austin, Texas.

**MANUSCRIPTS AND EDITORIAL CORRESPONDENCE**
The editors invite fiction submissions of all lengths including short stories, novellas, and novel excerpts. View complete submission guidelines and submit your stories online at *americanshortfiction.org*. No paper submissions, please.

**DISTRIBUTION**
Ubiquity Distributors, 607 Degraw St., Brooklyn, New York 11217; 718-875-5491, *ubiquitymags.com*. Ingram Periodicals Inc., 18 Ingram Blvd., La Vergne, Tennessee 37086; 800-627-MAGS, *ingramperiodicals.com*.

**SUBSCRIPTIONS**
Individuals/$30.00; Institutions/$40.00 for one year (3 issues) of *American Short Fiction*. International subscribers add $12.00. U.S. subscriptions may be ordered securely online with a credit card at americanshortfiction.org. Mail checks to *American Short Fiction*, P.O. Box 4152, Austin, Texas 78765.

**ADVERTISING**
For advertising inquiries, please send a message to the editors at *editors@americanshortfiction.org*.

**AMERICAN SHORT FICTION** (ISSN 1051-4813) is published triannually by American Short Fiction, Inc.

**MAKE A CONTRIBUTION** to *American Short Fiction*, a 501(c)(3) certified non-profit, today! More information about giving to the magazine can be found on our website at *americanshortfiction.org/give*. Donation checks may also be mailed to: American Short Fiction, Inc., P.O. Box 4152, Austin, Texas 78765.

*American Short Fiction* gratefully acknowledges the support from our donors and friends:

Millicent Bennett
Michael and Tina Barrett
Sarah Bilston and Daniel Markovits
Scott Blackwood
Heather Bliven
Alice Byers
Timothy Denevi
Lawrence and Leah Friedman
Rachel Parker Gwin
Lynn Jonason
Inga and Dick Markovits
Stefanie Markovits and Benjamin Polak
Jenna Martin and Tal Tversky
Susan Mase
Jeff Mellgren
Martha and Fred Mendelsohn
Judith Mitchell
Manuel Muñoz
Shannon Perri
Aimée Brown Price and Monroe Price
Scott Rachesky
Michele and Isaac Reitberger
John Robertson
Carol Russoff
Patricia Schulte and Thomas Yamin
Claiborne Smith
The Tiger Baron Foundation
Sonia Wilder
Thomas Wiseman
The Writing Barn

This issue is dedicated to the memory of John Robertson, a great supporter of this magazine and champion of emerging artists.