# Exhibit 2



> 10:50
>
> facebook.com
>
> ← DDP LKD (Dawn's Living Kidney Do...
>
> **Dawn Dorland** updated the description of the group **DDP LKD (Dawn's Living Kidney Donation)**.
> July 1, 2015 at 9:46 AM
>
> Dear Friend, You've been invited to this private/closed group because I have disclosed my living kidney donation to you, or because I regard you as someone who will be supportive. If I have misjudged your level of comfort or squeamishness, or if you simply do not wish to receive updates via this platform, please feel free to decline the invitation, or to leave the group at any time. You can always contact me at dawndorland@gmail.com
>
> Otherwise, welcome! Please post any questions or encouragement that you have. I will share information here between now and my surgery date (UCLA, Summer 2015). Outside of this group, please exercise discretion. For the privacy of my recipient, whom I do not know myself, I will most likely not be making any public statements about my kidney donation until after the surgery. At that time, however, I will speak widely. Potential public health benefits of my own living kidney donation could be, at least, to encourage those experiencing renal failure to ask friends and family to consider donating an organ (some studies show that as many as half of people in need ask no one); and at best, I hope that my own gesture might encourage other healthy individuals to consider this gift.
>
> 👍 Like      💬 Comment
>
> 👤 Alison Ryan and 4 others
>
> Seen by 1
>
> Write a comment...



DORLAND00162