# Exhibit 5

**Dawn Dorland**
Admin · October 7, 2015

With all the Rose Bowl hubbub I actually have other great news that I need to keep private to the group: My recipient's wife ▮ has finally heard from the woman who received her (▮) kidney. Remember the "anonymous Portland recipient" who ended our chain? Anonymous no more! All due to a clerical lag.

Here's the scoop: The woman who came off of the deceased donor list in OR to receive a living kidney from my recipient's wife is 31 - engaged, and has a kid - and her k... See More

19                                9 Comments  Seen by 25

Like                                Comment

View 7 more comments

David Bruce Moulton Great chain of stories..
Like · Reply · 4y

Susan Bohrer You continue to share joy
Like · Reply · 4y

Write a comment...



**Dawn Dorland**
Admin · August 5, 2015

Hey, everyone! It's not too late to share my public kidney post -- please consider sharing it with a few short comments on your timelines today! (Omit any identifying info about my recipient.)

Chris & I got up to go to the hospital on a Wednesday 6 weeks ago today for me to have a kid(ney). Now the story is educating others about this need & possibility in our communities. You've all been such gracious support during this rewarding experience. Here's one last way to help. Thank you!

Zayn Kassam, Bob Davidson and 1 other          7 Comments  Seen by 17

Like                                Comment

View 5 more comments

Greg Harty Perfectly happy to windsurf your good karma hurricane, hope plenty of people see it.
Like · Reply · 4y

Bo Elizabeth Just seeing this now- hospital's got me imprisoned, but happy to share if you like!!
Like · Reply · 4y

Write a comment...