# Exhibit 6

From: Dawn Dorland <dawndorland@gmail.com>
To: editors@americanshortfiction.org

Dear Editors of _American _ Short Fiction: _Ms. Markovits, Ms. Reitberger, Mr. Brown, and Web Editor, Ms. McReynolds,

My name is Dawn Dorland, and I am a literary writer and editor based in
Los Angeles. As a fan of your journal and website, it pains me to be
writing you under these circumstances.

I'm reaching out to you at this particular moment, however, about a
distressing situation regarding the short story that appears on your
splash page as an online Notebook Feature, Sonya Larson's "The Kindest."

In short: I learned in 2016 that my friend Sonya Larson--to whom I had
disclosed my intentions in 2015 to donate my kidney to a stranger--had
written and prepared to publish a kidney story without telling me that
its genesis was my own living kidney donation (another friend tipped me
off after hearing Sonya perform "The Kindest" at a public reading). When
I approached Sonya about the story, right around the first anniversary
of my kidney donation, she was defensive of her actions but acknowledged
that the short story she was working on was indeed informed by my
gesture.

I didn't read the story when it came out a year later in your emerging
writers issue, though--it was too painful. I could see a clear
resemblance, even from the story's title, to the information I had
disclosed and shared intimately with Sonya ahead of donating my own
kidney. My friend had worked on the story, reading it publicly and
publishing audio in multiple places, without ever letting me know and
while maintaining our friendship, receiving further kidney-related
disclosures that in turn shaped the story. My friend later thanked
several writers publicly for helping her revise and place the story with
you at _ASF_ last year, without ever acknowledging me.

BBF00899

I did just read Sonya's story over the weekend, however, when I came
across it (quite by accident--I was looking for the work of Tommy
Orange). I am dismayed to confirm the similarities between Sonya's
fictional donor's motivations and my own, as well as the story's title,
plucked from an article I'd pointed Sonya to because it had very much
inspired and informed my own donation (Larissa MacFarquahar's "The
Kindest Cut," which ran in _The New Yorker;_ I think you'll recognize
the title).

BUT HERE'S THE PROBLEM: My friend's kidney story, "The Kindest,"
includes a letter from a donor to her recipient. I believe that the
letter in Sonya's story plagiarizes the letter that I wrote to the final
recipient in my short kidney chain, a letter to which Sonya had access
as a member of a private friends-and-family Facebook group where I
shared updates and information about my donation.

Another writer's appropriation of my personal kidney story, fictionally,
is one kind of debate; another writer's use of a text that I authored
is, to my mind, however, a serious issue. _I will forward you my own
kidney letter as a separate email attachment for your comparison._

If you agree that the letter in Sonya's story bears a problematic
resemblance to the one that I composed and shared with her privately,
remedies that I would find acceptable range from _ASF's_ pulling the
story to the author making an acknowledgment of my text. I would also,
or in addition, consider writing an article for _ASF_ raising ethical
issues germane to all writers: How do we balance careerist impulses with
our stated artistic ideals (empathy among them)? And for those in the
"you shared it, so I stole it" school, does being writers give us
permission to violate the bonds of intimacy, to fail one another as
friends?

Thank you for your consideration. I can be reached anytime today or this

BBF00900

week by email and/or by phone. I am in the process of securing legal
counsel.

857-234-2650 [1] (mobile)

Kindly,

Dawn Dorland, MTS, MFALos Angeles

_I check email once daily at noon._

Links:
------
[1] tel:857-234-2650

--
The Editors
American Short Fiction