# Exhibit 8

Select Language



Say "Yes" Today

# Writing to Transplant Recipients Donor Families

# Writing to Transplant Recipients & Donor Families

LifeLink facilitates communication between donor families and recipients, which can help grieving families heal and allow recipients the chance to express their gratitude for the lifesaving gift they received. After donor families and recipients have communicated through letters and both parties have expressed an interest in meeting LifeLink can help facilitate this initial gathering.

**Some guidelines to help you as you write your correspondence:**
- Please address your correspondence to the transplant recipient or donor family as Dear Donor Family, or Dear Transplant Recipient.
- Identify yourself by only your first name and, if a transplant recipient writing to your donor family, add the organ you received. For example, John, heart recipient. If you are a donor family member, please identify yourself as such, along with your relationship to the donor. For example, Mary, donor's mom.

Case 1:19-cv-10203-IT   Document 189-8   Filed 12/09/22   Page 3 of 15



# Writing to a Transplant Recipient

As a donor family member, you may wish to correspond with the recipients of your loved one's gifts. Here are some tips to facilitate that dialogue.

  

As a donor family member, you may wish to correspond with the recipients of your loved one's organs, corneas or tissues.

The decision to write to a recipient is personal and does not need to be made immediately. You may not be ready to write to the recipients. It may take months or even years until you feel able to write. There is no time limit for sending a letter.



GET INVOLVED    CALENDAR    REGISTER TO SAVE LIVES

ORGAN & TISSUE DONATION        PROFESSIONALS        PATIENTS        DON



*Phillip Malone hears his son's heart beat in the chest of heart transplant recipient, Todd Stickel.*

Anyone in your family may write, but we will always let the immediate next of kin know about the correspondence.

Gift of Life Family Support Services facilitates the delivery of correspondence between donor families and transplant recipients.

You may consider sending a hand-written letter or greeting card or if you prefer, you can complete the form at the bottom of this page to send an e-message.

## Tips for writing:

- It can be helpful for you to share a favorite memory of your loved one
- You can include your loved one's interests or hobbies
- You may want to write about how your decision to donate has impacted you and your family
- If you have difficulty writing a letter, you may feel more comfortable sending a card. A "thinking of you" card or a blank card could be a good place to start.
- Avoid details about medical information or cause of death



forwarding to the recipient. If we have questions about the content of your letter, we will contact you.

- Place your card or letter in an unsealed envelope
- On a separate piece of paper include your full name, your loved one's name and the date of donation
- There is no need to include postage for the letter intended for the recipient. Gift of Life will cover the cost of sending it on to them.
- Because your letter will be reviewed and then forwarded, allow extra time for it to reach the recipient

Mail to:

Gift of Life Donor Program

Attn: Family Support Services

401 N. 3rd St.

Philadelphia, PA 19123

## Writing to tissue recipients

When your loved one has donated tissue, the letter writing process is different than organ transplant communications.

Gift of Life works with our tissue and eye bank partners to forward letters from donor families. Tissue banks work hard to ensure as many recipients as possible receive these letters, but may be unable to



**GET INVOLVED**    **CALENDAR**                    REGISTER TO SAVE LIVES

ORGAN & TISSUE DONATION         PROFESSIONALS         PATIENTS         DON

We do know that recipients appreciate hearing from donor families. We understand how difficult it may be for you to write a letter, and we thank you for your thoughtfulness.

If you have questions or need assistance with writing to recipients, please contact Family Support Services at 800-366-6771.

## You can also send a message using this form:

### Write to the Transplant Recipient

*Indicates a required field

Your Name*

| First | Last |
|---|---|
|  |  |

Email*

Donor's Name*

| First | Last |
|---|---|
|  |  |

Contact Address



GET INVOLVED    CALENDAR                    REGISTER TO SAVE LIVES

ORGAN & TISSUE DONATION            PROFESSIONALS            PATIENTS            DON

ZIP Code

Contact Phone Number

Date of Donation*

Donation Hospital*

For which recipient is the letter intended? (Check as many as apply)

☐ Kidney

☐ Liver

☐ Heart

☐ Cornea

☐ Pancreas

☐ Lung

☐ Intestine

☐ Tissue



GET INVOLVED    CALENDAR            REGISTER TO SAVE LIVES

ORGAN & TISSUE DONATION           PROFESSIONALS           PATIENTS           DON

○ United States Mail

Your Message*

Photo Upload

Drop files here or [ Select files ]
If you wish to include a photograph, please upload the file here.
You may upload up to 5 files.

