# Exhibit 10

From: **Graham Ambrose** graham.ambrose@globe.com
Subject: Re: Brilliance transcript
Date: August 15, 2018 at 6:05 AM
To: Dawn Dorland dawndorland@gmail.com

Hi Dawn,

So I ran your request by an editor, and they told me unfortunately that I have to decline. They explained to me that it is the newspaper's policy to avoid sharing any notes or other source material we gather for stories.

I am sorry about that, but I hope you can understand.

Thanks, Dawn—
Graham

> On Aug 14, 2018, at 9:26 PM, Dawn Dorland <dawndorland@gmail.com> wrote:
>
> Dear Graham,
>
> Thanks again for all of your reporting during this distressing personal/professional incident. You've done a great job.
>
> I have a favor to ask. I was wondering if you would be able to provide me the transcript that you and the Globe made of the Brilliance audio version of "The Kindest" (even just the portion containing the fictional letter). I would like it for my records.
>
> Kindly,
> Dawn

DORLAND00024