UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SONYA LARSON<br><br>　　　　　　Plaintiff,<br>v.<br><br>DAWN DORLAND PERRY, et al.<br><br>　　　　　　Defendants. | Civil Action<br><br>No. 1:19-cv-10203-IT |

**ADDENDUM TO MOTION/MEMORANDUM FILED ON DECEMBER 9, 2022, BY PLAINTIFF-THIRD PARTY DEFENDANT, SONYA LARSON ("LARSON") IN CONNECTION WITH HER MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DAWN DORLAND PERRY, DEFENDANT-PLAINTIFF IN COUNTERCLAIM ("DORLAND")**

　　　　Larson hereby submits this Addendum to her Motion and Memorandum filed as Document Number 189, on December 9, 2022. Larson intended to include thirty-nine (39) Exhibits and Six (6) Addenda in support of her Motion and Memorandum. However, because of an unspecified error in the CM/ECF filing, the entry was rejected.

　　　　Larson subsequently filed her Motion and Memorandum along with Exhibits 1 through 10. With this filing, Larson will attempt to file her additional Exhibits and Addenda in smaller batches as an Addendum.

December 9, 2022

          Respectfully submitted,
          Plaintiff, Third-Party Defendant,
          Sonya Larson,

          By her attorneys,
          */s/ Andrew D. Epstein*

          Andrew D. Epstein, BBO No.155140
          photolaw@aol.com
          Barker, Epstein, & Loscocco
          176 Federal Street
          Boston, MA 02110
          (617) 272-5700

## Certificate of Service

      I certify that Plaintiff-Third Party Defendant, Sonya Larson's Motion for Partial Summary Judgment and Memorandum in support thereof were filed through the court's ECF system and a copy was sent electronically on the day it was filed to all counsel of record.

          */s/ Andrew D. Epstein*
          _____
December 9, 2022          Andrew D. Epstein