# Exhibit 13

2-183

```
 1   a year ago.
         MR. EPSTEIN: Okay.
 2    Q. When it was filed over a year ago, how did
 3   you believe that Ms. Larson profited from The
 4   Kindest and its selection by the BBF as the
 5   featured short story in 2018?
 6    A. This relates to my earlier testimony
 7   about profit. I'm not using the term "profit." I,
 8   as I speak in my testimony for the deposition
 9   today, I'm not using profit as a legal term of art
10   because I'm not a lawyer. But when I consider
11   the value that any publication, especially an
12   auspicious one for an honor like
13   One City One Story bestows upon its author. What
14   I mean by "profit," is that value derived by that
15   author enjoying that platform. And as you've said
16   yourself, allegedly winning this contest, right, so
17   that's what I'm referring to, that kind of value, the
18   value of having been selected, the value of getting
19   this platform. I would call it the type of profit in a
20   layperson's sense.
21    Q. So we had you limit your answer to April
22   24, 2020. How would you -- how do you believe
23   that Ms. Larson profited from The Kindest
24
```

2-185

```
 1        MS. ELOVECKY: I'm restating my other
     objection to the question, which is objection,
 2   you can answer to the extent that you're able
 3   only inasmuch as you understand the terms
 4   embedded in the question.
 5    A. My answer is: "Yes."
 6    Q. In what way has Ms. Larson profited as we sit
 7   here today, September 22, 2021?
 8    A. Well, it's difficult for me to answer entirely
 9   because of the volume of documents received
10   in discovery. And it has been difficult for me to
11   spend time with every bit of the massive
12   production. And it also has been very painful
13   and upsetting because a lot of the
14   correspondence is cruel and personal attacks
15   against me.
16        But when I say "yes," one thing I'm
17   referring to that I know now that I did not know at
18   the time of our counterclaim filing is that Sonya's
19   platform for that story entitled her to blind, as I
20   see it, blind unprinciple support from people in our
     writing community. And because I didn't have
21   such a platform, and I wasn't perceived to have
22   such connections, many
23
24
```

Page 182 to 185 of 292