# Exhibit 15

Sorry to have missed your call. Although I did not call you earlier, I hope you were able to figure out who did.

As requested, I can confirm that your plagiarism claim has been received by phone and email (both the *American Short Fiction* letter and the donor recipient letter). Thank you for brining this situation to our attention and for your patience as we discuss with our lawyers.

Very best,
Raquel

On Thu, Jun 7, 2018 at 2:33 PM, Dawn Dorland <dawndorland@gmail.com> wrote:
> Dear Raquel,
>
> I might have missed a return phone call from you, or a colleague at the Boston Book Festival, just after you and I spoke this morning. I then left a voicemail at your offices, but I have not received a call back.
>
> Could you please confirm receipt of my plagiarism claims via phone and email, including the letter I authored in 2015 to the final recipient in my kidney chain (email sent separately)?
>
> In short, the story I gather that your organization has chosen for BBF's 2018 One City One Story initiative, Sonya Larson's "The Kindest," copies and closely paraphrases my own unpublished work, to which Ms. Larson had access. My personal text, plagiarized by your author to create the donor-recipient letter in "The Kindest," is copyrighted. Reproducing "The Kindest," which contains portions of another author's work, could have serious legal and ethical consequences.
>
> I appreciate the seriousness and kindness with which you are handling my claims, which I'm sure came by complete surprise. Regardless, **I wish to hear a response from your organization today by the end of business (Eastern).**
>
> Having lived previously in Boston for a decade, and having attended the very first BBF, it pains me to be writing you under these circumstances. I am available by phone or email if you have any questions at all. 857-234-2650 (mobile)
>
> Kindly,
>
> Dawn Dorland, MTS, MFA
> Los Angeles
>
> *I check email once daily at noon.*
>
> Begin forwarded message:
>
>> **From:** Dawn Dorland <dawndorland@gmail.com>
>> **Date:** June 7, 2018 at 8:58:58 AM PDT
>> **To:** raquel@bostonbookfest.org
>> **Subject: Fwd: Plagiarism in "The Kindest"**
>>
>> Dear Raquel,
>>
>> I am forwarding my correspondence with the editors of *American Short*

BBF00897