# Exhibit 18

# Re: query of June 7, 2018

**Dawn Dorland** <dawndorland@gmail.com>
Fri 11/16/2018 10:57 AM

**To:** Grotz, Jennifer L. <jgrotz@middlebury.edu>
**Cc:** Bread Loaf Writers' Conference <blwc@middlebury.edu>

**Notice:** This email is from an external sender. Please use caution before clicking links or opening attachments.

Dear Ms. Grotz,

My name is Dawn Dorland. I have been in touch with you and other members of the Bread Loaf Writing Conference staff, beginning this past June, when I became concerned that another writer might have applied to the 2017 Bread Loaf Writing Conference with a short story that plagiarized my unpublished work, a letter that I wrote to the recipient of a kidney that I donated. Your original response to my June 2018 inquiry is below.

I reached out to you later in August, while the 2018 conference was in session, when my claims against this writer were substantiated in the press. I initially spoke to and followed up with an assistant, Noreen, who assured me that she had passed my number and the new reporting along. I asked if either you, Ms. Grotz, or the assistant director would be reaching out to me, and Noreen said, "I don't know about that." In case you did not carefully review the results of the Boston Globe investigation at that time, you can find it here:

https://www.google.com/amp/s/www.bostonglobe.com/metro/2018/08/13/boston-book-festival-cancels-one-city-one-story-event/UYDB4vAaruchEWC2dnU0fO/amp.html

It has come to my attention that your conference has since provided my inquiry to the writer against whom I made my claims: Sonya Larson, a 2017 Bread Loaf Tuition Fellow. I was informed of this in a legal letter last month in which Ms. Larson and her counsel indicated that they are intending to sue me for, among many other things, defamation. I tell you this so that you are aware, in case you are not already, that the conference and its current and former directors and staff are being used in this effort. I interpret this writer's attempt to intimidate me artistically and legally as retaliation for my making good-faith, evidence-based claims within appropriate channels.

In any case, my right to make an inquiry about whether my writing has been misrepresented as another writer's own is a protected activity enshrined in our nation's copyright and free speech laws. I have ample, recorded evidence to justify making such an inquiry, and I do not raise these questions lightly or maliciously, but out of concern for the integrity of our literary leaders and in order to protect myself and other vulnerable writers from what I perceive to be exploitation.

I left a voicemail about this matter—the incident of the Bread Loaf conference providing the substance of my inquiry to the writer against whom I alleged plagiarism—earlier this week with Mr. Jason Lamb. I have not received a call back. I am eager to know the following:

What is Bread Loaf's internal protocol for fielding plagiarism concerns? Why and when did my

claim end up with the writer against whom I was alleging infringement? Why, when I was informed that the conference would, as a policy, maintain strict confidentiality about its applicants (see below, your correspondence dated June 18, 2018) was such confidentiality not also extended to me?

Further, because Bread Loaf did not give me an opportunity in June to provide evidence for my claims, was my claim determined to be frivolous? In what circumstance would Bread Loaf take seriously a plagiarism claim? How does the conference balance the creative freedom and achievement of its applicants, especially its Fellows, against the potential for misrepresentation?

Thank you for your time, Ms. Grotz. Please give me a call, if you prefer. I appreciate your attention to this serious situation.

Kindly,

Dawn Dorland, MTS, MFA
Los Angeles

(857) 234-2650 (mobile)

*I check email once daily at noon.*

On Jun 18, 2018, at 7:47 AM, Grotz, Jennifer L. <jgrotz@middlebury.edu> wrote:

> Dear Dawn Dorland,
>
> Thanks for your phone message and email query of June 7. We are not able to provide information regarding applicants or students enrolled in Middlebury programs.
>
> Sincerely,
> Jennifer Grotz

From: **Dawn Dorland** dawndorland@gmail.com
Subject: Fwd: Plagiarism in Tuition Fellow's 2017 application
Date: June 11, 2018 at 4:16 PM
To: blwc@middlebury.edu

---

From: Dawn Dorland <dawndorland@gmail.com>
Date: June 7, 2018 at 12:12:17 PM PDT
To: blwc@middlebury.edu
Subject: **Possible plagiarism in Tuition Fellows' 2017 application**

Dear Breadloaf Writers' Conference,

My name is Dawn Dorland. I am a literary writer and editor in Los Angeles with an MFA from the University of Maryland. It pains me to be writing you under these circumstances.

