# Exhibit 19

Norah

On Thu, Jun 7, 2018 at 4:08 PM, Sonya Larson <larsonya@gmail.com> wrote:
Dear Norah,

Oh my-- thank you so much for note. I had not heard about any of this, and have not received legal advice myself.

My original idea for this story did emerge from being included in that Facebook group, though of course my story is fiction. Amidst all my research, I remember that letter, and jotted down phrases that I thought were compelling, though in the end I constructed the fictional letter to suit the character of Rose. If there are any words or phrases in it that are causing concern, I would happily change them for 1C1s. I admit, however, that I'm not sure what they are; I don't have a copy of that letter. Please tell me if you have any more detail to share in this regard.

Thank you again, and please tell me what I can do, and what your legal counsel advises. I'm so sorry to cause you any concern; I will do whatever I can to resolve this!

Sincerely,
Sonya

On Thu, Jun 7, 2018 at 3:47 PM, Norah Piehl <norah@bostonbookfest.org> wrote:
Hi, Sonya,

As you may have also heard from American Short Fiction, we've been approached by Dawn Dorland (who I understand you know through GrubStreet) making accusations that "The Kindest" plagiarized portions of a kidney donor letter she wrote and shared via Facebook to a group of which you were a member. I was just wondering if you had already been made aware of this and, if so, if you had already obtained any legal advice.

I know that both American Short Fiction and the BBF are consulting with legal counsel; unlike ASF, we have the ability to allow you to make changes to the story prior to its publication in 1C1S, though I admit that the letter is, to me, one of the elements that makes the story complicated and compelling (again, I'm not asking you to make those changes, just asking you to consider the possibility based on what we hear from our lawyer about what constitutes the threshold for plagiarism).

Anyway, I mainly just wanted to reach out and hear from you what you know about this claim and whether you have received any legal advice that might be relevant to us going forward.

Thanks,
Norah

--
Norah Piehl
Deputy Director
Boston Book Festival
32R Essex St., Suite 5
Cambridge, MA  02139
617-786-7103
norah@bostonbookfest.org

--
Norah Piehl
Deputy Director
Boston Book Festival
32R Essex St., Suite 5

**Subject**: Re: Plagiarism in "The Kindest"
**From**: Norah Piehl <norah@bostonbookfest.org>
**To**: Dawn Dorland <dawndorland@gmail.com>
**Cc**: Raquel Hitt <raquel@bostonbookfest.org>
**Date Sent**: Monday, June 18, 2018 11:09:39 AM GMT-04:00
**Date Received**: Monday, June 18, 2018 11:09:39 AM GMT-04:00

---

Dear Dawn,

I wanted to thank you again for bringing your concerns to our attention. As Raquel probably mentioned to you, we were still very early in the publication process for One City One Story when we learned of your concerns, which gave us the flexibility to make changes prior to publication.

After speaking with our legal counsel and with Sonya, and in order to alleviate your concerns, we requested that Sonya completely redraft the portion of her story in question, and she has now done so. Our lawyer has reviewed the rewritten text and we plan to move forward with publication of this revised version, with a note in the acknowledgments that it varies from the original story published in *American Short Fiction*. The story will be distributed beginning in mid-August.

All best,
Norah Piehl

On Thu, Jun 14, 2018 at 2:47 PM, Dawn Dorland <dawndorland@gmail.com> wrote:
> Dear Raquel,
>
> Do you have an update for me on your lawyer's research and recommendations regarding my plagiarism claim?
>
> Kindly,
> Dawn
>
> (857) 234-2650 (mobile)
>
> *I check email once daily at noon.*
>
> On Jun 8, 2018, at 12:56 PM, Raquel Hitt <raquel@bostonbookfest.org> wrote:
>
>> Dear Dawn,
>>
>> Thank you again for bringing your concerns to our attention.
>>
>> We have spoken with our legal counsel, and while we understand your original letter is protected by copyright, he asked us to inquire with you about whether the letter has been registered with the copyright department and, if so, if you could provide us with the registration number. This information will be helpful for him as he continues to research the matter and make recommendations regarding our decision of how best to proceed with the story.
>>
>> Thank you for whatever information you can provide.
>>
>> Regards,
>> Raquel
>>
>> On Thu, Jun 7, 2018 at 3:38 PM, Raquel Hitt <raquel@bostonbookfest.org> wrote:
>>> Hi Dawn,

BBF00896