# Exhibit 20

From: **Dawn Dorland** dawndorland@gmail.com
Subject: Re: Boston Book Festival/One City One Story
Date: June 18, 2018 at 11:46 AM
To: Ostriker, Rebecca rebecca.ostriker@globe.com

Thank you, Rebecca! I really appreciate your interest. Be well~

Kindly,
Dawn

*I check email once daily at noon.*

On Jun 18, 2018, at 10:46 AM, Ostriker, Rebecca <rebecca.ostriker@globe.com> wrote:

> Dawn, thank you so much for reaching out. I've forwarded your messages on this to Paul Makishima, the Globe's Books Editor (cc'd here), and I'm sure he will be interested to know more. This way, you two can be in touch directly.
> Much appreciated,
> Rebecca
>
> Rebecca Ostriker
> Arts Editor
> The Boston Globe
> 617-929-2815
> ostriker@globe.com
> @GlobeOstriker
>
> On Mon, Jun 18, 2018 at 12:44 PM, Dawn Dorland <dawndorland@gmail.com> wrote:
>> Dear Ms. Ostriker,
>>
>> I'm a writer based in Los Angeles. I recently learned that the Boston Book Festival will be proceeding with a story as their 2018 One City One Story selection that earlier contained portions of my own work.
>>
>> I have just received notice in writing that the author of the selected story, Sonya Larson, a director at GrubStreet, has revised the portion of the story that plagiarized my writing. I am concerned that the organization has neutralized my legal claim but is still offering a platform to a writer who acted unethically (Ms. Larson copied and closely paraphrased a letter that I sent to a recipient in my kidney donation chain—I donated my kidney to a stranger in 2015). The story will be distributed beginning August, and no acknowledgment of my work will be made.
>>
>> I will forward my correspondence with the BBF in a separate email in case you are interested in reporting the story.
>>
>> I am available today by phone and email. 857-234-2650 (mobile)
>>
>> Kindly,
>>
>> Dawn Dorland, MTS, MFA
>> Los Angeles
>>
>> *I check email once daily at noon.*

DORLAND00014

**Subject**: Re: your voicemail
**From**: Dawn Dorland <dawndorland@gmail.com>
**To**: Norah Piehl <norah@bostonbookfest.org>
**Cc**: Raquel Hitt <raquel@bostonbookfest.org>
**Date Sent**: Monday, June 18, 2018 9:27:32 PM GMT-04:00
**Date Received**: Monday, June 18, 2018 9:27:36 PM GMT-04:00

---

Dear Norah,

I am happy to explain my ethical concerns, as well as what I would consider suitable outcomes, as the writer whose text informed your 2018 1C1S selection's literary merit. That is why I gave you a call.

To be clear, my ethical concerns have entirely to do with plagiarism and copyright infringement, not with your 1C1S writer's inspiration and motivations. (The information that I provided in my plagiarism claim about my own living kidney donation and my friendship with Sonya Larson was to demonstrate an important legal principle: how Sonya had access to the text of my private donor-recipient letter.)

**The ethical considerations I wanted to discuss with you and the BBF have to do with Sonya's story having been selected while containing plagiarized material.** You have informed me that Sonya has revised the section of the story based substantially on my own writing, which BBF has subjected to careful legal vetting. And you have also said that there will be an acknowledgment, but one that falls short of indicating *why* the alterations were made to the story. This troubles me.

I was under the impression that, as a leading literary organization, the organizers of the Boston Book Festival--including and especially the writers on its 1C1S Program Committee--would assume the task, no matter how difficult, of modeling ethical behavior among members of the writing community. I wouldn't have been at all surprised if BBF had found it repugnant to grant a writer who committed plagiarism such a wonderful platform. At the very least, with the legal issue neutralized, I would have expected the organization to acknowledge the remedies it took in order to proceed with the story. Such an acknowledgement could even--graciously--include naming me, my service, and my work.

As a long-time former resident of Boston and member of the wider literary community, I find the BBF's erasure of me and my writing from this process quite disturbing.

Sincerely,

Dawn Dorland, MTS, MFA
Los Angeles

On Jun 18, 2018, at 12:12 PM, Norah Piehl <norah@bostonbookfest.org> wrote:

> Dear Dawn,
>
> Thank you for your voicemail--I'm sorry I missed your call, but I was on another line.
>
> I'm not really sure how you hope that we'll address any ethical considerations of moving forward with the story. As in previous years of this program, Sonya's story was selected for the One City One Story project purely on the basis of its literary merit and its potential for connecting with Boston-area readers through reading and discussion. In both those areas, it was far and away the strongest story the committee considered this year.

BBF01182

We are not in the position to evaluate any author's motivations or inspirations--those are beyond our capacity to discern or to judge, and, frankly, are outside the scope of the 1C1S program's objectives. Since you're also a writer, I'm sure you understand that writers of fiction find inspiration from all manner of people and situations that cross their paths.

We as an organization have already worked to alleviate your concerns from a legal standpoint; at this point, as far as we are concerned, this is purely a personal matter between you and Sonya. I don't know the status of your past or present friendship, but perhaps a frank conversation with Sonya herself would be the most straightforward approach. As a small nonprofit with an even smaller staff, we unfortunately can't devote any additional time to this issue, as we need to move forward not only with the 1C1S project but also with planning and executing the rapidly approaching book festival.

Best,
Norah

--
Norah Piehl
Deputy Director
Boston Book Festival
32R Essex St., Suite 5
Cambridge, MA  02139
857.706.1101
norah@bostonbookfest.org

BBF01183