# Exhibit 21

Dear Dawn,

Thank you for drafting this--I will circulate to the committee with some context and will get their feedback about how to proceed.

And your point is well taken about providing factual information about the process of nondirected kidney donation. Among other information, our 1C1S web page offers links for interested readers and discussion leaders who want to pursue additional information about issues related to the story. Are there particular sources of online information you would suggest we link to? Your suggestion about gathering a group to present on the topic at the book festival is an interesting one--I'm obviously not well informed enough to curate such a session myself, but if you'd like to propose one, I'd encourage you to look into our BBF Unbound program. We're currently (through the end of the month) accepting proposals for this competitive program, and I can see how this topic might be an interesting complement to the discussion of 1C1S's fictional approach to the topic.

Best,
Norah

On Tue, Jun 19, 2018 at 11:22 AM, Dawn Dorland <dawndorland@gmail.com> wrote:
> Dear Norah,
>
> Thank you for your email and your invitation to draft an acknowledgment. What about something like this?
>
> This story appears in an altered form from its first publication in *American Short Fiction*. A section of the story was substantially revised because it bore a clear resemblance to the unpublished work and service of the writer Dawn Dorland, a living kidney donor. The Boston Book Festival, 1C1S, and the author Sonya Larson express their sincere regrets.
>
> While I have you--and because the story will enjoy such a wide platform--please allow me to also express concern for the many ways that the story violates the verisimilitude of nondirected (altruistic) living kidney donation. I predict that a lot of confusion will arise in reading groups, and perhaps in BBF's public fora, about how nondirected donors are matched with recipients (living donors do not have unscheduled surgeries at hospitals after car crashes, for example). Because the stakes are not merely fictional, I recommend providing accurate information about living kidney donation in the 1C1S booklet and/or empaneling a group of surgeons and donor-recipient pairs for an event at the book festival itself.
>
> Kindly,
> Dawn
>
> *I check email once daily at noon.*
>
> On Jun 18, 2018, at 7:03 PM, Norah Piehl <norah@bostonbookfest.org> wrote:
>
>> Dear Dawn,
>>
>> Thank you so much for explaining your concerns so clearly--I feel like I have a better understanding now, and I'm sorry for jumping to conclusions about the basis of your concerns (though I believe you can see, based on the original background you provided to Raquel, how I arrived at that interpretation). The story is currently in second page proof, so we don't have a lot of time, but if you could please propose some text for a brief, as you say, gracious acknowledgment that you would find satisfactory, I would be happy to take it to the committee for discussion and decision. It's also possible that we could include a more substantial acknowledgment on our website, if not in the printed booklet, if the committee feels that that is the appropriate route to take.
>>
>> I would also like to point out that the 1C1S program is provided to the residents of Greater Boston by our nonprofit organization absolutely free of charge, and is a fundamental piece of our annual programming. We do take your concerns seriously, and not confined solely to legal liability, and I have spoken at length with both our executive director and with Sonya about our reservations and concerns, but at the end of the day, we had to make an organizational decision about whether to proceed with the story--with the shortcomings you have pointed out--or to abandon the project altogether for the year. Given the project's strict timeline, we didn't have the luxury of a third option, and that's why we're trying to do the best we can.
>>
>> All best,
>> Norah
>>
>> On Mon, Jun 18, 2018 at 9:27 PM, Dawn Dorland <dawndorland@gmail.com> wrote:
>>> Dear Norah,
>>>
>>> I am happy to explain my ethical concerns, as well as what I would consider suitable outcomes, as the writer whose text informed your 2018 1C1S selection's literary merit. That is why I gave you a call.
>>>
>>> To be clear, my ethical concerns have entirely to do with plagiarism and copyright infringement, not with your 1C1S writer's inspiration and motivations. (The information that I provided in my plagiarism claim about my own living kidney donation and my friendship with Sonya Larson was to demonstrate an important legal principle: how Sonya had access to the text of my private donor-recipient letter.)
>>>
>>> The ethical considerations I wanted to discuss with you and the BBF have to do with Sonya's story having been selected