# Exhibit 27



Grub Street
162 Boylston Street, 5th Floor
Boston, MA 02116

grubstreet.org | 617.695.0075
TW: @GrubWriters | FB: GrubStreetWriters

On Thu, Jun 21, 2018 at 12:12 PM, Ambrose, Graham <graham.ambrose@globe.com> wrote:
> Oh, and if I weren't clear: I can talk Saturday any time (except between noon and 2:30 PM) and any time on Sunday, if that helps.

On Thu, Jun 21, 2018 at 12:11 PM, Ambrose, Graham <graham.ambrose@globe.com> wrote:
> Hi Sonya,
>
> Thanks for being open. I'd imagine our conversation might last some time -- 30 minutes, at least? My schedule is quite open today through Monday morning, and I'm happy to be flexible.
>
> Thanks again, and hope we can work out a time to speak!

On Thu, Jun 21, 2018 at 12:07 PM, Sonya Larson <sonya@grubstreet.org> wrote:
> Dear Graham,
>
> Thank you for reaching out, and yes-- I'm happy to discuss. Can you tell me how much time you'll need? I have a packed couple days but will find a good time!
>
> Cheers, and talk to you soon,
> Sonya
>
>
> Sonya Larson
> Director of Muse Conference and Advocacy
> In office Monday-Friday, 11:00am-6:00pm. I check email starting at 1:00pm.



Grub Street
162 Boylston Street, 5th Floor
Boston, MA 02116

grubstreet.org | 617.695.0075
TW: @GrubWriters | FB: GrubStreetWriters

On Wed, Jun 20, 2018 at 2:13 PM, Ambrose, Graham <graham.ambrose@globe.com> wrote:
> Dear Sonya,
>
> I'm a reporter with the Boston Globe reaching out about "The Kindest," particularly its relation to an ongoing dispute with the writer Dawn Dorland. I have spoken with Ms. Dorland and would very much appreciate the chance to hear your perspective on issues she has raised with you and with the Boston Book Festival.
>
> Would you be free to talk sometime soon? I'm at 847-714-2211.
>
> Thanks for your time, and looking forward to hearing from you!

Graham

--

**Graham Ambrose**
Culture Reporter | The Boston Globe
graham.ambrose@globe.com
c: 847-714-2211
t: @Grahambrose

--

**Graham Ambrose**
Culture Reporter | The Boston Globe
graham.ambrose@globe.com
c: 847-714-2211
t: @Grahambrose

--

**Graham Ambrose**
Culture Reporter | The Boston Globe
graham.ambrose@globe.com
c: 847-714-2211
t: @Grahambrose

--

**Graham Ambrose**
Culture Reporter | The Boston Globe
graham.ambrose@globe.com
c: 847-714-2211
t: @Grahambrose

--

Cheers,
Sonya


Sonya Larson
Director of Muse Conference and Advocacy
In office Monday-Friday, 11:00am-6:00pm. I check email starting at 1:00pm.



Grub Street
162 Boylston Street, 5th Floor
Boston, MA 02116

grubstreet.org | 617.695.0075
TW: @GrubWriters | FB: GrubStreetWriters