# Exhibit 29

2-211

I'm trying to disentangle ethical and legal
1 considerations. And you are conflating in your
2 questions, which makes it impossible for me to
3 answer.
4      Q. All right. So what is it that you were looking
5 for from the Boston Book Festival on June 18,
6 2018 that would have ended your legal dispute
7 with the BBF and with Sonya Larson?
8      MS. ELOVECKY: Objection.
9      You can answer, if you're able.
10      A. As I recall, I wanted text published by the
11 BBF that would not infringe on my original work.
12      I wanted an acknowledgment of why the
13 text had been changed, and in exchange for a
14 limited use license, I wanted compensation for my
15 legal fees or some contribution to my legal fees.
16      When you're talking about kidney links,
17 they asked me and I provided -- I fulfilled -- excuse
18 me -- their request and many times you've been
19 asking about my request about kidney links. You
20 have it completely backwards. They asked me
21 to help them. I fulfilled their request as an
22
23
24

2-213

her story, and do you believe that the letter within
1 Sonya Larson's story that was revised by her still
2 infringes your text letter of July of
3 2015?
4      A. I'm not a lawyer, and this has not yet been
5 adjudicated. I don't feel I can answer the question
6 whether it infringes, but I was not satisfied and did
7 not feel I should waive my claims based on the
8 revision, particularly not after the BBF had told me
9 it would be completely redrafted and the letter in
10 Sonya's story was not completely redrafted, and
11 that's the circumstance in which I encountered the
12 text in that context.
13 The BBF had not been honest with me and misled me
14 about the changes that they required Sonya to make.
15      Also, there was no compensation of my
16 costs which got as high --
17      Q. Let's limit it to the text right now.
18      A. -- which got as high as -- it's my right as
19 the deponent to finish my answer. And I'm
20 done, Attorney Epstein.
21      Q. It's my right, as the interrogator to limit your
22 answer to my question. My question is
23
24