UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

SONYA LARSON

                       Plaintiff,

v.

DAWN DORLAND PERRY, et al.

                       Defendants.

Civil Action

No. 1:19-cv-10203-IT

**ADDENDUM TO MOTION/MEMORANDUM FILED ON DECEMBER 9, 2022, BY PLAINTIFF-THIRD PARTY DEFENDANT, SONYA LARSON ("LARSON") IN CONNECTION WITH HER MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DAWN DORLAND PERRY, DEFENDANT-PLAINTIFF IN COUNTERCLAIM ("DORLAND")**

Larson hereby submits this Addendum to her Motion and Memorandum filed as Document Number 189, on December 9, 2022.  Larson intended to include thirty-nine (39) Exhibits and Six (6) Addenda in support of her Motion and Memorandum.  However, because of an unspecified error in the CM/ECF filing, the entry was rejected.

Larson subsequently filed her Motion and Memorandum along with Exhibits 1 through 10.  With this filing, Larson will attempt to file her additional Exhibits and Addenda in smaller batches as an Addendum.

December 9, 2022

Respectfully submitted,
Plaintiff, Third-Party Defendant,
Sonya Larson,

By her attorneys,
*/s/ Andrew D. Epstein*

Andrew D. Epstein, BBO No.155140
photolaw@aol.com
Barker, Epstein, & Loscocco
176 Federal Street
Boston, MA 02110
(617) 272-5700

**Certificate of Service**

I certify that Plaintiff-Third Party Defendant, Sonya Larson's Motion for Partial Summary Judgment and Memorandum in support thereof were filed through the court's ECF system and a copy was sent electronically on the day it was filed to all counsel of record.

*/s/ Andrew D. Epstein*

December 9, 2022                    Andrew D. Epstein