# Exhibit 31

## About the Author

**Sonya Larson's** short fiction and essays have appeared in *Best American Short Stories 2017*, *American Short Fiction*, *American Literary Review*, *Poets & Writers*, *Writer's Chronicle*, and more. Larson's numerous honors include fellowships at the Bread Loaf Writers' Conference and the Vermont Studio Center. She currently works for GrubStreet as Director of the Muse and the Marketplace literary conference and as the director of the organization's race and advocacy work. She received her MFA in fiction in the Program for Writers at Warren Wilson College.

"The Kindest" originally appeared, in slightly different form, in *American Short Fiction*, Summer 2017. To learn more about the national organ shortage, or to help a friend, family member, or stranger in need, visit www.kidneyregistry.org.

Copyright © 2018 by Sonya Larson.

Our format was inspired by *One Story* (www.one-story.com), a nonprofit literary magazine that publishes one short story every three weeks.