# Exhibit 33

𝕭 | Metro

# Boston Book Festival cancels One City One Story event amid plagiarism flap

By Graham Ambrose

GLOBE CORRESPONDENT  AUGUST 14, 2018

The Boston Book Festival is canceling its popular One City One Story event, the latest development in a controversy ignited by plagiarism allegations that dogged Sonya Larson's "The Kindest," the work that had been selected for the marquee session, which will take place in October.

Deborah Porter, founder and executive director of the festival, said yesterday's decision was made under some legal pressure brought by Dawn Dorland, who accused Larson of lifting material from her Facebook post and using it in a section of her short story.

ADVERTISING

 Replay

"This is not a happy choice for us, as we have already sunk resources, time, and effort into this project. We are a tiny nonprofit with a very small staff, and we need to turn our attention now to our central mission, which is producing the Boston Book Festival," Porter said in an e-mail.

Dorland said she took no pleasure from the resolution. "I find it personally painful that the parties involved could not reconcile over the straightforward misrepresentation of another writer's original ideas, language — and in this case, personal trauma — as one's own literary creation," she said.

**RELATED: Inspiration or plagiarism? Writing hackles raised in Boston dispute**

Larson has said that her former friend's experience as a kidney donor served as inspiration for her fictional story of a woman who was a kidney recipient. But she has steadfastly denied plagiarizing from Dorland's online post.

"Fiction writers regularly encounter ideas in the world — whether from ads, catalogues, tombstones, or tweets — and we re-imagine and transform their elements for completely fictional narratives," Larson wrote in an e-mail to the Globe this weekend. "Let's keep this in perspective: Ms. Dorland's letter was not art; it was correspondence that she posted on Facebook."

Larson said yesterday that her position had not changed and that she was considering her own legal options.

The saga began in June when Dorland notified festival organizers of her concerns about Larson's story. After examining the evidence, festival officials

asked Larson, a program director at the GrubStreet literary center in Boston, to rework the contested section, and she agreed to do so.

In response to the controversy, American Short Fiction, which published "The Kindest" online in May, said in a June statement that "in the interests of finding an agreeable solution, we decided to sunset" the story, which had already "completed a one-month run on our website."

Late last week Audible and Brilliance Audio said they would suspend audiobook sales of the story. The decisions by the audiobook publishers, which are both owned by Amazon, came about after the discovery of a Brilliance version of the story, which contained more similarities to Dorland's Facebook post than did the Audible version or the one originally accepted by the Boston Book Festival.

The origin tale of the Brilliance version contains twists worthy of a detective mystery.

Larson recorded "The Kindest" for Audible in 2016, according to Yael Goldstein Love, editorial director of Plympton, which produces fiction for digital platforms. Goldstein Love helped connect Larson and Audible and provided a chronicle of the publication process, an account that was verified by Audible.

Around that same time, Dorland, who had heard about the existence of the story through a mutual friend, confronted Larson by e-mail about it. Dorland said that she had not yet read the piece and was unaware of any actual similarities. Instead she was upset to learn that a focus of Larson's tale was a kidney donation and that she had been left out of the loop.

After a tense e-mail exchange, Larson circled back to Audible and on July 15, 2016, asked to re-record a short section of "The Kindest" — which included the material that would later become the focus of the dispute.

"The Kindest" was then re-recorded, and that revised version was released by Audible in August 2016 as a downloadable file.

But by mistake, Brilliance Audio accidentally published the original, unrevised version of "The Kindest."

"Personally, my childhood was marked by trauma and abuse; I didn't have the opportunity to form secure attachments with my family of origin," reads one line in Dorland's letter.

"My own childhood was marked by trauma and abuse; I wasn't given an opportunity to form secure attachments with my family of origin," reads the corresponding part of the Brilliance version.

"I've always acknowledged that I read her letter and found it inspirational," Larson wrote in an e-mail this weekend. "What I consented to have published is fiction, as is its language."

When contacted for response over the weekend, Eve Bridburg, founder and executive director of GrubStreet, said that "we're naturally troubled when accusations of this nature are raised, but the creative process is a complex one, and we do not publicly discuss specific issues involving our employees." On Monday a GrubStreet representative, who spoke on behalf of Bridburg, who was on vacation, said she stands by the comment.

