# Exhibit 35

**From:** Drew Epstein <photolaw@aol.com>
**To:** dawndorland <dawndorland@gmail.com>
**Cc:** jac <jac@cohenblg.com>
**Subject:** Re: Sonya Larson
**Date:** Sat, Dec 29, 2018 3:21 pm

Dear Ms. Dorland-Perry:

Unfortunately, since you are represented by counsel, I am not able to communicate with you about any matter related to possible litigation. I hope you understand.

If Attorney Cohen wants to contact me, that's fine. I sent him a copy of this email.

Drew Epstein

Andrew D. Epstein
Barker, Epstein & Loscocco
176 Federal Street
Boston, MA 02110
(617) 482-4900

-----Original Message-----
From: Dawn Dorland <dawndorland@gmail.com>
To: Drew Epstein <photolaw@aol.com>
Sent: Wed, Dec 26, 2018 7:59 pm
Subject: Re: Sonya Larson

Dear Mr. Epstein,

As counsel for Sonya Larson, do you accept service of process for her? I do not have a home address for Ms. Larson, whom I am naming as the Defendant in my lawsuit.

If you are not able or willing to accept service for her, my only option will be to serve Ms. Larson at her employment address, which is the only address of hers that I know.

I request that you respond within five business days. Thank you.

Kindly,

Dawn Dorland Perry, MTS, MFA
Los Angeles

*I check email once daily at noon.*

On Oct 4, 2018, at 12:59 PM, Drew Epstein <photolaw@aol.com> wrote:

> Dear Ms. Dorland-Perry:
>
> I am informed by the U.S. Post Office that you have not retrieved a package containing a letter sent to you last week by Express Mail. I am attaching a copy of the letter and the enclosures that I sent to you and to your attorney's regarding Sonya Larson.
>
> I suggest that you direct any questions you may have to your legal counsel.