# Exhibit 37

Justin pointed out that Sonya also has a lot of sway in the literary community, given her gatekeeper role at the Muse conference--so some of these people may feel that it's politically advantageous to at least make a few edits to what was clearly some kind of form letter drafted by her (ironic!) so that they can assure her they've done their bit.

On Mon, Aug 13, 2018 at 5:48 PM, Deborah Porter <deb@bostonbookfest.org> wrote:
> I feel that this lays 100% of the blame for this situation on Dawn Dorland, when a hefty percentage goes to Sonya. I am beyond angry that she has the nerve to wage war on us now.
>
> On Mon, Aug 13, 2018 at 5:43 PM, Norah Piehl <norah@bostonbookfest.org> wrote:
>> Hi, all,
>>
>> Thanks for this quick response:
>>
>> Just a couple more edits in bold:
>>
>> After much time spent in discussion with the lawyer of the woman who had a plagiarism claim against the story we picked this year, we were under the impression that we **were well on our way toward reaching** an agreement acceptable to all. With that understanding, we went ahead and printed the story. However, the woman's lawyer got in touch again with further demands. It has become clear that our only recourse is to call off 1C1S and move on. This is not a happy choice for us, as we have already sunk resources, time, and effort into this project. We are a tiny nonprofit with a very small staff and we need to turn our attention now to **our central mission**, which is producing the Boston Book Festival, including this year's neighborhood festivals in East Boston and Roxbury.
>>
>> On Mon, Aug 13, 2018 at 5:40 PM, Lisa MacGillivray <lmacgillivray@marlomarketing.com> wrote:
>>> Removed some language – I think best to keep it brief.
>>>
>>> Sorry that this has been rough.
>>>
>>> ======================================
>>>
>>>
>>> Graham,
>>>
>>>
>>> After much time spent in discussion with the lawyer of the woman who had a plagiarism claim against the story we picked this year, we were under the impression that we had reached an agreement acceptable to all. With that understanding, we went ahead and printed the story. However, the woman's lawyer got in touch again with further demands. It has become clear that our only recourse is to call off 1C1S and move on. This is not a happy choice for us, as we have already sunk resources, time and effort into this project. We are a tiny nonprofit with a very small staff and we need to turn our attention now to other things, like producing the Boston Book Festival, including this year's neighborhood festivals in East Boston and Roxbury.