# Exhibit 38

From: **Dawn Dorland** dawndorland@gmail.com
Subject: Boston Book Festival Drops One City One Story selection
Date: August 16, 2018 at 6:55 PM
To: dearsugars@nytimes.com

Dear Sugars,

I'm a writer who wrote you a letter last year about an artistic betrayal. For two years I was in a private conflict with another writer who crafted fiction from something momentous I did with my own life—I donated my kidney to a stranger—who I felt, by not telling me about the story (I found out from someone else) had betrayed my intimacy and privacy as a friend.

After muddling through the middle of that experience, with more questions than answers, and a deep sense that something was wrong ("The body knows"), I might finally be at the ending...

https://www.bostonglobe.com/metro/2018/08/13/boston-book-festival-cancels-one-city-one-story-event/UYDB4vAaruchEWC2dnU0fO/story.html

https://www.bostonglobe.com/arts/2018/07/26/inspiration-plagiarism-writing-hackles-raised-boston-dispute/YxzQNqAj6SY7jWEIr8MxuL/story.html

The reporting around this incident, which offered me such relief after suffering for two years in silence, has not inspired any public conversation, to my knowledge, among writers and our relationships to our human subjects. My plagiarist fiercely maintains her right to an artistic vision. But don't we bankrupt our art of its value if we don't treat our human subjects with empathy?

Would you be interested in taking up this fraught topic on your show?

Kindly,

Dawn Dorland, MTS, MFA
Los Angeles

857-234-2650 (mobile)

*I check email once daily at noon.*

DORLAND000411

**Kat Rosenfield** 🦋
@katrosenfield

Hi Kat—just saw your fantastic piece up on Vulture re: plagiarism of personal trauma. I have been in a same-same but different situation with a fellow fiction writer who took my real-life gesture of donating a kidney to a stranger, what I considered the height of my healing from my childhood trauma, and included my motivations and a letter I wrote in a short story (while gaslighting me about what she was up to). This was reported in the Boston Globe over the summer but the news was met with resounding silence and no one took it up as an ethical issue among writers. I'll leave the link here and my contact info if you would like to talk about a follow up piece or pass on to another arts reporter.

google.com/amp/s/www.bost...

857-234-2650 (mobile)
dawndorland@gmail.com

I don't check twitter messages frequently.

Kindly,
Dawn

PS Breadloaf Writers' Conference is also a player in this ordeal, unfort.

Dec 5, 2018, 10:53 AM

DORLAND000412

From: **Dawn Dorland** dawndorland@gmail.com
Subject: Re: GrubStreet instructor & consultant resignation
Date: September 4, 2018 at 8:42 AM
To: makishima@globe.com

Thanks, Paul, no problem.

On Sep 4, 2018, at 7:32 AM, Makishima, Paul <paul.makishima@globe.com> wrote:

Hey Dawn:

Thanks for your offer, but I think we're going to have to pass on this one.

Paul

On Fri, Aug 31, 2018 at 12:43 PM, Dawn Dorland <dawndorland@gmail.com> wrote:
Dear Paul,

I have resigned from GrubStreet over their handling of my HR complaint against Sonya Larson. I am happy to provide the email communications that I reference in my resignation letter if you are interested in reporting out my claims. Sonya's individual betrayal has contoured into a community betrayal that painfully chafes against aspects of my personal life, as well as my professional hopes for being a writer in the GrubStreet mold.

I am considering going to other outlets and/or publishing my resignation as an open letter, but I wanted to run it by you all at the *Globe* first.

If we don't speak, have a great Labor Day.

Kindly,
Dawn

857-234-2650 (mobile)

*I check email once daily at noon.*

Begin forwarded message:

**From:** Eve Bridburg <eve@grubstreet.org>
**Date:** August 31, 2018 at 7:42:49 AM PDT
**To:** Dawn Dorland <dawndorland@gmail.com>
**Cc:** Ian Chio <ian@grubstreet.org>, Chris Castellani <chris@grubstreet.org>, Alison Murphy <alison@grubstreet.org>
**Subject:** Re: GrubStreet instructor & consultant resignation

Dear Dawn,

We will certainly respect your wishes and accept your resignation effective today.  I'm sorry that you feel as you do.  Please know that we spent many hours investigating your claims, treating them very seriously, and protecting your privacy.   We did all of this in good faith.  We wish you the very best in your writing life and in your life.

Sincerely,
Eve

Eve Bridburg
Founder and Executive Director

GrubStreet, Inc
162 Boylston Street, 5th Floor
Boston, MA 02116
617.695.0075
@grubwriters
facebook.com/grubwriters