# Exhibit 39

159

1   Q. So your letter is dated July 2, 2015.  Do
2   you think it was posted shortly after the date
3   of -- the date the letter was written?
4   A. I think only it was posted after I wrote it.
5   I'm not sure if it was shortly after.  And I think
6   that's subjective.
7   Q. So you don't know the exact date, is that what
8   you're trying to say?
9   A. Yes.
10   MS. ELOVECKY:  Objection.
11   Q. Do you have any records that would indicate
12   the exact date it was posted?
13   A. Yes.  I believe it's part of the
14   litigation.  It's on the record in the
15   litigation.
16   Q. You know there's been 7,000 documents in
17   this case.  I can't remember every one of them,
18   although I try hard.
19   You can't -- can you pinpoint me to a
20   particular document that would have this
21   information?
22   A. Well, if it's -- I'm just -- I'm just using
23   common sense here.  If it's in the Facebook
24   group, it would be in the documents I produced

161

1   Q. Did you ever remove the letter, that is the
2   July 2, 2015 letter, from your private/closed
3   Facebook group? A. No.
4   Q. And you indicated, I believe, that the
5   private/closed Facebook group no longer exists,
6   am I correct?
7   MS. ELOVECKY:  Objection. A.
8   No.
9   Q. So it does still exist?
10   A. Yes.
11   Q. And the July 2, 2015 letter is still posted
12   somewhere in that private/closed Facebook
13   group?
14   A. Yes, I believe so, and I believe that I collected
15   that documentation.
16   MS. ELOVECKY:  Drew, just to make things
17   easy, I will tell you, we produced it at Dorland
18   150.  And also it was posted on July 7.
19   MR. EPSTEIN:  Thank you, Suzanne.
20   Q. Did anyone ever contact you at any time from
21   the time it was first posted on July 7,
22   2015?  Did anyone ever contact you for permission
23   to use the July 2, 2015 letter or any parts of
24

10/12/2021 08:38:16 AM

162

the letter at any time?

1

2    A. No, not that I recall.  That would have

3  been nice.

4    Q. As long as the members of your

5  private/closed Facebook group kept Debbie Striks'

6  name private, didn't you encourage your Facebook

7  group members to spread the word about kidney

8  donations?

9    A. Yes, indeed.  In order to educate the

10  public to the need and the possibility of donating

11  one's kidney, and, in fact, I'm aware of other

12  people who have donated their kidney after

13  hearing of my particular experience.  Mission

14  achieved.

15    Q. Good.

16    If I can draw your attention -- I hope

17  you received it -- to what I've marked for

18  identification as Exhibit 22, did you get that

19  one?  I sent it out.  I think it was this

20  morning.

21    A. I did.  Was it -- was it duplicative?

22  Was it already in your original PDF because that

23  had been downloaded.

24    Q. Yes.  Part of it appeared in Exhibit H.

164

1    Q. That's correct.

2    A. Which one are we looking at first?  I

3  have them both available.

4    Q. We don't have to look at 139, Exhibit 8,

5  we only have to look at 136. A. I understand.

6    Q. It looks like it comes from you on

7  August 5, 2015.  Does it, in fact, come from

8  you? A. Can I ask you to clarify -- wait.  Sorry.

9  It's my production.  Give me a second to orient

10  myself.

11    I'm seeing two different posts with two

12  months in between, is that right, August 5, 2015?

13  And then above it is October 7, 2015, is that

14  right?

15    Q. That's how it came to me.  I don't know.

16    A. I realize it's my production.

17    Will you repeat your question?  I'm now

18  looking at the post that says August 5, 2015.

19    Q. Did you post those two paragraphs

20  starting with "Hey everyone!"?

21    A. I assume I did, because -- yes, my

22  husband did during my surgery when I was in

23  anesthesia take over administrative duties of the

24