# EXHIBIT E

AMERICAN
SHORT FICTION   Rebecca Markovits <rebecca.markovits@americanshortfiction.org>

## BASS

5 messages

**Sonya Larson**                                                    Mon, Mar 5, 2018 at 8:41
<sonya@grubstreet.org>                                                              AM
To: Adeena Reitberger
<adeena.reitberger@americanshortfiction.org>, Rebecca
Markovits <rebecca.markovits@americanshortfiction.org>

Dear Rebecca and Adeena,

Hello, and I hope you're well. I'm writing because Heidi Pitlor of
BASS just contacted me, saying that she'd heard I had a story
in ASF last year and was on the lookout for it, but that ASF
never sent her anything.

I don't want to surmise the reasons or anything, and I'm sure
you're very busy, but I did want to check in and make sure that
that info is correct. I know that ASF often has stories in BASS,
and it crushes me a little that mine could have been in the 2018
edition.

Cheers,
Sonya

Sonya Larson
Director of Muse Conference and Advocacy
In office Monday-Friday, 11:00am-6:00pm. I check email starting at
1:00pm.

ASF0436

Grub Street
162 Boylston Street, 5th Floor
Boston, MA 02116

grubstreet.org | 617.695.0075
TW: @GrubWriters | FB: GrubStreetWriters

**Rebecca Markovits**
<rebecca.markovits@americanshortfiction.org>                Mon, Mar 5, 2018
To: Sonya Larson <sonya@grubstreet.org>                         at 9:28 AM
Cc: Adeena Reitberger
<adeena.reitberger@americanshortfiction.org>

Hi Sonya!
Oh no! We always send them comps, every year--they're on
our automatic list--and none's ever gone missing before. We've
emailed Heidi directly and explained and sent her a pdf with
your story.

Fingers crossed.

Rebecca

On Mon, Mar 5, 2018 at 8:41 AM, Sonya Larson
<sonya@grubstreet.org> wrote:
    Dear Rebecca and Adeena,

    Hello, and I hope you're well. I'm writing because Heidi Pitlor
    of BASS just contacted me, saying that she'd heard I had a

ASF0437

story in ASF last year and was on the lookout for it, but that
ASF never sent her anything.

I don't want to surmise the reasons or anything, and I'm sure
you're very busy, but I did want to check in and make sure
that that info is correct. I know that ASF often has stories in
BASS, and it crushes me a little that mine could have been in
the 2018 edition.

Cheers,
Sonya



In office Monday-Friday, 11:00am-6:00pm. I check email starting at
1:00pm.

Sonya Larson
Director of Muse Conference and Advocacy

Grub Street
162 Boylston Street, 5th Floor
Boston, MA 02116

grubstreet.org | 617.695.0075
TW: @GrubWriters | FB: GrubStreetWriters

ASF0438

Rebecca Markovits
Co-Editor | American Short Fiction

P.O. Box 4152 | Austin, TX 78765

www.americanshortfiction.org

**Sonya Larson**
<sonya@grubstreet.org>                                    Mon, Mar 5, 2018 at 10:49
To: Rebecca Markovits                                                           AM
<rebecca.markovits@americanshortfiction.org>
Cc: Adeena Reitberger
<adeena.reitberger@americanshortfiction.org>

Dear Rebecca,

Thank you so much for your speedy reply. Heidi just called me,
and says that she never received any issues, and unfortunately
it's too late in the process to consider it now. Perhaps it's
because Houghton Mifflin Harcourt changed addresses, but
regardless, she was very apologetic, and wants to make
everyone aware of the situation.

The main thing I care about is readership; I know that that ASF
issue sold out, and as a result people have contacted me to get
a Word doc version of the story. You may not do this sort of
thing, but is there any way to make the story available online? I
just want the story to be available for people who want to read
it!

Thank you for considering this, and for all that you do,
Sonya

Sonya Larson
Director of Muse Conference and Advocacy

In office Monday-Friday, 11:00am-6:00pm. I check email starting at 1:00pm.

