# **EXHIBIT J**

LarsonP3000029

To: Sari Boren

Jun 16, 2017, 2:19 PM

I have news, my dear-- my kidney story is getting published

American Short Fiction

I am excited but also worried that DD is going to murder me

THANK YOU

Omg! Where?

Cool!!

Eh. Whatever. Just don't use her note