# Exhibit 41

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

SONYA LARSON

                Plaintiff,

v.

DAWN DORLAND PERRY, et al.

                Defendants.

Civil Action

No. 1:19-cv-10203-IT

**SUPPLEMENTAL AFFIDAVIT OF SONYA LARSON IN SUPPORT OF MY MOTION
FOR PARTIAL SUMMARY JUDGMENT AGAINST
DAWN DORLAND PERRY AND IN FURTHER OPPOSITION TO DORLAND'S
MOTION FOR SUMMARY JUDGMENT**

I, Sonya Larson, on oath depose and state that in November 2019, I was notified that I

won a $25,000 fellowship from the National Endowment for the Arts.  The fellowship was based

in part on the Final Version of *The Kindest*, as well as on my robust publishing record over the

previous five years.

Signed under the pains and penalties of perjury this 8th day of January 2023.

Sonya Larson

## <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on this 9th day of January 2023, this document was filed and served through the ECF system and sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Andrew D. Epstein*

————————————————————————

Andrew D. Epstein, BBO No.155140