UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SONYA LARSON<br><br>                    Plaintiff,<br>v.<br><br>DAWN DORLAND PERRY, et al.<br><br>                    Defendants. | Civil Action<br><br>No. 1:19-cv-10203-IT |

**SUPPLEMENTAL AFFIDAVIT OF SONYA LARSON IN
OPPOSITION TO MOTION OF DAWN DORLAND PERRY ("DORLAND")
TO STRIKE LARSON'S RESPONSE
TO DORLAND'S STATEMENT OF MATERIAL FACTS [DOC. NO. 197]**

I, Sonya Larson, on oath depose and state as follows:

1. As soon as I realized that the early draft version of *The Kindest* was recorded by Audible.com by mistake, I notified Plympton and asked that Audible re-record my story using the correct version of *The Kindest*. Audible complied with my request.

2. In July 2018, long after Audible.com recorded *The Kindest*, I found out that Audible.com and Brilliance Audio are related audiobook publishers, both of which are owned by retail giant Amazon. Brilliance Audio apparently released the early draft of *The Kindest* as a print-on-demand CD. Brilliance never had permission to release any version of my story, and certainly not the early draft.

3. To the best of my knowledge and belief, the original recorded version of my story was released by mistake, and only by Brilliance Audio. I have no knowledge that it was ever available on multiple "platform<u>s</u>" (plural) as Dorland claims.

Signed under the pains and penalties of perjury this 1st day of February 2023.

*/s Sonya Larson*
_____
Sonya Larson

Certificate of Service

I certify that Larson's Supplemental Affidavit was filed through the court's ECF system and a copy was sent electronically on the day it was filed to all counsel of record.

*/s/ Andrew D. Epstein*
_____
Andrew D. Epstein

February 1, 2023