UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SONYA LARSON<br><br>          Plaintiff,<br>v.<br><br>DAWN DORLAND PERRY, et al.<br><br>          Defendants. | Civil Action<br><br>No. 1:19-cv-10203-IT |

UNOPPOSED MOTION OF PLAINTIFF, THIRD-PARTY DEFENDANT, SONYA LARSON FOR LEAVE TO FILE A SUPPLEMENTAL MEMORANDUM IN SUPPORT OF HER MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff, Third-Party Defendant, Sonya Larson ("Larson") moves this Court for leave to file a Supplemental Memorandum in support of her Motion for Partial Summary Judgment. The Memorandum will be no more than five (5) pages in length. Counsel for Defendant, Third-Party Plaintiff, Dawn Dorland Perry is not opposing this Motion.

As grounds for this Motion, Larson states as follows:

Larson's Memorandum included a citation to an action that was then pending before the U.S. Supreme Court. [Memo at Docket # 189, p. 32 of 37,] The Supreme Court has recently issued a decision in Andy Warhol Foundation for the Visual Arts, Inc. v. Goldsmith, 143 S. Ct. 1258 (2023). Larson believes that her Supplemental Memorandum which focuses on this action will aid the court in rendering a decision on the Parties' Cross-Motions for Summary Judgment.

WHEREFORE, Larson moves this Court for leave to file up to a five (5) page Supplemental Memorandum in support of her Motion for Partial Summary Judgment.

Respectfully submitted,
Plaintiff,
Sonya Larson,

By her attorneys,
*/s/ Andrew D. Epstein*

Andrew D. Epstein, BBO No.155140
photolaw@aol.com
Barker, Epstein, & Loscocco
176 Federal Street
Boston, MA 02110
(617) 272-5700
Direct Tel: (617) 272-5700

## Certification under Local Rule 7.1

I certify that on July 17, 2023, I notified Atty. Suzanne Elovecky, counsel for Dawn Dorland by email, that I was going to file a motion for leave to supplement Sonya Larson's Memorandum. Atty. Elovecky said she has no objection to this Motion.

*/s/ Andrew D. Epstein*
_____
July 18, 2023                                             Andrew D. Epstein

## Certificate of Service

I certify that Plaintiff-Third Party Defendant, Sonya Larson's Motion for Leave to file a Supplement Memorandum was filed through the court's ECF system and a copy was sent electronically on the day it was filed to all counsel of record.

*/s/ Andrew D. Epstein*
_____
July 18, 2023                                             Andrew D. Epstein