UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SONYA LARSON<br><br>                    Plaintiff,<br>v.<br><br>DAWN DORLAND PERRY, et al.<br><br>                    Defendants. | Civil Action<br><br>No. 1:19-cv-10203-IT |

**REQUEST OF PLAINTIFF-THIRD PARTY DEFENDANT, SONYA LARSON TO POSTPONE ENTRY OF FINAL JUDGMENT FOR ONE WEEK**

Plaintiff, Third-Party Defendant, Sonya Larson ("Larson") requests that this Court postpone entering final judgment as to all claims in this action for one week to and including September 27, 2023. As grounds for this request Larson's attorney says that he is scheduled to be out of state from Tuesday, September 19, 2023 through Friday September 22, 2023, and he will not be able to fully confer with Ms. Larson until he returns. Defendant, Plaintiff-in-Counterclaim, Dawn Dorland Perry should not be prejudiced or inconvenienced by this request.

WHEREFORE, Larson requests that this Court postpone entering final judgment as to all claims for one week to and including September 27, 2023.

                                        Respectfully submitted,
                                        Plaintiff,
                                        Sonya Larson,

                                        By her attorneys,
                                        */s/ Andrew D. Epstein*

                                        Andrew D. Epstein, BBO No.155140
                                        photolaw@aol.com
                                        Barker, Epstein, & Loscocco
                                        176 Federal Street
                                        Boston, MA 02110
                                        Direct Tel: (617) 272-5700

September 18, 2023

## Certificate of Service

I certify that the request of Plaintiff-Third Party Defendant, Sonya Larson to postpone entry of final judgment for one week was filed through the court's ECF system and a copy was sent electronically on the day it was filed to all counsel of record.

                                                                */s/ Andrew D. Epstein*
                                                                 _____
September 18, 2023                                                 Andrew D. Epstein