# Exhibit A

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SONYA LARSON. <br><br>              Plaintiff, <br> v. <br><br> DAWN DORLAND PERRY, et al. <br><br>              Defendants. | Civil Action <br><br> No. 1:19-cv-10203-IT |

**AFFIDAVIT OF SONYA LARSON**
**IN SUPPORT OF HER MOTION FOR RECONSIDERATION**

I, Sonya Larson, Plaintiff, Third-Party Defendant in the above action, on oath depose and state as follows:

1. In 2018, I paid Attorney James Gregorio a total of $3,470 in legal fees and expenses in representing me with respect to the claims Dawn Dorland Perry ("Dorland") made to American Short Fiction and the Boston Book Festival, and in dealing with Dorland's attorneys.

2. About one month prior to the publication in the *New York Times* of the "Who is the Bad Art Friend?" article in October 2021, I was given a stellar performance review and a promotion at GrubStreet. I was fired shortly after the article was published and I lost income as a result.

Signed under the pains and penalties of perjury this 26th day of September 2023.

*/s/ Sonya Larson*
Sonya Larson