UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SONYA LARSON<br><br>                    Plaintiff,<br>v.<br><br>DAWN DORLAND PERRY, et al.<br><br>                    Defendants. | Civil Action<br><br>No. 1:19-cv-10203-IT |

**MOTION OF PLAINTIFF-THIRD PARTY DEFENDANT, SONYA LARSON TO POSTPONE ENTRY OF FINAL JUDGMENT UNTIL AFTER THIS COURT RULES ON LARSON'S MOTION FOR RECONSIDERATION FILED ON SEPTEMBER 26, 2023**

Plaintiff, Third-Party Defendant, Sonya Larson ("Larson") moves this Court to postpone entering final judgment as to all claims in this action until after this court rules on Larson's Motion for Reconsideration that was filed on September 26, 2023.

                    Respectfully submitted,
                    Plaintiff,
                    Sonya Larson,

                    By her attorneys,
                    */s/ Andrew D. Epstein*

                    Andrew D. Epstein, BBO No.155140
                    photolaw@aol.com
                    Barker, Epstein, & Loscocco
                    176 Federal Street
                    Boston, MA 02110
                    Direct Tel: (617) 272-5700

September 26, 2023

**Certification under Local Rule 7.1**

      I certify that I conferred with all counsel in this action in an attempt in good faith to narrow or resolve the issues before the court relative to Larson's recently filed Motion for Reconsideration. Ms. Elovecky stated that there is "no need to discuss the merits" of the motion for reconsideration, which by extension, covers this Motion.

*/s/ Andrew D. Epstein*

September 26, 2023            Andrew D. Epstein

**Certificate of Service**

I certify that the request of Plaintiff-Third Party Defendant, Sonya Larson to postpose entry of final judgment until this court rules on Larson's Motion for Reconsideration was filed through the court's ECF system and a copy was sent electronically on the day it was filed to all counsel of record.

*/s/ Andrew D. Epstein*

September 26, 2023            Andrew D. Epstein