UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SONYA LARSON, <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> DAWN DORLAND PERRY, <br> Defendant and Counterclaim Plaintiff, <br><br> and <br><br> JEFFREY COHEN and COHEN BUSINESS LAW GROUP, PC, <br><br> Defendants. | Civil Action No. 1:19-cv-10203-IT |

## JUDGMENT

September 29, 2023

TALWANI, D.J.

As to Plaintiff Sonya Larson's Second Amended Complaint [Doc. No. 91], JUDGMENT IS HEREBY ENTERED in favor of Defendant Dawn Dorland Perry ("Dorland") as to Counts I (Intentional Interference with Larson's advantageous business relationship with American Short Fiction), II (Intentional Interference with Larson's advantageous business relationship with the Boston Book Festival), and VII (Defamation), and in favor of Larson as to Count VIII (Declaratory Judgment), pursuant to this court's Memorandum and Order [Doc. No. 211]. Larsons's claims against Jeffrey Cohen (Counts IV and VI) and Cohen Business Law Group, PC (Counts III and V) are DISMISSED with prejudice pursuant to the Stipulation of Dismissal [Doc. No. 178].

As to Counterclaim Plaintiff Dorland's Counterclaim [Doc. No. 96], JUDGMENT IS HEREBY ENTERED in favor of Counterclaim Defendant Larson as to Counts I (Copyright Infringement) and II (Declaratory Judgment), and Dorland's claim for Injunctive Relief (Count III) is DISMISSED as moot, pursuant to this court's Memorandum and Order [Doc. No. 211]. Count IV (Intentional Infliction of Emotional Distress) is DISMISSED with prejudice for failure to state a claim, pursuant to this court's Memorandum and Order [Doc. No. 99].

All parties shall bear their own costs and fees. This case is CLOSED.

IT IS SO ORDERED

September 29, 2023                              /s/     Indira Talwani
                                                United States District Judge