# **EXHIBIT A**

(Text Message Exchange)

LarsonP3000197

To: Celeste Ng

CONGRATULATIONS!!!! SO EXCITING

> It's just so fucking cool. Three Chunks with NEAs!!

and also SO INCREDIBLY AWESOME that you won it for the KIDNEY STORY

FUCK YOU, DFD

> I know, RIGHT??? That story has taken SUCH a beating, as you well know, and I'm STILL fighting to get it out there. DFD is going to freak out, but my lawyers have assured me that she can freak out all she wants—there's nothing she can do

YESSSSSSSS

and HAAAAAAAA I'm SO HAPPY FOR YOU

Wait has that story… never been published?

Wasn't it part of ASF?

> It was, but after DD came after me, ASF took it off their website, and the audio version was taken down too. DD tried to get me to sign a doc saying I'd never publish it in any iteration ever again— it's like she's so scared of it. The woman is nuts.

EXTRA FUCK HER

she's so awful and I hope she is writhing into pieces under her giant hat

> It DID, thankfully, just get published in a small anthology, which I haven't publicized yet. But now that the NEA news is out, I think I will

> HA HA. I have no doubt she will writhe. But thankfully, she's given me a very strong education in how to weather storms like this. She's only made me stronger!!

that's exactly right!

she was a trial by fire of writing things you believe in and will defend

nd also a good reminder of WHY you need to write these stories