# **EXHIBIT B**

(Text Messages and Emails Concerning Pro Bono Representation)

# **EXHIBIT B**

(Text Messages and Emails Concerning Pro Bono Representation)

**To:** Yael Goldstein

LarsonP3000032

Aug 8, 2018, 1:45 PM

> Just FYI Jenny having a call with audible/brilliance soon at their request over how to handle with Globe. Our position is just make clear Sonya did everything she could to prevent wrong version from being available. Will update after call.

> If you're itching to send reply to Globe you might be better off sending without mentioning Audible contact for now and then just update once/if they agree to go on record

> Up to you and your lawyer

> I'll still go on record no matter what

Oh, fantastic. Yael, this is great. I will check with my lawyer and get back to you; will likely send soon. FYI the Volunteer Lawyers for the Arts also just assigned me a pro bono attorney and I'm speaking with him now.

They probably have an office in San Fran too if you need!! They specifically help artists and arts organizations

Aug 8, 2018, 5:09 PM

> Oh good!!!

> That is really good to know about

> Too verbose

> Audible doesn't want you to send that

> More like "Hi Graham, I believe Audible will get back to you shortly (if they haven't already) about the version you heard. Please let me know if that is not the case."

> Nothing quotable

Okay— let me try again

Can I still give him your contact info?

> I think wait yo hear on that too

LarsonP3000058

**To: Celeste Ng**

did I not say this earlier? He said that since you have a pr bono lawyer (or will get one who does litigation) you shuld file suit against Dawn, because now there has been actual harm caused to you—lost of publication of this story and publicity, as well as damage to your reputation.

(unlike her case in which no harm had been done to her)

This is a very clear cut case that you lost out on something big as a direct result of her actions.

Matt btw is super mad and muttering swear words, and this is a man who, when EXTREMELY annoyed, says things like "Well, that didn't go as I hoped it would" in a very mild tone. So.

I'm glad you're going to go on the offense.

The 1C1S seems like it's a done deal and over with. So be it.

But DFD needs to get out of your fucking life.

Aug 13, 2018, 6:53 PM

Yup. Y

But no speaking about it publicly— not a peep. We're in stealth mode no

Aug 13, 2018, 11:25 PM

And no letter to the BBF yet, please— we need to go quiet for awhile