CAPTCHA

☐ I'm not a robot        reCAPTCHA
                         Privacy - Terms

SEND

Phone: (630) 758-2600 (callto:6307582600)   Email: info@giftofhope.org (mailto:info@giftofhope.org)
Careers (https://www.giftofhope.org/careers/) | Espanol (https://www.giftofhope.org/espanol/) |
Blog (https://www.giftofhope.org/blog/) | News (https://www.giftofhope.org/news/)



(https://www.giftofhope.org/)

Become an Organ, Tissue & Eye Donor Today

Join the Registry

Menu

CORRESPONDENCE

- Donor Family Services (/donor-family-services/)

- **Donor Family/Recipient Correspondence** (/donor-family-services/correspondence)

- **Memory Making Workshops**

- **Donor Family Feedback** (/donor-family-services/feedback)

- **Declined to Donate Survey** (/donor-family-services/declined-to-donate-survey)

- **Links & Resources** (/donor-family-services/links)

- **Contact Us** (/donor-family-services/contacts)

› **News & Announcements** (/donor-family-services/news)

Making an Initial Connection

**STEP 1:**

Learn how the connection process works and review guidelines about how to write yo‹

‹

## Organ Donor Families
### What to Include in your correspondence

…l comfortable sharing about your loved one and other family members. …
 hobbies, interests, or perhaps special things your loved one liked.

…ır first names and the name of your loved one and other family members

…ısideration as to whether you would like to disclose your identifying info…
 …umber or email address.

…rite about how their being an organ donor has impacted you, your family

**STEP 2:**

Decide if you would like to send a handwritten letter, or send a typed letter.

**STEP 3:**

# SAMPLE LETTER





Dear Recipient,

My name is Mary and my son John was an organ, eye and tissue donor. My family and I live in Flo

John was 23 years old when he died and had just finished college. He has two younger sisters, Su

John loved scuba diving and playing baseball. Although he was only 23 when he died, he had the friends as he was growing up. Our house was often where kids would get together.

One of my favorite things about John was

John was always willing to help others, so we knew that organ and tissue donation was a right thin

We miss John very much, but are comforted by the fact that he lives on through you and others.

I hope you are doing well and on the way to a full recovery.

We would like to hear from you if you feel comfortable doing so. If possible, we would also like to

Sincerely,

---

**Step 4:**

**EMAIL**: Send your typed letter to Gift of Hope via email at DonorFamilies@giftofhope.org. Please i of your loved one's death

**HANDWRITTEN**: Send your handwritten letter to Gift of Hope, address below. Include a **separate** your full name and the name of your loved one, including the date of his or her death.
Gift of Hope Organ & Tissue Donor Network
Attn: Donor Family Services
425 Spring Lake Dr.
Itasca, IL 60143.

---

 NEED HELP? CLICK HERE TO SEND US AN EMAIL (MAILTO:DONORFAMILIES@GIFTOFH

CONTACT US

ADDRESS

Phone: (630) 758-2600 (tel:6307582600)
Fax: (630) 758-2601 (fax:6307582601)
Email: info@giftofhope.org (mailto:info@giftofhope.org)

**HEADQUARTERS**
425 Spring Lake Drive, Itasca, IL 60143

**CHICAGO OFFICE**
7936 S. Cottage Grove Ave. Chicago, IL 60619

**SPRINGFIELD OFFICE**
2401 Memphis Drive, Springfield, IL 62702

© Copyright 2016 - 2021 | Gift of Hope | All Rights Reserved | Tax ID: 36-3516431



## A Letter From Donor To Recipient

Hello, I am your kidney donor. I received your letter and am very happy to learn all is well for you and your family. My wife, children, parents and siblings are so very important to me and I very much wanted my kidney to go to a person with a loving family and obviously that wish was granted. I want to share several of my thoughts with you: why I started thinking about kidney donation, my decision making process, and some of the reasons for my donation.