It has come to my attention that one of your 2017 fellows might have applied for and secured her fellowship on the basis of writing that plagiarizes my unpublished work. (I am in the midst of a legal process with the editors of a literary magazine who published the short story in question.)

Would administrators of the Breadloaf Writer's Conference be able to verify whether the writer in question applied in 2017 with an unpublished short story named "The Kindest"? This story contains material to which I own a copyright. I am curious whether Breadloaf has ever dealt with this kind of offense--learning of plagiarism in an application after the fact--and what can be done, retroactively, about it.

I can be reached today by phone and/or email. (857) 234-2650 (mobile)

I appreciate your serious attention to this claim and hope to hear from you soon.

Kindly,

Dawn Dorland, MTS, MFA
Los Angeles

*I check email once daily at noon.*

DORLAND000127

From: **Dawn Dorland** dawndorland@gmail.com
Subject: Re: query of June 7, 2018
Date: June 18, 2018 at 9:29 AM
To: Grotz, Jennifer L. jgrotz@middlebury.edu
Cc: blwc@middlebury.edu

Dear Ms. Grotz,

Thank you for your reply. I am writing an article about plagiarism in the writing community and will list this response on behalf of the Breadloaf Writing Conference. Other writing conferences of similar repute have responded quite differently.

I am available by phone and by email if you have any questions at all. 857-234-2650 (mobile)

Sincerely,

Dawn Dorland, MTS, MFA
Los Angeles

*I check email once daily at noon.*

On Jun 18, 2018, at 5:47 AM, Grotz, Jennifer L. <jgrotz@middlebury.edu> wrote:

> Dear Dawn Dorland,
>
> Thanks for your phone message and email query of June 7. We are not able to provide information regarding applicants or students enrolled in Middlebury programs.
>
> Sincerely,
> Jennifer Grotz

DORLAND000131

From: **Dawn Dorland** dawndorland@gmail.com
Subject: Re: Plagiarism/Breadloaf Scholar
Date: September 13, 2018 at 7:23 AM
To: mcollier@umd.edu



Dear Michael,

Confirming that a week has elapsed and I have not received a response from you regarding my ethical concerns.

Kindly,
Dawn

*I check email once daily at noon.*

On Sep 7, 2018, at 11:10 AM, Dawn Dorland <dawndorland@gmail.com> wrote:

> Dear Michael,
>
> I hope you remember me. I was a student of Maud's, Howard's and Emily's and graduated from the fiction side in 2014.
>
> I have been trying to get in touch with you about a tough situation I'm in over another writer plagiarizing my work. (The theft of my text, including ideas and language about my childhood trauma, was reported recently in the Boston Globe, below.)
>
> It turns out that my plagiarist received a tuition scholarship to the Breadloaf Writers' Conference in 2017. This coincides exactly with a period when this writer was widely submitting her short story, "The Kindest" that plagiarized my work—specifically, a letter to a kidney recipient that I wrote and shared with the author (who was my friend) in confidence as part of my 2015 kidney donation to a stranger.
>
> I believe that 2017 was the last Breadloaf Conference that saw you as director (congratulations on your fantastic tenure, by the way). I have reached out to the current director and assistant director about my situation and received no response.
>
> I am trying to ascertain whether a Breadloaf tuition scholarship was awarded on the basis of work that plagiarized my writing, or not. I assume that you share my concern. Is there any way to get the answer that I seek?
>
> Thank you for your consideration, Michael. What a painful mess.
>
> Kindly,
> Dawn
>
> 857-234-2650 (mobile)
>
> https://www.bostonglobe.com/metro/2018/08/13/boston-book-festival-cancels-one-city-one-story-event/UYDB4vAaruchEWC2dnU0fO/story.html