*Graham Ambrose can be reached at graham.ambrose@globe.com.*

© 2018 Boston Globe Media Partners, LLC



Campers at Ricker's Kinderkamp, which has been operating on Pierce Pond in Leo waiting for the lifeguards to get in place on an overcast Monday.

# Judge blocks bid for names

## Says witnesses against ex-Senate husband were promised confide

**By Matt Stout**
GLOBE CORRESPONDENT

A Superior Court judge on Monday blocked prosecutors' bid for the names of witnesses who cooperated with an internal probe of the state Senate's former president, Stanley C. Rosenberg, saying he respects the chamber's promise to protect their identities.

The decision is a blow to Attorney General Maura T. Healey's office, which argued the records could provide a window into additional potential victims as it prosecutes Rosenberg's husband, Bryon Hefner, on multiple charges of sexual assault.

Judge William F. Sullivan said the witnesses did not come forward willingly in the Senate investigation and spoke to Senate-hired investigators from Hogan Lovells US LLP only "after repeated assurances" their names would remain confidential.

Last month, Sullivan said in a hearing that there might be "wiggle room" for the Senate to share its documents. But in his order, he said the promise of confidentiality "should not be an empty one."

"There ma compelling re victim does no or come forwa of a criminal c his nine-page r highly person one for many sault.

"The allege were told that be protected as added.

# Book festival cancels One City One Story

## Plagiarism charge dogs 'The Kindest'

**By Graham Ambrose**
GLOBE CORRESPONDENT

The Boston Book Festival is canceling its popular One City One Story event, the latest development in a controversy ignited by plagiarism allegations that dogged Sonya Larson's "The Kindest," the work that had been selected for the marquee session, which will take place in October.

Deborah Porter, founder and executive director of the festival, said yesterday's decision was made under some legal pressure brought by Dawn Dorland, who accused Larson of lifting material from her Facebook post and using it in a section of her short story.

"This is not a happy choice for us, as we have already sunk resources, time, and effort into this project. We are a tiny nonprofit with a very small staff, and we need to turn our attention now to our central mission, which is producing the Boston Book Festival," Porter said in an e-mail.

Dorland said she took no pleasure from the resolution. "I find it personally painful that the parties involved could not reconcile over the straightforward misrepresentation of another writer's original ideas, language — and in this case, personal trauma — as one's own literary creation," she said.

Larson has said that her former friend's experience as a kidney donor served as inspiration for her fictional story of a woman who was a kidney recipient. But she has steadfastly denied

THE KINDEST, Page B4



**Carman's lega**
Nathan Carman (abov center of separate inv murder of his wealthy disappearance of his r over motions from his provide legal docume lated to his social mec

**$15m to Partr**
Partners in Health, a national medical char $15 million gift to sup veloping nations. B4

**Victim impact**
During a court hearin der victim relate ongo victim's 6-year-old son

# Plagiarism allegation dogs book festival selection

**▶ THE KINDEST**
*Continued from Page B1*

plagiarizing from Dorland's online post.

"Fiction writers regularly encounter ideas in the world — whether from ads, catalogues, tombstones, or tweets — and we re-imagine and transform their elements for completely fictional narratives," Larson wrote in an e-mail to the Globe this weekend. "Let's keep this in perspective: Ms. Dorland's letter was not art; it was correspondence that she posted on Facebook."

Larson said yesterday that her position had not changed and that she was considering her own legal options.

The saga began in June when Dorland notified festival organizers of her concerns about Larson's story. After examining the evidence, festival officials asked Larson, a program director at the GrubStreet literary center in Boston, to rework the contested section, and she agreed to do so.

In response to the controversy, American Short Fiction, which published "The Kindest" online in May, said in a June statement that "in the interests of finding an agreeable solution, we decided to sunset" the story, which had already "completed a one-month run on our website."

Late last week Audible and Brilliance Audio said they would suspend audiobook sales of the story. The decisions by the audiobook publishers, which are both owned by Amazon, came about after the discovery of a Brilliance version of the story, which contained more similarities to Dorland's Facebook post than did the Audible version or the one originally accepted by the Boston Book Festival.

The origin tale of the Brilliance version contains twists worthy of a detective mystery.

Larson recorded "The Kindest" for Audible in 2016, according to Yael Goldstein Love, editorial director of Plympton, which produces fiction for digital platforms. Goldstein Love helped connect Larson and Audible and provided a chronicle of the publication process, an account that was verified by Audible.