Grub Street
162 Boylston Street, 5th Floor
Boston, MA 02116

grubstreet.org | 617.695.0075
TW: @GrubWriters | FB: GrubStreetWriters

On Mon, Mar 5, 2018 at 10:28 AM, Rebecca Markovits <rebecca.markovits@americanshortfiction.org> wrote:

Hi Sonya!

Oh no! We always send them comps, every year--they're on our automatic list--and none's ever gone missing before. We've emailed Heidi directly and explained and sent her a pdf with your story.

Fingers crossed.

Rebecca

On Mon, Mar 5, 2018 at 8:41 AM, Sonya Larson <sonya@grubstreet.org> wrote:

Dear Rebecca and Adeena,

Hello, and I hope you're well. I'm writing because Heidi Pitlor of BASS just contacted me, saying that she'd heard I

had a story in ASF last year and was on the lookout for it, but that ASF never sent her anything.

I don't want to surmise the reasons or anything, and I'm sure you're very busy, but I did want to check in and make sure that that info is correct. I know that ASF often has stories in BASS, and it crushes me a little that mine could have been in the 2018 edition.

Cheers,
Sonya

Sonya Larson
Director of Muse Conference and Advocacy

In office Monday-Friday, 11:00am-6:00pm. I check email starting at 1:00pm.

Grub Street
162 Boylston Street, 5th Floor
Boston, MA 02116

grubstreet.org | 617.695.0075
TW: @GrubWriters | FB: GrubStreetWriters

ASF0441

www.americanshortfiction.org

P.O. Box 4152 | Austin, TX 78765

Co-Editor | American Short Fiction

Rebecca Markovits

**Rebecca Markovits**
<rebecca.markovits@americanshortfiction.org>                Mon, Mar 5, 2018
To: Sonya Larson <sonya@grubstreet.org>                           at 2:46 PM
Cc: Adeena Reitberger
<adeena.reitberger@americanshortfiction.org>

Hey Sonya,

Of course that must be exactly what happened. We hadn't
known they'd moved (until Heidi just told us). But Heidi said
that they'd been receiving the forwarded mail from their old
address, and we sent it to that address back in July! No idea
why it didn't find them (especially as I believe our bulk-mailing
service double-checks addresses for us too). So frustrating!
Not just for you, of course, but I feel for all the authors in that
issue (and for ourselves/the magazine too, of course).
Needless to say, we've updated our address for BASS now. At
least there are still the other anthologies to hope for.

As for your question about publishing online...we don't usually
publish print stories online unless they're super short and fit
into our online flash series--the print magazine is very much its
own thing--but it's a nice idea, especially with the issue sold
out. We were brainstorming a place to fit it on our website as
an exception--it would be nice to have a token reason to post it,
given that we don't plan on publishing other stories from the
print magazine online. Two things that came up: April is
National Donate Life month, to draw attention to organ

ASF0442

donation. We could publish as a nod to that (unless you think the picture of organ donation that the story offers, while totally convincing and fresh, is a bit bleak for that context? I think it's fine). Alternately, May 25 was Raymond Carver's birthday, and we always talked about how much your story, in some ways, reminded us of "Cathedral," so it might be fun to publish it then. But we're totally open to other suggestions of hooks to hang this on, because we'd love to get it up online. Thoughts? Ideas?

Sorry again about the issue mailing snafu!!

Warmly,
Rebecca

On Mon, Mar 5, 2018 at 10:49 AM, Sonya Larson <sonya@grubstreet.org> wrote:

Dear Rebecca,

Thank you so much for your speedy reply. Heidi just called me, and says that she never received any issues, and unfortunately it's too late in the process to consider it now. Perhaps it's because Houghton Mifflin Harcourt changed addresses, but regardless, she was very apologetic, and wants to make everyone aware of the situation.