In December, 2010 I watched a television program which detailed the horrific effects of renal disease and dialysis and then proceeded to describe the kidney donation process. Until seeing that program I was sadly ignorant regarding the situation and struggles inherent to those suffering kidney failure. I did not know the important basics regarding kidney function, failure, treatment, resolution options, and the physical, mental and emotional toll on patients and their families. This started my research into the disease and whether I could do something/anything to help. I researched through the internet, with special attention to credible National Kidney and Organ Donation organizations, the Mayo Clinic, plus several other renowned Health Providers recognized as leaders in kidney function and research. As my knowledge increased my desire to help increased in depth and intensity. I had many lengthy discussions with my wife, 5 children, siblings, spiritual counselors and several respected medical/kidney specialists. I searched and sought out non-directed donors, people who had given a kidney to an unknown recipient, and talked with them about their experience, feelings and reflections. I also talked with people with renal issues including a person who had successfully received a non-directed donated kidney. At this point I was leaning toward but not yet totally committed to donating a kidney.

Based on this knowledge and thought evolution my next step was to think about the philosophical and practical reasons and effects of kidney donation. As time passed my list of "whys" grew in quality and quantity whilst the "why not's" became less significant, the reasons to donate far outweighed the few potential risks. I will offer you a small sample of my rationale:

- It is an "accident of good fortune", not due to any effort or activity on my part, that I have been blessed with two good kidneys. Likewise,

many with renal issues suffer not due to any fault of their own. My good fortune should be shared.

- Humans are social beings. As such we have social responsibilities to other humans. A prime responsibility is to assist in the healthy survival of our brothers and sisters.
- The test of words and ideas is if they are backed by actions. I have tried to live by several basic values one of which is service to others. Donation of a kidney is an action I felt demonstrated this core value.
- I find it impossible to imagine the physical, mental and emotional anguish attendant to renal disease and dialysis. The opportunity to relieve a fellow human being of such a horrible burden is a true gift for me to have the ability to deliver.
- I find a great sense of personal satisfaction in bringing joy to my loved ones. I know that my recipient will bring joy to his loved ones and I will intuitively feel a small part of the satisfaction that occurs.
- I learned that a kidney transplanted from a living donor will on average function 4 times longer than a kidney transplanted from a deceased donor.
- Every day there are innumerable incidents of people performing actions, many at great risk to their own well-being, benefiting unknown others. I am not a military person protecting freedom, nor a fireman protecting life and property, nor one of innumerable other individuals dedicating their lives to serve/help others so I wanted to do what I could by donating my kidney.
- Finally, and perhaps most important, I searched for the ousia of the human spirit, the essence of who we are, the values we, as human beings, have in common, that which sets us apart from all else, and I believe it is love. The most dire existence I can imagine is one without love and, conversely, the more love the better the existence. Recalling the last lyric of the last Beatles album: "In the end the love you take is equal to the love you make." I feel the basic foundation of love is selflessness and sharing with others.

As written above I had many discussions with people I love, respect and trust; as we went through the thinking and further developed these concepts the idea of kidney donation seriously became part of my "Bucket List" (after my surgery I thanked the surgeon for helping me tick this off my list!). Donation just made total sense to me so I made the "Go" decision. I went to the Mayo Clinic in January, 2012, 13 months after watching that thought-initiating television show, for 3+ days of intense physical and psychological testing and about a week later the Transplant Committee voted to allow me to donate.
My subsequent discussions with the Mayo Transplant team lead to a single criteria for the transplant: find the recipient whom best matches

my kidney and maximizes the chances of a successful donation. I was informed in May, 2012 an excellent match recipient was found and we proceeded to schedule surgery for June 19 pending follow-up kidney function testing. After the surgery, leaving the recovery area and re-locating to my hospital room at Mayo the Transplant team visited to give me the best possible news: the transplant was successful, the transplanted kidney was fully functional and the recipient was feeling great and in good spirits! It was the report I so much wanted to hear.

As I read your kind letter to me it was very meaningful that you have a loving support group of family and friends and are "living life to its' fullest every single day". Bringing joy and happiness to others, especially those in need, is a core value it seems we mutually share.

This has turned out to be a bit lengthy, as I write it is hard to stop. I trust and pray you are well and will be healthy for many, many years to come.

Health and Love,

Your Donor

Categories: **Updates**

   **in**

## Add Comment

Your email address will not be published. Required fields are marked *

Comment

Name *          Email *