*I check email once daily at noon.*

DORLAND000129

# Steen, Natalie A.

**From:** Lamb, Jason G. <jlamb@middlebury.edu>
**Sent:** Tuesday, November 13, 2018 4:33 PM
**To:** Grotz, Jennifer L.; Cargill, Noreen
**Subject:** FW: Message from DORLAND,DAWN (+18572342650)
**Attachments:** VoiceMessage.wav

Hi Jen,

I just received a message from Dawn Dorland who made the plagiarism claim against Sonya. Her message is attached here. Please let me know how you wish to proceed.

Thanks,

Jason Lamb
Coordinator, Bread Loaf Writers' Conferences
Middlebury College
802.443.5286

**From:** Cisco Unity Connection Messaging System [mailto:unityconnection@unity-pub01.middlebury.edu]
**Sent:** Tuesday, November 13, 2018 4:25 PM
**To:** jlamb@unity-pub01.middlebury.edu
**Subject:** Message from DORLAND,DAWN (+18572342650)

1

# Steen, Natalie A.

| | |
|---|---|
| **From:** | Jennifer Grotz <jgrotz@middlebury.edu> |
| **Sent:** | Wednesday, November 14, 2018 7:59 AM |
| **To:** | Lamb, Jason G. |
| **Cc:** | Cargill, Noreen |
| **Subject:** | Re: Message from DORLAND,DAWN (+18572342650) |

Hi Jason,

Thanks for sharing this message. Please continue to save any messages or correspondence we receive. Dawn is trying to intimidate via these phone calls but we have done nothing wrong and in fact have nothing to do with this case. I think she's trying to stir up some trouble/traction and so has circled back to us. I am not going to respond to Dawn and have already been in touch with Middlebury's legal counsel on the matter. If she calls again and actually reaches you, you can confirm that the director has received her message.

Jen

> On Nov 13, 2018, at 4:32 PM, Lamb, Jason G. <jlamb@middlebury.edu> wrote:
>
> Hi Jen,
>
> I just received a message from Dawn Dorland who made the plagiarism claim against Sonya. Her message is attached here. Please let me know how you wish to proceed.
>
> Thanks,
>
> Jason Lamb
> Coordinator, Bread Loaf Writers' Conferences
> Middlebury College
> 802.443.5286
>
> **From:** Cisco Unity Connection Messaging System [mailto:unityconnection@unity-pub01.middlebury.edu]
> **Sent:** Tuesday, November 13, 2018 4:25 PM
> **To:** jlamb@unity-pub01.middlebury.edu
> **Subject:** Message from DORLAND,DAWN (+18572342650)
>
> <VoiceMessage.wav>

1

From: **Dawn Dorland** dawndorland@gmail.com
Subject: Re: query of June 7, 2018
Date: November 16, 2018 at 7:57 AM
To: Grotz, Jennifer L. jgrotz@middlebury.edu
Cc: blwc@middlebury.edu

Dear Ms. Grotz,

My name is Dawn Dorland. I have been in touch with you and other members of the Bread Loaf Writing Conference staff, beginning this past June, when I became concerned that another writer might have applied to the 2017 Bread Loaf Writing Conference with a short story that plagiarized my unpublished work, a letter that I wrote to the recipient of a kidney that I donated. Your original response to my June 2018 inquiry is below.