Around that same time, Dorland, who had heard about the existence of the story through a mutual friend, confronted Larson by e-mail about it. Dorland said that she had not yet read the piece and was unaware of any actual similarities. Instead she was upset to learn that a focus of Dorland's tale was a kidney donation and that she had been left out of the loop.

After a tense e-mail exchange, Larson circled back to Audible and on July 15, 2016, asked to re-record a short section of "The Kindest" — which included the material that would later become the focus of the dispute.

"The Kindest" was then re-recorded, and that revised version was released by Audible in August 2016 as a downloadable file.

But by mistake, Brilliance Audio accidentally published the original, unrevised version of "The Kindest."

**ORIGINAL LETTER**
*(Posted to Facebook on July 7, 2015)*
*by DAWN DORLAND*

Dear Recipient,

My name is Dawn Dorland. I'm a 33-year-old white female. Hello! I live with my husband in […]

[body of letter heavily redacted]

Kindly,
Dawn

**EXCERPT FROM "THE KINDEST"**
*(Brilliance Audio version, 2016)*
*by SONYA LARSON*

Dear Recipient:

My name is Rose Richards. I'm a […] Chinese-American woman. Hello! I live in Greater Boston.

[body heavily redacted]

Warmly,
Rose M. Richards

"Personally, my childhood was marked by trauma and abuse; I didn't have the opportunity to form secure attachments with my family of origin," reads one line in Dorland's letter.

"My own childhood was marked by trauma and abuse; I wasn't given an opportunity to form secure attachments with my family of origin," reads the corresponding part of the Brilliance version.

"I've always acknowledged that I read her letter and found it inspirational," Larson wrote in an e-mail this weekend. "What I consented to have published is fiction, as is its language."

When contacted for response over the weekend, Eve Bridburg, founder and executive director of GrubStreet, said that "we're naturally troubled when accusations of this nature are raised, but the creative process is a complex one, and we do not publicly discuss specific issues involving our employees." On Monday a GrubStreet representative, who spoke on behalf of Bridburg, who was on vacation, said she stands by the comment.

*Graham Ambrose can be reached at graham.ambrose@globe.com.*

---

ner Foundation, called the donation "an investment in the communities where Partners in Health is working, and an investment in a model that I hope will be replicated elsewhere."

Wagner serves on Partners in Health's board and has visited many of the organization's projects, including in Rwanda, Haiti, and Peru.

The two organizations have worked together since the aftermath of the 2010 earthquake in Haiti, where Partners In Health assisted survivors.

The 2003 book "Mountains Beyond Mountains" documented the earlier work in Haiti of Partners in Health's cofounder, Dr. Paul Farmer.

"The gift was always designed to be a more sophisticated way of measuring direct effects and more indirect effects," Farmer said by phone Monday from Haiti.

Instead of temporarily sending clinicians to an epidemic in an emergency response model, Partners in Health works longer term with a country's government to intervene in a specific district. Once there, the charity embeds to train local clinicians, build health centers, and fortify district hospitals.

In expanding that model, Partners In Health has increasingly focused on training young clinicians who will stay in their countries to provide care. In 2014, after developing a teaching hospital in Haiti after the earthquake, the group started building the University of Global Health Equity in Rwanda. This year, the second group of masters' students graduated. Next year, the first class of medical students will enroll.

"We should be able to sustain that kind of care in ways that are efficient but shouldn't be seen as a luxury," Gottlieb said.

---

# Shooting victim was city worker

**▶ SHOOTING**
*Continued from Page B1*

[…] turned to his faith as he confronts the death of his son, and the elder Allen said. "You can't regulate who people are."

**LEGAL NOTICES** | **LEGAL NOTICES** | **LEGAL NOTICES** | **LEGAL NOTICES**

**WANTED TO LEASE**
OFFICE AND HEARING ROOMS SPACE IN BOSTON, EVERETT, MALDEN, MEDFORD, QUINCY, OR SOMERVILLE WITHIN AN APPROXIMATELY THREE-QUARTER-MILE RADIUS OF AN ACCESSIBLE MBTA RAPID TRANSIT STATION ON THE RED, ORANGE, GREEN, OR SILVER LINES

(SEAL)
COMMONWEALTH OF MASSACHUSETTS
LAND COURT
DEPARTMENT OF THE TRIAL COURT
18SM004509
ORDER OF NOTICE