The main thing I care about is readership; I know that that ASF issue sold out, and as a result people have contacted me to get a Word doc version of the story. You may not do this sort of thing, but is there any way to make the story

available online? I just want the story to be available for people who want to read it!

Sonya

Thank you for considering this, and for all that you do,

Sonya

Sonya Larson
Director of Muse Conference and Advocacy
In office Monday-Friday, 11:00am-6:00pm. I check email starting at 1:00pm.



Grub Street
162 Boylston Street, 5th Floor
Boston, MA 02116

grubstreet.org | 617.695.0075
TW: @GrubWriters | FB: GrubStreetWriters

On Mon, Mar 5, 2018 at 10:28 AM, Rebecca Markovits <rebecca.markovits@americanshortfiction.org> wrote:

Hi Sonya!

Oh no! We always send them comps, every year--they're on our automatic list--and none's ever gone missing before. We've emailed Heidi directly and explained and sent her a pdf with your story.

Fingers crossed.

ASF0444

Rebecca

On Mon, Mar 5, 2018 at 8:41 AM, Sonya Larson
<sonya@grubstreet.org> wrote:
Dear Rebecca and Adeena,

Hello, and I hope you're well. I'm writing because Heidi
Pitlor of BASS just contacted me, saying that she'd
heard I had a story in ASF last year and was on the
lookout for it, but that ASF never sent her anything.

I don't want to surmise the reasons or anything, and I'm
sure you're very busy, but I did want to check in and
make sure that that info is correct. I know that ASF often
has stories in BASS, and it crushes me a little that mine
could have been in the 2018 edition.

Cheers,
Sonya

Sonya Larson
Director of Muse Conference and Advocacy
In office Monday-Friday, 11:00am-6:00pm. I check email starting at
1:00pm.

Grub Street
162 Boylston Street, 5th Floor
Boston, MA 02116

grubstreet.org | 617.695.0075
TW: @GrubWriters | FB: GrubStreetWriters

Rebecca Markovits

Co-Editor | American Short Fiction

P.O. Box 4152 | Austin, TX 78765

www.americanshortfiction.org

‖

Rebecca Markovits

Co-Editor | American Short Fiction

P.O. Box 4152 | Austin, TX 78765

www.americanshortfiction.org

**Sonya Larson**

<sonya@grubstreet.org>                    Tue, Mar 6, 2018 at 4:10
                                                                        PM
To: Rebecca Markovits
<rebecca.markovits@americanshortfiction.org>
Cc: Adeena Reitberger
<adeena.reitberger@americanshortfiction.org>

Dear Rebecca,

Thank you so much for this kind email; I do feel so sadly for
ASF and for all your authors published this year-- what an
unfortunate and consequential glitch! Ugh.

But I deeply appreciate your offering to publish the piece online-- it would be awesome to simply direct readers to the ASF website when they ask for the story. Thank you for the cool brainstorm, and of these options I think that publishing it on Raymond Carver's birthday would be so great, since it does mirror "Cathedral's" structure in many ways. The narrator is deeply conflicted about her organ donor, so that option probably wouldn't work as well.

Thank you again for offering this-- I am so glad that the story can have continued life! Let me know if you need any further info from me!

Sincerely,
Sonya

Sonya Larson
Director of Muse Conference and Advocacy

In office Monday-Friday, 11:00am-6:00pm. I check email starting at 1:00pm.

Grub Street
162 Boylston Street, 5th Floor
Boston, MA 02116

grubstreet.org | 617.695.0075
TW: @GrubWriters | FB: GrubStreetWriters

ASF0447

On Mon, Mar 5, 2018 at 3:46 PM, Rebecca Markovits <rebecca.markovits@americanshortfiction.org> wrote:

Hey Sonya,

Of course that must be exactly what happened. We hadn't known they'd moved (until Heidi just told us). But Heidi said that they'd been receiving the forwarded mail from their old address, and we sent it to that address back in July! No idea why it didn't find them (especially as I believe our bulk-mailing service double-checks addresses for us too). So frustrating! Not just for you, of course, but I feel for all the authors in that issue (and for ourselves/the magazine too, of course). Needless to say, we've updated our address for BASS now. At least there are still the other anthologies to hope for.