I reached out to you later in August, while the 2018 conference was in session, when my claims against this writer were substantiated in the press. I initially spoke to and followed up with an assistant, Noreen, who assured me that she had passed my number and the new reporting along. I asked if either you, Ms. Grotz, or the assistant director would be reaching out to me, and Noreen said, "I don't know about that." In case you did not carefully review the results of the Boston Globe investigation at that time, you can find it here:

https://www.google.com/amp/s/www.bostonglobe.com/metro/2018/08/13/boston-book-festival-cancels-one-city-one-story-event/UYDB4vAaruchEWC2dnU0fO/amp.html

It has come to my attention that your conference has since provided my inquiry to the writer against whom I made my claims: Sonya Larson, a 2017 Bread Loaf Tuition Fellow. I was informed of this in a legal letter last month in which Ms. Larson and her counsel indicated that they are intending to sue me for, among many other things, defamation. I tell you this so that you are aware, in case you are not already, that the conference and its current and former directors and staff are being used in this effort. I interpret this writer's attempt to intimidate me artistically and legally as retaliation for my making good-faith, evidence-based claims within appropriate channels.

In any case, my right to make an inquiry about whether my writing has been misrepresented as another writer's own is a protected activity enshrined in our nation's copyright and free speech laws. I have ample, recorded evidence to justify making such an inquiry, and I do not raise these questions lightly or maliciously, but out of concern for the integrity of our literary leaders and in order to protect myself and other vulnerable writers from what I perceive to be exploitation.

I left a voicemail about this matter—the incident of the Bread Loaf conference providing the substance of my inquiry to the writer against whom I alleged plagiarism—earlier this week with Mr. Jason Lamb. I have not received a call back. I am eager to know the following:

What is Bread Loaf's internal protocol for fielding plagiarism concerns? Why and when did my claim end up with the writer against whom I was alleging infringement? Why, when I was informed that the conference would, as a policy, maintain strict confidentiality about its applicants (see below, your correspondence dated June 18, 2018) was such confidentiality not also extended to me?

Further, because Bread Loaf did not give me an opportunity in June to provide evidence for my claims, was my claim determined to be frivolous? In what circumstance would Bread Loaf take seriously a plagiarism claim? How does the conference balance the creative freedom and achievement of its applicants, especially its Fellows, against the potential for misrepresentation?

Thank you for your time, Ms. Grotz. Please give me a call, if you prefer. I appreciate your attention to this serious situation.

Kindly,

Dawn Dorland, MTS, MFA
Los Angeles

(857) 234-2650 (mobile)

## *I check email once daily at noon.*

On Jun 18, 2018, at 7:47 AM, Grotz, Jennifer L. <jgrotz@middlebury.edu> wrote:

> Dear Dawn Dorland,
>
> Thanks for your phone message and email query of June 7. We are not able to provide information regarding applicants or students enrolled in Middlebury programs.
>
> Sincerely,
> Jennifer Grotz

DORLAND000132

# Steen, Natalie A.

| | |
|---|---|
| **From:** | Dawn Dorland <dawndorland@gmail.com> |
| **Sent:** | Friday, November 16, 2018 10:58 AM |
| **To:** | Grotz, Jennifer L. |
| **Cc:** | blwc@middlebury.edu |
| **Subject:** | Re: query of June 7, 2018 |

---

Notice: This email is from an external sender. Please use caution before clicking links or opening attachments.

---

Dear Ms. Grotz,

My name is Dawn Dorland. I have been in touch with you and other members of the Bread Loaf Writing Conference staff, beginning this past June, when I became concerned that another writer might have applied to the 2017 Bread Loaf Writing Conference with a short story that plagiarized my unpublished work, a letter that I wrote to the recipient of a kidney that I donated. Your original response to my June 2018 inquiry is below.