As for your question about publishing online...we don't usually publish print stories online unless they're super short and fit into our online flash series--the print magazine is very much its own thing--but it's a nice idea, especially with the issue sold out. We were brainstorming a place to fit it on our website as an exception--it would be nice to have a token reason to post it, given that we don't plan on publishing other stories from the print magazine online. Two things that came up: April is National Donate Life month, to draw attention to organ donation. We could publish as a nod to that (unless you think the picture of organ donation that the story offers, while totally convincing and fresh, is a bit bleak for that context? I think it's fine). Alternately, May 25 was Raymond Carver's birthday, and we always talked about how much your story, in some ways, reminded us of "Cathedral," so it might be fun to publish it then. But we're totally open to other suggestions of hooks to hang this on, because we'd love to

ASF0448

get it up online. Thoughts? Ideas?

Sorry again about the issue mailing snafu!!

Warmly,
Rebecca

On Mon, Mar 5, 2018 at 10:49 AM, Sonya Larson
<sonya@grubstreet.org> wrote:

Dear Rebecca,

Thank you so much for your speedy reply. Heidi just called
me, and says that she never received any issues, and
unfortunately it's too late in the process to consider it now.
Perhaps it's because Houghton Mifflin Harcourt changed
addresses, but regardless, she was very apologetic, and
wants to make everyone aware of the situation.

The main thing I care about is readership; I know that that
ASF issue sold out, and as a result people have contacted
me to get a Word doc version of the story. You may not do
this sort of thing, but is there any way to make the story
available online? I just want the story to be available for
people who want to read it!

Thank you for considering this, and for all that you do,
Sonya

Sonya Larson
Director of Muse Conference and Advocacy

In office Monday-Friday, 11:00am-6:00pm. I check email starting at 1:00pm.



Grub Street
162 Boylston Street, 5th Floor
Boston, MA 02116

grubstreet.org | 617.695.0075
TW: @GrubWriters | FB: GrubStreetWriters

On Mon, Mar 5, 2018 at 10:28 AM, Rebecca Markovits <rebecca.markovits@americanshortfiction.org> wrote:

Hi Sonya!

Oh no! We always send them comps, every year--they're on our automatic list--and none's ever gone missing before. We've emailed Heidi directly and explained and sent her a pdf with your story.

Fingers crossed.

Rebecca

On Mon, Mar 5, 2018 at 8:41 AM, Sonya Larson <sonya@grubstreet.org> wrote:

Dear Rebecca and Adeena,

Hello, and I hope you're well. I'm writing because Heidi Pitlor of BASS just contacted me, saying that she'd

ASF0450

heard I had a story in ASF last year and was on the lookout for it, but that ASF never sent her anything.

I don't want to surmise the reasons or anything, and I'm sure you're very busy, but I did want to check in and make sure that that info is correct. I know that ASF often has stories in BASS, and it crushes me a little that mine could have been in the 2018 edition.

Cheers,
Sonya

Sonya Larson
Director of Muse Conference and Advocacy

In office Monday-Friday, 11:00am-6:00pm. I check email starting at 1:00pm.



Grub Street
162 Boylston Street, 5th Floor
Boston, MA 02116

grubstreet.org | 617.695.0075
TW: @GrubWriters | FB: GrubStreetWriters

ASF0451

Rebecca Markovits

Co-Editor | American Short Fiction

P.O. Box 4152 | Austin, TX 78765

www.americanshortfiction.org

Rebecca Markovits

Co-Editor | American Short Fiction

P.O. Box 4152 | Austin, TX 78765

www.americanshortfiction.org

ASF0452