I reached out to you later in August, while the 2018 conference was in session, when my claims against this writer were substantiated in the press. I initially spoke to and followed up with an assistant, Noreen, who assured me that she had passed my number and the new reporting along. I asked if either you, Ms. Grotz, or the assistant director would be reaching out to me, and Noreen said, "I don't know about that." In case you did not carefully review the results of the Boston Globe investigation at that time, you can find it here:

https://www.google.com/amp/s/www.bostonglobe.com/metro/2018/08/13/boston-book-festival-cancels-one-city-one-story-event/UYDB4vAaruchEWC2dnU0fO/amp.html

It has come to my attention that your conference has since provided my inquiry to the writer against whom I made my claims: Sonya Larson, a 2017 Bread Loaf Tuition Fellow. I was informed of this in a legal letter last month in which Ms. Larson and her counsel indicated that they are intending to sue me for, among many other things, defamation. I tell you this so that you are aware, in case you are not already, that the conference and its current and former directors and staff are being used in this effort. I interpret this writer's attempt to intimidate me artistically and legally as retaliation for my making good-faith, evidence-based claims within appropriate channels.

In any case, my right to make an inquiry about whether my writing has been misrepresented as another writer's own is a protected activity enshrined in our nation's copyright and free speech laws. I have ample, recorded evidence to justify making such an inquiry, and I do not raise these questions lightly or maliciously, but out of concern for the integrity of our literary leaders and in order to protect myself and other vulnerable writers from what I perceive to be exploitation.

I left a voicemail about this matter—the incident of the Bread Loaf conference providing the substance of my inquiry to the writer against whom I alleged plagiarism—earlier this week with Mr. Jason Lamb. I have not received a call back. I am eager to know the following:

1

What is Bread Loaf's internal protocol for fielding plagiarism concerns? Why and when did my claim end up with the writer against whom I was alleging infringement? Why, when I was informed that the conference would, as a policy, maintain strict confidentiality about its applicants (see below, your correspondence dated June 18, 2018) was such confidentiality not also extended to me?

Further, because Bread Loaf did not give me an opportunity in June to provide evidence for my claims, was my claim determined to be frivolous? In what circumstance would Bread Loaf take seriously a plagiarism claim? How does the conference balance the creative freedom and achievement of its applicants, especially its Fellows, against the potential for misrepresentation?

Thank you for your time, Ms. Grotz. Please give me a call, if you prefer. I appreciate your attention to this serious situation.

Kindly,

Dawn Dorland, MTS, MFA
Los Angeles

(857) 234-2650 (mobile)

*I check email once daily at noon.*

On Jun 18, 2018, at 7:47 AM, Grotz, Jennifer L. <jgrotz@middlebury.edu> wrote:

> Dear Dawn Dorland,
>
> Thanks for your phone message and email query of June 7. We are not able to provide information regarding applicants or students enrolled in Middlebury programs.
>
> Sincerely,
> Jennifer Grotz

2

From: **Dawn Dorland** dawndorland@gmail.com
Subject: Re: query of June 7, 2018
Date: December 6, 2018 at 9:01 AM
To: makishima@globe.com

Hi, Paul! Thanks so much for giving it some thought. It's nice to be back in touch with you, circumstances notwithstanding.

Kindly,
Dawn

*I check email once daily at noon.*

On Dec 6, 2018, at 7:14 AM, Makishima, Paul <Paul.Makishima@globe.com> wrote:

> Hey Dawn:
>
> Thanks for this. It's interesting, but there's really not much for us to do with it. Bread Loaf is a private nonprofit so their criteria for fellowships, etc are their own. And my own personal sense as a nonlawyer is that the fact that they apparently shared your e-mail with Sonya is kind of a legal gray area.
>
> Paul
>
> On Thu, Dec 6, 2018 at 8:48 AM Dawn Dorland <dawndorland@gmail.com> wrote:
>> Dear Paul,
>>
>> Just following up on a voicemail that I left you yesterday. This is correspondence that I sent to the current director of the Bread Loaf Writing Conference, Jennifer Grotz, outlining my concerns. I did not receive a reply.
>>
>> Let me know if you have any questions at all.
>>
>> Kindly,
>> Dawn
>>
>> 857-234-2650 (mobile)
>>
>> *I check email once daily at noon.*
>>
>> Begin forwarded message:
>>
>>> From: Dawn Dorland <dawndorland@gmail.com>
>>> Date: November 16, 2018 at 7:57:32 AM PST
>>> To: "Grotz, Jennifer L." <jgrotz@middlebury.edu>
>>> Cc: blwc@middlebury.edu
>>> Subject: Re: query of June 7, 2018
>>>
>>> Dear Ms. Grotz,
>>>
>>> My name is Dawn Dorland. I have been in touch with you and other members of the Bread Loaf Writing Conference staff, beginning this past June, when I became concerned that another writer might have applied to the 2017 Bread Loaf Writing Conference with a short story that plagiarized my unpublished work, a letter that I wrote to the recipient of a kidney that I donated. Your original response to my June 2018 inquiry is below.
>>>
>>> I reached out to you later in August, while the 2018 conference was in session, when my claims against this writer were substantiated in the press. I initially spoke to and followed up with an assistant, Noreen, who assured me that she had passed my number and the new reporting along. I asked if either you, Ms. Grotz, or the assistant director would be reaching out to me, and Noreen said, "I don't know about that." In case you did not carefully review the results of the Boston Globe investigation at that time, you can find it here.
>>>
>>> https://www.google.com/amp/s/www.bostonglobe.com/metro/2018/08/13/boston-book-festival-cancels-one-city-one-story-event/UYDB4vAaruchEWC2dnU0fO/amp.html
>>>
>>> It has come to my attention that your conference has since provided my inquiry to the writer against whom I made my claims: Sonya Larson, a 2017 Bread Loaf Tuition Fellow. I was informed of this in a legal letter last month in which Ms. Larson and her counsel indicated that they are intending to sue me for, among many other things, defamation. I tell you this so that you are aware, in case you are not already, that the conference and its current and former directors and staff are being used in this effort. I interpret this writer's attempt to intimidate me artistically and legally as retaliation for my making good-faith, evidence-based claims within appropriate channels.

DORLAND00066

In any case, my right to make an inquiry about whether my writing has been misrepresented as another writer's own is a protected activity enshrined in our nation's copyright and free speech laws. I have ample, recorded evidence to justify making such an inquiry, and I do not raise these questions lightly or maliciously, but out of concern for the integrity of our literary leaders and in order to protect myself and other vulnerable writers from what I perceive to be exploitation.

I left a voicemail about this matter—the incident of the Bread Loaf conference providing the substance of my inquiry to the writer against whom I alleged plagiarism—earlier this week with Mr. Jason Lamb. I have not received a call back. I am eager to know the following:

What is Bread Loaf's internal protocol for fielding plagiarism concerns? Why and when did my claim end up with the writer against whom I was alleging infringement? Why, when I was informed that the conference would, as a policy, maintain strict confidentiality about its applicants (see below, your correspondence dated June 18, 2018) was such confidentiality not also extended to me?

Further, because Bread Loaf did not give me an opportunity in June to provide evidence for my claims, was my claim determined to be frivolous? In what circumstance would Bread Loaf take seriously a plagiarism claim? How does the conference balance the creative freedom and achievement of its applicants, especially its Fellows, against the potential for misrepresentation?

Thank you for your time, Ms. Grotz. Please give me a call, if you prefer. I appreciate your attention to this serious situation.

Kindly,

Dawn Dorland, MTS, MFA
Los Angeles

(857) 234-2650 (mobile)

*I check email once daily at noon.*

On Jun 18, 2018, at 7:47 AM, Grotz, Jennifer L. <jgrotz@middlebury.edu> wrote:

> Dear Dawn Dorland,
>
> Thanks for your phone message and email query of June 7. We are not able to provide information regarding applicants or students enrolled in Middlebury programs.
>
> Sincerely,
> Jennifer Grotz

--
Paul S. Makishima
Books Editor
The Boston Globe

1 Exchange Pl Ste 201

Boston MA 02109-2132

617-929-2905
paul.makishima@globe.com
Twitter: @psmakishima